UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

GLENN MARCUS

----------------------------------------------------------X

Indictment No.: 05 CR 0457 (ARR)

ORDER

Upon application of the Defendant, Glenn Marcus, it is hereby Ordered that the bail conditions fixed by the United States Magistrate Judge Joan M. Azrack are modified as follows:

1. The defendant's conditions of home confinement are modified in order to permit the defendant to leave his parents' home for the purpose of taking a walk between 7:30 p.m. and 8:30 p.m. each day;
2. The defendant will be permitted to meet in the offices of Margaret Clemons, a licensed private investigator, upon prior notice and approval by Pretrial Services and without the need for defense counsel to be present;
3. The defendant will be permitted to meet with Rona Cohen in the office of his attorney, and with counsel present. The defendant is denied all other contact with Ms. Cohen.
4. The defendant is permitted to receive visits from, and speak by phone with, any other individual with whom the defendant has not been in a "BDSM" relationship.
5. The defendant is permitted to use a computer in the presence of an attorney, investigator or paralegal employed by counsel for the defendant provided that such use is limited to assisting in his own defense. The defendant will not be permitted to contact other individuals using a computer.

Dated: New York, New York
       July 19, 2005

SO ORDERED

_____
ALLYNE R. ROSS, USDCJ

DF

SERCARZ & RIOPELLE, LLP

CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

1-212-586-4900
FACSIMILE 1-212-586-1234

JULIA L. GATTO
*ADMITTED IN NY & NJ

July 18, 2005

The Honorable Allyne R. Ross
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Glenn Marcus, 05 Cr. 0457 (ARR)</u>

Your Honor:

    Enclosed please find a proposed Order which memorializes what I recall to be the Court's rulings regarding bail issues at our status conference on July 13, 2005.

    I have provided AUSA Daniel E. Wenner with a copy so that if his recollection differs from mine, you will have his input as well.

Most respectfully yours,

Maurice H. Sercarz

MHS:vmp
Encl.

cc: Daniel E. Wenner, Esq.
    Assistant United States Attorney

C/M