UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
UNITED STATES OF AMERICA,

              -against-

GLENN MARCUS,

              Defendant.
-------------------------------------------------------------------- X

05 CR 457 (ARR)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received defendant's letter motion of August 9, 2005 seeking to quash the grand jury subpoena for Shoshanna Perlman on the ground that it was issued for the improper purpose of trial preparation as well as the government's response, dated August 11, 2005. The court hereby directs the government to submit an ex parte explanation of its purpose in serving the subpoena. In addition to that affirmation, the government should submit a letter addressed to the court and the defendant explaining in a general manner, insofar as it is able, the subpoena's purpose, i.e., whether it is considering issuing a superceding indictment or indicting other defendants. That letter should include any information the government finds it is not obligated to withhold as a matter of grand jury secrecy. The government should serve and file the affirmation and the letter, and fax a courtesy copy to chambers, by 10:00 a.m. on Monday, August 15, 2005.

1

SO ORDERED.

/s/ Allyne R. Ross
United States District Judge

Dated: August 11, 2005
       Brooklyn, New York

SERVICE LIST:

Attorney for the United States
Daniel E. Wenner
Assistant United States Attorney
147 Pierrepont St.
Brooklyn, NY 11201

Attorney for Defendant
Maurice H. Sercarz
Sercarz & Riopelle, LLP
Carnegie Hall Tower
152 West 57th Street, 24th Floor
New York, NY 10019