UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

GLENN MARCUS

-----------------------------------------------------------X

Indictment No.: 05 CR 0457 (ARR)

ORDER

       Upon application of the Defendant, Glenn Marcus, and the Pre-trial Services

Agency and the Government having no objection to this application, and good cause appearing

to grant the application it is hereby Ordered that the defendant's bail conditions be modified in

order to permit the defendant to have unsupervised visits with Rona Cohen.

Dated: New York, New York
      December /6 , 2005

                          SO ORDERED

                          ALLYNE R. ROSS, USDCJ