# SERCARZ & RIOPELLE, LLP

CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

---

JULIA L. GATTO
BRUCE SEELIGER*
*ADMITTED IN NY & NJ

August 3, 2006

**Via Hand Delivery**

The Honorable Allyne R. Ross
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **_United States v. Glenn Marcus, 05 Cr. 0457 (ARR)_**

Your Honor:

    We write on consent to request a modification to the defendant's conditions of home confinement to permit Mr. Marcus to visit with Susan Lane at her home on Wednesday, August 9, 2006 from 10:30 A.M. until 5:30 P.M.

    As the Court will recall, on June 29, 2006, your Honor ordered a modification to Mr. Marcus' bail conditions permitting him to move to the residence of Susan Lane. Mr. Marcus intends on moving to Ms. Lane's by the end of the summer. Before doing so, Mr. Marcus would like to spend a day at her home in order to ensure that he is comfortable with the move.

    I have spoken to AUSA Dan Wenner and Timothy Rooney, Mr. Marcus' pre-trial supervising officer, and they consent to this application.

    If the Court is willing to grant Mr. Marcus' request, it may do so by executing this letter at the "So Ordered" signature line provided below.

Respectfully yours,

Maurice H. Sercarz

cc: AUSA Dan Wenner (via facsimile)
 USPTSO Timothy Rooney (via facsimile)

The defendant, Glenn Marcus, having made application to visit with Susan Lane at her residence on Wednesday, August 9, 2006 from 10:30 A.M. to 5:30 P.M.; and the government and the Pre-trial Services Agency having no objection to such modification,

IT IS ORDERED that Mr. Marcus be permitted to visit with Susan Lane at her residence on Wednesday, August 9, 2006 from 10:30 A.M. to 5:30 P.M.

SO ORDERED:

HON. ALLYNE R. ROSS
U. S. D. J.