1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,        :        05-CR-457(ARR)
                                 :
                                 :
        -against-                :        United States Courthouse
                                 :        Brooklyn, New York
                                 :
                                 :
                                 :
        GLENN MARCUS,            :        February 12, 2007
                                 :        9:30 a.m.
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE, and a Jury.

A P P E A R A N C E S :

For the Government:  ROSLYNN R. MAUSKOPF, ESQ.
                     United States Attorney
                     Eastern District of New York
                     One Pierrepont Plaza
                     Brooklyn, New York 11201
                BY:  PAMELA CHEN, ESQ.
                     SOLETTE MAGNELI, ESQ.
                     Assistant United States Attorneys

For the Defendant:   SERCARZ & RIOPELLE
                     152 West 57th Street
                     24th Floor
                     New York, New York 10019
                BY:  MAURICE H. SERCARZ, ESQ.

Court Reporter:   Anthony D. Frisolone, CSR-R, RMR, CRI
                  Official Court Reporter
                  Telephone: (718) 613-2487
                  Facsimile: (718) 613-2694
                  E-mail:   AFrisolone@aol.com

Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

1          (Defendant present in open court.)

2          THE COURT:  Is everybody ready?  Get the jury,

3   please?

4          COURTROOM DEPUTY:  All rise.  Jury entering.

5          (Jury enters courtroom.)

6          THE COURT:  Dennis, would you please swear the jury

7   in.

8          COURTROOM DEPUTY:  Please stand and raise your right

9   hand.

10          (Jury panel sworn by the courtroom deputy.)

11          THE JURY:  (Collectively)  I do.

12          COURTROOM DEPUTY:  Please be seated.

13          THE COURT:  Ladies and gentlemen of the jury, we're

14   about to begin the trial of this criminal case about which you

15   heard something during the course of jury selection; but,

16   before the trial begins, there are certain things I wish to

17   tell you to help you understand what will be presented and how

18   you should conduct yourselves during the trial.

19          To begin with, you are here to administer justice in

20   this case according to the law and the evidence.  You are to

21   perform this task with complete fairness and impartiality and

22   without bias, prejudice or sympathy for or against the

23   Government or the defendant.

24          This case is important to the defendant who is

25   charged with committing certain crimes and who has the

1   constitutional right to receive a fair trial.  The case is

2   also important to the Government since the enforcement of the

3   of criminal laws is important.

4          The case is based on an indictment.  During the jury

5   selection, I read the indictment to you.  I instructed you at

6   that time and I instruct you again:  The indictment is simply

7   the document by which a criminal action is commenced.  It is

8   merely an accusation, a charge.  It is not evidence of the

9   defendant's guilt.

10          Because the defendant has pleaded not guilty, the

11   Government has the burden of proving each of the essential

12   elements of the crimes charged in the indictment beyond a

13   reasonable doubt.

14          The purpose of the trial is to determine whether the

15   Government meets its burden.  The defendant does not have to

16   prove his innocence.  On the contrary, the defendant is

17   presumed to be innocent of the accusations contained in the

18   indictment.  As you have already heard, the indictment

19   contains three counts:

20          Count One charges the defendant with the offense of

21   sex trafficking by force, fraud or coercion in violation of

22   Title 18 United States Code Sections 1591 and 2.

23          Section 1591 provides in relevant part "...[w]hoever

24   in or affecting interstate or foreign commerce recruits,

25   entices, harbors, transports, provides or obtains by any means

Preliminary Instructions                                4

1    a person or benefits financially or by receiving anything of

2    value by participation in a venture which has engaged in an

3    act described in violation..." of the sentence that I just

4    read to you.

5             "Knowing that force, fraud or coercion will be used

6    to cause the person to engage in a commercial sex act shall be

7    guilty of an offense against the United States."

8             Section 2 makes it a crime to aid and abet others in

9    the commission of the crime defined by Section 1951, that is,

10   to commit sex trafficking by force, fraud or coercion.

11            Count Two charges the defendant with the offense of

12   forced labor in violation of Title 18 of Section 1589.

13            Section 1589:  "Whoever knowingly obtains the labor

14   or services of another person by threats of serious harm to or

15   physical restraint against that person or another person or by

16   means of any scheme, plan or pattern intended to cause the

17   person to believe that if the person did not perform such

18   labor or services, that person or another person would suffer

19   serious harm or physical restraint shall be guilty of an

20   offense against the United States."

21            Again, Section 2 makes it a crime to aid and abet

22   others in the commission, here the crime defined in Section

23   1589, that is, to commit forced labor.

24            Count Three charges the defendant with the offense

25   of knowingly transporting obscene material in interstate

Preliminary Instructions                                5

1  commerce in violation of Title 18 United States Code Section

2  1462(a).  That section provides in relevant part:

3  "...[w]hoever knowingly uses any interactive computer service

4  for carriage in interstate or foreign commerce any obscene

5  matter shall be guilty of an offense against the United

6  States. "

7          Section 2 makes it a crime to aid and abet others in

8  the commission of the crime defined by Section 1462(a), that

9  is, the transportation of obscene material.

10          The trial will proceed in the following order:

11          First:  The parties will have the opportunity to

12  make opening statements.  The Government will make such a

13  statement, then the defendant may do so.  The defendant is

14  not, however, obliged to make an opening.

15          Indeed, the defendant has no obligation to do

16  anything during the course of this trial.  What is said in

17  these opening statements is not evidence, rather, the

18  attorneys will attempt to give you an introduction to, or an

19  overview of, the evidence which they expect will be produced

20  during the course of the trial.

21          After the opening statements, the Government will

22  introduce evidence in support of the charges contained in the

23  indictment.  This may be testimony from witnesses, it may be

24  physical items, exhibits which are offered into evidence.  If

25  an item is received in evidence, the attorneys may choose to

1   have you look at it here in court right at the moment at the

2   received.

3           Whether they to this or not, however, if you wish to

4   study any exhibits further, and to the extent that it's

5   practical, I will send any requested exhibits received in

6   evidence into your jury room during your deliberations so that

7   you will have ample opportunity to examine them.

8           You should pay careful attention to the testimony

9   given by any witness.  Let me say, however, if in the course

10  of your deliberations, you have a question as to what

11  witnesses, in fact, said on any matter, the court reporter is

12  available to go through his or her notes and read back to you

13  any portions on which you have any question.

14          Second:  When the Government has concluded putting

15  in its evidence, the defendant may present evidence but he is

16  not required to do so.  The burden is always on the Government

17  to prove every element of an offense charged beyond a

18  reasonable doubt.  The law never imposes on the defendant in a

19  criminal case the burden of calling any witnesses or

20  introducing any evidence.

21          Third:  If the defendant puts on any evidence, the

22  Government may or may not wish to put further evidence before

23  you to rebut what the defense has set forth.

24          Fourth:  Once all the evidence has been presented,

25  each party has the opportunity to present closing arguments or

1   summations to you.   What is said in these arguments is not

2   evidence of the each party is simply presenting to you its

3   view of what the evidence has shown and suggesting to you the

4   inferences or conclusions that you should draw from the

5   evidence.

6           You may find an argument sound and persuasive, you

7   may or you may not.   Because the Government has the burden of

8   proof in the case, it has the right to argue first followed by

9   the defendant after which the Government may give a rebuttal

10  summation.

11          Fifth:   After you've heard the arguments, I will

12  instruct you on the applicable law.   You will then retire to

13  consider your verdict; your verdict must be unanimous.

14          You have a tremendously important task as jurors.

15  It is to determine the facts our constitution gives the

16  defendant the right to have you who are members of the

17  community find those facts.   You and not the Court are the

18  sole judges of the facts.   I shall try to preside impartially

19  and not to express any opinion concerning the facts.   If at

20  any time I should make a comment with respect to the facts,

21  you may disregard it.   It is your judgment as to the facts and

22  not mine which controls.

23          As sole judges of the facts, you must determine

24  which of the witnesses you believe, what portion of their

25  testimony you accept, and what weight you attach to it.

1        In the course of the trial, the attorneys may, from

2   time to time, stand and say that they object to a certain

3   question or certain evidence.  They are asking me to make a

4   ruling of law as to the admissibility of that evidence.  There

5   are certain rules that apply to the receipt of evidence in

6   trials.  If I sustain an objection, it means that I think the

7   law does not permit receipt of the evidence in question.  You

8   are to disregard the question asked.  You are not to speculate

9   about how it might have been answered.  You simply have no

10  evidence before you on that subject.  If I sustain an

11  objection after the answer has been given, I will strike the

12  answer, meaning, that you are not to consider it at all in

13  your directions.  You are to act as if that answer had never

14  been given.

15        On the other hand, if I overrule an objection, it

16  means that I find no reason in law not to let the evidence

17  come before you.  You should not, however, attach any special

18  weight to evidence that comes in over an objection, simply

19  consider it together with all the other evidence in the case.

20        No statement, ruling, remark or comment which I may

21  make during the course of the trial is intended to indicate

22  any opinion as to how you should decide the case or to

23  influence you in any way in your determination of the facts.

24  At times, I may ask questions of witnesses, I do so simply to

25  bring out matters which I think should be brought out and not

1    in any way to indicate an opinion about the facts or the

2    weight you should give the testimony of the particular

3    witness.  You you must not consider neglect that you may have

4    read or heard about the case outside the courtroom whether

5    before or during the trial.

6            Obviously, it includes any publicity about the case

7    whether in the newspapers or the radio; on the television or

8    on the Internet.  There may be publicity about the case as the

9    trial goes forward.  I'm sure you understand from what I've

10   said during the jury selection that cases are tried in the

11   courtroom under prescribed rules of procedure and not in the

12   press or in the radio or on television.  For these reasons,

13   you are instructed not to read, listen to or watch news

14   reports concerning the case.

15           If you should unavoidably see an item, disregard it

16   and put it out of your mind and let me just suggest, again, if

17   you're perusing a paper and see anything that even begins to

18   suggest that it might relate to this case just turn the page,

19   okay, but you really don't want to read or hear or see

20   anything about the case.

21           But, I also want you to let me know by writing me a

22   know note that you have seen something but do not tell the

23   other jurors that you have seen anything or heard anything or

24   even that you have written me a note.  This instruction

25   continues throughout the entire trial, whether or not I repeat

1   it.  You must not be influenced by anything you may have seen
2   or heard outside of the courtroom.

3           You are in the best position of anyone to listen to
4   what the witnesses testified to.  You will see these witnesses
5   sworn, they will take a solemn oath before you to tell the
6   truth, the whole truth, and nothing but the truth.  You will
7   hear them on direct examination and on cross-examination; you
8   will hear every word that is said.  The case must be decided
9   by jurors who base their decision solely on the witness's
10  testimony and the other evidence introduced at trial.

11          Finally, if any person be it a reporter, an
12  attorney, a party or anyone else should attempt to communicate
13  with you or talk to you about the case, it is your duty to
14  report that immediately to me in writing and not to discuss
15  with any of your fellow jurors the fact that then approached
16  you or that you wrote me a note.

17          Now, there are several rules which should govern
18  your conduct during any recess or break that we take in the
19  trial.

20          First:  After I've continued to indicate, do not
21  discuss the case among yourselves or with anyone else during
22  any recess.  Even as among yourselves you see, it is important
23  that each of you keep an open mind reaching your conclusion.
24  Only in your final deliberations, after all the evidence is
25  in, and you've heard the attorneys' summations and my

1  instructions on the law.  Only then will you again to exchange

2  views among yourselves and reach your verdict.

3         Now, the instruction that I have just given to you

4  is counterintuitive, it's contrary to human nature.  Serving

5  on a jury is a unique experience, it's an interesting

6  experience; it's an experience that you perhaps have only once

7  or twice in a lifetime and it's something that you would

8  naturally want to share with friend or family as the trial

9  goes along.

10        What's wrong with that is that as you begin

11  discussing the case with others, they want to give you their

12  opinion of what they think about the case even though they

13  haven't been here.  Even though they haven't heard any of the

14  evidence and even though they haven't heard the arguments of

15  counsel and my instructions on the law and it fundamentally

16  deprives all the parties of a verdict that's based on a

17  determination of jurors who have heard all of what I've just

18  referred to.

19        So, as difficult as it may be, please do not discuss

20  the case with anyone else, and when I say, "Do not discuss the

21  case," I'm talking about the evidence in the case in

22  particular and any view that you might have about the

23  evidence.  Please do not discuss that at all.

24        The same is true with respect to discussing the case

25  among yourselves.  That, too, is counterintuitive.  After all,

1   the thing that brings you here together each day is this

2   trial.  What's wrong with beginning the discussion of the case

3   before the case is submitted to you is that if you begin

4   talking about the case, even among yourselves, you might begin

5   to come to tentative opinions and conclusions that might close

6   your mind to other evidence or arguments by counsel or to my

7   instructions on the law.

8           Here, again, when I say, "Do not talk about the

9   case," what I'm telling you is a common sense rule.  You can

10  talk about what you think about what the lawyers are wearing,

11  innocuous conversation is perfectly all right.  When I say,

12  "Do not talk about the case, even among yourselves," I am

13  talking about the evidence that you hear in the courtroom and

14  whether anybody is guilty or not guilty.

15          Also, you should not permit any other person to

16  discuss this case with you or in your presence; and, as I

17  indicated before, if anyone should approach you in an effort

18  to discuss this case with you you should report that fact to

19  me and tell that person that you can cannot discuss that case.

20          But, again, you should not discuss with your fellow

21  jurors either that fact or any other fact that you may feel

22  necessary to bring to my attention.  The reason is obvious:

23  If something occurs that affects the ability of a juror to

24  continue to serve fairly and impartially and that juror

25  communicates it to fellow jurors, then more of you may be

Preliminary Instructions                          13

1   affected.

2          Third, although it's normal for people to talk to

3   those with whom we're thrown into day-to-day contact, please

4   do not, while you're serving as jurors in this case, have any

5   conversation with the parties, the attorneys or any witnesses

6   in the case whether in the courtroom, in the hallways, in the

7   elevator, outside or anywhere else.  By this, I mean not only

8   do not talk about the case, do not talk at all, even to pass

9   the team of day.  You see someone seeing a juror in

10  conversation with a party or a lawyer or a witness might think

11  that something improper was being discussed.  So, to avoid

12  even the appearance of impropriety, have no conversations.

13         As I indicated, the lawyers, as officers of the

14  Court, are particularly sensitive to this, so I can tell you

15  that if they pass you in the halls without acknowledging your

16  presence they do not mean to be rude.

17         Those of you who have been selected as alternate

18  jurors should listen as carefully and conscientiously as the

19  other jurors.  You may very well be called upon, prior to the

20  conclusion of the case, to taking the place of one of the

21  other jurors and then you will have to deliberate and render a

22  verdict.  So, please, pay strict attention at all times.

23         With that, by way of introduction, we'll hear from

24  the prosecutor:  Ms. Magnelli.

25         MS. MAGNELLI:  Her hands, her hands were shackled to

1   the wall, hood over her head, while a man called himself God

2   slept.  She was awaiting her punishment.  She had refused to

3   bring her younger sister to him to be his sex slave.  He had

4   told her to bring her younger sister; to give her roofies, a

5   powerful sedative and muscle relaxant.  When she brought her

6   younger sister, he was going to take her sister's clothes off

7   and make her sister his slave.  Of all the things that she

8   would do for him this she would not do this.  And for her

9   refusal, he would punish her and she knew it and she was

10  terrified and she wanted to leave.

11          She escaped her bindings but by then God was awake

12  and she told him:  I want to go; I want out of here; I want to

13  leave.  He said:  No, you will serve me; and for your

14  disobedience, I will punish you.  She got back on the wall,

15  back in the shackles, he took a whiffle ball and he put it in

16  her mouth then he took inch-and-a-half long surgical needles,

17  and one by one he forced them through her top lip and into the

18  ball not once, not twice, but five times until that ball was

19  secured in her mouth.

20          She couldn't speak; her screams were muffled.  She

21  could barely breathe, but then, then the punishment began.

22  Then he began to whip her.  Then he began to beat her over and

23  over again as she whimpered, as the blood trailed down her

24  body, the tears trailed down her face and he continued to beat

25  her until he finally let her down from the wall.  But he

1    wasn't done yet, he took her down from the wall, and he took

2    her into another room and tied her to a wooden board, and with

3    a needle and thread he attempted to sew her vagina closed

4    until the needle broke and that just made him whip her and

5    beat her again and again and again for nearly an hour.  This

6    punishment continued until ultimately he took a knife and he

7    put cuts her all over her body, finally carving his initials

8    into the soles of her feet.

9          G.M., Glenn Marcus, the man who called himself God,

10    the defendant.  And he took photos, he took lots and lots of

11    photos and those photos he put on the Internet so he could

12    make some money.

13          Now, ladies and gentlemen, over the next few days,

14    you're going to hear about a world you may never have heard

15    about before.  You're going to hear words like "bondage,"

16    "domination," "submission," "sadism," "masochism."  You are

17    going to hear about this community, BDSM for short.  You are

18    going to hear where this is a world where some individuals

19    take sex sexual pleasure in whips and chains, about being

20    bound, and having pain inflicted on them.  You are going to

21    learn about this world just like the woman I told you about

22    learned about this world, that woman's name is Jodi.

23          In this world of bondage, domination, and

24    sadomasochism and Jodi learned about, she learned something

25    else.  She learned that the defendant hid his abusive nature

1    behind the smokescreen of this BDSM community.

2          Now, let me boil it down for you.  This case is

3    going to come down to consent.  Were all of Jodi's actions a

4    product of her free will or were some of them a product of

5    violence and fear and threats?  You will learn that the

6    defendant, throughout his relationship with Jodi, refused her

7    any time she wanted to leave; he did not accept it when she

8    said no.  Over and over again, he refused her the ability to

9    choose.  But who is Jodi and how does she get into this?  Jodi

10   is someone's daughter; she's someone's sister.  She comes from

11   a family of six from the midwest.  She loves music and dance

12   gymnastics.  She plays the violin and the flute.  She went to

13   college for four years in Wisconsin.  She had friends, she had

14   boyfriends.  She went out; she surfed the Internet.

15         And in 1998, when she was surfing the Internet, she

16   came across a domination submission chatroom, a place online

17   where people get together and chat about their similar

18   interests.  Well, this was new, this was different, so she

19   read on.  She became curious, she learned things about this

20   world.  She learned that this world has guidelines, it has

21   rules.  She learned that the very cornerstone of the BDSM

22   community is that all interactions are safe, they're sane, and

23   they're consensual.  She learned about masters; she learned

24   about slaves.  She learned of dominance and submissives; she

25   became curious.  She learned about safe words, essentially

1    just a word or gesture that will immediately stop play in a

2    BDSM scene.

3              She met someone online; she thought she could give

4    BDSM a try.  The first person she met online, very brief they

5    only hung out a few times, nothing really happened.  She then

6    met someone else.  That individual actually gave her a

7    questionnaire to figure out what she did and didn't want to

8    do, and during that relationship, she actually used a safe

9    word when something became too painful or too scary.

10             But then, in late 1998, Jodi met the defendant, she

11   met him online.  It was his charisma, his confidence, his

12   sense of humor that attracted her.  She responded to jokes;

13   they began to talk online.  He invited her into his private

14   chatroom, to talk in his private chatroom, called "Found God"

15   and there they continued to talk.

16             The defendant told Jodi, I'm a master; I don't use

17   safe words.  I don't have limits; I'll do whatever I want to

18   any slave I have.  Everybody else, they're a sham.  Jodi never

19   heard that before, it scared her.  But she didn't actually

20   believe that someone really would have no limits, that her

21   ability to say no wouldn't be respected.  On top of that, she

22   also spoke to two other slaves that served the defendant.

23   Women named Joanna and Celia and they assured Jodi, no, he's

24   wonderful, he's never actually going to injure you.  So, while

25   she was still scared, she was also still curious.

1          So, at the end of 1998, Jodi flew from her home in

2    the midwest to Joanna's apartment in Maryland where she spent

3    the weekend with the defendant and Joanna.  She did this twice

4    and she experienced some BDSM activities that were more

5    intense than her first two relationships but she came away

6    deciding I'd like to be with him.

7          So, in January of 1999, she moved into Joanna's

8    apartment, packed her things, left her family, left her

9    friends, and moved into Joanna's apartment and you will hear

10   that for the first few months Jodi was in the BDSM lifestyle

11   and followed the defendant's orders when he wasn't there

12   because he actually lived in New York and not in Maryland.

13         But as time wore on, the defendant's actions became

14   more severe.  They became more cruel, more severe in every way

15   within her life.  She became depressed about it, only having

16   been with the defendant six months.  She started to act out

17   because of her depression.  She burned herself with

18   cigarettes.  After having done that, she was scared the

19   defendant would simply find the marks on her body so she told

20   him he didn't help her.  He didn't get her medical attention,

21   he punished her.

22         One of the ways he punished her was by taking

23   cigarettes and putting them out all over her body.  He put

24   them out on her back, on her arms, on her legs, under her

25   arms, inside of her vagina.  She was way more depressed, she

1  became more fearful.

2         And then, a few months later, is when the defendant

3  asked Jodi to bring him her younger sister and, again, that

4  she couldn't do, she wouldn't do it, and he punished her for

5  it.  He pinned the whiffle ball in her mouth, he carved his

6  initials into the soles of her feet, and that was day, that

7  was the first day when she told him, I don't want to do this

8  anymore and he had refused her.  It was that incident, that

9  punishment, that changed her.

10        Now, her fears of what he would do now, her fears

11 overwhelmed her because now she knew the cruelty that he was

12 capable of and before that day, she believed that she could

13 leave.  I mean, why not had other women had left him and he'd

14 always said, I don't want a slave that doesn't want to be

15 here.  That's what he said but that's not what he did to Jodi.

16        The following month, Joanna, whom Jodi lived with,

17 told the defendant she didn't want to serve him anymore.  The

18 defendant, in response, threatened.  He threatened to send

19 sexually explicit photos and videos of Joanna to Joanna's

20 elderly father.  He threatened to kill Joanna's godson.  And

21 Jodi overheard these threats and now her fear increased again

22 because now she knew that if she ever tried to leave him he

23 would do the same to her.

24        After Joanna was out of the picture, the defendant

25 moved Jodi here to New York.  He had her move in with a woman

1   named Rona, someone who had served the defendant since they

2   were both teenagers; and while Jodi lived in New York with

3   Rona, the tortures continued, the fear continued, except now

4   the defendant was threatening Jodi in the same way he had

5   threatened Joanna he was now threatening Jodi with exposure to

6   the media, exposure to her family.

7           On top of that, he now forced Jodi to create and run

8   a website.  He called it Slavespace.com.  He forced her to

9   upload images and diaries from his old website onto his new

10  website.  These photographs were of his torture sessions, of

11  his sexual activities.  The diaries were stories made to go

12  with the photos, made to make the website more enticing so

13  people would pay so they could see the entire website.  He

14  even had her put a photo of her torture session on the front

15  page, on the home page as a teaser, again, to entice people to

16  came in, pay the fee, and get to see the whole gallery of

17  items, thousands of pages.

18          So now, not only was the defendant making Jodi

19  perform the sexual acts in the photographs, he was also making

20  her market them.  He was making her market photos of her being

21  tortured.  He was making her market sexually explicit photos

22  of his other slaves.  How do he do that?  He threatened her.

23  And if she didn't work hard enough for to his satisfaction, he

24  would beat her.  He forced her to work 8-to-10-hour days

25  uploading images, writing diaries, collecting from members,

1   clicking on ads all to turn him a profit.  He didn't need a

2   job, he didn't have one, he made Jodi work.

3           So why didn't she leave?  Fear, isolation.  She was

4   scared of what he was capable of.  She was scared that he

5   would, in fact, send photos of her to her family, to the

6   media.  She was scared that he would go after her and she had

7   seen what he could do and she was isolated.  She was isolated

8   because, at the defendant's insistence, she had given up all

9   her friends.

10          At the defendant's insistence, she had minimal

11  contact with her family.  This fear that was building in Jodi

12  became so strong it overcame her and she stayed.  And over

13  time, the defendant continued to do things to her that she

14  didn't want.  He continued to do things to force her to work

15  on his website.

16          One time, he got so angry that she wasn't working on

17  the website hard enough that he tied her down to the bed face

18  down until she threw up.  Another time he got so angry he

19  zipped her into a clear garment bag and choked her until she

20  passed out; and yet, another time he took those surgical

21  needles, those inch-and-a-half-long surgical needles.  He took

22  a dozen of them and put them into her breasts and all along

23  taking pictures, lots and lots of pictures, and forcing her to

24  write stories to go with those pictures, all to go on to the

25  Internet, all so people would be enticed to go into the

1   website, pay the money, see the full gallery, all for his

2   profit.

3          When it came to money for the defendant, he would

4   also force Jodi to go out and get jobs.  She would have

5   babysitting jurors and eventually she got a job at a corporate

6   office and there were other people there.  Now she had

7   co-workers; she made some friends.  She started to think about

8   her life; she started to think that she wanted a different

9   life.  So, she called the defendant in spring of 2001 and she

10  said, I want out; I don't want to be with you anymore.  He

11  said okay, but only if you go through one more punishment.

12  And Jodi was terrified, she was terrified of what he would do

13  to her, but she was more terrified of what he would do if she

14  didn't submit and she thought it would be one more time.  She

15  wanted out and she believed this was her only way out.

16         It was a Saturday.  The defendant called:  Meet me

17  downstairs.  She got into his car; he didn't let her speak.

18  Fear set in; she shook with it.  He drove her to a house in

19  Long Island.  She got out the car; she started to weep.  She

20  begged him to let her go.  He took her inside the house; he

21  forced her to take her clothes off.  He forced her down the

22  stairs into the basement; Jodi began to scream.  She became

23  frantic; she didn't want to be there.  She turned around; she

24  went up the stairs.  He blocked her; he pushed her down back

25  down the stairs.  She pleaded to be let go; she started

1    screaming.   She screamed for her daddy.   She screamed

2    incoherently and he just got angry and he said shut up, the

3    neighbors will hear.

4         She couldn't stop screaming; she was hysterical.   He

5    shoved a Valium down her throat but she kept screaming.   He

6    took a cord and he tied it around her tongue and then he took

7    one of inch-and-a-half long needles and put it through her

8    tongue and now she couldn't speak anymore; she could still

9    feel the pain.   He blindfolded her, took her hands and tied

10   them together with rope.   Took her ankles and tied them

11   together with rope and tied them both to the ceiling.   He had

12   her stand on a chair and then he would beat her, he would cane

13   her, he would whip her all over her body.   Then, he would take

14   the chair out and let her hang out and continue to whip her.

15   He put the chair back and let her stand and continued to whip

16   her for 60 minutes.

17        Ultimately, he took the chair out altogether and

18   left, leaving her hanging there.   She hung there for nearly

19   another 60 minutes, bleeding, drugged, bruised, helpless, she

20   couldn't feel her hands, she couldn't feel her feet, and when

21   he finally came back and started to let her down, he stopped.

22   He stopped and he made her smile and pose for the camera

23   because he wanted to taking a picture.

24        When he finally let her all the way down she

25   couldn't walk.   So, if she wanted out of that basement she was

1    going to have to crawl and she did.  She crawled up those

2    stairs but Saturday wasn't over yet.  He made her go to an

3    upstairs bedroom and there he has sex with her and Jodi will

4    tell you at that point while her body felt broken, her will to

5    resist certainly was.  He then forced her to look at the

6    injuries on her body taking pictures of her while she looked.

7    He then forced her to write a diary about so he could post it

8    on the Internet.  A diary thanking him for that, thanking him

9    for the punishment.

10          And he didn't let her go.  In fact, as he was

11   beating her in the basement, he told her I will show you that

12   you are going to serve me.  He didn't let her go.  And after

13   that day, Jodi felt defeated; she felt broken; she felt

14   depressed.

15          Over the next couple of months, she contemplated

16   suicide constantly until the strangest little thing happened.

17   She had been living with Rona who, again, had been serving the

18   defendant since they were teenagers.  Rona was sick of having

19   Jodi around, so the defendant ordered Jodi to go house sit and

20   she did.  And this little bit of time, that little bit of

21   space, where she had minimal contact with the defendant gave

22   her just enough hope where she started to separate herself

23   from the defendant slowly.

24          She got her own apartment in September of 2001.  Now

25   she kept in touch with the defendant because he still

1    threatened to expose her; he still had her photos.  And, in

2    fact, over the time he tried to get her back.  Slowly, but

3    surely, Jodi continued to separate herself until she became

4    Jodi again.  She was no longer "slave" or "it" or "hooch" as

5    he called her.

6         She wanted the threat of the defendant gone and it

7    wasn't yet.  She wanted the photos down from the website.  She

8    wanted to be rid of that part of her life.  She wanted it

9    down.  She asked him repeatedly to take down the photos, he

10   said no.  He repeatedly said no.  She didn't know what to do;

11   she went to an attorney.  The attorney said, go to the FBI;

12   and it was the FBI that took down Slavespace.com.

13        So what he evidence are you going to hear in this

14   case?  Most importantly you're going to hear from Jodi.  Jodi

15   will tell you all about the torture sessions.  She will tell

16   you that the defendant threatened her, beat her, and enslaved

17   her.  She will also tell you that before she ever met the

18   defendant in person he knew a few things about her.  She had

19   told him while they were talking on the phone that her mother

20   had been cruel and unpredictable.  She would tell him that her

21   mother, when she was growing up, used to make her stand naked

22   in the middle of the house while her mother beat her.  She

23   told the defendant that her mother would force her to take a

24   shower with her and then her mother would criticize her body.

25        The defendant knew all of these things and in

Opening Statement - Ms. Magnelli                    26

1   response to her on the phone he told her, "It's your purpose

2   in life to serve me.  That's your purpose, I am your God."

3            You're going to see the contents of the website.

4   You're going to see the photos, you're going to see the

5   diaries.  Some of these photos will show Jodi smiling and she

6   will tell you that if she didn't smile for the camera, the

7   defendant would beat her.  She will tell that you the

8   defendant demanded that she serve him with happiness,

9   gratitude; that she serve him thankfully, and that she would

10  be severely punished if she didn't.

11           You will also see the photos of Jodi where she's not

12  smiling.  You will see the whiffle ball pinned into her mouth.

13  You will see his initials carved into the soles of her feet.

14  The needles in her breast; her in a garment bag.  You will see

15  her hanging from the ceiling with blood dripping down her body

16  and these photos aren't fake.  You will see the Polaroids that

17  were found in the defendant's room.  You will see the sex toys

18  and the items he forced his slaves to use.  You'll even

19  receive the billing records to show the defendant made money

20  off of this website, Slavespace.com.

21           And you'll hear from the defendant in phone

22  conversations from 2005, phone conversations that he had with

23  Jodi where he justifies what he did to her.  He says he had

24  the right to do those things to her and that, technically, he

25  still has the right to do whatever he wants to her.  He talks

1   about an agreement they had where she gives up all ability to

2   say no.  An agreement that stripped her of her free will, her

3   basic human right to choose.  That's what he'll say in

4   justification.

5           Now, let me tell you about what you're not going to

6   hear in this case.  You're not going to here that consenting

7   adults shouldn't engage in certain activity.  We're not going

8   to ask you to decide whether or not consenting adults can

9   engage in certain sexual activities within the privacy of

10  their own home.  You're not going to be asked whether or not

11  you free with certain lifestyles.  You're certainly not going

12  to be ask to judge Playboy or every image that we have in

13  society today.

14          You will be asked to consider three charges.

15          Count One:  Sex trafficking.  The evidence will show

16  that the defendant forced Jodi to perform sexual acts which he

17  then took photos of and posted on the Internet and earned a

18  profit from.

19          Count Two:  Forced labor.  The evidence will show

20  that the defendant forced Jodi to work on his website and he

21  forced her to commit the sexual acts, both of which earned him

22  a buck.

23          And how did he do this?  How did he get her to do

24  these things?  He got her to do them with fear and violence

25  and threats.  He threatened to expose her to his family he

1   threatened to expose her to the media.   She overheard the

2   threats to Joanna's godson, he threatened to kill Joanna's

3   godson.   She was petrified of what he could do, of his

4   cruelty, and his threats were constantly reinforced,

5   constantly, by repeated and random acts of violence.

6          As you listen to the evidence, ask yourselves, why

7   would he threaten someone who is consenting to what you're

8   doing?  He didn't threaten to take away the car, he threatened

9   to expose her to her family.

10          And.   Finally, Count Three:   The obscenity charge.

11  The Government will show that Slavespace.com portrayed sex in

12  an offensive and degrading manner and that some people are

13  sexually aroused by it -- like people who paid to see the full

14  website.

15          Again, let me point out that this case boils down to

16  consent.   You may hear evidence that other women served the

17  defendant willingly, but it's Jodi's consent that matters.

18  It's about what the defendant did to her.

19          You'll also hear some other important thing.   You'll

20  hear that Jodi never lived with the defendant.   You'll hear

21  that she have had jobs that would take her out of the house.

22  You'll hear that for a little while she had a car can.   You'll

23  hear that she had some pocket money here and there.   But Jodi

24  will tell you that despite her physical freedom, the

25  defendant's threats, backed by his violence, scared her; it

1  created an atmosphere of fear.

2       By the end of this case, there are certain things

3  that you will know.  You will know that the defendant's

4  actions went beyond a BDSM relationship.  Threats to expose

5  her to her family, threats to expose to the media, forcing her

6  to take the drug.  Threatening to beat her if she didn't work

7  on the website.  Threatening to enslave her sister.  None of

8  those things have to do with a BDSM relationship.

9       You will also know that the defendant because he

10 knew about Jodi's background, he prayed on her weakness.  You

11 will know that he preyed on Jodi's vulnerabilities, enticing

12 her to get into a relationship of perpetual violence and fear.

13 And, you will know that the defendant attempted to strip Jodi

14 of her basic human right to choose, to free will.  He ignored

15 her when she said no.

16      Guilty, ladies and gentlemen, that's what the

17 Government will stand before you at the end of this trial and

18 ask you to find.  Guilty of all three charges for the man who

19 called himself God.

20      THE COURT:  Mr. Sercarz.

21      MR. SERCARZ:  Your Honor, Ms. Magnelli, Ms. Chen and

22 Whitman, Mr. Marcus.

23      Ladies and gentlemen of the jury, Glenn Marcus is

24 not guilty.  Glenn Marcus is not guilty because he did not

25 trick or entice; that's the word she used, remember that.

1  Enticed.  He did not trick or entice the complainant to join

2  any relationship.  He did not force her to stay in the

3  relationship after she made it clear that she desired to leave

4  it and he did not compel her to provide labor and services

5  against her will, nor did he compel her to engage into

6  commercial sex act.

7            And with regard to that website, and you're going to

8  see it, you're going to have the opportunity to review it, and

9  you're going to be asked to consider it taken as a whole,

10  according to the contemporary community standards of our

11  community here in the Eastern District of New York, and when

12  you do, you're going to find that this website is by terms

13  graphic, explicit, ironic, funny, disgusting, and provocative.

14            In fact, most all of it was provocative, but that it

15  is not obscene.  And that's why in May of 2005, when agents

16  broke down the door, when they entered the apartment, that he

17  shared with the woman that you will learn is named Rona, when

18  they took him in handcuffs and brought him before a federal

19  magistrate he said in effect I have two words for these

20  charges, two words.  Not guilty.  The same two words that he

21  has uttered ever since that day, ever since May of 2005,

22  unalteringly, unhesitatingly, unwaveringly, unequivocally, two

23  words:  Not guilty.  And he stands before you today and he is

24  not guilty of the charges that they have brought against him.

25            I'm going to talk to you a little bit about the

1   evidence on my opening statement but I have to begin by saying

2   that in a case like this, talking about the evidence is the

3   easy part.  I'm very bad at ignoring stuff that's hanging out

4   there in the ozone and treating it like it doesn't exist.

5           So, let's deal with the three questions that you

6   have in your mind right now after listening to an opening

7   statement such as this and listening to what you heard during

8   the jury selection about this lifestyle, this BDSM lifestyle,

9   and about the contents that are on the website and that indeed

10  took place during this relationship when Mr. Marcus and this

11  young lady by the name of Jodi.

12          First of all, question No. 1, would any of their

13  free will consent to any of this treatment?  Well, the answer,

14  ladies and gentlemen of the jury is as you will learn from

15  listening to the evidence yes, yes, she did.  And if you were

16  listening, if you parse what you were told here, even the

17  Government concedes that when she came into the relationship

18  she came in consensually; she came in knowingly.  They already

19  told you that she had read about BDSM before.  They already

20  told you that she had been in prior relationships before.

21  They already told you that she had been on the chatrooms

22  before and had learned what this is about.

23          Second question, and I'm going to spend the rest of

24  this case dealing with all three of them, because they're

25  there and it doesn't make sense to ignore it ladies and

1    gentlemen.

2           Question No. 2:  Why shouldn't we convict him even

3    if she did consent because these charges are so horrendous,

4    this behavior sounds so egregious to us, and I'm going to tell

5    you why.

6           I'm going to tell you up front and then I'm going to

7    make you believe it by the time this case is over and you've

8    heard all of the evidence.  You shouldn't convict him because

9    they've charged him with crimes that he did not commit.

10          I'll remind you, ladies and gentlemen, and I'm going

11   to remind up before you heard hear the court instructs you on

12   the elements of these charges.

13          This is not an assault case, ladies and gentlemen of

14   the jury, this is not a case in which the defendant is charged

15   with rape.  He is charged with the more complex federal crimes

16   of sex trafficking and forced labor and the obscenity count

17   that I'm going to get to.

18          When you learn about this lifestyle called BDSM and

19   you're not going to learn about it because the defendant

20   says -- it's in the literature, and you're going to learn it

21   from the people that know about it, and people that

22   participated in it.

23          You're going to learn that there are rituals of

24   bondage and torture that is as horrendous as they sound to us

25   and are part and parcel of this lifestyle.  You're going to

1   learn that these acts that we would view as torture are

2   engaged in because they are arousing to the participants and

3   not just the participant who implements the "punishment," but

4   the person who receives the punishment as hard as that's going

5   to be to understand.

6           As hard as it's going to be to digest, it happens to

7   be the truth when you evaluate this in context and so you're

8   going to find at the end of this case that when the Government

9   has done here is to take what is clearly a form of erotic

10  play, admittedly in extreme form, and argue that this was

11  punishment for the failure to perform labor and services.  But

12  once you understand this lifestyle you can critically evaluate

13  the complainant's testimony you will know that this notion is

14  false.

15          Pins, you're going to hear about it in the context

16  of BDSM.  Ropes you're going to hear about it in the context

17  of BDSM.  Suspension, you're going to hear about it in the

18  context of BDSM.  Defecation, urination, being caged, being

19  blindfolded you're going to hear about it in the context of

20  BDSM as horrible as it is for us to consider.  And that

21  revulsion that you are feeling, that you are feeling when

22  Ms. Magnelli gave that dramatic opening statement, I want to

23  you hold on to that revulsion just for a minute longer and now

24  maybe you'll understand how Agent Austin Berglass, that FBI

25  agent, felt when he was first on the receiving end of this

1    story.

2           When Jodi and her lawyer came into the office and

3    recited this litany of horrors, and if you think about it, and

4    you hold on to it, and you feel that maybe they will you'll

5    understand why he wasn't trolling through the United States

6    Code and looking for charges, charges that he could bring,

7    charges to punish this conduct, charges that ended up being

8    the charges of sex trafficking and forced labor, charges that

9    you're going to find upon a neutral review evident evidence,

10   charges that simply don't fit.

11          Charges that simply don't apply because of the

12   failure to truly investigate whether or not this young lady,

13   however damaged she may be by what has happened to her in her

14   life dating back to childhood, is a credible, reliable

15   witness.   Charges that when you come to when there is no

16   effort to corroborate.

17          Question No. 3:   Why should we work so hard for this

18   defendant?  Why should we take the trouble to listen carefully

19   every day when we come to court to apply the rules of evidence

20   to give him the full measure the presumption of innocence even

21   though we're required by law to do so and then to deliberate

22   fully and fairly before rendering a verdict.   Why should we

23   work so hard?  Coming in as we do at the end of this horrible,

24   foul mess that has been dumped into our laps.

25          By the end of this case, to answer that question, I

1   hope to persuade you that you are not just doing it for him,

2   you are doing it for all of us and, I don't hesitate to say

3   that.  This is a very important case, ladies and gentlemen,

4   cases like these tests the limits of our judicial system and

5   its capacity for fairness and beyond that cases like this are

6   a test for our society of its very capacity for tolerance.

7   And speaking for me, I'm very proud to represent Glenn Marcus

8   who stands before you even in the face of charges and

9   accusations such as these.

10          Now, with regard to that evidence, would anybody

11  willingly consent, ladies and gentlemen of the jury, the

12  evidence will show that BDSM is not a pretext for assaultive

13  conduct.  It's a fancy term for some lifestyle that is

14  degrading to women but it is defined and S&M.  As a term for

15  giving or receiving intense stimulation, bondage or the

16  purposeful enacting of dominant and semi--ive roles usually

17  already sexual gratification.  For sexual gratification.

18          It's a lifestyle with its own vocabulary, with

19  participants both male and female.  Indeed, you're going to

20  make the acquaintance in this case of a woman named P.W. or

21  Pee Wee.  She is a dominatrix, so it works both ways in BDSM.

22  It's a lifestyle with its own rules and expectations.

23          You're going to look that the type of BDSM practices

24  by Mr. Marcus and the complainant are not unique to them.  It

25  wasn't simply a series of scenes, a type of foreplay with

1    limited activity but it was an effort to take the principles

2    of dominance and submission and to make for them a lifestyle,

3    a relationship based upon those principles.

4           In other words, the players applied the rules of

5    this erotic power play to other aspects of fair lives.  It

6    wasn't unique to them, indeed, you heard Ms. Magnelli tell you

7    on her opening statement other women were involved with Mr.

8    Marcus at the same time, at the very same time that Jodi was

9    having her encounter with this defendant, and you will find

10   that the behavior in her recitation that most offended you

11   that ritualistic behavior that is common across the spectrum

12   of BDSM.

13          The evidence will show that Jodi knew what the rules

14   and expectations were; that she had participated in these

15   relationships before she ever met the defendant.  That she

16   entered the relationship knowingly intelligently, voluntarily,

17   and willingly.

18          The evidence will show that for his part, Mr. Marcus

19   took steps to ensure that his partners were willing and

20   consensual participants and this was not about a casual

21   encounter where there is a misunderstanding followed by a

22   one-night stand.

23          No one will suggest in this courtroom that the

24   defendant was less than up front or that he should have coded

25   what he had in mind in the chatroom.

1      There is no bait and switch here, ladies and

2  gentlemen, and before coming to the defendant she pursued him

3  in the chatroom, talked to him about the relationship.  She

4  revealed her fantasies about what she was looking for in the

5  relationship and she sent him a formal petition seeking to be

6  in submission to him.

7      You know, the prosecution made reference to the use

8  of the safe word in BDSM.  For 30 seconds, I want you to

9  consider the concept of a safe word.  Why is it, ladies and

10  gentlemen, that you need a safe word?  Why isn't it enough

11  just to say stop you're hurting me, I don't want to do this

12  anymore?  Answer:  Because there is a recognition in BDSM that

13  the feelings may be so intense that people may cry out may say

14  stop but that that is not enough to end the scene.

15      That's why you need of a safe word and you will

16  learn, ladies and gentlemen of the jury, that even Mr. Marcus,

17  even in this full-on relationship style of BDSM.  Even he had

18  what was in effect a safe word.  What he needed to hear from

19  the woman in submission to him is, "I do not wish to serve you

20  any more."

21      The Government acknowledges the behavior began as a

22  consensual one and it crossed the line into nonconsent and

23  that somehow her will was gone and that he created an aura or

24  a climate of fear.  Ladies and gentlemen of the jury, the

25  evidence is going to put the lie to this quickly and

1    unequivocally.

2         In October of 1998, the very first time that Jodi

3    encountered the defendant when she flew across the country to

4    engage in her first meeting with him, funny this wasn't told

5    to you, the meeting lasted for four days.  She was put in the

6    cage and blindfolded throughout that period of time.  She was

7    degraded throughout that period of time.  She was assaulted

8    during that period of time.

9         She was made to understand exactly what lay in for

10   her because she was made to feel fear, isolation, and

11   restraint and then she was sent back home to think about it

12   and to make her up mind whether this was really for her and

13   one month later she came back, in November of 1998, she

14   experienced similar behavior in the presence of others, again,

15   restrained, and again, made to feel in fear again subjected to

16   physical pain.

17        Again, she was sent back home to think about whether

18   or not this was really for her.  And before she have decided

19   to move across the country and life in Maryland and become

20   part of what you will learn was a communal group participating

21   in BDSM, depending on her memory either two or three occasions

22   when she was subjected to this type of behavior and then

23   certainty home back to her family, back to her support group,

24   back to her life to consider whether this was really for her.

25        And, with all of that, this woman that she hear now

1    had a college education, a knowledge of music, the capability

2    and functioning in life, chose, ladies and gentlemen of the

3    jury, chose to participate in this lifestyle.

4         The Government suggests there was this aura of fear.

5    There was no sudden traumatic event.  The events of October of

6    1999 which were described to you at the beginning of this

7    opening and you'll hear about it in some detail did not come

8    out of the blue.  They did not come as a shock.  They did not

9    create a trauma.  This isn't like the stuff of today's

10   newspapers, ladies and gentlemen of the jury, please don't let

11   pop psychology influence your deliberation here.  There was no

12   kidnapped child, suddenly taken away from the parents with

13   which that child grew up.  This is not like spousal abuse with

14   its cycle of sudden violence followed by apologies, and

15   "please come back to me."  No constant attempt was made at

16   reason forcing control.

17        The defendant saw this complaining witness

18   sporadically a few days a month over a period of more than a

19   year during that period she obtained meaningful employment.

20   She obtained access to her own money.  She was allowed to go

21   home to her family.  And perhaps most important of all you

22   will meet witnesses who encountered the complainant during

23   this period and not a single person is going to come into this

24   courtroom and tell you that they observed this complainant

25   engaging in behavior with Glenn Marcus that was against her

1    will.   Not one.

2         When the complainant succeeded in extricating

3    herself from this relationship, it didn't happen by force she

4    didn't break her chance and run away.  It happened when she

5    convinced Mr. Marcus that she no longer wished to be in the

6    relationship with him anymore.  It didn't happen at once it

7    didn't happen overnight it happened the way, and forgive me

8    for the analogy, but it's the best one to use, it happened the

9    way that it's happened for every one of us at the end of any

10   meaningful relationship, it happened in fits and starts.  It

11   happened with ambivalence, it happened with hesitation.

12         The Government describes the final occasion of

13   torture as in or about the spring of 2001 if I heard correctly

14   on the Government's opening.  Well, that's about three years

15   after her initial encounter with Mr. Marcus.  That's almost

16   two years after she first claimed, according to what we heard

17   on the opening statement that she communicated her desire to

18   leave.  Now Ms. Magnelli mentions that there comes a time when

19   she goes with her lawyer and goes to the FBI.

20         But what was conspicuously absent from that opening

21   statement was the date and I think it's of some significance,

22   ladies and gentlemen of the jury.  She went to law enforcement

23   in April of 2004, two and a half years after she claims she

24   succeeded in extricating herself from the relationship and we

25   respectfully submit that we will show she went because she

Opening Statement - Mr. Sercarz                    41

1   wanted to become a teacher again.

2          This is going to warn warm the cockles of your

3   heart.  She wanted to teach young children in the New York

4   public school system and she didn't want her pictures up on

5   the Internet.  That's why she went, and like an idiot, like an

6   idiot, my client refused to take her pictures down from the

7   website.  But for that perhaps we wouldn't even be here today.

8   With regard to the second question why shouldn't we convicted

9   him even if she did consent?

10          Well, when you've heard all the evidence you're

11  going to recall realize the dangerous of the defendant's

12  people how unstable people who decides after the fact that

13  this relationship was degrading to her and that conclusion

14  must have occurred to her at some point.  To take these

15  rituals of bondage and torture that are a staple of these

16  relationships after the fact when you thought better of it

17  when you want to be able to change your life.

18          When you want those pictures to come down and to

19  contrive an allegation such as this.  To turn I was

20  voluntarily in submission to him and he broke my will.  To

21  take the core erotics of their encounters and claim this is

22  what he did to me if I didn't importantly the labor and

23  services.

24          Ladies and gentlemen of the jury, at the end of this

25  case one thing is going to become abundantly clear this

1    so-called labor and services this as incidental part of the

2    communal part of the relationship.  This didn't did not seek

3    to obtain labor and services through this form of conduct.

4    This defendant did not use torture in order to obtain a

5    commercial sex act which is what we're here to decide when we

6    war here to consider Counts One and Two of the indictment.

7    When you realize all of this, ladies and gentlemen, you're

8    going to realize what a hard job await you in this case.

9           You're going to have to judge the credibility of

10   this complainant when she comes to testify and in that regard

11   I have one more introductory thought.

12          She's been in this lifestyle for a long time and all

13   the while wanted to maintain ties in the workforce and in what

14   people in the BDSM lifestyle call the vanilla community.  And

15   people who live in that world and want to work and function in

16   our world have to become masters of deception and concealment.

17          If you don't understand what I'm talking about just

18   considerate answers to three simple questions.  Do you have a

19   boyfriend?  What are your plans fort weekend?  What did you do

20   last weekend?  What has she been saying all these years?  What

21   has she been doing to hide the abuse by her mother and to hide

22   the relationship she's been in.

23          Ladies and gentlemen of the jury, this is a very

24   dangerous witness and I'm going to ask you to subject her to

25   great scrutiny when listening to her testimony:  Consider her

1   motives; consider her capacity to fabricate and to shift the

2   blame and to lie.

3           Now, with regard to the obscenity count you're going

4   to be asked to render a verdict on the issue of whether the

5   website is obscene.

6           The court, at the end of this case, will instruct

7   you on the definition of obscenity and it's not for me to

8   offer that kind of instruction but for the sake of focusing

9   you on what you need to consider when the evidence of the

10  website comes in I'm going to suggest to you subject to what

11  the Court will say that there's a three-prong test to

12  determine obscenity and I'm going to ask you to where whether

13  taken as a whole, the average person applying contemporary

14  community standards will find that the dominant appeal to the

15  prurient interest, the shameful interest, in sex in this case

16  to those within the BDSM community.

17          Second, again, from the perspective of the average

18  person applying contemporary community standards, the website

19  depicts or describes sexual conduct in a way that is patently

20  offensive.

21          And third, whether a reasonable person who finds

22  that the material taken as a whole lacks serious literary

23  artistic, political or scientific value.  And when you weigh

24  it I'm going to ask you to a decision in your mind about two

25  principles in the explicit sexual and not all pornographic

1    material is obscene according to law; and second, it's not

2    your role to judge the work by your own personal standards.

3    It is to be judged by the outside of the average person

4    applying contemporary commune standards.

5            At the end of this case, I will argue you that this

6    material falls well within community standards for websites

7    that are I am willed to adults by credit card use and that

8    websites that advise those who enter of the graphic content

9    contained therein.

10           And I'm also going to argue that the material has

11   the requisite serious appeal, the scientific, cultural

12   exploration of the BDSM lifestyle.  You're going to find that

13   the overarching theme of this website is BDSM, what it's

14   about, where it came from, how women that are in submission to

15   Glenn Marcus feel about participating.  And that in that

16   context, the explicit sexual content of both the text and the

17   photos is that a useful purpose because it makes it clear how

18   far submissives are willing to go and what it is that may be

19   demanded.

20           I'm not going to suggest that every single graphic

21   photograph is necessary to make that point, but I don't think

22   that any publication can survive that scrutiny, any moving

23   picture if you were asked whether every nude scene or every

24   sex scene was absolutely necessary in order to make the point

25   and I submit to you that that's not what was required.

1          After you heard all about it and after you viewed it

2     all in context you will know the text, the sound is not just

3     there as a pretext to try to get around the obscenity laws.

4     If anything, the sex, the graphic sex is there to prompt

5     people to read the diaries, explore the text and understand,

6     for better or worse, like it or not revolted by it or not,

7     this BDSM lifestyle.

8          I will never suggest to you that this is an

9     appropriate lifestyle, but I will argue that the obscenity

10    laws are not a device to censor or eliminate any meaningful

11    reference to a lifestyle we don't approve of even one that's

12    revolting to us.

13         Now, finally, in regard to that third question.  If

14    we agree to do the hard work.  If you work with me in going

15    through this evidence, come to court prepared to deal with the

16    revolting context in which it appears, how can we begin to

17    evaluate the evidence in this case?

18         Ladies and gentlemen, everything I've said has been

19    said in the service of one goal, to get you to keep an open

20    mind.  At the end of this case, the Court is going to define

21    four all of the applicable legal principles including the

22    presumption of innocence.

23         The fact that the defendant is presumed innocent,

24    that that presumption remains with him throughout the trial

25    unless and until he has been proven guilty beyond a reasonable

1   doubt.

2          As to each and every element of the crimes charged;

3   that this relationship crossed the line and became

4   nonconsensual and remaining requirements of the statutes are

5   met.

6          Ladies and gentlemen of the jury, if the presumption

7   of innocence has any meaning, it means you got to put aside

8   for the moment your personal views about this lifestyle focus

9   on the evidence, be prepared every day to listen.  Be prepared

10  to doubt.  The Government has told you before they present aid

11  single witness or a word of evidence that the defendant is

12  guilty.

13         All I ask for now is that you focus on the evidence

14  when you come in here tomorrow morning that you view it with

15  an hope mind, that you view it with a critical eye, that you

16  wade through this horrible context in order to do the hard

17  work that await you and then you will be on the path to the

18  truth in this case.

19         Thank you very much.

20         THE COURT:  Ladies and gentlemen, it's been a long

21  day, we're going to let you go for the evening.  We hope you

22  have a lovely evening.  Just remember don't talk about the

23  case, you know, make sure that you don't let yourself get

24  exposed to any media coverage if there is any of the case.

25         Be back in the jury room at 9:30 tomorrow morning

Colloquy                                    47

1    and we'll continue then.

2              Have a nice evening.

3              (Jury exits courtroom.)

4              MS. CHEN:  Your Honor, there's an issue I have to

5    raise in light of Mr. Sercarz's opening.  He made reference to

6    Jodi's career and I was going to ask you that before putting

7    her on tomorrow that that was one of the issues that we wanted

8    to address that was in the protective order.  We originally

9    ask for different remedies:  Not using her full name, not

10   talking about what kind of employment she's involved in now,

11   and not revealing her current location.

12             Now, I realize Mr. Sercarz said she wanted to pursue

13   a teaching career in New York but I guess I wanted to get some

14   clarification but I at least have an unresolved question about

15   whether or not the defense would be allowed to cross-examine

16   her about what her career is i.e. that she's a teacher

17   currently.

18             THE COURT:  My recollection, honestly, is that to

19   some extent but going into any detail I thought that that was

20   appropriate.  I don't think the opening was inappropriate.  I

21   guess I assumed.

22             MS. CHEN:  I'm not suggesting that, Your Honor.

23             THE COURT:  I assumed that it would come out that

24   that either was her career or at that time was something that

25   she wanted to do.  But, the level of detail will require you

Colloquy                                    48

1  to be very careful.

2          I mean, I think you've probably almost made the

3  argument already and that's all that needs to be elicited for

4  your purposes.

5          MR. SERCARZ:  Yes.

6          MS. CHEN:  There is one other issue.  Mr. Sercarz

7  also referenced the psychological syndromes.  I think he, in

8  fact, and I may be wrong but I think he referenced battered

9  wife.

10         THE COURT:  I think so?

11         MS. CHEN:  Also, the child kidnapping case which was

12 in the media loathe to mention that but I feel like we've

13 been, pardon my expression, handcuffed in a way in terms of

14 not being able to talk about it because we are not allowed to

15 put on our expert and we felt that the gauntlet was thrown

16 down.  We should be able to argue, if not based on expert

17 testimony, that the concept of battered women, but I think,

18 unfortunately, the Court had previously ruled we couldn't

19 because we couldn't make the analogy or we could show there

20 was data sufficient to an apologize a battered wife syndrome

21 to our victim's situation.

22         THE COURT:  I don't think you can.  I think you can

23 still make the common sense argument that you want to make and

24 the argument that relates to the direct testimony of the

25 witness.

Colloquy                                    49

1          MS. CHEN:   But I feel like the defendant has already

2    introduced the consent of battered spouse if we can't address

3    it I handicap I have think he did raise that issue and I'd

4    have to go back and look at the record he did toe mess

5    particular --

6          THE COURT:   He said this is not about kidnapped

7    children, this is not about battered women he did say that.

8          MS. CHEN:   But that's unfair, Your Honor, we would

9    like to argue that it is akin to, not that she isn't a

10   battered spouse, he is saying there is no connection at all if

11   you know what I mean I think there is some inference that you

12   shouldn't in any way like I think that's a little unfair

13   arguing it but seems to me to say affirmatively you shouldn't

14   think of this along these terms because I think common sense,

15   wise people think of that fairly differently.   You should not

16   consider that at all or this is completely different.   It

17   creates an issue for us since we cannot respond to that.

18         THE COURT:   I understand that.   I mean, I don't know

19   what relief you're asking other than you really don't want to

20   hear any more testimony about it but if you hear any more

21   words about it you want to call the witness.

22         MS. CHEN:   Or some latitude to counter that in

23   closing perhaps common sense will tell you about situations in

24   your own lives or in the lives of people you know that are

25   comparable in some ways.   I mean, I'm not necessarily going to

Colloquy                                    50

1    say exactly battered spouse.

2          THE COURT:  I don't know that we need to use the

3    terminology, but I had always assumed that you can use the

4    intuitive argument.

5          MS. CHEN:  Okay.

6          THE COURT:  But, I think it's fair to say that if

7    you were to raise that in any explicit way than you already

8    have, it might create a problem in terms of the Government not

9    being permitted to do the same thing you're permitted to do I

10   don't think you need to do it.

11         MS. CHEN:  One last issue, Your Honor, I want to

12   raise tomorrow when we put on Jodi I am -- I do intend to ask

13   her about mental health treatment she received after leaving

14   the defendant.  We had previously provided redacted records so

15   I recognize that our affirmative use or our affirmative

16   reference to her psychological treatment history.  I mean, we

17   may be called upon us to turn over all the records I guess I

18   want -- in fairness to the defense -- and let the Court know

19   that we do plan to reference it in her direct since obviously

20   it will come out in cross.  Previously, we'd been required

21   only to turn over that information that relates to Brady or

22   JIG Leo.

23         THE COURT:  So you're going to turn over the whole

24   thing?

25         MS. CHEN:  I want guidance.  If we reference it in a

Colloquy                                    51

1   fashion we should turn it over in wholesale turn it over.

2           THE COURT:  I think it makes sense.

3           MS. CHEN:  Fine we'll do that in morning.

4           THE COURT:  Within the limits of use that we

5   discussed in the past, Mr. Sercarz.

6           MR. SERCARZ:  As I stand here, I'm not certain what

7   the relevance is.

8           THE COURT:  I'm not certain either, but if you want

9   to that's fine.

10          MR. SERCARZ:  I will reserve my right to it.  At the

11  moment, when I hear testimony why it is that they're seeking

12  to introduce that she sought psychiatric care when she have

13  left the defendant.

14          MS. CHEN:  If the defense is going into it we can

15  confront it.

16          MR. SERCARZ:  I don't know that I'm going to go into

17  it.

18          MS. CHEN:  It's part of a story, if you will, Your

19  Honor, about her exit or exodus from the situation.  I don't

20  think it's an inappropriate topic.

21          THE COURT:  I don't think it's inappropriate either.

22  So, given that, I will allow the Government to raise it in her

23  direct testimony.  You may want everything not.

24          MR. SERCARZ:  I don't know, looking at all the

25  records.  I will have a couple of brief comments on my own.

Colloquy                                                52

1          The Court has been giving me the transcripts of

2   various proceedings --

3          THE COURT:   And I am going to continue giving you

4   the.

5          MR. SERCARZ:   Pursuant to the Criminal Justice Act?

6          THE COURT:   Yes.

7          MR. SERCARZ:   Number two, in connection with the

8   3500 material I have two applications.

9          The Court may recall that we were given Brady notice

10  very early on with regard to a woman named "Nameless."   We

11  were given the name of a lawyer and told you can talk to the

12  lawyer.   The lawyer told me the client doesn't want to talk to

13  you and so I came back to the Court and asked the Court to

14  require the Government to provide us with her name.

15         I now have her name and I have had a subpoena served

16  upon her and I am informed now that she's apparently

17  undergoing or has undergone some serious surgery and may not

18  be able to be here.

19         For starters, I believe it to be my understanding

20  that the coin of the realm when you're dealing with Brady

21  material is that it must be given in such a timely fashion and

22  in such a way that defense counsel could make use of it in

23  preparing for trial.   I have not been given an FBI 302

24  indicating what this woman ever said, all I know is that

25  there's an exculpatory witness.

Colloquy                                        53

1          THE COURT:   Is there any Brady material in anything,

2    any statement by "Nameless"?

3          MS. CHEN:   I'd have to look, Your Honor.

4          THE COURT:   Would you go back and look at that

5    again.

6          MS. CHEN:   To set the record straight, I think we

7    thought dispensed with obligation by advising them and we

8    actually recently Mr. Sercarz the address so he can find her,

9    but, and I'm speaking for Mr. Wenner, obviously, but that we

10   had satisfied our obligation pursuant to, I think, some

11   proceedings before the Court by giving them the information so

12   they could contact her on hone I have will look again.

13         THE COURT:   I really, you know.

14         MS. CHEN:   Right.

15         THE COURT:   That may well have been the ruling at

16   the time, but if for some reason.

17         MS. CHEN:   I certainly will.

18         THE COURT:   Since he is unable to get her.

19         I don't know what's in that report material but

20   there is nothing in the material that you will consider Brady

21   even if the witness is not taking the witness stand.

22         MS. CHEN:   I will go and look at that, Your Honor.

23         THE COURT:   Certainly.

24         MR. SERCARZ:   Number two, in his testimony before

25   the grand jury, Special Agent Berglass was asked whether he

Colloquy                                      54

1   sought to corroborate the testimony the information he had

2   received from Jodi and he said, I sought to corroborate it and

3   to that end, interviewed six or eight other women.

4          You'll note that according to the 3500 material I've

5   received the Government does not intend to call any other

6   women for the purpose of corroborating anything that Jodi has

7   said in this case.

8          Indeed, I threw down the gauntlet on my opening

9   statement but I think that I am entitled to now under Rule

10  3500 to the interviews between Agent Berglass and the agents

11  that worked together with him and these other women because it

12  relates to the subject matter of his testimony.

13         If he will testify the subject of what he did to

14  investigate this case is fair game and I would like to know

15  what questions he asked the other women he interviewed and

16  what information he elicited from them about Jodi.

17         MS. CHEN:  Your Honor, this is total hearsay.

18         THE COURT:  That's the problem.

19         MS. CHEN:  And beyond that, Your Honor, we're not

20  having Agent Berglass to talk about corroboration efforts.

21  He's here to enter in the download which he did and talk about

22  the defendant's post-arrest statements.  That's why it's not

23  the substance of his testimony and we didn't turn it over and

24  it will be completely ask what he said to.

25         MR. SERCARZ:  Put it this way for starters, if he

Colloquy                                    55

1   asked them about Jodi and they did not corroborate information

2   that Jodi provided I submit that that would be Brady and I

3   believe I'm entitled to it.

4           MS. CHEN:   Your Honor.

5           THE COURT:   It's still hearsay.   Just explain to me

6   why it's not hearsay?   It's statements made to the Government

7   agent from witnesses who are not on the witness stand.

8           MR. SERCARZ:   Correct.

9           THE COURT:   Why is that the not hearsay?

10          MR. SERCARZ:   It may be hearsay, I don't believe

11  Brady material is limited to nonhearsay.   If we go back just a

12  moment to the situation with "Nameless," the woman "Nameless,"

13  if she was asked whether she observed something happening to

14  Jodi and she have gives an account that's different from the

15  one that Jodi is going to testify to on the witness stand or

16  that she offered when Agent Berglass interviewed her that

17  would be Brady material.

18          The question of whether that the particular FBI 302

19  is hearsay doesn't speak to whether or not the 302 is Brady

20  material because it contradicts what their complainant says

21  and I believe by a like token any information elicited by

22  Agent Berglass from women who claim to have been there during

23  the period when Mr. Marcus was engaged in his encounter with

24  Jodi that contradicts what Jodi will say and has said to date

25  is Brady material and I ought to be entitled to it.

Colloquy                                    56

1           MS. CHEN:  I don't agree with that.  I don't know if

2   Mr. Sercarz keeps saying that I know Mr. Wenner very

3   conscientiously scrupulously went through 302s as they were

4   coming in and talking to the agent.  We turned over any Brady

5   we thought we had found, so that issue is resolved.

6           I don't think it has anything to do the trial and it

7   has nothing to do with Agent Berglass's testimony.  He can

8   testify to it even if the Brady existed which it doesn't.  If

9   it did, I would give it to Mr. Sercarz.  I will look at the

10  302s; again, we consider this issue since Mr. Wenner did his

11  disclosure but I'm happy to do that to satisfy Mr. Sercarz and

12  the Court.

13          THE COURT:  That's fine.

14          MR. SERCARZ:  That's fine.

15          THE COURT:  I guess we still have some open

16  questions regarding Dr. Lathe inner.

17          MS. CHEN:  I was going to address that, Your Honor.

18          THE COURT:  Okay.

19          MS. CHEN:  We, unfortunately, didn't have the

20  statement we did promise by this morning ready.  We do have

21  some additional Ms. Magnelli is going to put something

22  together with Dr. Laden over the weekend who wanted to review

23  some more materials before they finalize, I guess, a coherent

24  statement.

25          THE COURT:  When is the doctor going to take the

Colloquy                                          57

1   stand?

2          MS. CHEN:  Probably Wednesday at the earliest

3   depending on how long.

4          THE COURT:  We also have -- I don't know how we're

5   going to deal with this -- we may have a snowstorm coming

6   Tuesday night into Wednesday.  We have to track the weather;

7   it really looks like it's going to be bad we may end up taking

8   that day off instead of Friday off.  If it doesn't look like

9   it's going to be bad, then, we're going to move through it.  I

10  am concerned to get this material to Mr. Sercarz as soon as we

11  can.

12         MS. CHEN:  We have some additional materials that we

13  will give you right now.

14         THE COURT:  The letter is going to be critical

15  because the letter will summarize some of the concerns that I

16  expressed in matters that undoubtedly will be explored in the

17  voir dire out of the presence of the jury.

18         All right, so we'll get that by tomorrow is lawyer

19  what you're say.

20         MS. CHEN:  Yes.

21         THE COURT:  If there is a time issue because of that

22  I'll address it.  If you have a problem I'll address it, okay.

23         MR. SERCARZ:  Very well.

24         THE COURT:  Learned treatises?

25         MS. CHEN:  None from the Government.

Colloquy                                    58

1          THE COURT:  None from the Government.

2          Mr. Sercarz, the one thing that strikes me as

3    accurate is I have no problem with your expert putting

4    acknowledging other people's works as learned treatises and

5    using that because that would be a proper authentication and

6    you could read to the jury whatever it is but the consent his

7    putting his referring to his own work as "learned treatises"

8    is redundant.  He can testify that he did a study, that this

9    was published in a peer reviewed journal, that he reached

10   these conclusions that I don't think his own article would be

11   coming in under that you see.

12         MR. SERCARZ:  Yes.

13         MS. CHEN:  May I ask a question?  I wanted to know

14   if the defense putting on any nonexpert witness this week

15   should we finish before the week's end which is likely?

16         MR. SERCARZ:  We may to fill up the time.

17         MS. CHEN:  I wasn't sure if there was a scheduling

18   issue with respect to the nonexperts.

19         THE COURT:  So, you may be able to go forward.  Your

20   case is really just.

21         MS. CHEN:  Ours is brief.

22         THE COURT:  You will be putting on a brief --

23         MS. CHEN:  Two agents and the doctor.

24         THE COURT:  Two agents and Dr. Laden.

25         MS. CHEN:  Yes.

Colloquy                                          59

1          THE COURT:  I assume Jodi will consume a portion of

2    time.

3          MS. CHEN:  Her direct will consume a very

4    significant portion of tomorrow.

5          THE COURT:  Okay.  Then I assume her cross will even

6    go into Wednesday, I assume, as well.

7          And, presumably, I think you're probably planning to

8    do it.  In any event, I think the both of you should talk

9    about putting on Dr. Laden on at the end giving everyone the

10   maximum opportunity to deal with it before she takes the

11   stand.

12         MS. CHEN:  That was already our --

13         THE COURT:  Okay.  So, you may well not get to her

14   until Thursday in any event even if we have no hiatus bus the

15   snow storm.

16         MS. CHEN:  I think that's problem.  Wednesday seems

17   realistic to me but Mr. Sercarz could cross for a while.

18         THE COURT:  Okay.

19         MS. CHEN:  I am going to hand these up, these are

20   copies of studies and I am going to give copies to the defense

21   as well.

22         THE COURT:  Have a good night.

23         (WHEREUPON, the proceedings were adjourned to

24   February 13, 2007, at 9:30 a.m.)

25

1

## 0

**05-CR-457(ARR** [1] - 1:3

## 1

**1** [1] - 31:12
**10019** [1] - 1:20
**11201** [1] - 1:16
**12** [1] - 1:8
**13** [1] - 59:24
**1462(a** [1] - 5:8
**1462(a)** [1] - 5:2
**152** [1] - 1:19
**1589** [2] - 4:12, 23
**1591** [1] - 3:22
**18** [3] - 3:22; 4:12; 5:1
**1951** [1] - 4:9
**1998** [5] - 16:15; 17:10; 18:1; 38:2, 13
**1999** [2] - 18:7; 39:6

## 2

**2** [5] - 3:22; 4:8, 21; 5:7; 32:2
**2001** [3] - 22:9; 24:24; 40:13
**2004** [1] - 40:23
**2005** [3] - 26:22; 30:15, 21
**2007** [2] - 1:8; 59:24
**24th** [1] - 1:19

## 3

**3** [1] - 34:17
**30** [1] - 37:8
**302** [3] - 52:23; 55:18
**302s** [1] - 56:3, 10
**3500** [3] - 52:8; 54:4, 10

## 5

**57th** [1] - 1:19

## 6

**60** [2] - 23:16, 19
**613-2487** [1] - 1:22
**613-2694** [1] - 1:23

## 7

**718** [2] - 1:22

## 8

**8-to-10-hour** [1] - 20:24

## 9

**9:30** [3] - 1:8; 46:25; 59:24

## A

**a.m** [2] - 1:8; 59:24
**abet** [3] - 4:8, 21; 5:7
**ability** [4] - 12:23; 16:8; 17:21; 27:1
**able** [5] - 41:17; 48:14, 16; 52:18; 58:19
**absent** [1] - 40:20
**absolutely** [1] - 44:24
**abundantly** [1] - 41:25
**abuse** [2] - 39:13; 42:21
**abusive** [1] - 15:25
**accept** [2] - 7:25; 16:7
**access** [1] - 39:20
**according** [5] - 2:20; 30:10; 40:16; 44:1; 54:4
**account** [1] - 55:14
**accurate** [1] - 58:3
**accusation** [1] - 3:8
**accusations** [2] - 3:17; 35:9
**acknowledges** [1] - 37:21
**acknowledging** [2] - 13:15; 58:4
**acquaintance** [1] - 35:20
**Act** [1] - 52:5
**act** [6] - 4:3, 6; 8:13; 18:16; 30:6; 42:5
**action** [1] - 3:7
**actions** [3] - 16:3; 18:13; 29:4
**activities** [3] - 18:4; 20:11; 27:9
**activity** [2] - 27:7; 36:1
**acts** [5] - 20:19; 27:16, 21; 28:5; 33:1
**additional** [2] - 56:21; 57:12
**address** [6] - 47:8; 49:2; 53:8; 56:17; 57:22
**adjourned** [1] - 59:23
**administer** [1] - 2:19
**admissibility** [1] - 8:4
**admittedly** [1] - 33:10
**ads** [1] - 21:1
**adults** [3] - 27:7; 44:7
**advise** [1] - 44:8
**advising** [1] - 53:7
**affected** [1] - 13:1
**affecting** [1] - 3:24
**affects** [1] - 12:23
**affirmatively** [1] - 49:13
**AFrisolone@aol.com** [1] - 1:23
**Agent** [7] - 33:24; 53:25; 54:10, 20; 55:16, 22; 56:7
**agent** [3] - 33:25; 55:7; 56:4
**agents** [4] - 30:15; 54:10; 58:23
**agree** [2] - 45:14; 56:1
**agreement** [2] - 27:1
**aid** [4] - 4:8, 21; 5:7; 46:10
**aided** [1] - 1:25
**akin** [1] - 49:9

**allegation** [1] - 41:19
**allow** [1] - 51:22
**allowed** [3] - 39:20; 47:15; 48:14
**ALLYNE** [1] - 1:11
**almost** [2] - 40:15; 48:2
**alternate** [1] - 13:17
**altogether** [1] - 23:17
**ambivalence** [1] - 40:11
**AMERICA** [1] - 1:3
**ample** [1] - 6:7
**analogy** [2] - 40:8; 48:19
**angry** [3] - 21:16, 18; 23:2
**ankles** [1] - 23:10
**answer** [5] - 8:11-13; 31:13; 34:25
**Answer** [1] - 37:12
**answered** [1] - 8:9
**answers** [1] - 42:18
**Anthony** [1] - 1:21
**apartment** [5] - 18:2; 8-9; 24:24; 30:16
**apologies** [1] - 39:14
**apologize** [1] - 48:20
**appeal** [2] - 43:14; 44:11
**appearance** [1] - 13:12
**applicable** [2] - 7:12; 45:21
**applications** [1] - 52:8
**applied** [1] - 36:4
**apply** [3] - 8:5; 34:11, 19
**applying** [3] - 43:13, 18; 44:4
**approach** [1] - 12:17
**approached** [1] - 10:15
**appropriate** [2] - 45:9; 47:20
**approve** [1] - 45:11
**April** [1] - 40:23
**argue** [7] - 7-8; 33:10; 44:5, 10; 45:9; 48:16; 49:9
**arguing** [1] - 49:13
**argument** [7] - 7:6; 48:3, 23-24; 50:4
**arguments** [5] - 6:25; 7:1, 11; 11:14; 12:6
**arms** [2] - 18:24
**aroused** [1] - 28:13
**arousing** [1] - 33:2
**arrest** [1] - 54:22
**article** [1] - 58:10
**artistic** [1] - 43:23
**aside** [1] - 46:7
**aspects** [1] - 36:5
**assault** [1] - 32:13
**assaulted** [1] - 38:7
**assaultive** [1] - 35:12
**Assistant** [1] - 1:17
**assume** [3] - 59:1, 5
**assumed** [3] - 47:21, 23; 50:3
**assured** [1] - 17:23
**atmosphere** [1] - 29:1
**attach** [2] - 7:25; 8:17
**attempt** [3] - 5:18; 10:12; 39:15
**attempted** [2] - 15:3; 29:13
**attention** [4] - 6:8; 12:22; 13:22; 18:20
**attorney** [3] - 10:12; 25:11

**Attorney** [1] - 1:14
**attorneys** [4] - 5:18, 25; 8:1; 13:5
**Attorneys** [1] - 1:17
**attorneys'** [1] - 10:25
**attracted** [1] - 17:12
**aura** [2] - 37:23; 39:4
**Austin** [1] - 33:24
**authentication** [1] - 58:5
**available** [1] - 6:12
**average** [3] - 43:13, 17; 44:3
**avoid** [1] - 13:11
**await** [2] - 42:8; 46:17
**awaiting** [1] - 14:2
**awake** [1] - 14:11

## B

**babysitting** [1] - 22:5
**backed** [1] - 28:25
**background** [1] - 29:10
**bad** [3] - 31:3; 57:7, 9
**bag** [2] - 21:19; 26:14
**bait** [1] - 37:1
**ball** [5] - 14:15, 18; 19:5; 26:12
**barely** [1] - 14:21
**base** [1] - 10:9
**based** [4] - 3:4; 11:16; 36:3; 48:16
**basement** [3] - 22:22; 23:25; 24:11
**basic** [2] - 27:3; 29:14
**battered** [7] - 48:8, 17, 20; 49:2, 7, 10; 50:1
**BDSM** [29] - 15:17; 16:1, 21; 17:2, 4; 18:4, 10; 29:4, 8; 31:8, 19; 32:18; 33:16-18, 20; 35:12, 21, 23; 36:12; 37:8, 12, 17; 38:21; 42:14; 43:16; 44:12; 45:7
**beat** [9] - 14:22, 24; 15:5; 20:24; 23:12; 25:16, 22; 26:7; 29:6
**beating** [1] - 24:11
**became** [11] - 16:19, 25; 17:9; 18:13-15; 19:1; 21:12; 22:22; 25:3; 46:3
**become** [4] - 38:19; 41:1, 25; 42:16
**bed** [1] - 21:17
**bedroom** [1] - 24:3
**BEFORE** [1] - 1:11
**began** [6] - 14:21; 17:13; 22:22; 37:21
**begged** [1] - 22:20
**begin** [7] - 2:14, 19; 11:10; 12:3; 31:1; 45:16
**beginning** [2] - 12:2; 39:6
**begins** [2] - 2:16; 9:17
**behavior** [7] - 32:4; 36:10; 37:21; 38:14, 22; 39:25
**behind** [1] - 16:1
**benefits** [1] - 4:1
**Berglass** [6] - 33:24; 53:25; 54:10, 20; 55:16, 22
**Berglass's** [1] - 56:7
**best** [2] - 10:3; 40:8
**better** [2] - 41:16; 45:6

**between** [1] - 54:10
**beyond** [6] - 3:12; 6:17; 29:4; 35:5; 45:25; 54:19
**bias** [1] - 2:22
**billing** [1] - 26:19
**bindings** [1] - 14:11
**bit** [3] - 24:20; 30:25
**blame** [1] - 43:2
**bleeding** [1] - 23:19
**blindfolded** [2] - 23:9; 33:19; 38:6
**blocked** [1] - 22:24
**blood** [2] - 14:23; 26:15
**blue** [1] - 39:8
**board** [1] - 15:2
**body** [9] - 14:24; 15:7; 18:19, 23; 23:13; 24:4, 6; 25:24; 26:15
**boil** [1] - 16:2
**boils** [1] - 28:15
**bondage** [5] - 15:15, 23; 32:24; 35:15; 41:15
**bound** [1] - 15:20
**boyfriend** [1] - 42:19
**boyfriends** [1] - 16:14
**Brady** [12] - 50:21; 52:9, 20; 53:1, 20; 55:2, 11, 17, 19, 25; 56:4, 8
**break** [2] - 10:18; 40:4
**breast** [1] - 26:14
**breasts** [1] - 21:22
**breathe** [1] - 14:21
**brief** [4] - 17:4; 51:25; 58:21
**bring** [6] - 8:25; 12:22; 14:3; 19:3; 34:6
**brings** [1] - 12:1
**broke** [3] - 15:4; 30:16; 41:20
**broken** [2] - 24:4, 13
**Brooklyn** [2] - 1:6, 16
**brought** [4] - 8:25; 14:5; 30:18, 24
**bruised** [1] - 23:19
**buck** [1] - 27:22
**building** [1] - 21:11
**burden** [5] - 3:11, 15; 6:16, 19; 7:7
**burned** [1] - 18:17
**bus** [1] - 59:14
**BY** [2] - 1:16, 20

## C

**cage** [1] - 38:6
**caged** [1] - 33:18
**camera** [2] - 23:22; 26:6
**cane** [1] - 23:12
**cannot** [2] - 12:19; 49:17
**capability** [1] - 39:1
**capable** [2] - 19:12; 21:4
**capacity** [3] - 35:5; 43:1
**car** [4] - 22:17, 19; 28:8, 22
**card** [1] - 44:7
**care** [1] - 51:12
**career** [4] - 47:6, 13, 16, 24
**careful** [2] - 6:8; 48:1
**carefully** [1] - 13:18; 34:18

**carriage** [1] - 5:4
**carved** [2] - 19:5; 26:13
**carving** [1] - 15:7
**case** [64] - 2:14, 20, 24; 3:1, 4; 6:19; 7:8; 8:19, 22; 9:4, 6, 8, 14, 18, 20; 10:8, 13, 21; 11:11, 20-21, 24; 12:2-4, 9, 12, 16, 18-19; 13:4, 6, 8, 20; 16:2; 25:14; 27:6; 28:15; 29:2; 31:2, 24; 32:7, 13-14; 33:8; 34:25; 35:3, 20; 41:25; 42:8; 43:6, 15; 44:5; 45:17, 20; 46:18, 23-24; 48:11; 54:7, 14; 58:20
**cases** [3] - 9:10; 35:4
**casual** [1] - 36:20
**CAUSE** [1] - 1:11
**ceiling** [2] - 23:11; 26:15
**Celia** [1] - 17:23
**censor** [1] - 45:10
**certain** [11] - 2:16, 25; 8:2, 5; 27:7, 9, 11; 29:2; 51:6, 8
**Certainly** [1] - 53:23
**certainly** [3] - 24:5; 27:11; 53:17
**certainty** [1] - 38:23
**chains** [1] - 15:19
**chair** [4] - 23:12, 14-15, 17
**chance** [1] - 40:4
**change** [1] - 41:17
**changed** [1] - 19:9
**charge** [2] - 3:8; 28:10
**charged** [7] - 2:25; 3:12; 6:17; 32:9, 14-15; 46:2
**Charges** [2] - 34:11, 15
**charges** [18] - 3:20; 4:11, 24; 5:22; 27:14; 29:18; 30:20, 24; 32:3, 12; 34:6-8, 10; 35:8
**charisma** [1] - 17:11
**chat** [1] - 16:17
**chatroom** [5] - 16:16; 17:14; 36:25; 37:3
**chatrooms** [1] - 31:21
**Chen** [1] - 29:21
**CHEN** [38] - 1:16; 47:4, 22; 48:6, 11; 49:1, 8, 22; 50:5, 11, 25; 51:3, 14, 18; 53:3, 6, 14, 17, 22; 54:17, 19; 55:4; 56:1, 17, 19; 57:2, 12, 20, 25; 58:13, 17, 21, 23, 25; 59:3, 12, 16, 19
**child** [3] - 39:12; 48:11
**childhood** [1] - 34:14
**children** [2] - 41:3; 49:7
**choked** [1] - 21:19
**choose** [4] - 5:25; 16:9; 27:3; 29:14
**chose** [2] - 39:2
**cigarettes** [2] - 18:18, 23
**claim** [2] - 41:21; 55:22
**claimed** [1] - 40:16
**claims** [1] - 40:23
**clarification** [1] - 47:14
**clear** [4] - 21:19; 30:3; 41:25; 44:17
**clearly** [1] - 33:9
**clicking** [1] - 21:1
**client** [2] - 41:6; 52:12
**climate** [1] - 37:24

**close** [1] - 12:5
**closed** [1] - 15:3
**closing** [2] - 6:25; 49:23
**clothes** [2] - 14:6; 22:21
**co** [1] - 22:7
**co-workers** [1] - 22:7
**cockles** [1] - 41:2
**Code** [3] - 3:22; 5:1; 34:6
**coded** [1] - 36:24
**coercion** [3] - 3:21; 4:5, 10
**coherent** [1] - 56:23
**coin** [1] - 52:20
**collecting** [1] - 20:25
**Collectively** [1] - 2:11
**college** [2] - 16:13; 39:1
**Coming** [1] - 34:23
**coming** [4] - 37:2; 56:4; 57:5; 58:11
**commenced** [1] - 3:7
**comment** [2] - 7:20; 8:20
**comments** [1] - 51:25
**commerce** [3] - 3:24; 5:1, 4
**commercial** [3] - 4:6; 30:6; 42:5
**commission** [3] - 4:9, 22; 5:8
**commit** [4] - 4:10, 23; 27:21; 32:9
**committing** [1] - 2:25
**common** [5] - 12:9; 36:11; 48:23; 49:14, 23
**communal** [2] - 38:20; 42:2
**commune** [1] - 44:4
**communicate** [1] - 10:12
**communicated** [1] - 40:17
**communicates** [1] - 12:25
**community** [11] - 7:17; 15:17; 16:1, 22; 30:10; 42:14; 43:14, 16, 18; 44:6
**comparable** [1] - 49:25
**compel** [2] - 30:4
**complainant** [7] - 30:1; 35:24; 39:22, 24; 40:2; 42:10; 55:20
**complainant's** [1] - 33:13
**complaining** [1] - 39:17
**complete** [1] - 2:21
**completely** [2] - 49:16; 54:24
**complex** [1] - 32:15
**computer** [1] - 5:3
**Computer** [1] - 1:25
**Computer-aided** [1] - 1:25
**computerized** [1] - 1:24
**concealment** [1] - 42:16
**concedes** [1] - 31:17
**concept** [2] - 37:9; 48:17
**concerned** [1] - 57:10
**concerning** [2] - 7:19; 9:14
**concerns** [1] - 57:15
**concluded** [1] - 6:14
**conclusion** [3] - 10:23; 13:20; 41:13
**conclusions** [3] - 7:4; 12:5; 58:10
**conduct** [6] - 2:18; 10:18; 34:7; 35:13; 42:3; 43:19
  **confidence** [1] - 17:11
  **confront** [1] - 51:15

**connection** [2] - 49:10; 52:7
**conscientiously** [1] - 13:18; 56:3
**consensual** [3] - 16:23; 36:20; 37:22
**consensually** [1] - 31:18
**consent** [6] - 16:3; 28:16; 31:13; 32:3; 35:11; 41:9; 49:2; 58:6
**consenting** [3] - 27:6, 8; 28:7
**consider** [5] - 7:13; 8:12, 19; 9:3; 27:14; 30:9; 33:20; 37:9; 38:24; 42:6; 43:1, 9; 49:16; 53:20; 56:10
**Consider** [1] - 42:25
**considerate** [1] - 42:18
**conspicuously** [1] - 40:20
**constant** [1] - 39:15
**constantly** [3] - 24:16; 28:4
**constitution** [1] - 7:15
**constitutional** [1] - 3:1
**consume** [2] - 59:1, 3
**contact** [4] - 13:3; 21:11; 24:21; 53:12
**contained** [3] - 3:17; 5:22; 44:9
**contains** [1] - 3:19
**contemplated** [1] - 24:15
**contemporary** [4] - 30:10; 43:13, 18; 44:4
**content** [2] - 44:8, 16
**contents** [2] - 26:3; 31:9
**context** [5] - 33:7, 15-16, 18-19; 44:16; 45:2, 16; 46:16
**continue** [5] - 12:24; 23:14; 47:1; 52:3
**continued** [10] - 10:20; 14:24; 15:6; 17:15; 20:3; 21:13; 23:15; 25:3
**continues** [1] - 9:25
**contradicts** [2] - 55:20, 24
**contrary** [2] - 3:16; 11:4
**contrive** [1] - 41:19
**control** [1] - 39:16
**controls** [1] - 7:22
**conversation** [3] - 12:11; 13:5, 10
**conversations** [3] - 13:12; 26:22
**convict** [2] - 32:2, 8
**convicted** [1] - 41:8
**convinced** [1] - 40:5
**copies** [2] - 59:20
**cord** [1] - 23:6
**core** [1] - 41:21
**cornerstone** [1] - 16:21
**corporate** [1] - 22:5
**Correct** [1] - 55:8
**correctly** [1] - 40:13
**corroborate** [4] - 34:16; 54:1; 55:1
**corroborating** [1] - 54:6
**corroboration** [1] - 54:20
**counsel** [3] - 11:15; 12:6; 52:22
**Count** [6] - 3:20; 4:11, 24; 27:15, 19; 28:10
**count** [2] - 32:16; 43:3
**counter** [1] - 49:22
**counterintuitive** [2] - 11:4, 25
**country** [2] - 38:3, 19
**counts** [1] - 3:19
**Counts** [1] - 42:6

**couple** [2] - 24:15; 51:25
**course** [6] - 2:15; 5:16, 20; 6:9; 8:1, 21
**COURT** [47] - 1:1; 2:2, 6, 13; 29:20; 46:20; 47:18, 23; 48:10, 22; 49:6, 18; 50:2, 6, 23; 51:2, 4, 8, 21; 52:3, 6; 53:1, 4, 13, 15, 18, 23; 54:18; 55:5, 9; 56:13, 15, 18, 25; 57:4, 14, 21, 24; 58:1, 19, 22, 24; 59:1, 5, 13, 18, 22
  **Court** [14] - 1:21; 7:17; 13:14; 43:11; 45:20; 48:18; 50:18; 52:1, 9, 13; 53:11; 56:12
  **court** [7] - 2:1; 6:1, 11; 32:11; 34:19; 43:6; 45:15
  **Courthouse** [1] - 1:5
  **COURTROOM** [3] - 2:4, 8, 12
  **courtroom** [10] - 2:5, 10; 9:4, 11; 10:2; 12:13; 13:6; 36:23; 39:24; 47:3
  **coverage** [1] - 46:24
  **crawl** [1] - 24:1
  **crawled** [1] - 24:1
  **create** [3] - 20:7; 39:9; 50:8
  **created** [2] - 29:1; 37:23
  **creates** [1] - 49:17
  **credibility** [1] - 42:9
  **credible** [1] - 34:14
  **credit** [1] - 44:7
  **CRI** [1] - 1:21
  **crime** [4] - 4:8, 21-22; 5:7
  **crimes** [5] - 2:25; 3:12; 32:9, 15; 46:2
  **CRIMINAL** [1] - 1:11
  **Criminal** [1] - 52:5
  **criminal** [4] - 2:14; 3:3, 7; 6:19
  **critical** [2] - 46:15; 57:14
  **critically** [1] - 33:12
  **criticize** [1] - 25:24
  **cross** [5] - 10:7; 47:15; 50:20; 59:5, 17
  **cross-examination** [1] - 10:7
  **cross-examine** [1] - 47:15
  **crossed** [2] - 37:22; 46:3
  **cruel** [2] - 18:14; 25:20
  **cruelty** [2] - 19:11; 28:4
  **cry** [1] - 37:13
  **CSR** [1] - 1:21
  **CSR-R** [1] - 1:21
  **cultural** [1] - 44:11
  **curious** [3] - 16:19, 25; 17:25
  **current** [1] - 47:11
  **cuts** [1] - 15:7
  **cycle** [1] - 39:14

## D

**daddy** [1] - 23:1
**damaged** [1] - 34:13
**dance** [1] - 16:11
**dangerous** [2] - 41:11; 42:24
**data** [1] - 48:20
**date** [2] - 40:21; 55:24
**dating** [1] - 34:14
**daughter** [1] - 16:10

4

**day-to-day** [1] - 13:3
**days** [4] - 15:13; 20:24; 38:5; 39:18
**deal** [5] - 31:5; 45:15; 57:5; 59:10
**dealing** [2] - 31:24; 52:20
**deception** [1] - 42:16
**decide** [3] - 8:22; 27:8; 42:5
**decided** [2] - 10:8; 38:18
**decides** [1] - 41:12
**deciding** [1] - 18:6
**decision** [2] - 10:9; 43:24
**defeated** [1] - 24:13
**Defecation** [1] - 33:18
**defendant** [72] - 2:23; 3:10, 15-16, 20; 4:11, 24; 5:13, 15; 6:15, 18, 21; 7:9, 16; 15:10, 25; 16:6; 17:10, 16, 22; 18:3, 16, 19; 19:2, 17-18, 24; 20:1, 4, 18; 21:13; 22:3, 9, 16; 24:18, 21, 23, 25; 25:6, 16, 18, 23, 25; 26:7, 19, 21; 27:16, 20; 28:17, 20; 29:9, 13; 32:14, 19; 34:18; 36:9, 15, 24; 37:2; 38:3; 39:17; 42:4; 45:23; 46:11; 49:1; 50:14; 51:13
**Defendant** [3] - 1:9, 18; 2:1
**defendant's** [10] - 3:9; 18:11, 13; 21:8, 10; 26:17; 28:25; 29:3; 41:11; 54:22
**defense** [7] - 6:23; 47:15; 50:18; 51:14; 52:22; 58:14; 59:20
**define** [1] - 45:20
**defined** [4] - 4:9, 22; 5:8; 35:14
**definition** [1] - 43:7
**degraded** [1] - 38:7
**degrading** [3] - 28:12; 35:14; 41:13
**deliberate** [2] - 13:21; 34:21
**deliberation** [1] - 39:11
**deliberations** [3] - 6:6, 10; 10:24
**demanded** [2] - 26:8; 44:19
**Dennis** [1] - 2:6
**depicts** [1] - 43:19
**depressed** [3] - 18:15, 25; 24:14
**depression** [1] - 18:17
**deprives** [1] - 11:16
**DEPUTY** [3] - 2:4, 8, 12
**deputy** [1] - 2:10
**described** [2] - 4:3; 39:6
**describes** [2] - 40:12; 43:19
**desire** [1] - 40:17
**desired** [1] - 30:3
**despite** [1] - 28:24
**detail** [3] - 39:7; 47:19, 25
**determination** [2] - 8:23; 11:17
**determine** [4] - 3:4; 7:15, 23; 43:12
**device** [1] - 45:10
**diaries** [5] - 20:9, 11, 25; 26:5; 45:5
**diary** [2] - 24:7
**different** [5] - 16:18; 22:8; 47:9; 49:16; 55:14
**differently** [1] - 49:15
**difficult** [1] - 11:19
**digest** [1] - 33:6
**dire** [1] - 57:17
**direct** [5] - 10:7; 48:24; 50:19; 51:23; 59:3

**directions** [1] - 8:13
**disclosure** [1] - 56:11
**discuss** [9] - 10:14, 21; 11:19, 23; 12:16, 18
**discussed** [2] - 13:11; 51:5
**discussing** [2] - 11:11, 24
**discussion** [1] - 12:2
**disgusting** [1] - 30:13
**disobedience** [1] - 14:14
**dispensed** [1] - 53:7
**disregard** [3] - 7:21; 8:8; 9:15
**DISTRICT** [3] - 1:1, 12
**District** [2] - 1:15; 30:11
**doctor** [2] - 56:25; 58:23
**document** [1] - 3:7
**dominance** [2] - 16:24; 36:2
**dominant** [2] - 35:16; 43:14
**domination** [3] - 15:16, 23; 16:16
**dominatrix** [1] - 35:21
**done** [3] - 15:1; 18:18; 33:9
**door** [1] - 30:16
**doubt** [4] - 3:13; 6:18; 46:1, 10
**down** [25] - 14:23-25; 15:1; 16:2; 21:17; 22:21, 24-25; 23:5, 21, 24; 25:7, 9, 12; 26:15; 28:15; 30:16; 41:6, 18; 48:16; 54:8
**download** [1] - 54:21
**downstairs** [1] - 22:17
**dozen** [1] - 21:22
**Dr** [4] - 56:16, 22; 58:24; 59:9
**dramatic** [1] - 33:22
**draw** [1] - 7:4
**dripping** [1] - 26:15
**drove** [1] - 22:18
**drug** [1] - 29:6
**drugged** [1] - 23:19
**dumped** [1] - 34:24
**During** [1] - 3:4
**during** [17] - 2:15, 18; 5:16, 20; 6:6; 8:21; 9:5, 10; 10:18, 21; 17:8; 31:7, 10; 38:8; 39:19, 22; 55:22
**duty** [1] - 10:13

## E

**E-mail** [1] - 1:23
**earliest** [1] - 57:2
**early** [1] - 52:10
**earned** [2] - 27:17, 21
**EASTERN** [1] - 1:1
**Eastern** [2] - 1:15; 30:11
**easy** [1] - 31:3
**education** [1] - 39:1
**effect** [2] - 30:19; 37:18
**effort** [3] - 12:17; 34:16; 36:1
**efforts** [1] - 54:20
**egregious** [1] - 32:4
**eight** [1] - 54:3
**either** [5] - 12:21; 38:21; 47:24; 51:8, 21

**elderly** [1] - 19:20
**element** [2] - 6:17; 46:2
**elements** [2] - 3:12; 32:12
**elevator** [1] - 13:7
**elicited** [3] - 48:3; 54:16; 55:21
**eliminate** [1] - 45:10
**employment** [2] - 39:19; 47:10
**enacting** [1] - 35:16
**encounter** [4] - 36:9, 21; 40:15; 55:23
**encountered** [2] - 38:3; 39:22
**encounters** [1] - 41:21
**end** [17] - 18:1; 29:2, 17; 33:8, 25; 34:23, 25; 37:14; 40:9; 41:24; 43:6; 44:5; 45:20; 54:3; 57:7; 58:15; 59:9
**ended** [1] - 34:7
**enforcement** [2] - 3:2; 40:22
**engage** [5] - 4:6; 27:7, 9; 30:5; 38:4
**engaged** [3] - 4:2; 33:2; 55:23
**engaging** [1] - 39:25
**enslave** [1] - 29:7
**enslaved** [1] - 25:16
**ensure** [1] - 36:19
**enter** [2] - 44:8; 54:21
**entered** [2] - 30:16; 36:16
**entering** [1] - 2:4
**enters** [1] - 2:5
**entice** [3] - 20:15; 29:25; 30:1
**enticed** [1] - 21:25
**Enticed** [1] - 30:1
**entices** [1] - 3:25
**enticing** [2] - 20:12; 29:11
**entire** [2] - 9:25; 20:13
**entitled** [3] - 54:9; 55:3, 25
**erotic** [2] - 33:9; 36:5
**erotics** [1] - 41:21
**escaped** [1] - 14:11
**ESQ** [4] - 1:14, 16-17, 20
**essential** [1] - 3:11
**essentially** [1] - 16:25
**evaluate** [3] - 33:7, 12; 45:17
**evening** [2] - 46:21; 47:2
**event** [3] - 39:5; 59:8, 14
**events** [1] - 39:5
**eventually** [1] - 22:5
**evidence** [55] - 2:20; 3:8; 5:17, 19, 22, 24-25; 6:6, 15, 20-22, 24; 7:2, 5; 8:3-5, 7, 10, 16, 18-19; 10:10, 24; 11:14, 21, 23; 12:6, 13; 25:13; 27:15, 19; 28:6, 16; 31:1, 15; 32:8; 34:9, 19; 35:10, 12; 36:13, 18; 37:25; 41:10; 43:9; 45:15, 17; 46:9, 11, 13
**evident** [1] - 34:9
**exactly** [2] - 38:9; 50:1
**examination** [1] - 10:7
**examine** [2] - 6:7; 47:15
**except** [1] - 20:3
**exchange** [1] - 11:1
**exculpatory** [1] - 52:25
**exhibits** [1] - 5:24; 6:4
**exist** [1] - 31:4
**existed** [1] - 56:8

**exit** [1] - 51:19
**exits** [1] - 47:3
**exodus** [1] - 51:19
**expect** [1] - 5:19
**expectations** [2] - 35:22; 36:14
**experience** [3] - 11:5
**experienced** [2] - 18:4; 38:14
**expert** [3] - 48:15; 58:3
**explain** [1] - 55:5
**explicit** [6] - 19:19; 20:21; 30:13; 43:25; 44:16; 50:7
**exploration** [1] - 44:12
**explore** [1] - 45:5
**explored** [1] - 57:16
**expose** [6] - 25:1; 27:25; 28:1, 9; 29:4
**exposed** [1] - 46:24
**exposure** [2] - 20:5
**express** [1] - 7:19
**expressed** [1] - 57:16
**expression** [1] - 48:13
**extent** [2] - 6:4; 47:19
**extreme** [1] - 33:10
**extricating** [2] - 40:2, 24
**eye** [1] - 46:15

## F

**fabricate** [1] - 43:1
**face** [3] - 14:24; 21:17; 35:8
**Facsimile** [1] - 1:23
**fact** [13] - 6:11; 10:15; 12:18, 21; 21:5; 24:10; 25:2; 30:14; 41:12, 16; 45:23; 48:8
**facts** [9] - 7:15, 17-21, 23; 8:23; 9:1
**failure** [2] - 33:11; 34:12
**fair** [4] - 3:1; 36:5; 50:6; 54:14
**fairly** [3] - 12:24; 34:22; 49:15
**fairness** [3] - 2:21; 35:5; 50:18
**fake** [1] - 26:16
**falls** [1] - 44:6
**false** [1] - 33:14
**family** [11] - 11:8; 16:11; 18:8; 20:6; 21:5, 11; 27:25; 28:9; 29:5; 38:23; 39:21
**fancy** [1] - 35:13
**fantasies** [1] - 37:4
**far** [1] - 44:18
**fashion** [2] - 51:1; 52:21
**father** [1] - 19:20
**FBI** [6] - 25:11; 33:24; 40:19; 52:23; 55:18
**Fear** [2] - 21:3; 22:18
**fear** [11] - 16:5; 19:21; 20:3; 21:11; 27:24; 29:1, 12; 37:24; 38:10, 15; 39:4
**fearful** [1] - 19:1
**fears** [2] - 19:10
**February** [2] - 1:8; 59:24
**federal** [2] - 30:18; 32:15
**fee** [1] - 20:16
**feelings** [1] - 37:13

**feet** [4] - 15:8; 19:6, 23-20; 26:13
**fellow** [3] - 10:15; 12:20, 25
**felt** [6] - 24:4, 13; 33:25; 48:15
**female** [1] - 35:19
**few** [6] - 15:13; 17:5; 18:10; 19:2; 25:18; 39:18
**Fifth** [1] - 7:11
**figure** [1] - 17:7
**fill** [1] - 58:16
**final** [2] - 10:24; 40:12
**finalize** [1] - 56:23
**finally** [5] - 14:25; 15:7; 23:21, 24; 45:13
**Finally** [2] - 10:11; 28:10
**financially** [1] - 4:1
**Fine** [1] - 51:3
**fine** [2] - 51:9; 56:13
**finish** [1] - 58:15
**first** [9] - 7:8; 17:4; 18:5, 10; 19:7; 33:25; 38:2, 4; 40:16
**First** [3] - 5:11; 10:20; 31:12
**fit** [1] - 34:10
**fits** [1] - 40:10
**five** [1] - 14:18
**flew** [2] - 18:1; 38:3
**Floor** [1] - 1:19
**flute** [1] - 16:12
**focus** [2] - 46:8, 13
**focusing** [1] - 43:8
**followed** [4] - 7:8; 18:11; 36:21; 39:14
**following** [2] - 5:10; 19:16
**FOR** [1] - 1:11
**force** [8] - 3:21; 4:5, 10; 21:14; 22:4; 25:23; 30:2; 40:3
**Forced** [1] - 27:19
**forced** [16] - 4:12, 23; 14:17; 20:7, 24; 22:21; 24:5, 7; 26:18; 27:16, 20-21; 32:16; 34:8
**forcing** [1] - 21:23; 29:5; 39:16
**foreign** [2] - 3:24; 5:4
**foreplay** [1] - 35:25
**forgive** [1] - 40:7
**form** [3] - 33:9; 42:3
**formal** [1] - 37:5
**fort** [1] - 42:19
**forth** [1] - 6:23
**forward** [2] - 9:9; 58:19
**foul** [1] - 34:24
**four** [3] - 16:13; 38:5; 45:21
**Fourth** [1] - 6:24
**frantic** [1] - 22:23
**fraud** [3] - 3:21; 4:5, 10
**free** [6] - 16:4; 27:2, 11; 29:14; 31:13
**freedom** [1] - 28:24
**Friday** [1] - 57:8
**friend** [1] - 11:8
**friends** [4] - 16:13; 18:9; 21:9; 22:7
**Frisolone** [1] - 1:21
**front** [3] - 20:14; 32:6; 36:24
**full** [5] - 22:1; 28:13; 34:20; 37:17; 47:9

**full-on** [1] - 37:17
**fully** [1] - 34:22
**function** [1] - 42:15
**functioning** [1] - 39:2
**fundamentally** [1] - 11:15
**funny** [2] - 30:13; 38:4

## G

**G.M** [1] - 15:9
**gallery** [2] - 20:16; 22:1
**game** [1] - 54:14
**garment** [2] - 21:19; 26:14
**gauntlet** [2] - 48:15; 54:8
**gentlemen** [23] - 2:13; 15:13; 29:16, 23; 31:14; 32:1, 10, 13; 35:3, 11; 37:2, 10, 16, 24; 39:2, 10; 40:22; 41:24; 42:7, 23; 45:18; 46:6, 20
**gesture** [1] - 17:1
**given** [10] - 6:9; 8:11, 14; 11:3; 21:8; 51:22; 52:9, 11, 21, 23
**GLENN** [1] - 1:8
**Glenn** [6] - 15:9; 29:23; 35:7; 39:25; 44:15
**goal** [1] - 45:19
**God** [6] - 14:1, 11; 15:9; 17:14; 26:2; 29:19
**godson** [2] - 19:20; 28:2
**govern** [1] - 10:17
**Government** [27] - 1:14; 2:23; 3:2, 11, 15; 5:12, 21; 6:14, 16, 22; 7:7, 9; 28:11; 29:17; 31:17; 33:8; 37:21; 39:4; 40:12; 46:10; 50:8; 51:22; 52:14; 54:5; 55:6; 57:25; 58:1
**Government's** [1] - 40:14
**grand** [1] - 53:25
**graphic** [4] - 30:13; 44:8, 20; 45:4
**gratification** [1] - 35:17
**gratitude** [1] - 26:9
**great** [1] - 42:25
**grew** [1] - 39:13
**group** [2] - 38:20, 23
**growing** [1] - 25:21
**guess** [5] - 47:13, 21; 50:17; 56:15, 23
**guidance** [1] - 50:25
**guidelines** [1] - 16:20
**guilt** [1] - 3:9
**Guilty** [2] - 29:16, 18
**guilty** [13] - 3:10; 4:7, 19; 5:5; 12:14; 29:24; 30:20, 23-24; 45:25; 46:12
**gymnastics** [1] - 16:12

## H

**half** [4] - 14:16; 21:21; 23:7; 40:23
**halls** [1] - 13:15
**hallways** [1] - 13:6
**hand** [3] - 2:9; 8:15; 59:19
**handcuffed** [1] - 48:13

handcuffs [1] - 30:18
handicap [1] - 49:3
hands [4] - 13:25; 23:9, 20
hang [1] - 23:14
hanging [3] - 23:18; 26:15; 31:3
happiness [1] - 26:8
happy [1] - 56:11
harbors [1] - 3:25
hard [9] - 20:23; 21:17; 33:4, 6; 34:17, 23; 42:8; 45:14; 46:16
harm [2] - 4:14, 19
head [1] - 14:1
health [1] - 50:13
hear [32] - 9:19; 10:7; 12:13; 13:23; 15:14, 17-18; 18:9; 23:3; 25:13; 26:21; 27:6; 28:16, 19-20, 22-23; 32:11; 33:15-17, 19; 37:18; 38:25; 39:7; 49:20; 51:11
heard [20] - 2:15; 3:18; 7:11; 9:4, 23; 10:2, 25; 11:13, 17; 15:14; 17:17; 32:8, 11; 36:6; 40:13, 16; 41:10; 45:1
hearsay [6] - 54:17; 55:5, 9-10, 19
heart [1] - 41:3
help [2] - 2:17; 18:20
helpless [1] - 23:19
herself [5] - 18:17; 24:22; 25:3; 40:3, 24
hesitate [1] - 35:2
hesitation [1] - 40:11
hiatus [1] - 59:14
hid [1] - 15:25
hide [2] - 42:21
himself [3] - 14:1; 15:9; 29:19
history [1] - 50:16
hold [2] - 33:23; 34:4
home [7] - 18:1; 20:15; 27:10; 38:11, 17, 23; 39:21
hone [1] - 53:12
honestly [1] - 47:18
Honor [12] - 29:21; 47:4, 22; 49:8; 50:11; 51:19; 53:3, 22; 54:17, 19; 55:4; 56:17
HONORABLE [1] - 1:11
hooch [1] - 25:4
hood [1] - 14:1
hope [4] - 24:22; 35:1; 46:15, 21
horrendous [2] - 32:3, 24
horrible [3] - 33:20; 34:23; 46:16
horrors [1] - 34:3
hour [1] - 15:4
house [5] - 22:18, 20; 24:19; 25:22; 28:21
human [3] - 11:4; 27:3; 29:14
humor [1] - 17:12
hung [2] - 17:5; 23:18
hurting [1] - 37:11
hysterical [1] - 23:4

## I

i.e [1] - 47:16
idiot [2] - 41:5
ignore [1] - 31:25
ignored [1] - 29:14
ignoring [1] - 31:3
image [1] - 27:12
images [2] - 20:9, 25
immediately [2] - 10:14; 17:1
impartiality [1] - 2:21
impartially [2] - 7:18; 12:24
implements [1] - 33:3
important [8] - 2:24; 3:2; 7:14; 10:22; 28:19; 35:3; 39:21
importantly [2] - 25:14; 41:22
imposes [1] - 6:18
improper [1] - 13:11
impropriety [1] - 13:12
inappropriate [3] - 47:20; 51:20
inch [3] - 14:16; 21:21; 23:7
inch-and-a-half [2] - 14:16; 23:7
inch-and-a-half-long [1] - 21:21
incident [1] - 19:8
incidental [1] - 42:1
includes [1] - 9:6
including [1] - 45:21
incoherently [1] - 23:2
increased [1] - 19:21
indeed [2] - 31:9; 36:6
Indeed [3] - 5:15; 35:19; 54:8
indicate [3] - 8:21; 9:1; 10:20
indicated [2] - 12:17; 13:13
indicating [1] - 52:24
indictment [8] - 3:4-6, 12, 18; 5:23; 42:6
individual [1] - 17:6
individuals [1] - 15:18
inference [1] - 49:11
inferences [1] - 7:4
inflicted [1] - 15:20
influence [2] - 8:23; 39:11
influenced [1] - 10:1
information [6] - 50:21; 53:11; 54:1, 16; 55:1, 21
informed [1] - 52:16
initial [1] - 40:15
initials [3] - 15:7; 19:6; 26:13
injure [1] - 17:24
injuries [1] - 24:6
inner [1] - 56:16
innocence [4] - 3:16; 34:20; 45:22; 46:7
innocent [2] - 3:17; 45:23
innocuous [1] - 12:11
inside [2] - 18:25; 22:20
insistence [2] - 21:8, 10
instead [1] - 57:8
instruct [3] - 3:6; 7:12; 43:6
instructed [2] - 3:5; 9:13

instruction [3] - 9:24; 11:3; 43:8
instructions [3] - 11:1, 15; 12:7
instructs [1] - 32:11
intelligently [1] - 36:16
intend [2] - 50:12; 54:5
intended [2] - 4:16; 8:21
intense [3] - 18:5; 35:15; 37:13
interactions [1] - 16:22
interactive [1] - 5:3
interest [2] - 43:15
interesting [1] - 11:5
interests [1] - 16:18
Internet [8] - 9:8; 15:11; 16:14; 21:25; 24:8; 27:17; 41:5
interstate [3] - 3:24; 4:25; 5:4
interviewed [3] - 54:3, 15; 55:16
interviews [1] - 54:10
introduce [2] - 5:22; 51:12
introduced [2] - 10:10; 49:2
introducing [1] - 6:20
introduction [2] - 5:18; 13:23
introductory [1] - 42:11
intuitive [1] - 50:4
investigate [2] - 34:12; 54:14
invited [1] - 17:13
involved [2] - 36:7; 47:10
ironic [1] - 30:13
Island [1] - 22:19
isolated [2] - 21:7
isolation [2] - 21:3; 38:10
issue [10] - 43:4; 47:4; 48:6; 49:3, 17; 50:11; 56:5, 10; 57:21; 58:18
issues [1] - 47:7
item [2] - 5:25; 9:15
items [3] - 5:24; 20:17; 26:18

## J

January [1] - 18:7
JIG [1] - 50:22
Joanna [6] - 17:23; 18:3; 19:16, 19, 24; 20:5
Joanna's [7] - 18:2, 7, 9; 19:19; 28:2
job [3] - 21:2; 22:5; 42:8
jobs [2] - 22:4; 28:21
Jodi [58] - 15:22, 24; 16:6, 9; 17:10, 16, 18, 23; 18:1, 10; 19:3, 15-16, 21, 25; 20:2, 4-5, 7, 18; 21:2, 11; 22:4, 12, 22; 24:3, 13, 19; 25:3, 14; 26:5, 11, 23; 27:16, 20; 28:20, 23; 29:13; 31:11; 34:2; 36:8, 13; 38:2; 50:12; 54:2, 6, 16; 55:1, 14-15, 24; 59:1
Jodi's [5] - 16:3; 28:17; 29:10; 47:6
join [1] - 30:1
jokes [1] - 17:12
journal [1] - 58:9
JUDGE [1] - 1:12
judge [3] - 27:12; 42:9; 44:2
judged [1] - 44:3
judges [2] - 7:18, 23

**judgment** [1] - 7:21
**judicial** [1] - 35:4
**juror** [3] - 12:23; 13:9
**jurors** [12] - 7:14; 9:23; 10:9, 15; 11:17; 12:21, 25; 13:4, 18-19, 21; 22:5
**JURY** [2] - 1:11; 2:11
**jury** [25] - 2:2, 6, 13, 15; 3:4; 6:6; 9:10; 11:5; 29:23; 31:8, 14; 32:14; 35:11; 37:16, 24; 39:3, 10; 40:22; 41:24; 42:23; 46:6, 25; 53:25; 57:17; 58:6
**Jury** [5] - 1:12; 2:4, 10; 47:3
**justice** [1] - 2:19
**Justice** [1] - 52:5
**justification** [1] - 27:4
**justifies** [1] - 26:23

## K

**keep** [2] - 10:23; 45:19
**keeps** [1] - 56:2
**kept** [2] - 23:5; 24:25
**kidnapped** [2] - 39:12; 49:6
**kidnapping** [1] - 48:11
**kill** [2] - 19:20; 28:2
**kind** [2] - 43:8; 47:10
**knife** [1] - 15:6
**Knowing** [1] - 4:5
**knowingly** [5] - 4:13, 25; 5:3; 31:18; 36:16
**knowledge** [1] - 39:1

## L

**labor** [12] - 4:12, 18, 23; 27:19; 30:4; 32:16; 33:11; 34:8; 41:22; 42:1, 3
**lacks** [1] - 43:22
**Laden** [3] - 56:22; 58:24; 59:9
**ladies** [15] - 15:13; 29:16; 31:14, 25; 32:10, 13; 35:3, 11; 37:1, 9, 16; 39:2, 10; 40:22; 42:7
**Ladies** [8] - 2:13; 29:23; 37:24; 41:24; 42:23; 45:18; 46:6, 20
**lady** [2] - 31:11; 34:12
**laps** [1] - 34:24
**last** [2] - 42:20; 50:11
**lasted** [1] - 38:5
**late** [1] - 17:10
**Lathe** [1] - 56:16
**latitude** [1] - 49:22
**law** [12] - 2:20; 6:18; 7:12; 8:4, 7, 16; 11:1, 15; 12:7; 34:21; 40:22; 44:1
**laws** [3] - 3:3; 45:3, 10
**lawyer** [7] - 13:10; 34:2; 40:19; 52:11; 57:18
**lawyers** [2] - 12:10; 13:13
**lay** [1] - 38:9
**learn** [11] - 15:21; 16:5; 30:17; 31:14; 32:18-20, 23; 33:1; 37:16; 38:20
**Learned** [1] - 57:24
**learned** [14] - 15:22, 24-25; 16:19-21,

23-25; 31:22; 58:4, 
**least** [1] - 47:14
**leave** [8] - 14:10, 13; 16:7; 19:13, 22; 21:3; 30:3; 40:18
**leaving** [2] - 23:18; 50:13
**left** [5] - 18:8; 19:13; 23:18; 51:13
**legal** [1] - 45:21
**legs** [1] - 18:24
**Leo** [1] - 50:22
**less** [1] - 36:24
**letter** [2] - 57:14
**level** [1] - 47:25
**lie** [2] - 37:25; 43:2
**life** [10] - 18:15; 22:8; 25:8; 26:2; 34:14; 38:19, 24; 39:2; 41:17
**lifestyle** [18] - 18:10; 31:8; 32:18, 25; 33:12; 35:13, 18, 22; 36:2; 39:3; 42:12, 14; 44:12; 45:7, 9, 11; 46:8
**lifestyles** [1] - 27:11
**lifetime** [1] - 11:7
**light** [1] - 47:5
**likely** [1] - 58:15
**limited** [2] - 36:1; 55:11
**limits** [4] - 17:17, 20; 35:4; 51:4
**line** [2] - 37:22; 46:3
**lip** [1] - 14:17
**listen** [6] - 9:13; 10:3; 13:18; 28:6; 34:18; 46:9
**listening** [5] - 31:6, 15-16; 42:25
**litany** [1] - 34:3
**literary** [1] - 43:22
**literature** [1] - 32:20
**live** [1] - 42:15
**lived** [4] - 18:12; 19:16; 20:2; 28:20
**lives** [1] - 36:5; 49:24
**living** [1] - 24:17
**loathe** [1] - 48:12
**location** [1] - 47:11
**look** [10] - 6:1; 24:5; 35:23; 49:4; 53:3, 12, 22; 56:9; 57:8
**looked** [1] - 24:6
**looking** [3] - 34:6; 37:4; 51:24
**looks** [1] - 57:7
**lovely** [1] - 46:22
**loves** [1] - 16:11

## M

**magistrate** [1] - 30:19
**MAGNELI** [1] - 1:17
**Magnelli** [6] - 13:24; 29:21; 33:22; 36:6; 40:18; 56:21
**MAGNELLI** [1] - 13:25
**mail** [1] - 1:23
**maintain** [1] - 42:13
**male** [1] - 35:19
**man** [3] - 14:1; 15:9; 29:18
**manner** [1] - 28:12
**MARCUS** [1] - 1:8
**Marcus** [15] - 15:9; 29:22-24; 31:10;

35:7, 24; 36:8, 18; 37:16; 39:25; 40:5, 15; 44:15; 55:23
**market** [1] - 20:20
**marks** [1] - 18:19
**Maryland** [3] - 18:2, 12; 38:19
**masochism** [1] - 15:16
**master** [1] - 17:16
**masters** [2] - 16:23; 42:16
**material** [17] - 4:25; 5:9; 43:22; 44:1, 6, 10; 52:8, 21; 53:1, 19-20; 54:4; 55:11, 17, 20, 25; 57:10
**materials** [2] - 56:23; 57:12
**matter** [3] - 5:5; 6:11; 54:12
**matters** [3] - 8:25; 28:17; 57:16
**MAURICE** [1] - 1:20
**MAUSKOPF** [1] - 1:14
**maximum** [1] - 59:10
**mean** [8] - 13:7, 16; 19:13; 48:2; 49:11, 18, 25; 50:16
**meaning** [2] - 8:12; 46:7
**meaningful** [3] - 39:19; 40:10; 45:10
**means** [5] - 3:25; 4:16; 8:6, 16; 46:7
**measure** [1] - 34:20
**media** [6] - 20:6; 21:6; 28:1; 29:5; 46:24; 48:12
**medical** [1] - 18:20
**Meet** [1] - 22:16
**meet** [1] - 39:22
**meeting** [1] - 38:4
**meets** [1] - 3:15
**members** [2] - 7:16; 20:25
**memory** [1] - 38:21
**mental** [1] - 50:13
**mention** [1] - 48:12
**mentions** [1] - 40:18
**merely** [1] - 3:8
**mess** [2] - 34:24; 49:4
**met** [8] - 17:3, 6, 10-11; 25:17; 36:15; 46:5
**middle** [1] - 25:22
**midwest** [2] - 16:11; 18:2
**might** [7] - 8:9; 9:18; 11:22; 12:4; 13:10; 50:8
**mind** [9] - 9:16; 10:23; 12:6; 31:6; 36:25; 38:12; 43:24; 45:20; 46:15
**mine** [1] - 7:22
**minimal** [2] - 21:10; 24:21
**minute** [1] - 33:23
**minutes** [2] - 23:16, 19
**misunderstanding** [1] - 36:21
**moment** [4] - 6:1; 46:8; 51:11; 55:12
**money** [6] - 15:12; 22:1, 3; 26:19; 28:23; 39:20
**month** [3] - 19:16; 38:13; 39:18
**months** [4] - 18:10, 16; 19:2; 24:15
**morning** [4] - 46:14, 25; 51:3; 56:20
**Most** [1] - 25:14
**most** [3] - 30:14; 36:10; 39:21
**mother** [6] - 25:19, 21-24; 42:21
**motives** [1] - 43:1
**mouth** [4] - 14:16, 19; 19:5; 26:12

**move** [3] - 19:25; 38:19; 57:9
**moved** [3] - 18:7, 9; 19:25
**moving** [1] - 44:22
**MR** [16] - 29:21; 48:5; 51:6, 10, 16, 24; 52:5, 7; 53:24; 54:25; 55:8, 10; 56:14; 57:23; 58:12, 16
**MS** [38] - 13:25; 47:4, 22; 48:6, 11; 49:1, 8, 22; 50:5, 11, 25; 51:3, 14, 18; 53:3, 6, 14, 17, 22; 54:17, 19; 55:4; 56:1, 17, 19; 57:2, 12, 20, 25; 58:13, 17, 21, 23, 25; 59:3, 12, 16, 19
**muffled** [1] - 14:20
**muscle** [1] - 14:5
**music** [2] - 16:11; 39:1
**must** [7] - 7:13, 23; 9:3; 10:1, 8; 41:14; 52:21

## N

**naked** [1] - 25:21
**name** [6] - 15:22; 31:11; 47:9; 52:11, 14
**named** [5] - 17:23; 20:1; 30:17; 35:20; 52:10
**Nameless** [4] - 52:10; 53:2; 55:12
**naturally** [1] - 11:8
**nature** [2] - 11:4; 15:25
**nearly** [2] - 15:5; 23:18
**necessarily** [1] - 49:25
**necessary** [3] - 12:22; 44:21, 24
**need** [6] - 21:1; 37:10, 15; 43:9; 50:2, 10
**needed** [1] - 37:18
**needle** [2] - 15:3
**needles** [5] - 14:16; 21:21; 23:7; 26:14
**needs** [1] - 48:3
**neglect** [1] - 9:3
**neighbors** [1] - 23:3
**neutral** [1] - 34:9
**never** [7] - 6:18; 8:13; 15:14; 17:18, 24; 28:20; 45:8
**NEW** [1] - 1:1
**new** [2] - 16:18; 20:9
**New** [11] - 1:6, 15-16, 20; 18:12; 19:25; 20:2; 30:11; 41:3; 47:13
**news** [1] - 9:13
**newspapers** [2] - 9:7; 39:10
**next** [2] - 15:13; 24:15
**nice** [1] - 47:2
**night** [3] - 36:22; 57:6; 59:22
**nonconsensual** [1] - 46:4
**nonconsent** [1] - 37:22
**None** [3] - 29:7; 57:25; 58:1
**nonexpert** [1] - 58:14
**nonexperts** [1] - 58:18
**nonhearsay** [1] - 55:11
**normal** [1] - 13:2
**note** [4] - 9:22, 24; 10:16; 54:4
**notes** [1] - 6:12
**nothing** [4] - 10:6; 17:5; 53:20; 56:7

**notice** [1] - 52:9
**notion** [1] - 33:13
**November** [1] - 38:13
**nude** [1] - 44:23
**Number** [2] - 52:7; 53:24

## O

**oath** [1] - 10:5
**object** [1] - 8:2
**objection** [4] - 8:6, 11, 15, 18
**obligation** [3] - 5:15; 53:7, 10
**obliged** [1] - 5:14
**obscene** [6] - 4:25; 5:4, 9; 30:15; 43:5; 44:1
**obscenity** [7] - 28:10; 32:16; 43:3, 7, 12; 45:3, 9
**observed** [2] - 39:24; 55:13
**obtain** [2] - 42:3
**obtained** [2] - 39:19
**obtains** [2] - 3:25; 4:13
**obvious** [1] - 12:22
**obviously** [2] - 50:19; 53:9
**Obviously** [1] - 9:6
**occasion** [1] - 40:12
**occasions** [1] - 38:21
**occurred** [1] - 41:14
**occurs** [1] - 12:23
**October** [2] - 38:2; 39:5
**OF** [3] - 1:1, 3, 11
**offended** [1] - 36:10
**offense** [7] - 3:20; 4:7, 11, 20, 24; 5:5; 6:17
**offensive** [2] - 28:12; 43:20
**offer** [1] - 43:8
**offered** [2] - 5:24; 55:16
**office** [2] - 22:6; 34:2
**officers** [1] - 13:13
**Official** [1] - 1:22
**old** [1] - 20:9
**Once** [1] - 6:24
**once** [4] - 11:6; 14:18; 33:12; 40:6
**One** [7] - 1:15; 3:20; 18:22; 21:16; 27:15; 42:6; 50:11
**one** [22] - 13:20; 14:17; 21:2; 22:11, 14; 23:7; 36:22; 37:22; 38:13; 40:1, 8-9; 41:25; 42:11; 45:11, 19; 47:7; 48:6; 55:15; 58:2
**one-night** [1] - 36:22
**online** [5] - 16:16; 17:3, 11, 13
**open** [4] - 2:1; 10:23; 45:19; 56:15
**opening** [15] - 5:12, 14, 17, 21; 31:1, 6; 33:22; 36:7; 39:7; 40:14, 17, 20; 47:5, 20; 54:8
**opinion** [7] - 7:19; 8:22; 9:1; 11:12
**opinions** [1] - 12:5
**opportunity** [5] - 5:11; 6:7, 25; 30:8; 59:10
**order** [5] - 5:10; 42:4; 44:24; 46:16; 47:8

**ordered** [1] - 24:19
**orders** [1] - 18:11
**originally** [1] - 47:8
**ought** [1] - 55:25
**outside** [4] - 9:4; 10:2; 13:7; 44:3
**overarching** [1] - 44:13
**overcame** [1] - 21:12
**overheard** [2] - 19:21; 28:1
**overnight** [1] - 40:7
**overrule** [1] - 8:15
**overview** [1] - 5:19
**overwhelmed** [1] - 19:11
**own** [10] - 24:24; 27:10; 35:18, 22; 39:20; 44:2; 49:24; 51:25; 58:7, 10
**ozone** [1] - 31:4

## P

**P.W** [1] - 35:20
**packed** [1] - 18:8
**page** [3] - 9:18; 20:15
**pages** [1] - 20:17
**paid** [1] - 28:13
**pain** [3] - 15:20; 23:9; 38:16
**painful** [1] - 17:9
**PAMELA** [1] - 1:16
**panel** [1] - 2:10
**paper** [1] - 9:17
**parcel** [1] - 32:25
**pardon** [1] - 48:13
**parents** [1] - 39:12
**parse** [1] - 31:16
**part** [10] - 3:23; 5:2; 25:8; 31:3; 32:25; 36:18; 38:20; 42:1; 51:18
**participant** [1] - 33:3
**participants** [3] - 33:2; 35:19; 36:20
**participate** [1] - 39:3
**participated** [2] - 32:22; 36:14
**participating** [2] - 38:20; 44:15
**participation** [1] - 4:2
**particular** [4] - 9:2; 11:22; 49:5; 55:18
**particularly** [1] - 13:14
**parties** [3] - 5:11; 11:16; 13:5
**partners** [1] - 36:19
**party** [4] - 6:25; 7:2; 10:12; 13:10
**pass** [2] - 13:8, 15
**passed** [1] - 21:20
**past** [1] - 51:5
**patently** [1] - 43:19
**path** [1] - 46:17
**pattern** [1] - 4:16
**pay** [5] - 6:8; 13:22; 20:13, 16; 22:1
**Pee** [1] - 35:21
**peer** [1] - 58:9
**people** [18] - 13:2; 16:17; 20:13, 15; 21:25; 22:6; 28:12; 32:21; 37:13; 41:12; 42:14; 45:5; 49:15, 24
**people's** [1] - 58:4
**perfectly** [1] - 12:11
**perform** [5] - 2:21; 4:17; 20:19; 27:16;

33:11

**perhaps** [4] - 11:6; 39:21; 41:7; 49:23
**period** [7] - 38:6-8; 39:18, 23; 55:23
**permit** [2] - 8:7; 12:15
**permitted** [1] - 50:9
**perpetual** [1] - 29:12
**person** [20] - 4:1, 6, 14-15, 17-18; 10:11; 12:15, 19; 17:4; 25:18; 33:4; 39:23; 43:13, 18, 21; 44:3
**personal** [2] - 44:2; 46:8
**perspective** [1] - 43:17
**persuade** [1] - 35:1
**persuasive** [1] - 7:6
**perusing** [1] - 9:17
**petition** [1] - 37:5
**petrified** [1] - 28:3
**phone** [4] - 25:19; 26:1, 21
**photo** [1] - 20:14
**photograph** [1] - 44:21
**photographs** [2] - 20:10, 19
**photos** [17] - 15:10; 19:19; 20:12, 20-21; 21:5; 25:1, 7, 9; 26:4, 11, 16; 27:17; 44:17
**physical** [5] - 4:15, 19; 5:24; 28:24; 38:16
**picture** [3] - 19:24; 23:23; 44:23
**pictures** [7] - 21:23; 24:6; 41:4, 6, 18
**Pierrepont** [1] - 1:15
**pinned** [1] - 19:5; 26:12
**Pins** [1] - 33:15
**place** [3] - 13:20; 16:16; 31:10
**plan** [2] - 4:16; 50:19
**planning** [1] - 59:7
**plans** [1] - 42:19
**play** [3] - 17:1; 33:10; 36:5
**Playboy** [1] - 27:12
**players** [1] - 36:4
**plays** [1] - 16:12
**Plaza** [1] - 1:15
**pleaded** [2] - 3:10; 22:25
**pleasure** [1] - 15:19
**pocket** [1] - 28:23
**point** [5] - 24:4; 28:15; 41:14; 44:21, 24
**Polaroids** [1] - 26:16
**political** [1] - 43:23
**pop** [1] - 39:11
**pornographic** [1] - 43:25
**portion** [3] - 7:24; 59:1, 4
**portions** [1] - 6:13
**portrayed** [1] - 28:11
**pose** [1] - 23:22
**position** [1] - 10:3
**post** [2] - 24:7; 54:22
**post-arrest** [1] - 54:22
**posted** [1] - 27:17
**power** [1] - 36:5
**powerful** [1] - 14:5
**practical** [1] - 6:5
**practices** [1] - 35:23
**prayed** [1] - 29:10

**prejudice** [1] - 2:22
**prepared** [3] - 45:15; 46:9
**preparing** [1] - 52:23
**prescribed** [1] - 9:11
**presence** [4] - 12:16; 13:16; 38:14; 57:17
**present** [4] - 2:1; 6:15, 25; 46:10
**presented** [2] - 2:17; 6:24
**presenting** [1] - 7:2
**preside** [1] - 7:18
**press** [1] - 9:12
**presumably** [1] - 59:7
**presumed** [2] - 3:17; 45:23
**presumption** [4] - 34:20; 45:22, 24; 46:6
**pretext** [2] - 35:12; 45:3
**previously** [2] - 48:18; 50:14
**Previously** [1] - 50:20
**preyed** [1] - 29:11
**principles** [4] - 36:1, 3; 43:25; 45:21
**privacy** [1] - 27:9
**private** [2] - 17:13
**problem** [5] - 50:8; 54:18; 57:22; 58:3; 59:16
**procedure** [1] - 9:11
**proceed** [1] - 5:10
**proceedings** [3] - 52:2; 53:11; 59:23
**Proceedings** [1] - 1:24
**produced** [2] - 1:25; 5:19
**product** [2] - 16:4
**profit** [3] - 21:1; 22:2; 27:18
**promise** [1] - 56:20
**prompt** [1] - 45:4
**prong** [1] - 43:11
**proof** [1] - 7:8
**proper** [1] - 58:5
**prosecution** [1] - 37:7
**prosecutor** [1] - 13:24
**protective** [1] - 47:8
**proud** [1] - 35:7
**prove** [2] - 3:16; 6:17
**proven** [1] - 45:25
**provide** [2] - 30:4; 52:14
**provided** [2] - 50:14; 55:2
**provides** [3] - 3:23, 25; 5:2
**proving** [1] - 3:11
**provocative** [2] - 30:13
**prurient** [1] - 43:15
**psychiatric** [1] - 51:12
**psychological** [2] - 48:7; 50:16
**psychology** [1] - 39:11
**public** [1] - 41:4
**publication** [1] - 44:22
**publicity** [2] - 9:6, 8
**published** [1] - 58:9
**punish** [3] - 14:9, 14; 34:7
**punished** [4] - 18:21; 19:4; 26:10
**punishment** [9] - 14:2, 21; 15:6; 19:9; 22:11; 24:9; 33:3, 11
**purpose** [5] - 3:14; 26:1; 44:17; 54:6

**purposeful** [1] - 35:16
**purposes** [1] - 48:4
**pursuant** [1] - 53:10
**Pursuant** [1] - 52:5
**pursue** [1] - 47:12
**pursued** [1] - 37:2
**pushed** [1] - 22:24
**Put** [1] - 54:25
**put** [16] - 6:22; 9:16; 14:15; 15:7, 11; 18:23; 20:14; 21:22; 23:7, 15; 37:25; 38:5; 46:7; 48:15; 50:12; 56:21
**puts** [1] - 6:21
**putting** [8] - 6:14; 18:23; 47:6; 58:3, 7, 14, 22; 59:9

## Q

**questionnaire** [1] - 17:7
**questions** [5] - 8:24; 31:5; 42:18; 54:15; 56:16
**quickly** [1] - 37:25

## R

**radio** [2] - 9:7, 12
**raise** [6] - 2:8; 47:5; 49:3; 50:7, 12; 51:22
**random** [1] - 28:5
**rape** [1] - 32:15
**rather** [1] - 5:17
**reach** [1] - 11:2
**reached** [1] - 58:9
**reaching** [1] - 10:23
**read** [10] - 3:5; 4:4; 6:12; 9:4, 13, 19; 16:19; 31:19; 45:5; 58:6
**ready** [2] - 2:2; 56:20
**realistic** [1] - 59:17
**realize** [4] - 41:11; 42:7; 47:12
**really** [10] - 9:19; 17:5, 20; 38:12, 18, 24; 49:19; 53:13; 57:7; 58:20
**realm** [1] - 52:20
**reason** [4] - 8:16; 12:22; 39:16; 53:16
**reasonable** [4] - 3:13; 6:18; 43:21; 45:25
**reasons** [1] - 9:12
**rebut** [1] - 6:23
**rebuttal** [1] - 7:9
**receipt** [2] - 8:5, 7
**receive** [2] - 3:1; 26:19
**received** [6] - 5:25; 6:2, 5; 50:13; 54:2, 5
**receives** [1] - 33:4
**receiving** [3] - 4:1; 33:25; 35:15
**recently** [1] - 53:8
**recess** [2] - 10:18, 22
**recitation** [1] - 36:10
**recited** [1] - 34:3
**recognition** [1] - 37:12
**recognize** [1] - 50:15

**recollection** [1] - 47:18
**record** [2] - 49:4; 53:6
**recorded** [1] - 1:24
**records** [4] - 26:19; 50:14, 17; 51:25
**recruits** [1] - 3:24
**redacted** [1] - 50:14
**redundant** [1] - 58:8
**reference** [6] - 37:7; 45:11; 47:5; 50:16, 19, 25
**referenced** [2] - 48:7
**referred** [1] - 11:18
**referring** [1] - 58:7
**refusal** [1] - 14:9
**refused** [5] - 14:2; 16:6, 8; 19:8; 41:6
**regard** [7] - 30:7; 35:10; 41:8; 42:10; 43:3; 45:13; 52:10
**regarding** [1] - 56:16
**reinforced** [1] - 28:4
**relate** [1] - 9:18
**relates** [3] - 48:24; 50:21; 54:12
**relationship** [22] - 16:6; 17:8; 29:4, 8, 12; 30:2; 31:10, 17; 36:3, 16; 37:3, 5, 17; 40:3, 6, 10, 24; 41:13; 42:2, 22; 46:3
**relationships** [4] - 18:5; 31:20; 36:15; 41:16
**relaxant** [1] - 14:5
**relevance** [1] - 51:7
**relevant** [2] - 3:23; 5:2
**reliable** [1] - 34:14
**relief** [1] - 49:19
**remaining** [1] - 46:4
**remains** [1] - 45:24
**remark** [1] - 8:20
**remedies** [1] - 47:9
**remember** [2] - 29:25; 46:22
**remind** [2] - 32:10
**render** [2] - 13:21; 43:4
**rendering** [1] - 34:22
**repeat** [1] - 9:25
**repeated** [1] - 28:5
**repeatedly** [2] - 25:9
**report** [3] - 10:14; 12:18; 53:19
**reporter** [2] - 6:11; 10:11
**Reporter** [2] - 1:21
**reports** [1] - 9:14
**represent** [1] - 35:7
**requested** [1] - 6:5
**require** [2] - 47:25; 52:14
**required** [4] - 6:16; 34:21; 44:25; 50:20
**requirements** [1] - 46:4
**requisite** [1] - 44:11
**reserve** [1] - 51:10
**resist** [1] - 24:5
**resolved** [1] - 56:5
**respect** [3] - 7:20; 11:24; 58:18
**respected** [1] - 17:21
**respectfully** [1] - 40:25
**respond** [1] - 49:17
**responded** [1] - 17:12

**response** [2] - 19:16, 20:1
**rest** [1] - 31:23
**restrained** [1] - 38:15
**restraint** [3] - 4:15, 19; 38:11
**retire** [1] - 7:12
**revealed** [1] - 37:4
**revealing** [1] - 47:11
**review** [3] - 30:8; 34:9; 56:22
**reviewed** [1] - 58:9
**revolted** [1] - 45:6
**revolting** [2] - 45:12, 16
**revulsion** [2] - 33:21, 23
**rid** [1] - 25:8
**RIOPELLE** [1] - 1:18
**rise** [1] - 2:4
**ritualistic** [1] - 36:11
**rituals** [2] - 32:23; 41:15
**RMR** [1] - 1:21
**role** [1] - 44:2
**roles** [1] - 35:16
**Rona** [5] - 20:1, 3; 24:17; 30:17
**roofies** [1] - 14:4
**room** [4] - 6:6; 15:2; 26:17; 46:25
**rope** [2] - 23:10
**Ropes** [1] - 33:16
**ROSLYNN** [1] - 1:14
**ROSS** [1] - 1:11
**rude** [1] - 13:16
**Rule** [1] - 54:9
**rule** [1] - 12:9
**ruled** [1] - 48:18
**rules** [8] - 8:5; 9:11; 10:17; 16:21; 34:19; 35:22; 36:4, 13
**ruling** [3] - 8:4, 20; 53:15
**run** [2] - 20:7; 40:4

## S

**S&M** [1] - 35:14
**sadism** [1] - 15:16
**sadomasochism** [1] - 15:24
**safe** [9] - 16:22, 25; 17:8, 17; 37:8-10, 15, 18
**sake** [1] - 43:8
**sane** [1] - 16:22
**satisfaction** [1] - 20:23
**satisfied** [1] - 53:10
**satisfy** [1] - 56:11
**Saturday** [2] - 22:16; 24:2
**saw** [1] - 39:17
**scared** [7] - 17:19, 25; 18:18; 21:4, 6; 28:25
**scary** [1] - 17:9
**scene** [4] - 17:2; 37:14; 44:23
**scenes** [1] - 35:25
**scheduling** [1] - 58:17
**scheme** [1] - 4:16
**school** [1] - 41:4
**scientific** [2] - 43:23; 44:11
**scream** [1] - 22:22

**screamed** [2] - 23:1
**screaming** [3] - 23:1, 4
**screams** [1] - 14:20
**scrupulously** [1] - 56:3
**scrutiny** [2] - 42:25; 44:22
**seated** [1] - 2:12
**second** [2] - 41:8; 44:1
**Second** [3] - 6:14; 31:23; 43:17
**seconds** [1] - 37:8
**Section** [10] - 3:23; 4:8, 12-13, 21-22; 5:1, 7
**section** [1] - 5:2
**Sections** [1] - 3:22
**secured** [1] - 14:19
**sedative** [1] - 14:5
**see** [21] - 9:15, 17, 19; 10:4, 22; 13:9; 20:13, 16; 22:1; 26:3, 11-14, 16-17; 28:13; 30:8; 58:11
**seeing** [1] - 13:9
**seek** [1] - 42:2
**seeking** [2] - 37:5; 51:11
**selected** [1] - 13:17
**selection** [4] - 2:15; 3:5; 9:10; 31:8
**semi** [1] - 35:16
**send** [3] - 6:5; 19:18; 21:5
**sense** [7] - 12:9; 17:12; 31:25; 48:23; 49:14, 23; 51:2
**sensitive** [1] - 13:14
**sent** [3] - 37:5; 38:11, 17
**sentence** [1] - 4:3
**separate** [2] - 24:22; 25:3
**September** [1] - 24:24
**Sercarz** [18] - 29:20; 47:12; 48:6; 51:5; 53:8; 56:2, 9, 11; 57:10; 58:2; 59:17
**SERCARZ** [18] - 1:18, 20; 29:21; 48:5; 51:6, 10, 16, 24; 52:5, 7; 53:24; 54:25; 55:8, 10; 56:14; 57:23; 58:12, 16
**Sercarz's** [1] - 47:5
**series** [1] - 35:25
**serious** [5] - 4:14, 19; 43:22; 44:11; 52:17
**serve** [8] - 12:24; 14:13; 19:17; 24:12; 26:2, 8-9; 37:19
**served** [4] - 17:22; 20:1; 28:16; 52:15
**service** [2] - 5:3; 45:19
**services** [7] - 4:14, 18; 30:4; 33:11; 41:23; 42:1, 3
**Serving** [1] - 11:4
**serving** [2] - 13:4; 24:17
**session** [1] - 20:14
**sessions** [2] - 20:10; 25:15
**set** [3] - 6:23; 22:18; 53:6
**several** [1] - 10:17
**severe** [2] - 18:14
**severely** [1] - 26:10
**sew** [1] - 15:3
**sex** [16] - 3:21; 4:6, 10; 14:3; 15:19; 24:3; 26:17; 28:11; 30:6; 32:16; 34:8; 42:5; 43:15; 44:24; 45:4
**Sex** [1] - 27:15
**sexual** [11] - 15:19; 20:11, 19; 27:9,

16, 21; 35:17; 43:19, 25; 44:16

**sexually** [3] - 19:19; 20:21; 28:13
**shackled** [1] - 13:25
**shackles** [1] - 14:15
**shall** [4] - 4:6, 19; 5:5; 7:18
**sham** [1] - 17:18
**shameful** [1] - 43:15
**share** [1] - 11:8
**shared** [1] - 30:17
**shift** [1] - 43:1
**shock** [1] - 39:8
**shook** [1] - 22:18
**short** [1] - 15:17
**shoved** [1] - 23:5
**show** [11] - 24:11; 26:5, 19; 27:15, 19; 28:11; 35:12; 36:13, 18; 40:25; 48:19
**shower** [1] - 25:24
**shown** [1] - 7:3
**shut** [1] - 23:2
**sick** [1] - 24:18
**significance** [1] - 40:21
**significant** [1] - 59:4
**similar** [2] - 16:17; 38:14
**simple** [1] - 42:18
**simply** [9] - 3:6; 7:2; 8:9, 18, 24; 18:19; 34:10; 35:25
**single** [3] - 39:23; 44:20; 46:11
**sister** [7] - 14:3, 6-7; 16:10; 19:3; 29:7
**sister's** [1] - 14:6
**sit** [1] - 24:19
**situation** [3] - 48:21; 51:19; 55:12
**situations** [1] - 49:23
**six** [3] - 16:11; 18:16; 54:3
**slave** [4] - 14:3, 7; 17:18; 19:14; 25:4
**slaves** [4] - 16:24; 17:22; 20:22; 26:18
**Slavespace.com** [4] - 20:8; 25:12; 26:20; 28:11
**slept** [1] - 14:2
**slowly** [1] - 24:23
**Slowly** [1] - 25:2
**smile** [2] - 23:22; 26:6
**smiling** [2] - 26:5, 12
**smokescreen** [1] - 16:1
**snow** [1] - 59:15
**snowstorm** [1] - 57:5
**so-called** [1] - 42:1
**society** [2] - 27:13; 35:6
**sole** [2] - 7:18, 23
**solely** [1] - 10:9
**solemn** [1] - 10:5
**soles** [3] - 15:8; 19:6; 26:13
**SOLETTE** [1] - 1:17
**someone** [6] - 13:9; 17:3, 6, 20; 20:1; 28:7
**soon** [1] - 57:10
**sought** [3] - 51:12; 54:1
**sound** [3] - 7:6; 32:24; 45:2
**sounds** [1] - 32:4
**space** [1] - 24:21
**speaking** [2] - 35:7; 53:9

**Special** [1] - 53:25
**special** [1] - 8:17
**spectrum** [1] - 36:11
**speculate** [1] - 8:8
**spend** [1] - 31:23
**spent** [1] - 18:2
**sporadically** [1] - 39:18
**spousal** [1] - 39:13
**spouse** [3] - 49:2, 10; 50:1
**spring** [2] - 22:9; 40:13
**stairs** [4] - 22:22, 24-25; 24:2
**stand** [13] - 2:8; 8:2; 23:12, 15; 25:21; 29:17; 36:22; 51:6; 53:21; 55:7, 15; 57:1; 59:11
**standards** [6] - 30:10; 43:14, 18; 44:2, 4, 6
**stands** [2] - 30:23; 35:8
**staple** [1] - 41:15
**started** [7] - 18:16; 22:7, 19, 25; 23:21; 24:22
**starters** [2] - 52:19; 54:25
**starts** [1] - 40:10
**statement** [5] - 5:13; 8:20; 31:1, 7; 33:22; 36:7; 40:17, 21; 53:2; 54:9; 56:20, 24
**statements** [5] - 5:12, 17, 21; 54:22; 55:6
**STATES** [3] - 1:1, 3, 12
**States** [9] - 1:5, 14, 17; 3:22; 4:7, 20; 5:1, 6; 34:5
**statutes** [1] - 46:4
**stay** [1] - 30:2
**stayed** [1] - 21:12
**stenography** [1] - 1:24
**steps** [1] - 36:19
**still** [9] - 17:25; 23:8; 24:25; 25:1; 26:25; 48:23; 55:5; 56:15
**stimulation** [1] - 35:15
**stop** [4] - 17:1; 23:4; 37:11, 14
**stopped** [1] - 23:21
**stories** [2] - 20:11; 21:24
**storm** [1] - 59:15
**story** [2] - 34:1; 51:18
**straight** [1] - 53:6
**strangest** [1] - 24:16
**Street** [1] - 1:19
**strict** [1] - 13:22
**strike** [1] - 8:11
**strikes** [1] - 58:2
**strip** [1] - 29:13
**stripped** [1] - 27:2
**strong** [1] - 21:12
**studies** [1] - 59:20
**study** [2] - 6:4; 58:8
**stuff** [2] - 31:3; 39:9
**style** [1] - 37:17
**subject** [5] - 8:10; 42:24; 43:10; 54:12
**subjected** [1] - 38:15, 22
**submission** [7] - 15:16; 16:16; 36:2; 37:6, 19; 41:20; 44:14
**submissives** [2] - 16:24; 44:18

**submit** [4] - 22:14; 40:25; 44:25; 55:2
**submitted** [1] - 12:3
**subpoena** [1] - 52:15
**substance** [1] - 54:23
**succeeded** [2] - 40:2, 24
**sudden** [2] - 39:5, 14
**suddenly** [1] - 39:12
**suffer** [1] - 4:18
**sufficient** [1] - 48:20
**suggest** [5] - 9:16, 18; 36:23; 43:10; 44:20; 45:8
**suggesting** [2] - 7:3; 47:22
**suggests** [1] - 39:4
**suicide** [1] - 24:16
**summarize** [1] - 57:15
**summation** [1] - 7:10
**summations** [2] - 7:1; 10:25
**support** [2] - 5:22; 38:23
**surely** [1] - 25:3
**surfed** [1] - 16:14
**surfing** [1] - 16:15
**surgery** [1] - 52:17
**surgical** [3] - 14:16; 21:20
**survive** [1] - 44:22
**Suspension** [1] - 33:17
**sustain** [2] - 8:6, 10
**swear** [1] - 2:6
**switch** [1] - 37:1
**sworn** [2] - 2:10; 10:5
**sympathy** [1] - 2:22
**syndrome** [1] - 48:20
**syndromes** [1] - 48:7
**system** [2] - 35:4; 41:4

## T

**talks** [1] - 26:25
**task** [2] - 2:21; 7:14
**teach** [1] - 41:3
**teacher** [2] - 41:1; 47:16
**teaching** [1] - 47:13
**team** [1] - 13:9
**tears** [1] - 14:24
**teaser** [1] - 20:15
**technically** [1] - 26:24
**teenagers** [2] - 20:2; 24:18
**Telephone** [1] - 1:22
**television** [2] - 9:7, 12
**tentative** [1] - 12:5
**term** [2] - 35:13
**terminology** [1] - 50:3
**terms** [4] - 30:12; 48:13; 49:14; 50:8
**terrified** [4] - 14:10; 22:12
**test** [2] - 35:6; 43:11
**testified** [1] - 10:4
**testify** [5] - 42:10; 54:13; 55:15; 56:8; 58:8
**testimony** [17] - 5:23; 6:8; 7:25; 9:2; 10:10; 33:13; 42:25; 48:17, 24; 49:20; 51:11, 23; 53:24; 54:1, 12, 23; 56:7

**tests** [1] - 35:4
**text** [3] - 44:16; 45:2, 5
**thankfully** [1] - 26:9
**thanking** [2] - 24:8
**THE** [48] - 1:11; 2:2, 6, 11, 13; 29:20; 46:20; 47:18, 23; 48:10, 22; 49:6, 18; 50:2, 6, 23; 51:2, 4, 8, 21; 52:3, 6; 53:1, 4, 13, 15, 18, 23; 54:18; 55:5, 9; 56:13, 15, 18, 25; 57:4, 14, 21, 24; 58:1, 19, 22, 24; 59:1, 5, 13, 18, 22
**theme** [1] - 44:13
**therein** [1] - 44:9
**they've** [1] - 32:9
**Third** [2] - 6:21; 13:2
**third** [2] - 43:21; 45:13
**thousands** [1] - 20:17
**thread** [1] - 15:3
**threat** [1] - 25:6
**threaten** [2] - 28:7
**threatened** [11] - 19:18, 20; 20:5, 22; 25:1, 16; 27:25; 28:1, 8
**Threatening** [1] - 29:6
**threatening** [2] - 20:4
**threats** [8] - 4:14; 16:5; 19:21; 27:25; 28:2, 4, 25; 29:5
**Threats** [1] - 29:4
**three** [9] - 3:19; 27:14; 29:18; 31:5, 24; 38:21; 40:14; 42:18; 43:11
**Three** [2] - 4:24; 28:10
**three-prong** [1] - 43:11
**threw** [2] - 21:18; 54:8
**throat** [1] - 23:5
**throughout** [5] - 9:25; 16:6; 38:6; 45:24
**thrown** [2] - 13:3; 48:15
**Thursday** [1] - 59:14
**tied** [6] - 15:2; 21:17; 23:6, 9
**ties** [1] - 42:13
**timely** [1] - 52:21
**Title** [3] - 3:22; 4:12; 5:1
**today** [3] - 27:13; 30:23; 41:7
**today's** [1] - 39:9
**toe** [1] - 49:4
**together** [7] - 8:19; 12:1; 16:17; 23:10; 54:11; 56:22
**token** [1] - 55:21
**tolerance** [1] - 35:6
**tomorrow** [6] - 46:14, 25; 47:7; 50:12; 57:18; 59:4
**tongue** [2] - 23:6, 8
**took** [19] - 14:15; 15:1, 6, 10; 21:20; 22:20; 23:6, 9, 17; 25:12; 27:17; 30:18; 31:10; 36:19
**Took** [1] - 23:10
**top** [3] - 14:17; 17:21; 20:7
**topic** [1] - 51:20
**torture** [8] - 20:10, 14; 25:15; 32:24; 33:1; 40:13; 41:15; 42:4
**tortured** [1] - 20:21
**tortures** [1] - 20:3
**total** [1] - 54:17

**touch** [1] - 24:25
**toys** [1] - 26:17
**track** [1] - 57:6
**trafficking** [5] - 3:21; 4:10; 27:15; 32:16; 34:8
**trailed** [1] - 14:23
**TRANSCRIPT** [1] - 1:11
**Transcript** [1] - 1:24
**Transcription** [1] - 1:25
**transcripts** [1] - 52:1
**transportation** [1] - 5:9
**transporting** [1] - 4:25
**transports** [1] - 3:25
**trauma** [1] - 39:9
**traumatic** [1] - 39:5
**treating** [1] - 31:4
**treatises** [3] - 57:24; 58:4, 7
**treatment** [3] - 31:13; 50:13, 16
**tremendously** [1] - 7:14
**TRIAL** [1] - 1:11
**trial** [21] - 2:14, 16, 18; 3:1, 14; 5:10, 16, 20; 8:1, 21; 9:5, 9, 25; 10:10, 19; 11:8; 12:2; 29:17; 45:24; 52:23; 56:6
**trials** [1] - 8:6
**trick** [2] - 29:25; 30:1
**tried** [3] - 9:10; 19:22; 25:2
**trolling** [1] - 34:5
**trouble** [1] - 34:18
**true** [1] - 11:24
**truly** [1] - 34:12
**truth** [5] - 10:6; 33:7; 46:18
**try** [3] - 7:18; 17:4; 45:3
**Tuesday** [1] - 57:6
**turn** [9] - 9:18; 21:1; 41:19; 50:17, 21, 23; 51:1; 54:23
**turned** [2] - 22:23; 56:4
**twice** [3] - 11:7; 14:18; 18:3
**Two** [4] - 4:11; 27:19; 42:6; 58:23
**two** [13] - 17:22; 18:5; 30:19, 22; 38:21; 40:16, 23; 43:24; 52:7; 53:24
**type** [3] - 35:23, 25; 38:22

**U**

**ultimately** [1] - 15:6
**Ultimately** [1] - 23:17
**unable** [1] - 53:18
**unalteringly** [1] - 30:22
**unanimous** [1] - 7:13
**unavoidably** [1] - 9:15
**under** [4] - 9:11; 18:24; 54:9; 58:11
**undergoing** [1] - 52:17
**undergone** [1] - 52:17
**undoubtedly** [1] - 57:16
**unequivocally** [2] - 30:22; 38:1
**unfair** [2] - 49:8, 12
**unfortunately** [2] - 48:18; 56:19
**unhesitatingly** [1] - 30:22
**unique** [3] - 11:5; 35:24; 36:6
**UNITED** [3] - 1:1, 3, 12

**United** [9] - 1:5, 14, 17; 3:22; 4:7, 20; 5:1, 5; 34:5
**unless** [1] - 45:25
**unpredictable** [1] - 25:20
**unresolved** [1] - 47:14
**unstable** [1] - 41:12
**unwaveringly** [1] - 30:22
**up** [17] - 21:8, 18; 22:24; 23:2; 24:1; 25:21; 27:1; 32:6, 11; 34:7; 36:24; 38:12; 39:13; 41:4; 57:7; 58:16; 59:19
**upload** [1] - 20:9
**uploading** [1] - 20:25
**upstairs** [1] - 24:3
**urination** [1] - 33:18
**useful** [1] - 44:17
**uses** [1] - 5:3
**uttered** [1] - 30:21

**V**

**vagina** [2] - 15:3; 18:25
**Valium** [1] - 23:5
**value** [2] - 4:2; 43:23
**vanilla** [1] - 42:14
**various** [1] - 52:2
**venture** [1] - 4:2
**verdict** [7] - 7:13; 11:2, 16; 13:22; 34:22; 43:4
**victim's** [1] - 48:21
**videos** [1] - 19:19
**view** [5] - 7:3; 11:22; 33:1; 46:14
**viewed** [1] - 45:1
**views** [2] - 11:2; 46:8
**violation** [3] - 3:21; 4:12; 5:1
**violation..** [1] - 4:3
**violence** [6] - 16:5; 27:24; 28:5, 25; 29:12; 39:14
**violin** [1] - 16:12
**vocabulary** [1] - 35:18
**voir** [1] - 57:17
**voluntarily** [2] - 36:16; 41:20
**vulnerabilities** [1] - 29:11

**W**

**w]hoever** [2] - 3:23; 5:3
**wade** [1] - 46:16
**walk** [1] - 23:25
**wall** [4] - 14:1, 14, 25; 15:1
**wants** [1] - 26:25
**war** [1] - 42:6
**warm** [1] - 41:2
**warn** [1] - 41:2
**watch** [1] - 9:13
**ways** [3] - 18:22; 35:21; 49:25
**weakness** [1] - 29:10
**wearing** [1] - 12:10
**weather** [1] - 57:6
**website** [22] - 20:8-10, 12-13; 21:15,

17; 22:1; 25:7; 26:3, 20; 27:20; 28:14;
29:7; 30:7, 12; 31:9; 41:7; 43:5, 10, 18;
44:13

**websites** [2] - 44:6, 8
**Wednesday** [4] - 57:2, 6; 59:6, 16
**Wee** [1] - 35:21
**week** [1] - 58:14
**week's** [1] - 58:15
**weekend** [4] - 18:3; 42:19; 56:22
**weep** [1] - 22:19
**weigh** [1] - 43:23
**weight** [3] - 7:25; 8:18; 9:2
**Wenner** [3] - 53:9; 56:2, 10
**West** [1] - 1:19
**WHEREUPON** [1] - 59:23
**whiffle** [3] - 14:15; 19:5; 26:12
**whimpered** [1] - 14:23
**whip** [5] - 14:22; 15:4; 23:13
**whips** [1] - 15:19
**Whitman** [1] - 29:22
**whole** [6] - 10:6; 20:16; 30:9; 43:13,
22; 50:23
**wholesale** [1] - 51:1
**wife** [2] - 48:9, 20
**willed** [1] - 44:7
**willing** [2] - 36:19; 44:18
**willingly** [3] - 28:17; 35:11; 36:17
**Wisconsin** [1] - 16:13
**wise** [1] - 49:15
**wish** [4] - 2:16; 6:3, 22; 37:19
**wished** [1] - 40:5
**witness** [15] - 6:9; 9:3; 13:10; 34:15;
39:17; 42:24; 46:11; 48:25; 49:21;
52:25; 53:21; 55:7, 15; 58:14
**witness's** [1] - 10:9
**witnesses** [10] - 5:23; 6:11, 19; 7:24;
8:24; 10:4; 13:5; 39:22; 55:7
**woman** [9] - 15:21; 19:25; 30:17;
35:20; 37:19; 38:25; 52:10, 24; 55:12
**woman's** [1] - 15:22
**Women** [1] - 17:23
**women** [12] - 19:13; 28:16; 35:14;
36:7; 44:14; 48:17; 49:7; 54:3, 6, 11,
15; 55:22
**wonderful** [1] - 17:24
**wooden** [1] - 15:2
**word** [10] - 10:8; 17:1, 9; 29:25;
37:8-10, 15, 18; 46:11
**words** [9] - 15:15; 16:25; 17:17; 30:19,
23; 36:4; 49:21
**wore** [1] - 18:13
**workers** [1] - 22:7
**workforce** [1] - 42:13
**works** [2] - 35:21; 58:4
**world** [9] - 15:14, 18, 21-23; 16:20;
42:15
**worse** [1] - 45:6
**write** [2] - 21:24; 24:7
**writing** [3] - 9:21; 10:14; 20:25
**written** [1] - 9:24
**wrote** [1] - 10:16

## Y

**year** [1] - 39:19
**years** [5] - 16:13; 40:14, 16, 23; 42:20
**YORK** [1] - 1:1
**York** [11] - 1:6, 15-16, 20; 18:12;
19:25; 20:2; 30:11; 41:3; 47:13
**young** [3] - 31:11; 34:12; 41:3
**younger** [4] - 14:3, 6; 19:3
**yourself** [1] - 46:23
**yourselves** [8] - 2:18; 10:21; 11:2, 25;
12:4, 12; 28:6

## Z

**zipped** [1] - 21:19