60

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA,        :     05-CR-457(ARR)
                                 :
                                 :
        -against-                :     United States Courthouse
                                 :     Brooklyn, New York
                                 :
                                 :
                                 :
GLENN MARCUS,                    :     February 13, 2007
                                 :     9:30 a.m.
        Defendant.               :
                                 :
- - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE, and a Jury.

A P P E A R A N C E S:

For the Government:  ROSLYNN R. MAUSKOPF, ESQ.
                     United States Attorney
                     Eastern District of New York
                     One Pierrepont Plaza
                     Brooklyn, New York 11201
                BY:  PAMELA CHEN, ESQ.
                     SOLETTE MAGNELLI, ESQ.
                     Assistant United States Attorneys

For the Defendant:   SERCARZ & RIOPELLE
                     152 West 57th Street
                     24th Floor
                     New York, New York 10019
                BY:  MAURICE H. SERCARZ, ESQ.

Court Reporter:  Anthony D. Frisolone, CSR-R, RMR, CRI
                 Official Court Reporter
                 Telephone: (718) 613-2487
                 Facsimile: (718) 613-2694
                 E-mail:  AFrisolone@aol.com

Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

Colloquy                                         61

1           (In open court.)

2           (Defendant present in open court.)

3           MR. SERCARZ:   Your Honor, perhaps before the jury

4  comes, and while Ms. Chen is here, when the complainant begins

5  to testify, there is going to come a time when the Government

6  wants to refer to portions of the website and we're going to

7  have this problem down the road of helping the jury

8  distinguish what comes in on the issue of obscenity and what

9  comes in on the other counts.

10          Would it be an appropriate formulation if after she

11 authenticates it, "Ms. Chen says, I offer it on Counts 1 and

12 2," "I offer it into evidence on Counts 1 and 2," so that it's

13 in for that purpose and the jury will be able to distinguish

14 what's in for Counts 1 and 2, and what's in or Count 3.

15          THE COURT:   I don't know what she's putting in.

16          MS. CHEN:   Can I suggest something, Your Honor?  I

17 appreciate Mr. Sercarz's concern and I will tell both the

18 Court and Mr. Sercarz that I do intend to have the witness

19 refer to the diaries that supposedly describe incidents, so

20 the hearsay issue is obviously going to be front and center in

21 that respect.

22          I have no problem if Court, either before she starts

23 to testify, or at that moment, explain to the jury that

24 they're not being offered for their truth but they're being

25 offered, they're going to be offered on the obscenity count.

Colloquy                                62

1          In other words, they shouldn't consider them for the

2     truth because they do corroborate what she says because they

3     describe the events similarly.  I think it is better to do it

4     that way rather than to talk in the abstract about counts; I

5     don't think it makes any sense.  I have no problem if you want

6     to interject and say --

7               THE COURT:  Is that an appropriate instruction for

8     all the diaries that are coming in through this witness?

9               MS. CHEN:  Yes.  I think it's theoretically correct;

10    they're being offered for their truth.

11              MR. SERCARZ:  This notion of what's in for the truth

12    and what's not.

13              THE COURT:  Right.

14              MR. SERCARZ:  This case is a very ephemeral one.

15    Photographs, for example, are coming in presumably because

16    they're fair and accurate at least when you're dealing with

17    these two counts whereas when you're dealing with the website

18    as a whole.  Presumably, the jury has to look at them at face

19    value as a subscriber to the website would.

20          Text, if it's coming in, may come in somehow because

21    it contains admissions by Marcus if they claim that he is

22    really the author of a particular passage or the final editor.

23    It's judgment going to be very slippery and very difficult.

24              THE COURT:  I'm wondering.

25              MR. SERCARZ:  Rather than stand up and object every

Colloquy                                          63

1   time.

2          THE COURT:  It's not an objection.  I think what we

3   should do have very clear limits.  An instruction each time

4   evidence comes in and it's important, it's really important,

5   and I don't mind having side-bars to understand exactly what

6   each limiting instruction ought to be?

7          MS. CHEN:  I have no problem, Your Honor, with the

8   consent of a caution because I think that's what we had agreed

9   upon before.  In other words, the idea was it stress to the

10  jury that diaries can't be considered simply to bolster what

11  the witness is saying on the stand.  I think that's your

12  concern.

13         THE COURT:  Are the diaries being admitted on Counts

14  1 and 2 for any reason?  Some of them perhaps are.

15         MS. CHEN:  They are because she will say --

16         THE COURT:  Then I have to be more specific in my

17  instructions.

18         MS. CHEN:  I have no problem with that, Your Honor.

19         THE COURT:  So, I think what we ought to do is any

20  time, Ms. Chen, you're going to alert us to this as

21  Mr. Sercarz.  Any time there is going to be admission of a

22  diary entry for one reason or another limit it in some way.

23  We can do it any number of ways, perhaps the best way is to

24  come quickly to side-bar, we'll discuss that, and either

25  actual say it or I'll say it.

Colloquy                                              64

1          MS. CHEN:   We should do it now because I'm

2    referencing --

3          THE COURT:   What's concerning me is that there are

4    going to be different pieces that require different

5    instructions.

6          MS. CHEN:   They're generically the same.   The

7    general structure is she will testify about a particular

8    event:   "He did X or Y to me."   "Did he make you write it in

9    the diary?  Yes."   "Did he photograph it?  Yes."   "Turn to

10   October 2001, are those the photographs?  Is that the diary?"

11         And then there are a couple of diaries I actually

12   would like to read because she says every time this happened

13   to me, he made me sound like I was grateful that was the whole

14   point of the website.

15         That is relevant to the obscenity count because

16   that's how this website portrays these acts, but I'm going to

17   ask her to do that while she's on the stand to say, "Did you

18   write that?  Did he edit it?"  Is it going to come in there?

19         THE COURT:   Is there one limiting instruction that's

20   appropriate to all of these things?

21         MS. CHEN:   I think there is, Your Honor.

22         THE COURT:   Okay.   Then what is that limiting

23   instruction?

24         MS. CHEN:   I think we would agree that they cannot

25   be considered for their truth in terms of corroborating.

Colloquy                                      65

1          THE COURT:   You are speaking about the diaries, not

2    the images?

3          MS. CHEN:   Yes.  In terms of corroborating her

4    account because they're going to be linked together,

5    obviously, both in terms of the presentation in the jury's

6    mind, I think.

7          THE COURT:   Wait, wait.  I'm confused.  They're not

8    being admitted for their truth rather --

9          MS. CHEN:   In terms of corroborating what she

10   said --

11         THE COURT:   You cannot consider them as

12   corroborating the within's testimony.

13         MS. CHEN:   -- of the events themselves.

14         MR. SERCARZ:   I don't agree.

15         MS. CHEN:   Well that's interesting.

16         MR. SERCARZ:   I don't agree.

17         THE COURT:   What do you want that to be?

18         MR. SERCARZ:   When she offers them into evidence,

19   she's offering them on the basis that she wrote them and that

20   she was made to write them which is part of the forced labor,

21   part of the element of forced labor.  They're not coming in

22   for the truth when, if I understand what Ms. Chen is saying.

23         However, if on cross-examination, I want to make the

24   argument that there are literally hundreds of these and that

25   nobody was holding a gun to her head on every instance and

Colloquy                                    66

1   making her write all of this and that large portions of this

2   are truthful and if I want to argue to the jury that this

3   accurately represented her frame of mind simply based on the

4   quantity of them, I shouldn't be precluded from making that

5   argument by an instruction that the Court is going to give.

6            MS. CHEN:  I have no problem, Your Honor.  I was

7   doing this actually in fairness to the defense.  I assumed he

8   was concerned about it.

9            THE COURT:  What would you like, Mr. Sercarz?

10            MR. SERCARZ:  I thought the formulation that this is

11   admitted on Counts 1 and 2 as simple as that.

12            THE COURT:  The diaries.

13            MR. SERCARZ:  Whatever it is that she intends to use

14   because, later on, Agent Berglas is going to testify that

15   that's the one that's coming in; that's the one they're

16   supposed to consider on Count three.

17            THE COURT:  It's confusing, it all goes to Count 3,

18   too.

19            MS. CHEN:  It has to come in on Count 3, if

20   anything.

21            MR. SERCARZ:  I don't think this comes in on Count 3

22   especially because --

23            THE COURT:  These are pieces of the website so they

24   are in evidence on -- they will be in evidence on Count 3.

25            MR. SERCARZ:  But, but.

Colloquy                                67

1          THE COURT:  Not for the truth.

2          MR. SERCARZ:  But, the testimony he made me write

3     it, he threatened me to write it, he told me what to say is

4     completely irrelevant on Count 3.

5          MS. CHEN:  That's a different charge.

6          MR. SERCARZ:  I think we're all in agreement on

7     that.  So, I'm trying to make this, I'm trying to make it

8     possible for a jury to do this without engaging in the mental

9     gymnastics and that's why I sent that limiting instruction,

10    that proposal, to change the limiting instruction.  Hopefully

11    you got it I sent it to you on Friday.  The Court said it's

12    confusing the way it reads and I responded with a letter.

13         THE COURT:  I can't remember.  Do we have that.

14         MS. JOHNSON:  Yes.

15         MR. SERCARZ:  It attempted to make the distinction

16    between which is IN Counts 1 and 2 and what's in on Count 3,

17    and after giving the matter some thought, and I could be far

18    wrong, and I don't know exactly what the background is going

19    to be when this stuff comes in, it seemed the easiest way

20    would be to distinguish what's coming in on Counts 1 and 2 and

21    what's coming in on Count 3.

22         THE COURT:  Why don't I limit it temporally at this

23    point in time:  "This evidence is coming in on Counts 1 and

24    2."

25         MR. SERCARZ:  That's what I want.

Colloquy                                     68

1              MS. CHEN:  I have no problem, Your Honor.

2              MR. SERCARZ:  Thanks.

3              THE COURT:  Again, we're talking just about the

4    diaries.

5              MS. CHEN:  Yes, correct.

6              (Pause.)

7              COURTROOM DEPUTY:  All the jurors are here.

8              THE COURT:  Is everyone ready?

9              MS. CHEN:  Yes.

10             MR. SERCARZ:  Yes.

11             (Pause.)

12             COURTROOM DEPUTY:  All rise.

13             (Jury enters courtroom.)

14             THE COURT:  Good morning.  Ms. Chen.

15             MS. CHEN:  The Government calls Jodi.

16             (Witness takes the witness stand.)

17             COURTROOM DEPUTY:  Please raise your right hand.

18   JODI

19        called by the Government, having been first duly

20        sworn, was examined and testified as follows:

21             THE WITNESS:  I do.

22             COURTROOM DEPUTY:  Please be seated.

23             THE COURT:  There's a microphone.

24             THE WITNESS:  Okay.

25             THE COURT:  It should assist.

Colloquy                                             69

1    DIRECT EXAMINATION

2    BY MS. CHEN:

3    Q     Good morning, Jodi.

4    A     Good morning.

5    Q     You can adjust that at any point time whenever you want

6    to, either the microphone for the chair?

7              Jodi how old are you?

8    A     Thirty-nine.

9    Q     What part of the country did you grow up in?

10   A     The Midwest.

11   Q     Do you ever any brothers or sisters?

12   A     Yes, I have one brother and two sisters.

13   Q     Did you have any particular interests growing up?

14   A     I took ballet for several years.  I also play the violin,

15   flute, and piano.

16   Q     Did you go to college?

17   A     Yes.

18   Q     When did you graduate?

19   A     In 1997.

20   Q     How old were you when you graduated?

21   A     I was approximately 29.

22   Q     Where did you reside while you were attending college?

23   A     I lived with my parents.

24   Q     Did you have much of a social life while you were going

25   to school?

1   A    No.   I was taking mostly 18 credits a semester and

2   working full time.

3   Q    Now, Jodi, did there come a time when you became curious

4   about an alternate social or sexual lifestyle?

5   A    Yes.

6   Q    When was this?

7   A    In 1998.

8   Q    That was shortly after you finished college?

9   A    Yes.

10  Q    How did you initially learn about this lifestyle?

11  A    Online through visiting chatrooms.

12  Q    What kind of chatrooms?

13  A    DMS chatrooms and BDSM chatrooms.

14  Q    What is a DMS chatroom?

15  A    Dominance and submission.

16  Q    How about BDSM?

17  A    Bondage discipline sadomasochism.

18  Q    Now, can you explain what your understanding of BDSM was

19  at that time?

20  A    It's a relationship between two people in which one

21  person is dominant over the other person and it's set up with

22  a guidelines and limits of what will occur and what won't

23  occur in the community.  The three things that are most

24  important is that it's safe, sane, and consensual.  There is a

25  password -- safe words that are involved.

Colloquy                                    71

1    Q     What is a "safe word"?

2    A     A safe word is a word that the submissive uses if they

3    need the action or event to stop.

4    Q     And, is the bedrock concept of BDSM is that it's supposed

5    to be a mutually satisfying to both the dominant and the

6    submissive?

7    A     Yes.

8    Q     How about a "safe call"?  Have you ever heard of that?

9    A     Yes.

10   Q     What is that?

11   A     That's when somebody is going to meet a dominant or

12   submissive for the first time.  They have a person that they

13   trust that they'll let them know at what time they'll be

14   calling through that first encounter.  So, if the friend

15   doesn't get the phone call, then, they know that they should

16   be alerted; there may be something wrong.

17   Q     Now, did you get involved in any DS or BDSM relationships

18   at that time?

19   A     Yes.

20   Q     How many?

21   A     Two before I met Glenn Marcus.

22   Q     Can you describe your first relationship?

23   A     The first one I only met this man maybe three times and

24   it was more of a social relationship.  It was not extreme at

25   all.  He would call me "Pet," and we did a lot of watching TV

Colloquy                                              72

1   together and sometimes he would have me sit on the floor and

2   it was just very tame.

3   Q      And what about your -- oh, let me ask you, though.

4          Was there any sex involved in that relationship?

5   A      No.

6   Q      How about your second relationship, what was that like?

7   A      That was a little bit more intense.  The first thing we

8   did in that relationship was sat down and went through a very

9   long list of activities of things that I had experienced, I

10  might like to experience or I would never want to experience.

11         And so, we went through and I checked off those

12  things and there was also a safe word involved in the

13  relationship.

14  Q      Did you ever have occasion to use that safe word during

15  your second relationship?

16  A      Yes.

17  Q      What was it in response to?

18  A      He was whipping me with a coat hanger.

19  Q      And did the action stop when you used that word?

20  A      Yes.

21  Q      And, approximately, how long was that relationship?

22  A      That lasted a couple of months.

23  Q      And, did that involve sex?

24  A      Yes.

25  Q      What happened in the fall of 1998?

Colloquy                73

1    A     I met Glenn Marcus in a chatroom on AOL.

2    Q     Do you see Glenn Marcus in the courtroom today?

3    A     Yes.

4    Q     Can you identify him by describing an article of clothing

5    he's wearing?

6              MR. SERCARZ:   I'll stipulate to the identification

7    if it helps.

8              THE COURT:   That's fine.   Go ahead.

9    Q     What was the defendant's screen name at the time you met

10   him onGL?

11   A     GMYourGod.

12   Q     Could you spell that?

13   A     G-M-Y-O-U-R-G-O-D.

14   Q     What happened after the first time you noticed the

15   defendant in this chatroom?

16   A     We started talking in instant messages, he was making a

17   lot of jokes in the chatroom, and then soon after, I was

18   invited to go to a private chatroom called, "Found God."

19   Q     Was that his private chatroom?

20   A     Yes.

21   Q     What is a private chatroom for those of us who don't

22   know?

23   A     It is a chatroom that anyone can set up, but the only

24   people that can come in the chatroom are those that know the

25   name of the chatroom.

Colloquy                                        74

1    Q     What was the reference, "Found God," a reference to?

2    A     He considers himself and refers to himself as God, so it

3    was in reference to finding him.

4    Q     Was anyone else in the private chatroom, "Found God,"

5    besides you and the did the?

6    A     Yes, Joanna and Celia.

7    Q     What was their names, what was their screen names?

8    A     Joanna was GM's Dog and Celia was "Nameless."

9    Q     Did Joanna also go by doggie?

10   A     Yes.

11   Q     How did they get those names?

12   A     Glenn Marcus gave them to them.

13   Q     What did you and the defendant chat about while you were

14   in that chatroom?

15   A     Different experiences I had had.  The possibility of

16   coming to meet him.

17   Q     What did he tell you about his philosophy of BDSM?

18   A     That he considered himself the only true master, that

19   everybody else in the lifestyle was just pretending.  Also,

20   that he didn't allow any safe words or limits and pretty much

21   that he could do whatever he wanted to do.

22   Q     Did the defendant give you examples of what he meant by

23   having no limits?

24   A     Yes.  He used a lot of extreme examples.  One would be he

25   might choose to cut off a limb, and another example is that he

Colloquy                                               75

1    might have one of us go out and kill a small child.

2    Q     What was your reaction to what he told you?

3    A     I was frightened at first.

4    Q     Did you actually believe the defendant might hurt you or

5    make you hurt someone else?

6    A     At that time I did.  But then doggie and nameless spoke

7    to me more and assured me that he was a wonderful, amazing

8    man; that he had never done anything like that in the past,

9    and Joanna said she didn't think he would do anything like

10   that.

11   Q     And, did she also tell you that he had never permanently

12   injured anybody?

13   A     Yes.

14   Q     Now, where did Marcus lived at that time?

15   A     He lived in Long Island with Sherry.

16   Q     What did he describe Sherry as?

17   A     He described Sherry as the ultimate slave, the most

18   obedient slave that he has ever known, and the one that we

19   should all aspire to be like.

20   Q     What happened after you chatted with the defendant and

21   the other women in this chatroom?

22   A     After the chat, I spoke to Glenn Marcus on the phone.

23   Q     What did he tell you in these private conversations on

24   the phone?

25   A     We would talk about a lot of different things and he told

Colloquy                                          76

1   me that I needed to come to him; that I needed to serve him

2   after speaking to him for some time.

3   Q    What was your initial impression of Mr. Marcus?

4   A    I found him very charismatic and I felt like he knew me.

5   He told me that he was sure, after talking to me, and after

6   talking about my experiences, that he was sure that I belonged

7   to him.

8   Q    Did you decide to meet Marcus after those conversations?

9   A    Yes.

10  Q    Where did that happen?

11  A    In Maryland, at Joanna's apartment.

12  Q    When?

13  A    The first time was in, I believe, October of '98.

14  Q    How long was your first trip?

15  A    It was maybe three or four days.

16  Q    Who else was there besides Joanna?

17  A    Celia came later and Glenn Marcus.

18  Q    What happened during that trip?

19  A    One of the things he had me do was memorize a song on the

20  piano before I came, so he had me bring my keyboard to play

21  the song; and then he also had me bring ballet outfits to

22  dance.   He also whipped me while I was there and he also

23  carved the word "slave" with a knife in my stomach.

24  Q    How did you feel about that?

25  A    I was really scared.   I had told him before I came there

1    that I was terrified of knives.

2    Q    Was that the most extreme BDSM conduct you engaged in up

3    to that point?

4    A    Yes.

5    Q    Notwithstanding your fear, did you decide to go back?

6    A    Yes.

7    Q    When did you go back?

8    A    In November of 1998.

9    Q    And, where did you go?

10   A    To Maryland, to Joanna's apartment.

11   Q    And who was there that time?

12   A    Joanna, Celia, Glenn.

13   Q    What kinds of things did you do during that trip?

14   A    Pretty much the same type of things as the first trip.

15   Q    Did he carve anything into you again?

16   A    No.

17   Q    How did Mr. Marcus treat you generally during those first

18   two trips?

19   A    I was made to feel very special and most of the time,

20   like, when he was whipping me or doing something along those

21   lines, afterwards he would always reassure me that I did a

22   good job and reassured me that I belonged to him; this is

23   where I needed to be, this is my life.

24   Q    Did he compliment you in other ways?

25   A    Yes.

Colloquy                                              78

1   Q     What did he tell you?

2   A     That he, in the beginning, he would call me pretty and

3   say I was beautiful in the beginning.

4   Q     Now, prior to meeting Mr. Marcus in person, did you tell

5   him about any fears that you had?

6   A     Yes.

7   Q     What did you tell him?

8   A     That I had a fear of knives and of being choked and also

9   needles.

10  Q     Did he ever choke you during your first two trips?

11  A     Yes.

12  Q     How did you react to that?

13  A     I fought it like an animal, I guess is the best way to

14  describe it, and he had to have Joanna and Celia try to hold

15  me down but they were unsuccessful so he eventually stopped.

16  Q     Now, what did you decide after the second visit to

17  Joanna's?

18  A     That, he had told me that he wanted to relocate me to

19  live at Joanna's and so I decided to that do that.

20  Q     Now, notwithstanding the fact that you said you were

21  afraid of those things did you agree to do that?

22            MR. SERCARZ:   Object to the form, Your Honor.

23  Notwithstanding?  This is direct examination.  I object to the

24  leading.

25            THE COURT:   Okay he's rephrase the question.

Colloquy                                          79

BY MS. CHEN:

Q      Did you agree to do that?

A      Yes.

Q      And, did you go there voluntarily?

A      Yes.

Q      Now, did you have to do anything to memorialize your
commitment to going?

A      Soon after I got there, Glenn Marcus shaved my head
except for a small patch of hair in the back of my head.

Q      Did you have to write anything before going to Maryland?

A      Yes, I had to write something called a petition.

MS. CHEN:   Your Honor, at this time, I'm going to
refer the jury to binders that you have next to you and I'm
also going to ask the witness or I'm going to approach the
witness with a binder.

And, I'd ask the jury not to look at anything yet.

Q      Do you recognize that binder, Jodi?

A      Yes.

Q      And, what's in it generally?

A      Pages from the website.

Q      And, was that Mr. Marcus's website?

A      Yes.

Q      What was the name of that?

A      "Slavespace."

Q      And, prior to today, did you have a chance to review the

Colloquy                                          80

1    pages that is contained in those binders?

2    A    Yes.

3    Q    And do think fairly and accurately represent what was on

4    the Slavespace website at different points in time?

5    A    Yes.

6    Q    Would that include all the way up until April of 2005 or

7    thereabouts?

8    A    Yes.

9            MS. CHEN:   The Government moves for admission the

10   materials that are in the binder.

11           THE COURT:   Admitted.

12           (Government's Exhibit 2-C was received in evidence.)

13           MS. CHEN:   Now, the jury may look at the binders.

14   Q    Directing your attention to the second tab in the binder

15   which is labeled "Nonmembers," can you turn to the page that's

16   numbered 1014 in the page numbers in the lower right-hand

17   corner.

18   A    (Complying).

19           MS. CHEN:   Actually one moment, Your Honor, I'm

20   sorry.

21   Q    Actually, let me refer you to 1051, that's the correct

22   page number.

23           You recognize that document?

24   A    Yes.

25   Q    And, looking at the lower half of that document, is that

Colloquy                                          81

1   your petition?

2   A     Yes.

3   Q     Did you write this document?

4   A     Yes.

5   Q     And, did you have any help in writing that?

6   A     Yes, Joanna helped edit it to make sure that it included

7   everything that it was supposed to.

8   Q     And in this document, the first line is:  "Sir, I am

9   begging you to please allow me to be your slave."

10        Do you see that?

11  A     Yes.

12  Q     And, at the time, is that how you felt?

13  A     Yes.

14  Q     Now, just to clarify what is above the document that is

15  your petition, what is above your petition on that page?

16  A     That's "Robot's" petition.

17  Q     Who is "Robot"?

18  A     Rona.  It's a --

19  Q     Her first name is Rona; is that correct?

20  A     Yes.

21  Q     Was she ever slave of Mr. Marcus?

22  A     Yes.

23  Q     How long had she been serving Mr. Marcus according to

24  him?

25  A     Since she was 13.

Colloquy                                      82

1    Q    Now, the name "poochie" that was on this document, where
2    did you get that name from?
3    A    That is what Glenn Marcus called me or named me.
4    Q    Why did he name you a different name?
5              MR. SERCARZ:   Objection.
6    Q    Did he tell you why he gave you a new name?
7    A    Yes.   Because I was now his property and I belonged to
8    him and I had -- what I was before I came to him didn't exist
9    anymore.
10   Q    Now, prior to moving Maryland, had you also told
11   Mr. Marcus about any fantasies that you had?
12   A    Yes.
13   Q    Why did you do that?
14   A    He asked me to make up a list of fantasies that I had and
15   so I did.
16   Q    And, did you send that to him in some written form?
17   A    Yes.
18   Q    How did you send it to him?
19   A    I believe it was e-mail.
20   Q    Do you remember any of the fantasies that you told him
21   about?
22   A    I know one was a rape fantasy, another one had to do with
23   gorillas.
24             MR. SERCARZ:   I'm sorry, I couldn't hear the
25   witness.   She's a little closer to the microphone.

Colloquy                                                    83

1    Q      Having sex with a gorilla?

2    A      Yes.

3    Q      Do you remember any other fantasy that you wrote to him

4    about?

5    A      I believe there was also one about having sex with dogs.

6    Q      Were these your actual fantasies?

7    A      No, they're not actual fantasies that I had but he asked

8    me to write the most extreme fantasies and so I wrote these

9    for him.

10   Q      Now, after submitting the petition, did you actually move

11   to Maryland?

12   A      Yes.

13   Q      When did that happen?

14   A      In January of '99.

15   Q      Shortly after you arrived in Maryland?

16   A      Shortly after I arrived, Glenn Marcus shaved my head

17   except for a small piece in the back.

18   Q      How did you feel about that?

19   A      I was very upset.  I was crying.

20   Q      Did Marcus say why he did that?

21   A      Once again to show that I was his property and that I

22   belonged to him.

23   Q      What happened to your relationships with your family and

24   your friend after you notified Maryland?

25   A      I wasn't allowed to keep any friendships that I had

Colloquy                                              84

1   prior.   My relationship with my family became very strained

2   because I was only allowed to speak to them when I had

3   permission from Glenn Marcus.

4   Q    Did Marcus ever tell you what to tell your parents about

5   the move to Maryland?

6   A    That I was teaching.

7   Q    In Maryland?

8   A    Yes.

9   Q    Now, aside from shaving your head, did Marcus do anything

10  else to signify that you were his property?

11  A    Shortly after that, he branded me.

12  Q    In what way?

13  A    He took a large wire hanger and formed it into the shape

14  of a G and heated it over the stove and banded my backside.

15  Q    On your buttocks?

16  A    Yes.

17  Q    Did you know that was going to happen?

18  A    He had talked about it for a week or so before it

19  happened.

20  Q    Now, referring you again to the binder, I'm going to ask

21  you to turn to the tab that is marked "Slutfest 8," it is all

22  the way in the back.   And, I refer you to Page 1125 in that

23  section.

24  A    (Complying).

25  Q    Do you recognize that photograph?

Colloquy                                                    85

1    A    Yes.

2    Q    What is it?

3    A    That's him with the brand.

4    Q    And, is that the G that he branded you with?

5    A    Yes.

6    Q    Now, turning next to Page 1127.  Can you explain that

7    photograph?

8    A    That's a picture he had taken of me almost immediately

9    after the brand.

10   Q    Now, in that picture, you appear to be smiling.  Do you

11   see that?

12   A    Yes.

13   Q    Can you explain that?

14   A    In all of the pictures, it was required that we are to

15   smile and the thing with Glenn Marcus is when you're with him

16   you serve with gratitude, thankfulness, and joy and if you

17   didn't, you were punished.

18   Q    I'm going to ask you to maybe move a little away from the

19   mic.

20   A    Okay.

21   Q    At the time this happened, though, were you unhappy about

22   it?

23   A    No, not at that time.

24   Q    And, at the time it happened, were you in great pain?

25   A    Not at that time.

Colloquy                                           86

1   Q      What happened?

2   A      About 24 hours later, the brand broke open and the best

3   way I can describe it is like hot dog being put in the

4   microwave and just blowing up.  Also, at the time, when Glenn

5   gave me the brand he said because I was his slave-in-training

6   that it would not be permanent, and after it burst open it was

7   pretty obvious that it was going to be permanent because it

8   was a severe burn.

9   Q      What did he do?

10  A      He was angry at me because I was disobedient for it not

11  being temporary.

12  Q      Did anyone take to you doctor?

13  A      No, I was on my stomach in the back seat.  He drove me up

14  to New York to Rona's to try to take care of it but I was not

15  allowed to go to the doctor.

16  Q      Did anyone suggest that you go to the doctor?

17  A      Once we were in New York Rona suggested it.

18  Q      And what did Marcus respond?

19  A      No.

20  Q      Now, after moving to Joanna's did you live there full

21  time?

22  A      Yes.

23  Q      Did the defendant live there?

24  A      Part time, he would come for visits.

25  Q      How often would he come?

Colloquy                                          87

1   A     Sometimes once a week, sometimes every other week.  It

2   just depended.

3   Q     How would he get there?

4   A     Either Joanna or myself or both of us would have to drive

5   to New York to pick him up and then bring him back.

6   Q     How long did Marcus's typically visit for?

7   A     Usually about three or four days.

8   Q     What was it like while he was there?

9   A     When he was there, we weren't allowed to wear clothing;

10  we weren't allowed to eat or drink any water unless we were

11  given permission to; we weren't allowed to speak at all unless

12  we were given permission, and we were to do whatever he said

13  without hesitation.

14          We also weren't able to sleep except for a couple

15  hours every once in a while.  And then we were woken up, he

16  would wake us up by kicking us or pulling our hair.

17  Q     How were you dressed during that entire time?

18  A     We were all naked.

19  Q     Now, you said before you went to Maryland, Marcus told

20  you that you were beautiful, did that change after you moved?

21  A     Yes.

22  Q     What happened?

23  A     I was continually told how ugly I was and how stupid I

24  was and disobedient and how I didn't deserve to be his slave

25  and I was lucky he was still keeping me there because I was so

Colloquy                                        88

1   stupid and ugly.

2   Q      What did you call Marcus?

3   A      "Sir."

4   Q      What did he call you?

5   A      Cunt, slut, whore, bitch, "pooch."

6   Q      What about Joanna what did he call her?

7   A      Doggie, "Dogg," slut, bitch.

8   Q      Did he also refer to you and the other woman as "It"?

9   A      Yes.   We were only allowed to speak about ourselves in

10  the third person and he called us "It" as well.

11  Q      Did you refer to yourself as "It"?

12  A      Yes.

13  Q      Now, how did all of this make you feel at that time?

14  A      I felt like I was nothing.   I felt like I was only what

15  Glenn Marcus told me I was.

16  Q      Were there a series of questions that Marcus repeatedly

17  asked you and the other women?

18  A      Yes.

19  Q      Do you remember those questions?

20  A      Yes.   "They were what are you?"   "Who are you?"   And,

21  "Who do you belong to?"

22  Q      What were the answers?

23  A      "What are you?"   The answer was:   "Your property, Sir."

24  "Who are you?"   "Your slave-in-training, Sir."   And, "Who do

25  you belong to?"   "You, Sir."

Colloquy                                89

1   Q      How did Marcus treat Joanna?

2   A      She had a different role in that world.  He didn't do

3   things as frequently or as severe to her that he did to me.

4   She was considered his slut-secretary.

5   Q      Was there a particular issue he had, though, about her

6   appearance?

7   A      Yes.

8   Q      What was that?

9   A      He called her fat and he wanted her to lose weight.

10  Q      What did he do to make her lose weight?

11  A      He put her on a diet.  One diet was a diet where she was

12  only allowed to eat cabbage soup and then he also kept her

13  caged for long periods of time.

14  Q      Did he ever do anything with a knife related to the

15  weight issue?

16  A      Yes.

17  Q      What did he do?

18  A      He tied her down to a coffee table on her stomach and he

19  took a knife out and had a big bowl and he started to cut into

20  her and he said we were going to eat part of her flesh because

21  she wasn't losing weight fast enough.

22  Q      Did you ever go out with Marcus or Joanna during Marcus's

23  visits?   Go outside the house that is?

24  A      Very, very few times that we ever went outside the house.

25  Q      How was Marcus dressed during these visits?

Colloquy                                           90

1   A     He always wore a towel.

2   Q     With anything else?

3   A     No.

4   Q     What kinds of sexual activities took place when Marcus

5   visited and you Joanna?

6   A     Sex took place during different punishments he was

7   administering or sometimes he would have Joanna and myself

8   have sex, sometimes the three of us were together.  It just

9   depended.

10  Q     Did you have intercourse?

11  A     Yes.

12  Q     And did you have oral sex?

13  A     Yes.

14  Q     Did the sex also involve aspects of bondage?

15  A     Yes.

16  Q     Like what?

17  A     Being tied up or being tied to the wall and having sex.

18  Q     Were you ever whipped?

19  A     Yes.

20  Q     And choked?

21  A     Yes.

22  Q     Now, did you find some of these activities at that time

23  sexually gratifying?

24  A     Some of them, yes.

25  Q     Did Marcus find them sexually gratifying?

1   A      Yes.

2   Q      Were these activities recorded in any way?

3   A      Yes.

4   Q      And, how were they recorded?

5   A      He took pictures of all these activities.

6   Q      And, did you have to do any writing related to the

7   activities?

8   A      Yes.   During each visit, we were each required to write a

9   diary for the website to put up.

10  Q      And, who wrote those diaries?

11  A      We wrote the diaries and then either doggie or himself

12  helped edit them and then I soon learned what kind of form

13  they had to be in and how they were going to be written.

14  Q      When you say, "we," who are you referring to?

15  A      Myself, Celia, Heather, Joanna.

16  Q      These were all slaves, slaves-in-training to Mr. Marcus?

17  A      Yes.

18  Q      What was the purposes of these diaries?

19  A      They were for the website.

20  Q      And how were they supposed to portray Marcus?

21  A      They were supposed to portray him as this amazing,

22  wonderful master, who does these extreme things, but yet, all

23  of his slaves were happy and gracious and thankful and joyous

24  and overly excited and happy.

25  Q      Were you ever allowed to write that you were unhappy?

1   A    No.

2   Q    How often did you write these diaries?

3   A    Every time he came to visit.

4   Q    Did Marcus ever allow himself to be photographed for the

5   website?

6   A    No.

7   Q    Why not?

8             MR. SERCARZ:   Objection.

9   Q    Did he ever tell you why not?

10  A    No.

11  Q    What did Marcus do with the photographs and the diaries?

12  A    He posted them on the website.

13  Q    What was the name of the website?

14  A    "Slavespace."

15  Q    What was it called in the beginning?

16  A    "Subspace."

17  Q    What does "Subspace" refer to?

18  A    Submissive, a space that submissives go to.

19  Q    Did that website exist at the time you moved to Joanna's?

20  A    Yes.

21  Q    Who created it?

22  A    Joanna.

23  Q    And what managed it?

24  A    Joanna managed it.

25  Q    Did "Subspace" make any money?

1   A     Yes.

2   Q     How did it make money?

3   A     From advertisements and later from having a member

4   section.

5   Q     And, how did the website make money from advertisements?

6   Can you explain that?

7   A     Some of the advertisements, the banners on the website,

8   would bring in money if you just clicked on them.  Sometimes

9   they would bring in money if you clicked on then and the

10  person went to another site and joined.

11  Q     Did Marcus have any role in this website?

12  A     He told Joanna to create it and gave his input as to how

13  he wanted it to be set up.

14  Q     And, did he make any money from it?

15  A     Yes.

16  Q     How was the income divided between him and Joanna?

17  A     He would keep most of it and then decide what Joanna

18  needed because Joanna wasn't working any other job at that

19  time.

20  Q     What was it like at Joanna's when Marcus wasn't there?

21  A     We were each other's guards, basically.

22  Q     What do you mean?

23  A     He had it set up so she was watching me and I was

24  watching her to make sure that we were doing what we were

25  supposed to be doing, and if we weren't, the other one would

Colloquy                                94

1    report back to him and we would be punished.

2    Q    Were there things that Marcus required you to do even

3    when he wasn't there?

4    A    Yes.

5    Q    What kinds of things?

6    A    One was to read "The Master's Expectations."

7    Q    Let me stop you for a moment and now I'm going to ask the

8    jury and you to return to the "Nonmember" tab which is back in

9    the beginning of the binder.

10           It's the second tab, and now I will refer to you

11   Page 1014 which I erroneously did before.

12           There is water there if you need it.

13   A    Thank you.

14   Q    Do you recognize this document which is Page 1014?

15   A    Yes.

16   Q    What is it?

17   A    The list of "Master's Expectations" that we had to read.

18   Q    Now turning to the next page, can you explain what's on

19   that page, 1015?

20   A    That is how the expectations are to be read.

21   Q    So, this instruction is how to do it; is that right?

22   A    Yes.

23   Q    Turning to the next page.  What's that?

24   A    These are the expectations.

25   Q    These are the expectations you were to recite; is that

Colloquy                                      95

1    correct?

2    A    Yes.

3    Q    How many of them were there?

4    A    Eighty-two.

5    Q    And those expectations are on the next few pages?

6    A    Yes.

7    Q    How often were you required to do this?

8    A    Once a day.

9    Q    What about Joanna?

10   A    She was required to do them as well.

11   Q    What other things were you required to do while Marcus

12   was away?

13   A    After we showered, we were required to run cold water for

14   one minute and while we did we were to thank him.

15   Q    Were there any other things that you were required to do?

16   A    Sometimes, he would have us wear clamps on our breasts

17   for long periods of time or he would have us wear something

18   called a butt plug which is an implement that's shaped like a

19   penis and inserted in our anus and he would have us keep those

20   in for long periods of time.

21   Q    Did he say why he wanted you to wear the butt plugs?

22   A    So that we were always aware that he owned us.

23   Q    What was your relationship like with Joanna?

24   A    We didn't have a very good relationship because we were

25   patrolling each other most of the time that we were both

Colloquy                                              96

1    there.

2    Q    What would either of you do if the other person wasn't

3    following the rules?

4    A    We would tell Glenn.

5    Q    What happened happen then?

6    A    We would be punished.

7    Q    By whom?

8    A    By either Glenn himself if he was coming shortly or he

9    would he'd have one of us punish the other.

10   Q    What kinds of things would cause Marcus to punish either

11   of you?

12   A    Joanna sneaking food or going off her diet or not doing

13   the expectations something like that.

14   Q    What kinds of punishment did Marcus impose?

15   A    Between the two of us or from him?

16   Q    Either.

17   A    Usually whipping, sometimes being put in the cage.  Just

18   depended.

19   Q    Was Joanna's apartment equipped with shackles?

20   A    Yes.

21   Q    Where were those?

22   A    There were two circular metal pieces on the wall in her

23   bedroom.

24   Q    And, how were those used?

25   A    Those were used to attach handcuffs to.

1   Q      Now, how often would Marcus punish you or the other

2   women?

3   A      I was punished just about every time I saw him for

4   something.

5   Q      Did you go out and socialize outside the apartment when

6   he wasn't there?

7   A      No.

8   Q      Why not?

9   A      When he came, I felt awkward because of my head being

10  shaved; and I just moved there, I didn't know anybody.  And

11  then, later, I just began to feel so different from other

12  people that I had come in to contact with other people that I

13  wouldn't socialize.

14  Q      What about Joanna, did she go out?

15  A      She had one friend that she was in contact with and was

16  allowed to see when Glenn permitted it.

17  Q      Did you work while with Joanna?

18  A      Yes.

19  Q      Doing what?

20  A      Childcare.

21  Q      Was it for a center or was it for a family?

22  A      A family.

23  Q      How much money did you earn from that job?

24  A      Approximately $400 a week.

25  Q      And, what did you do with your earnings?

1   A     I kept them unless there was something I was told to buy

2   or I needed.

3   Q     And, how did you use your money?

4   A     To pay a lot of bills that had been piling up and I had a

5   car, leased car, that I needed today make payments on and pay

6   insurance.

7   Q     Did Joanna work?

8   A     No, except on the website.

9   Q     Now describe how you were feeling after living at

10  Joanna's for a few months?

11  A     I was starting to feel depressed just because no matter

12  what I did I was not doing anything well enough and it just

13  seemed like Glenn was becoming more and more upset with me and

14  I felt like I was failing.

15  Q     Had anything changed about the punishments that you were

16  receiving from Marcus during this period of time?

17  A     They became more severe.

18  Q     Now, directing your attention to June, 1999.   What

19  happened around that time?

20  A     I became very depressed, and at one point I had taken a

21  cigarette and I burned my arm twice with it.

22  Q     Did you tell Marcus about that?

23  A     I was afraid because I knew he would be coming there in a

24  few days and I was afraid what would happen if he saw it, so I

25  told him, yes.

1   Q     How did he respond when you told him?

2   A     He was extremely angry and he told Joanna, she was on the

3   phone, too, and he told her to take a cigarette and burn

4   herself on her harm the exact way I had done it and then he

5   told her to whip me; and then he had her put me in the bath

6   tub on my back and she was told to give herself an enema and

7   defecate on my face and I was told to clean the bath tub with

8   my tongue.

9   Q     Did Joanna and you do all of these things?

10  A     Yes.

11  Q     Did Marcus tell you whether he was going to punish you

12  when he arrived?

13  A     Yes.

14  Q     Did he tell you how?

15  A     No.

16  Q     What happened after he arrived?

17  A     When he arrived, he had Joanna bring me into the room.  I

18  was wearing a dog collar and he had me crawl into the room on

19  all fours while wearing a dog leash.  And then, the first

20  thing he did, was slap my face very hard; I was seeing stars.

21  And then, the cigarette, he was smoking at the time, he put it

22  out on my forehead, and then he just continued to burn me with

23  cigarettes all over my entire body, everywhere:  On my arms,

24  underneath my arms, on the bottom of my feet, on the back of

25  my neck, he put out two more cigarettes.  He burned me inside

Colloquy                                              100

1    my vagina.   Everywhere.

2    Q    What did it feel like when that was happening?

3    A    I felt like I was literally in hell.  I felt like I was

4    on fire; I couldn't put it out.

5    Q    How did you respond during this event?

6    A    I was screaming and crying.

7    Q    Did Marcus stop when you began screaming and crying?

8    A    No.   He told me to shut up.

9    Q    Did Marcus photograph any of this?

10   A    Not of the burning, no, but -- no.

11   Q    Did he photograph other parts of or -- I apologize.

12             MS. CHEN:  Withdrawn.

13   Q    Did he have Joanna photograph any part of your

14   punishment?

15   A    Yes.

16   Q    What part?

17   A    The part where I was being whipped and in the bath tub.

18   Q    Did you have to write a diary about all of this?

19   A    Yes.

20   Q    I'm going to refer you back to the binder and look at the

21   tab that's marked June 9, 1999?

22             THE COURT:  Perhaps this is a good time.

23             MS. CHEN:  Thank you, Your Honor.

24             THE COURT:  Ladies and gentlemen, insofar as this

25   binder contains written material in the nature of diaries that

Colloquy                                101

1   you'll be seeing and reading from, I simply want to tell you

2   that at this point in time, right now, you should consider

3   this evidence as being admitted solely with respect to Count 1

4   which is the slave trafficking and -- I'm sorry -- which is

5   the sex trafficking; and Count 2, which is the slave labor.

6           So, right now just consider this in relation to the

7   first two charges and not the third charge.

8           MS. CHEN:   Your Honor, let me pause for a moment.

9           Do you need a minute?

10          THE WITNESS:   I'm okay.

11  BY MS. CHEN:

12  Q     Do you recognize this document, Jodi?

13  A     Yes.

14  Q     And is this the diary that you had to write about that

15  incident?

16  A     Yes.

17  Q     And, I'm going to direct you to Page 307 and ask you to

18  look at that page and tell me what photographs were taken from

19  that particular incident?

20  A     All the photographs on the top row were and the first two

21  on the bottom row.

22  Q     Now, the one that's on the top row in the middle which is

23  entitled "Sir has another slut shit on pooch," excuse me my

24  language, can you describe what's being photographed there?

25  A     That is me laying on my back in the bath tub and Joanna's

1   beginning to defecate on my face.

2   Q    On the actual website, would a viewer have been able to

3   click on that image or any of these images and get an enlarged

4   version of that?

5   A    Yes.

6   Q    I'm going to refer you back for a moment to pages, 299

7   which is that document, and I'm going to read to you from the

8   first two paragraphs and I want you just to listen.

9        "This diary is not an easy one for poochie to write.

10  Poochie is so grateful for everything that Sir has given It

11  including allowing It to write this.  Thank you, Sir.  Several

12  days before Sir came here, poochie did a very stupid,

13  unslave-like thing.

14       Poochie was feeling frustrated with itself for not

15  pleasing Sir, for not finding a slave to train, and for a

16  million other reasons.  Poochie decided to punish itself by

17  burning its arm with a cigarette several times.  This happened

18  in a flash of a moment, a moment that poochie wishes more than

19  anything It could go back and change.

20       A slave does not decide anything, It does what It is

21  told.  A slave does not feel frustrated with itself.  A slave

22  only strives to please the one who owns It and begs to be

23  punished and corrected if It is not doing so.  A slave does

24  not punish," and I think it says, "Itself," unfortunately

25  there is a hole in the binder there.  "A slave owns nothing,

Colloquy                                    103

1   including Its body.   A slave's body belongs to the one who

2   owns It and only the with one that decides what is done with

3   It."

4              Did you write that, Jodi?

5   A    Yes.

6   Q    And, did you believe that at the time?

7   A    Yes.

8   Q    How did you feel after that incident?

9   A    I felt awful.   I felt like I was continually

10  disappointing Glenn and I had already felt so depressed

11  beforehand and I just felt miserable.

12  Q    At that point, why did you stay?

13  A    I thought maybe I could do better.   I still felt, I still

14  believed that I belonged there.

15  Q    Did that change?

16  A    Yes.

17  Q    What happened?

18  A    There came a time when he told me that I was to somehow

19  convince my younger sister to come to Maryland to visit and

20  before she got there I was supposed to find Roofies.   When she

21  arrived, I was supposed to drug her with the Roofies and strip

22  her naked so that he could use her.

23  Q    What did you do in response?

24  A    I wasn't able to do that.

25  Q    What do you mean by not able to?

1  A    I couldn't.

2  Q    Did you try?

3  A    No.

4  Q    What happened then?

5  A    At the same time I was also told, I was supposed to find

6  a slave to train online.  I was supposed to go into chatrooms

7  and try to convince someone to come there and I was

8  unsuccessful in doing that.  So, Glenn told me the next time

9  he came there that I would be punished severely for both of

10 these things.

11 Q    Did you consider leaving before he got there?

12 A    No.

13 Q    Why not?

14 A    At that time, I felt like I deserved whatever punishment

15 he was going to give me.

16 Q    What happened when Marcus arrived?

17 A    He had chained me to the two metal circles that were

18 attached to the wall, that I had handcuffs on, and he had

19 attached those to the circles and I was naked and he told me

20 he was going to take a nap; and when he woke up from the nap

21 that I would be punished more severely than I had ever had

22 before.  So severely I may not even be able to work for a

23 while.

24       While I was on the wall, I was terrified and I had a

25 moment where I saw myself back with my family again and I felt

Colloquy                                      105

1   like I couldn't do this anymore, I wanted to leave.  So, I

2   called to Celia who was there and I told her I wanted to

3   leave, I can't do this, I had to get out of there, and Celia

4   helped me get down from the wall and we went into the bedroom

5   next door to that bedroom, but almost at the same time, Joanna

6   saw what I was doing and she woke Glenn up.

7   Q    What happened after she woke Glenn up?

8   A    Glenn told Joanna to put me back on the wall.

9   Q    Did she do that?

10  A    Yes.

11  Q    What happened then?

12  A    (Pause).

13  Q    Take your time.

14  A    I had told him that I wanted to leave and he told me to

15  shut up.  He took a whiffle ball that had string on it and put

16  it inside my mouth.  Then, he took needles.

17            MS. CHEN:  Your Honor, perhaps we can take a break.

18            THE COURT:  Yes.  That would be fine.  We'll take a

19  five-minute break, ladies and gentlemen.

20            (Jury exits courtroom.)

21            MS. CHEN:  Your Honor, I'm going to approach the

22  witness and give her some Kleenex.

23            (Recess taken.)

24            THE COURT:  Mr. Marcus, in the future, when we take

25  a five-minute break it could spill into ten but not into 20,

Colloquy                                    106

1   so please come back on time.

2              THE DEFENDANT:   Okay, Your Honor.

3              (Pause.)

4              COURTROOM DEPUTY:   All rise.

5              (Jury enters courtroom.)

6              THE COURT:   Ms. Chen.

7   BY MS. CHEN:

8   Q    Jodi, what happened after Joanna put you back up on the

9   wall?

10  A    I told him that I wanted to leave and he told me to shut

11  up and he put a whiffle ball in my mouth that had string run

12  through inside of it so it could be tied around the back of my

13  head.

14  Q    What did he do next?

15  A    Then, he took a long, like, surgical needles and put them

16  through my upper and lower lip to keep my lips closed.   He put

17  about five of them going around my mouth so I couldn't talk.

18  Q    What happened after that?

19  A    And then, he just started to beat me and whip me for a

20  long period of time very hard.   At one point, during the

21  beating he had sex with me while I was on the wall.

22              After a long time of being beaten and whipped, he

23  took me down and brought me to the bedroom next door which had

24  a flat board.   He attached me to the board with my handcuffs

25  and he took a needle and thread and said he was going to sew

Colloquy                                          107

1    up my vagina, and so he started to do this until the needle

2    broke and then he stopped.

3           The next thing he did was he took a knife and he

4    carved his initials in the bottom of my feet.  He carved a G

5    in the bottom of one foot and an M in the bottom of the other

6    foot.  During all of this, I had a hard time breathing and

7    swallowing and I couldn't talk and when he was all done he

8    called us all into the living room to watch movies but he had

9    left the needles and the whiffle ball in my mouth and the

10   needles in my lips; and about a half hour or more into the

11   movie Celia asked him if she would please, please or if he

12   would please, please take the needles out because I thought I

13   was going to pass out and then he finally took them out.

14   Q    While you were on the wall, Jodi, could you see what was

15   happening?

16   A    No, I had like a hooded, a hood on.

17   Q    And, although the whiffle ball was in your mouth, were

18   you making any sounds during this?

19   A    I was crying and screaming.

20   Q    Jodi, was this something that you wanted?

21   A    No.

22   Q    Was this anything that you got any sexual gratification

23   out of?

24   A    No.

25   Q    Before this happened, did you want to be with Marcus?

1    A    Right before it happened, I wanted to leave.

2    Q    But for the months before that, were you there

3    voluntarily?

4    A    Yes.

5    Q    And, did you want to be with him during those initial

6    months?

7    A    Yes.

8    Q    Before this happened, did you believe that you could

9    leave when you told Marcus you wanted to leave?

10   A    Yes.

11   Q    Why did you believe that?

12   A    For long before I went to meet him, he told me that he

13   never wants to have a slave there who doesn't want to be

14   there, and he had even talked about at some point setting up a

15   fund so that if a slave decides they no longer want to serve

16   him that he would have a fund of money to set up to start

17   their new life when they leave; and also in seeing Celia leave

18   successfully and so I had no reason to believe at that time

19   that if I decided I wanted to go that I wouldn't be let go.

20   Q    Did Marcus ever set up a fund for you or any of the other

21   women?

22   A    No.

23   Q    How did you feel after this incident?

24   A    I just felt completely beaten down.  I felt trapped and

25   full of terror.

1    Q     Did Marcus photograph this punishment session?

2    A     Yes.

3    Q     Did you have to write a diary about it?

4    A     Yes.

5    Q     I'm going to refer you to the binder again, tab

6    October 1999.

7              Do you see that entry in the book?

8    A     Yes.

9    Q     Is this the diary that you wrote about that incident?

10   A     Yes.

11   Q     I'm going to read a portion of it, but before I do, I

12   want to ask you a question:   What does OMG mean?

13   A     Oh My God.

14   Q     Now reading from the October, 1999 diary:

15             "As always, poochie was so happy and excited that

16   Sir was going to allow it to be in his presence again!   Pooch

17   has all extremely excited about this visit, because Sir was

18   going to allow nameless to come for several days as well and

19   Nameless.   Nameless is a former slave trainee of Sir.   Sir had

20   allowed her to remain friends with him, and this would be the

21   first time she would be allowed in his presence again since

22   her training ended."

23             And let me ask you, Jodi, was Celia the one who you

24   had seen leave before?

25   A     Yes.

Colloquy                                    110

1    Q    "Poochie talks to Nameless quite a bit online, and was

2    really looking forward to seeing her again.

3          Along with this excitement, pooch was also feeling

4    some trepidation....  pooch knows it should not have felt

5    this, and was being disobedient for not focusing.  Sir had

6    told it that he was going to punish it severely this visit.

7    Pooch had been instructed to find a slave of its own to train

8    as part of Pooch's training.  Pooch had failed at this.  Sir

9    gave pooch another chance to please him after this and pooch

10   did not complete what it was told with that either.  Pooch was

11   grateful that Sir was going to punish it for not pleasing

12   him!!  That is the only thing that pooch should have been

13   focusing on, its gratitude!!  But, pooch was not.  Pooch was

14   scared.  Pooch was again being disobedient even before Sir

15   arrived.

16         Sir had told pooch that before pooch went to sleep

17   the night he was to arrive, pooch that should make sure that

18   it emptied its bowels and put on a collar and leash.  Poochie

19   did this, and laid down on the bed, and somehow or another

20   (pooch had no idea how) managed to fall asleep.

21         When Sir got there, he came into the bedroom where

22   pooch was sleeping," I think it should read, "pulled the

23   covers off it, and pulled it by its leash into the Master

24   bedroom with pooch crawling on the floor behind Him!  Sir,

25   poochie was so happy and grateful to be in Sir's presence

Colloquy                                                   111

1   again!   Poochie's insides felt like they were going to bounce

2   right through its skin!   Sir had poochie kneel face down in

3   the bed, and then had Dogg do the same right next to pooch.

4   Sir had brought with him several types of canes.   This was the

5   first time that Sir had whipped poochie with a cane!   Thank

6   you, Sir!   OMG!   These were definitely intense!   After the

7   first strike, poochie thought it was going to go right through

8   the bed!   Oh, thank you Sir!   Sir thinks that Sir struck each

9   of the bitches maybe 5 or 6 times!   Thank you, thank you,

10   thank you, Sir!

11          In this part, the words are not legible.   "...had

12   pooch crawl up to where he had laid down on the bed and,

13   allowed it to suck Mastercock!   Thank you, Sir!   Feeling Sir

14   in its mouth, and being at his feet, smelling Sir, and feeling

15   Sir......Poochie was so grateful!   Then Sir turned pooch over

16   and fucked the poochpussy.   OMG OMG OMG!   Like many things

17   with Sir, it is very difficult to describe what this is like,

18   being fucked by Sir.   Having Sir inside it, and on top of it!

19   Poochie was ready to cum immediately!   And Sir allow it to

20   several times.   Thank you, Sir!

21          Then Sir took Mastercock out of the poochpussy, and

22   had it lie on its back with its legs up and pulled back so

23   that its knees were by its head.   Sir told pooch not to move,

24   and not to make a sound.   Sir then put Mastercock in the

25   poochass and started to fuck it!   Thank you, Sir!   This is

Colloquy                                        112

1   still something that is not the easiest for poochie, having

2   the poochass fucked.  This was also the first time that Sir

3   had ever fucked the poochass while pooch was lying on its

4   back!  OMG!  Pooch tried very hard not to move, or make a

5   sound as Sir pushed his humungeous [sic] cock into the

6   poochass and started talking it hard!  Thank you Sir!  Poochie

7   was able to relax after a little while, and it was incredible,

8   feeling Sir so deep inside it!  Thank you, Sir.

9           After Sir fucked the poochass, he had poochie kneel

10  by the side of the bed, and fucked the poochmouthpussy hard!

11  Thank you Sir!  Sir came in the poochmouth and allowed to

12  swallow!  Very lucky poochie!  Sir then had pooch go into the

13  bathroom and kneel in the bathtub, and told doggie to pee on

14  it.  Doggie had a little trouble at first, and was kinda find

15  "schtuck," but managed to after a few minutes.  Thank you Sir!

16          While Sir was using its holes, Sir had told pooch

17  that as part of its punishment he was going to close its holes

18  up.  Sir told pooch that it should be grateful that he was

19  using them before he closed them because after that pooch's

20  holes would not be used for some time.  Poochie was very

21  grateful!  Very, very, very grateful!  Thank you, Sir.

22          Poochie is not sure exactly at what point....but

23  nameless arrived!  Pooch so happy to see her again!  Poochie

24  remembers doggie bringing her into the Master bedroom where

25  pooch was being allowed to rest on the floor.  Nameless was,

Colloquy                          113

1   of course, dressed in proper attire to be in Sir's

2   presence...stockings, a farther belt, and very high heels.

3   Nameless gave poochie a big hug and there were huge smiles

4   exchanged.  Nameless was there the first several times that

5   poochie was ever allowed to come to Sir, so along with

6   friendship with her now, there will always be a connection

7   pooch feels with her, serving Sir alongside her.

8              Sir had nameless kneel on floor in the room where

9   pooch was allowed to rest.  Sir was in another room working on

10  the computer.  Poochie thinks that at least an, (maybe two!)

11  passed before Sir came in!  Poochie could call nameless's

12  heart beating from across the room, and her excitement!

13  Poochie thinks that Sir talked to nameless for a bit.  Poochie

14  knows that a lot of the time nameless was told to kneel, and

15  of course, not speak without permission.  Pooch cannot even

16  begin to describe how happy it was that Sir had allow her to

17  be there!

18             Sir was about to start pooch's punishment, and had

19  doggie cuff its hands behind its back.  Sir then had dogg put

20  a hood on pooch, and had it lie face down on the bed.  Pooch

21  is not sure where Sir, or dogg, or nameless were.  They were

22  in other rooms, so that pooch was by itself waiting for Sir.

23  Pooch remembers that for some time, it felt peaceful and

24  focused, and just waited for Sir.  But then.....pooch started

25  "thinking."  This happened very slowly, and kinda," probably

Colloquy                                    114

1   crept up or snuck up" on pooch until it had itself any kind of

2   frenzy.   Complete and utter fear.   Pooch kept trying to make

3   itself stop!   Pooch knew that it was disobedient of it, and it

4   should not be feeling fear it should only be feeling

5   gratitude.

6           Pooch was shaking, and still trying to calm itself

7   down!  It does not know how long it waited on the bed for, but

8   it seemed like a very long time (although it probably wasn't).

9   Pooch was a mess!  And feeling terrified and disobedient!  And

10  like it could never please Sir.  And pooch was being more and

11  more disobedient in its thoughts as each second passed.  Pooch

12  remembers that finally it called out for Sir, and begged him

13  to please allow it to speak to Him.  Sir, came into the room,

14  and did allow this.  Thank you, Sir!  Poochie told Sir how

15  scared it was, and how it didn't think it could ever please

16  him and that it was scared, and scared and... scared!  Poochie

17  remembers Sir kinda laughing, and saying "poochie" in a voice,

18  like he was just kind of shaking his head.  This calmed pooch

19  down, a lot!  Sir then put several of his fingers in the

20  poochpussy!  Sir!  And it reminded it what it is!  Sir's

21  object to be used in any way that pleases Him.  Thank you Sir!

22          Sir, called doggie back into the Master bedroom, and

23  told her to attach pooch to the wall.  Pooch had wrist cuffs

24  on, so doggie clipped them to the wall that has O-rings, so

25  that pooch was standing up with its arms up over its head, and

1   hood still on.  Then Sir said that he was going to take a nap,

2   and told doggie that if he was not up in an hour to wake Him.

3        Pooch was trying to stay focused, on the wall!  But

4   once again, and even worse than before, it started "thinking."

5   And the fear this time hit it like a brick being thrown

6   against its head!  Pooch was trying to rationalize its fear,

7   and was telling itself like, "pooch is never going to be able

8   to please Sir, so it might as well just not waste any more of

9   Sir's time starting now."  Looking back, pooch knows that

10  every thought it had, every single disobedient thought, was

11  because poochie was terrified at what Sir was going to do it.

12  This is so wrong!  This was so disobedient!  Pooch should have

13  only been feeling only gratitude and should have been focused

14  on pleasing Sir and showing Sir how grateful it was that he

15  was allowing it to be punished!

16       Pooch refers first whispering to nameless who was

17  also in the room at this point.  Sir, had allowed her rest on

18  the floor while he slept.  Pooch think that doggie was in

19  another room, working on the computer.  Pooch remembers

20  telling nameless how scared it was, and how it "couldn't

21  please Sir" and saying over and over "poochie can't!  Poochie

22  can't!"  Nameless hugged poochie and tried to talk to it in

23  whispers to help it calm down.  Then doggie came into the

24  room, and pooch told her the same thing that it had told

25  nameless...that "pooch cannot please Sir!"  Poochie was not

Colloquy                                    116

1    saying this in a calm voice, pooch was hysterical!  Pooch, at

2    that moment, thought that the only thing that would end this

3    terrible, awful feeling, was being off the wall.  Doggie told

4    pooch that it was going to wake up Sir, and pooch kept saying

5    no.  Then, pooch somehow or another, was able to unclip the

6    clips that were attaching its hands to the wall.

7         Poochie, even now writing this, cannot believe that

8    it did this, and still....does not know how in the world it

9    could have let itself get to that point, convince itself that

10   this was somehow going to make everything "better."  Pooch

11   walked out, Master bedroom took about 5 or 6 steps, and then

12   worse, much, much, much, much, much, much worse, than the

13   feeling it had just had, when it was on the wall, ...it was

14   overwhelmed with a fear 10 billion trillion times worse!  What

15   it had just done?

16        Pooch turned around, and walked back into the

17   bedroom, and immediately regretted, so much regretted, what it

18   had just done!

19        As pooch walked into the bedroom, it could hear dogg

20   telling Sir what pooch had done, "pooch has let itself off the

21   wall, Sir" and Sir said in the most calm voice!  "Well put it

22   back on the wall."

23             No more question in pooch's mind!  Pooch is not

24   saying it was completely not afraid at this point, but....no

25   question that pooch had to be on that wall waiting for Sir!

1   There was no choice!  And pooch was an idiot thinking it had a

2   choice it didn't it had to be there it needs to serve Sir!  To

3   please Sir!  It has to!  Pooch was no choice.

4          Dogg reattached pooch to the wall.  Sir also had

5   dogg put a ball-gag into pooch's mouth under the hood, because

6   Sr did not want to hear any sound from pooch.  None.  Thank

7   you Sir!  As extreme and intense the fear was, that pooch had

8   just felt moments earlier...even more intense was the

9   gratitude poochie feeling.  The gratitude that poochie should

10  always be feeling!

11         After a while, Sir came over to the wall where

12  poochie was.  Sir lifted up the hood a little, so that just

13  the poochmouth exposed.  Sir then put several needles through

14  pooch's lips, with the ball-gag still in its mouth.  Thank you

15  Sir!  Pooch kept trying not to think, and it was trying to be

16  still and quiet and good for Sir!  Poochie thinks sir put

17  about 4 or 5 needles in, each going through the top lip and

18  then the bottom, so that the pooch lips could not move or

19  open.  Thank you, Sir!  Sir then started caning poochie, front

20  and back, while it was still attached to the wall.  Thank you

21  Sir!  OMG!  Sir was hitting pooch hard, and pooch knows it was

22  moving all over the place, still feeling so grateful to be

23  there!  So grateful!  After a while, Sir stopped and asked

24  poochie if it wanted to go back home?  Poochie could not

25  speak, of course, but did its best to make the sound "no" and

1   shook its head hard!  No Sir!  Sir then asked pooch if it

2   wanted more?  Poochie tried to make a sound, "yes Sir!"  and

3   shook its head up and down, yes, Sir!  Sir then caned poochie

4   some more!  Thank you, Sir!  Thank you, thank you, thank you,

5   thank you, thank you Sir?  Very, very, very beyond grateful

6   poochie!

7            Sir then had doggie take pooch off the wall, and

8   told her to attach pooch to the bondage board, on its back.

9   Doggie put ankle cuffs on pooch, and then attached pooch to

10  the board so that it was lying on its back, arms over its

11  heard and legs spread with its wrists and ankles attached to

12  each corner of the board.  Sir had dogg hold one of the pooch

13  feet and then Sir started to do a carving on the sole of

14  pooch's feet!  Very, very, very, very lucky and grateful

15  poochie!  Thank you, Sir!  Pooch was trying so hard to be

16  still and not make noise during this, and was whimpering also,

17  through the needles and ball-gag.  The feeling was so intense,

18  having the sole of the poochfoot cut!  Pooch's body felt like

19  it was jumping out of its skin!  Pooch knows it was awful

20  during this, and not showing Sir how grateful it was!  Sir cut

21  the other sole of pooch's foot.  Thank you, Sir!  Pooch just

22  kept trying to keep itself as still and quiet as it could,

23  even though it was not doing a very good job of this.

24           After the cutting, pooch heard Sir tell doggie to go

25  get a needle.  This time, it was not one of the surgical

1    needles that Sir had used before.  Sir had dogg get a sewing

2    needle, and thread it.  Sir was going to sew up the

3    poochpussy!  Sir, thank you Sir!

4         Sir pushed the needle through one of its pussylips,

5    and pooch at this point shaking and sweating and trying to be

6    good for Sir!  Again though, it knows that it was whimpering,

7    a lot!  Then poochie heard Sir say, "shit!"  Sir was talking

8    to doggie, and heard that the needle had broken. (Pooch could

9    not see anything since the hood was still on).  Doggie offered

10   to go out and get another needle, but Sir said, "no it would

11   just break as well, these was not the right kind of needles."

12   Sir was not pleased!  Sir then had doggie go get a butt plug,

13   and put it in the poochass.  Thank you Sir!  Sir then told

14   dogg to get pooch off the board and bring it back into the

15   Master bedroom.

16        Sir was on the bed, and told dogg to bring pooch

17   over to the side of the bed, and have it stand.  Sir also had

18   doggie take the hood off pooch at this point.  Thank you Sir!

19   Pooch's legs felt like rubber, and it was still shaking!  Sir

20   had doggie help pooch stand.  Pooch had its closed still, but

21   could feel Sir using something on it.  Pooch had no idea what

22   Sir was doing, and thought maybe it was the needles again,

23   being scraped all over the pooch body!  Thank you Sir!  It was

24   not needles, though, sir was drawing on poochie!  On its

25   forehead, back, stomach, arms, legs, ass, everywhere!  Sir!

Colloquy                                    120

1   Thank you Sir!  When Sir was done, he allowed poochie to be

2   taken over bathroom mirror to "look."

3            Sir!  Thank you Sir it looked like graffiti, kinda,

4   except it was God's graffiti!  Sir had written words all over

5   poochie, like "disobedient cunt" and "G.M.'s property"!  and

6   "cunt hole"!  on the poochpussy, and "Ho" on the pooch

7   forehead and...OMG!  Writing everywhere!  Thank you Sir!"

8            I'm going to skip ahead to the next page, the top

9   where it says, "Sir had cut a "G" on the bottom of one of the

10  poochfeet, and an "M" on bottom of the other.  Thank you,

11  thank you, thank you Sir it looks so," I'm not sure what that

12  word is.  Poochie was so grateful!  And happy!  And grateful!

13  Thank you Sir!

14           Sir then told the sluts to go into the living room,

15  that we were going to be allowed to watch a movie with Him!

16  Thank you, Sir!  The movie started, and after a little bit,

17  Sir had doggie stop the movie and had pooch come over to him.

18  Sir then took the needles out of the pooch lips.  Sir thank

19  you Sir!  More than anything else, the overwhelming thing that

20  pooch felt physically, while the needles had been in, was

21  thirst.  Thank you Sir!  Sir took the needles out, and allowed

22  pooch to wipe up the blood on its lips with a towel.  Sir had

23  poochie keep the ball-gag in during the first movie.  Thank

24  you Sir!  After the movie ended, Sir told poochie that it

25  could take the ball-gag out.  Thank you Sir!  Poochie remember

Colloquy                    121

1   nameless asking sir if she could please get poochie some

2   water!  Sir said "yes"!  Sir!  Thank you Sir!  Poochie

3   literally gulped and gulped it, and...water had never tasted

4   so good!  Thank you, Sir!

5            Jodi, did you write the diary that I just read from?

6   A    Yes.

7   Q    And, was everything you wrote in there accurate as to how

8   you were feeling?

9   A    No.

10  Q    Were you grateful?

11  A    No.

12  Q    Were you happy?

13  A    No.

14  Q    Why did you write those things?

15  A    Because that's how diaries would be written for the

16  website.

17  Q    What would have happened if you had written about how you

18  were dealing feeling?

19  A    I would have been punished.

20  Q    Now, I'm going to refer you to the same tab, Page 374.

21  Can you tell me what those are.

22  A    Those are pictures from the incident that was just

23  described.

24  Q    And, when these pictures were on the website, what would

25  happen if you clicked on them?

Colloquy                                      122

1    A    A larger image would show up.

2    Q    Now directing your attention to Pages 1217 through 1224.

3    Are those the enlarged photos from this incident?

4    A    Yes.

5    Q    Now, directing you for a moment to 1219.  Do you know

6    when this photo was taken?

7    A    When it was taken?

8    Q    Yes.   During what part of the incident?

9    A    This was towards the beginning when I was attached to the

10   wall.

11   Q    And does this depict the whiffle ball in your mouth?

12   A    Yes.

13   Q    With the needles through your lips?

14   A    Yes.

15   Q    And what is that on your chin?

16   A    That's blood.

17   Q    Turning to the next page.  Was that taken around the same

18   time?

19   A    Yes.

20   Q    And the marks are on your body, what is that?

21   A    That's from being whipped and caned.

22   Q    Turning to Page 1222.  Do you know when that was taken?

23   A    After the incident.

24   Q    And, are those the words that were written on your body

25   by Marcus?

1   A    Yes.

2   Q    And lastly, turning to Page 1223.  Do you know when that

3   was taken?

4   A    That was taken during the incident as well to show the

5   initials had he carved into the bottom of my feet.

6   Q    You can close your binder.

7        Do those photos accurately depict what happened

8   during that incident?

9   A    The photos, yes.

10  Q    Were they doctored in any way before being put on the

11  website?

12  A    No.

13  Q    How did the punishment that you received during this

14  incident compare to any other punishment Marcus had imposed on

15  you up to that point?

16  A    That was incomparable to any other punishment.  It was

17  the most extreme, the most severe.

18  Q    Up until that point, had you ever seen or heard about him

19  putting a whiffle ball in someone's mouth and needles through

20  their lips to keep it in place?

21  A    No.

22  Q    Had you heard or seen anything that suggested that he had

23  sewed a woman's vagina shut?

24  A    No.

25  Q    Had you heard or seen anything that carved initials into

Colloquy                                    124

1  a woman's feet?

2  A    No.

3  Q    Had he ever told you that he was going to do anything

4  like that?

5  A    No.

6  Q    Was there anything like that on the website that existed

7  at the time?

8  A    No.

9  Q    Did you leave Marcus after that incident involving the

10 whiffle ball?

11 A    Not for a long time after.

12 Q    Why didn't you leave him immediately?

13 A    I was terrified.  I was just surrounded with fear and

14 after that I just felt defeated.

15 Q    What were you afraid of?

16 A    What he might do physically.  He knew where my family

17 lived, who my friends were, and after that incident I started

18 to see what he was capable of.

19 Q    Did anything else happen around this time that increased

20 your fear of Marcus?  What else happened around this time?

21 A    Joanna decided that she no longer wanted to serve him.

22 Q    When was that?

23 A    November of '99.

24 Q    How did you first learn that Joanna wanted to leave

25 Marcus?

Colloquy                                        125

1    A     He had her -- he had me put her in a cage that she

2    escaped from and after that she told Glenn that she no longer

3    wanted to serve him.

4    Q     What kind of cage did Marcus use?

5    A     A large, metal dog cage.

6    Q     And, when she said she wanted to leave him what did you

7    do?

8    A     Before she got in the cage, we were talking about it.  I

9    tried to convince her to stay.

10   Q     Why?

11   A     Because I was afraid --

12   Q     Afraid?

13   A     -- of Glenn's anger after she left.

14   Q     What happened then?

15   A     She got in the cage, but she eventually escaped out of

16   the cage.

17   Q     What did you do after she escaped?

18   A     I told Glenn Marcus.

19   Q     Was he there at the time?

20   A     No, he wasn't.  I contacted him on the computer.

21   Q     Why did you do that?

22   A     Because I was afraid of him being angry if I wouldn't

23   have told him.

24   Q     What did he tell you when you got him on the phone?

25   A     Well, at the same time, we noticed that she was taking

Colloquy                                              126

1    the site Subspace down, so we were trying to save pieces or he

2    was trying to save pieces or pictures from Subspace.

3    Q    When you told him that she had gotten out of the cage,

4    what did he tell you to do?

5    A    He told me that I was going to be punished because I

6    didn't lock the cage well enough.

7    Q    Did he ask you to put Joanna back in the cage at some

8    point?

9    A    Yes.

10   Q    And, did he tell you to do anything else to her?

11   A    This was before she started taking down the website, but

12   yes.  He told me to put her back in the cage, and before I did

13   that, to whip her, to give her an enema, to put a hood on her,

14   to put handcuffs on her and attach them to the sides of the

15   cage, and then put duct tape around it to make sure that her

16   hands couldn't get free.

17   Q    Did you do all that?

18   A    Yes.

19   Q    And then what did you do?

20   A    Then, I was talking to him on the phone and he talked to

21   her briefly.  He had me hold the phone up to her and then I

22   locked the cage and put a blanket over it as he instructed me

23   to do.

24   Q    And, did you stay there?

25   A    No, I had to go back to my baby sitting job.

1    Q      Did you do that?

2    A      Yes.

3    Q      Did you leave Joanna that there?

4    A      Yes.

5    Q      What happened after that?

6    A      After that, when I came back, she was gone.

7    Q      Had she gotten out of the cage?

8    A      Yes.

9    Q      What did you do when you discovered that?

10   A      I told Glenn Marcus online.

11   Q      At some point did Joanna return to the apartment?

12   A      Yes.

13   Q      What happened after she returned?

14   A      There were phone calls between her and Glenn and phone

15   calls between her, Glenn, and myself where she was kind of

16   going back and forth for a while.  She was very confused, and

17   he had made a threat to her that if she doesn't continue to

18   serve him that he would send a box of pictures and a videotape

19   to her elderly father and he also threatened to kill her

20   godson.

21   Q      Did you hear those threats?

22   A      Yes.

23   Q      How did you hear them?

24   A      I was at her apartment.  There were two phones that we

25   used to frequently talk to Glenn Marcus on, one of us on each

Colloquy                                    128

1    extension, when he wasn't there.

2    Q    And, did you speak during this conversation?

3    A    Yes, very well.

4    Q    Was Marcus aware that you were on the phone?

5    A    Yes.

6    Q    Did he speak to you during this conversation as well?

7    A    He may have, but I don't recall anything he said

8    directly.  The conversation was mostly between himself and

9    Joanna.

10   Q    What effect did the threats have on you?

11   A    I was terrified.

12   Q    Of what?

13   A    Of him doing, actually doing those things to Joanna and

14   the possibility -- if I ever did ask to leave again -- that he

15   might do the same type of things to me.

16   Q    Namely?

17   A    Send pictures to my family or harm my family members.

18   Q    Did Marcus ever tell you what materials he was thinking

19   about sending to Joanna's family?

20   A    The videotape that he had made that was supposed to be

21   before I came there and he had started talking about several

22   pictures he want today put in this box.

23   Q    What kind of pictures?

24   A    Pictures of Joanna naked.

25            MS. CHEN:   Your Honor, may I approach the witness?

Colloquy                                           129

1          THE COURT:  Yes.

2   Q    Jodi I'm going to show you what has been marked as

3   Government Exhibit 12 and ask you if you've ever seen it

4   before?

5   A    Yes.

6          MS. CHEN:  Your Honor, I'm going to pause for a

7   moment to show it to defense counsel.

8          THE COURT:  Yes.

9          (Pause.)

10  Q    Now, Jodi have you ever viewed the contents of this

11  video?

12  A    Yes.

13  Q    What is on there?

14  A    It's a video of four or five of Glenn Marcus's slaves at

15  a hotel room having sex, being chained to the wall.

16  Q    When did you see this video first?

17  A    When I was living at Joanna's.

18  Q    And, who did you watch it with?

19  A    Joanna, Glenn, and Celia.  Possibly Heather.

20  Q    And, how do you know that this is the same video that you

21  saw at Joanna's house?

22  A    Because I had watched it again with your officers and I

23  had initialed it.

24  Q    Was this the same videotape the same videotape that you

25  watched back at Joanna's place?

Colloquy                                    130

1    A     Yes.

2    Q     Was this the same video that Marcus told you he would

3    send to Joanna's father?

4    A     Yes.

5              MS. CHEN:   Your Honor, the Government moves to the

6    admission of Exhibit No. 12.

7              THE COURT:   Admitted.

8              (Government's Exhibit 12 was received in evidence.)

9              MS. CHEN:   With the Court's permission, I am going

10   to play a portion of this video.

11             THE COURT:   Okay.

12             (Videotape played in open court.)

13             (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Jodi - direct - Chen                                   131

1           MS. CHEN:   Your Honor, I'm going to stop it for one

2    moment.   It is actually supposed to have sound so I'm going to

3    ask the agent to help me figure out where the sound is.

4           (Pause.)

5           MS. CHEN:   Your Honor, for now I'll leave it.

6    Q    Let me ask, Jodi, did you see the segment we just looked

7    at?

8    A    Yes.

9    Q    Do you know where that was in relation to the rest of the

10   video?

11   A    Towards the end.

12   Q    How long is that video?

13   A    Approximately 30 minutes.

14   Q    Did you see Joanna in that video?

15   A    Yes.

16   Q    And when you watched it before, the times you've watched

17   it before, do you hear a man's voice on the video?

18   A    Yes.

19   Q    Whose voice do you hear?

20   A    Glenn Marcus.

21   Q    Do you know the circumstances under which this was taken

22   from Mr. Marcus?

23   A    It was taken in a hotel room when he had all his slave

24   trainees gathered there.

25   Q    And do you know who the other women were who were in the

1   video?

2   A     I knew Joanna and Celia and the other women I had never

3   met but I have heard about.

4   Q     What is on the rest of the video?

5   A     There's one part where there is a woman attached to the

6   wall and there's a point where two women are Saran Wrap-ed

7   together and the women are having oral sex with each other.

8   There's one part where a woman is painted and she's dancing

9   naked in the bathroom.

10  Q     And is Joanna visible throughout this video that you've

11  seen?

12  A     Yes.

13  Q     Now, after deciding to leave, that you had wanted to

14  leave Marcus -- I'm sorry, after deciding to leave Marcus did

15  Joanna take any legal action against him?

16  A     Yes, she filed a restraining order and then she also

17  filed to have me evicted from her apartment because Glenn

18  wanted me to continue to live there.

19  Q     Did you see Joanna's affidavit in support of her request

20  for a restraining order?

21  A     Yes.

22  Q     And what did she allege you had done?

23  A     She alleged that I had hit her and slapped her and broke

24  into her bedroom and taken things out of her bedroom.

25  Q     Was any of that true?

1   A    No.

2   Q    Now, when Joanna told you she was leaving Marcus, why

3   didn't you leave with her?

4   A    Joanna and I did not have a very good relationship and

5   especially at that time we weren't on speaking terms at all

6   and also I was afraid of what Glenn would do if I just leave

7   because of what had happened to me prior when I wanted to

8   leave and also because of the threats he had made to Joanna.

9   Q    Did you have anywhere to go at that time?

10  A    No.

11  Q    Did you have any money?

12  A    No.

13  Q    Now, you had a job?

14  A    Yes.

15  Q    But you say you didn't have any money?

16  A    No, primarily my money was going to try to keep up on my

17  car payments and my insurance and anything else that Glenn

18  Marcus needed to take the money for.

19  Q    What kind of things did he use your money for?

20  A    Food or to buy cigarettes.

21  Q    Where did you go after Joanna evicted you?

22  A    I went to live in D.C. with a person we had both met from

23  online who was referred to as PW.

24  Q    And how long did you stay at PW's place?

25  A    About a month.

Jodi - direct - Chen                          134

1    Q    And after that -- and how did you get to PW's, how was

2    that arranged?

3    A    Glenn spoke with her and she agreed.

4    Q    And what happened after that, where did you go?

5    A    Then Glenn Marcus had me moved to New York to live with

6    Rona.

7    Q    When did you move in with Rona?

8    A    In January 2000.

9    Q    Who is Rona again?

10   A    That's the woman who according to Glenn Marcus has been

11   his slave since she was 13 years old.

12   Q    What happened with the Subspace website after Joanna left

13   Marcus, and you referred to this earlier?

14   A    Joanna took the website down.

15   Q    And did -- did Marcus have you do anything with respect

16   to starting a website?

17   A    Yes, he said I need to make a new website.

18   Q    And did you do that?

19   A    Yes.

20   Q    What was the name of that website?

21   A    Slavespace.

22   Q    Now --

23              MS. CHEN:  Your Honor, may I approach the witness?

24              THE COURT:  Yes.

25   Q    I'm going to show you what's been marked as Government

Jodi - direct - Chen                          135

1   Exhibit 14 and ask you if you recognize it.

2   A    Yes.

3   Q    What is it?

4   A    This is a camera that on one of the trips home that Glenn

5   Marcus allowed me to go home to visit my family one Christmas

6   I was told that I needed to return with a digital camera and

7   this is the digital camera that I came back with that he used

8   to take most of the pictures on the website.

9   Q    You mentioned that you went home for Christmas.  How many

10  times did you do that while you were with Marcus?

11  A    He allowed me to go home every Christmas.

12  Q    Did he allow you to go home any other time?

13  A    No.

14  Q    Why did you go home at Christmas?

15  A    Because my parents were extremely worried about me, they

16  knew that something was going on and they couldn't figure out

17  what it was and at one point my mom asked me on the phone --

18              MR. SERCARZ:   Objection.

19              THE COURT:   Sustained -- sustained.

20              MS. CHEN:   Your Honor, it is not being offered for

21  its truth, if that's the issue.

22              THE COURT:   All right, ladies and gentlemen, to the

23  extent that Ms. Chen is eliciting from the witness something

24  said to her by her mother, that's an out of court statement.

25  It is not being brought out for its truth.   The sole purpose

1   is for you to use it if you find it of any value in assessing

2   this witness' state of mind, what she was thinking, what she

3   was feeling.

4              MR. SERCARZ:   Your Honor, may we approach?

5              THE COURT:   Yes.

6              (Continued on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jodi - direct - Chen                     137

1              (The following takes place at side-bar.)

2              MR. SERCARZ:  I don't know what's coming so in the

3      exercise of caution --

4              THE COURT:  What is coming?

5              MS. CHEN:  She'll basically say that her parents had

6      talked about sending an investigator to go find her and that's

7      why she felt she needed to go home to make sure one didn't

8      show up at her door.

9              MR. SERCARZ:  I feel that the probative value is far

10     outweighed by the likelihood of prejudice.  First of all, the

11     suggestion is that Marcus lets her go home.  How do we know

12     that Marcus is aware that the parents are about to send an

13     investigator which is the only relevant part of this.

14             THE COURT:  Is she going to testify --

15             MS. CHEN:  She's going to testify that they talked

16     about this.

17             THE COURT:  She spoke with him about it and that's

18     why he let her go home?

19             MS. CHEN:  Yes.

20             THE COURT:  It does seem to be probative.  Candidly,

21     in light of everything else, I can't see how much more

22     prejudicial it can --

23             MS. CHEN:  Okay.

24             (End of side-bar.)

25             (Continued on next page.)

1           MS. CHEN:  Let me ask one -- let me make one

2   statement, Your Honor.  We're requesting to move in the video

3   camera which is Government Exhibit --

4           THE COURT:  14, admitted.

5           MS. CHEN:  14, thank you.

6           (Government Exhibit 14 received in evidence.)

7   Q     Jodi, let's go back to what we were talking about, you

8   mentioned you went home at Christmas time; is that correct?

9   A     Yes.

10  Q     And Glenn Marcus allowed you to do that?

11  A     Yes.

12  Q     Did you and he discuss the need for you to go home once a

13  year?

14  A     Yes.

15  Q     And what did the two of you discuss?

16  A     That my parents were talking about hiring a private

17  detective and sending them to New York to find out what was

18  wrong because they were extremely concerned and Glenn decided

19  that he would allow me to go home once a year just to try to

20  let them see that I was alive and that -- so they wouldn't ask

21  questions or actually send somebody out to investigate.

22  Q     So, was your purpose in going home to prevent your

23  parents from sending someone to find you; is that correct?

24  A     Yes.

25  Q     Were you allowed to go home at any other times?

Jodi - direct - Chen                                    139

1   A     No.

2   Q     You mentioned that you bought this camera when you were

3   home one of those trips?

4   A     No, I needed to convince my parents to buy me this

5   camera.

6   Q     Your parents paid for the camera?

7   A     Yes.

8   Q     Was this camera used to photograph images that went on

9   the website?

10  A     Yes.

11  Q     Prior to that time how did Marcus take the pictures?

12  A     With a Polaroid.

13           MS. CHEN:  Your Honor, may I approach the witness?

14           THE COURT:  Yes.

15  Q     Jodi, I'm going to show you what's been marked as

16  Government Exhibit 17 and ask you if you've seen it before?

17  A     Yes.

18  Q     Would you tell us what it is?

19  A     It is a box full of Polaroid pictures that were taken

20  before the digital camera was gotten.

21           MS. CHEN:  Your Honor, the government moves the

22  admission of Government Exhibit 17.

23           THE COURT:  Admitted -- oh, I'm sorry.

24           MR. SERCARZ:  May we approach?

25           THE COURT:  Yes.

1           (The following takes place at side-bar.)

2           THE COURT:  Mr. Sercarz, I had been assuming that

3    you didn't want to say no objection so when I didn't hear from

4    you I --

5           MR. SERCARZ:  That's okay, I needed the walk and I'm

6    pretty fast on my feet so that's okay but the mere fact that

7    photos are taken with a Polaroid camera does not render

8    everything in that box relevant or admissible.

9           THE COURT:  I don't know what's in the box.

10          MS. CHEN:  It is all photos that went onto the

11   website, Your Honor, it is plainly --

12          THE COURT:  Have you seen the photos?

13          MS. CHEN:  All photographs that went on the website

14   and these were found in his house.  We're going to move the

15   admission through the search agent.

16          MR. SERCARZ:  I don't quarrel with the notion that

17   they were found at the house or that many of them made their

18   way onto the website but that doesn't render each one of them

19   relevant.

20          MS. CHEN:  Your Honor, I can tell you this witness

21   personally organized these photos and she knows that box.

22          THE COURT:  She can testify that every single one of

23   those photos was placed on the website?

24          MS. CHEN:  Yes, every single one was taken by him

25   during the period when she was operating the website.  Her

1    notes are there.

2            THE COURT:  That she placed them on the website?

3            MS. CHEN:  Yes, she was one of the people that

4    placed them on the website.

5            MR. SERCARZ:  I don't quarrel with any of that, I

6    assume all of that is true.  Still, no foundation has been

7    laid for the relevance of these photographs at this point.

8            MS. CHEN:  So, to show it is his website, to show

9    that they're not doctored, to show all sorts of things about

10   his ownership and design.

11           THE COURT:  I don't understand.  I mean I think we

12   agreed that the website comes into evidence.  If these photos

13   were photos that were placed on the website --

14           MR. SERCARZ:  The website is going to be in

15   evidence, all of it.

16           THE COURT:  But this is the way it happened.

17           MS. CHEN:  Right, and they found them in his

18   apartment when we arrested him.

19           MR. SERCARZ:  You have my objection, I mean there's

20   nothing further I can say.  I don't think a foundation has

21   been laid.

22           THE COURT:  I don't understand what foundation you

23   want.

24           MR. SERCARZ:  That all of these photographs were on

25   the website.

1          MS. CHEN:   Your Honor, I guess she'd have to go

2    through every single one.

3          THE COURT:   How many are there?

4          MS. CHEN:   Probably 60 or so.

5          THE COURT:   Has she gone through them?

6          MS. CHEN:   We can have her -- she has in her

7    lifetime, she has gone through this.  I don't know if every

8    single one made it onto the website.

9          MR. SERCARZ:   May I have a moment to talk to my

10   colleague?  Maybe I can short-circuit this.

11         THE COURT:   Yes.

12         (Pause in the proceedings.)

13         MR. SERCARZ:   All right.  On the government's

14   representation regarding what these photographs are, I'll

15   withdraw the objection.

16         THE COURT:   Thank you.

17         MS. CHEN:   I'll ask the question too, Your Honor,

18   so you don't have to take it on faith.

19         (End of side-bar.)

20         (Continued on next page.)

21

22

23

24

25

BY MS. CHEN:

Q    Jodi, have you ever seen that box of photographs before?

A    Yes.

Q    Where did you see it?

A    At Rona's apartment.

Q    And the photographs that are in there, have you ever seen those before today?

A    Yes.

Q    And are there actually some notes in that box that you wrote?

A    Yes.

Q    Can you describe under what circumstances you saw that box and those photos?

A    When I had to create the new website I put notes trying to figure out the time order for the pictures.

Q    And was it those photographs in that box that went onto the new website, Slavespace?

A    Yes.

Q    And did you put those up there at Marcus's request?

A    Yes.

        MS. CHEN:  Your Honor, the government moves the admission of Government Exhibit 17.

        THE COURT:  Admitted.

        (Government's Exhibit 17 was received in evidence.)

Q    Now, I'm going to refer you back to the binder and direct

1   you to the first tab which says "Website Entrance."

2              MR. SERCARZ:  I'm sorry, where are we?

3              MS. CHEN:  Website entrance, that tab.

4   Q    Jodi, can you tell us what this page is that we're

5   looking at?

6   A    When somebody goes to Slavespace or would go to

7   Slavespace, this would be the very first page they would come

8   across.

9   Q    And was this page, this screen available on the computer

10  to the general public?

11  A    Yes.

12  Q    So, anyone on the Internet could have accessed this; is

13  that correct?

14  A    Yes.

15  Q    Adults and children both?

16  A    Yes.

17  Q    Now, the picture that's on the left side of this first

18  page, do you know who that is?

19  A    That's me.

20  Q    And do you know when that was taken?

21  A    That was taken at Joanna's not too long after I arrived.

22  Q    Could you enter the website from this screen?

23  A    Yes, the free section of the website or if you had a

24  membership, you could enter the member section.

25  Q    And just to clarify, there are basically four pages

1    behind this tab, would all four of those pages be viewable on

2    a single screen when one went on the website?

3    A    Yes.

4              MS. CHEN:  Your Honor, for the record, I'll note

5    that at the bottom of the pages that there is a numbering

6    system, it says one of four, two of four.

7              THE COURT:  Yes.

8              MS. CHEN:  Which would indicate what you'd actually

9    see on a screen at any given point in time.

10   Q    So, they vary in length; is that correct, Jodi?

11   A    Yes.

12   Q    Now, how much did Marcus charge for membership

13   approximately?

14   A    I believe it was approximately $30 for a month

15   membership.

16   Q    And turning now to the next tab, can you explain what

17   that is?

18   A    That would be the next page someone would see if they

19   clicked on Enter on the main page, that's the welcome page.

20   Q    And are we still in the non-member section?

21   A    Yes.

22   Q    So, all the photographs that are behind this tab would be

23   available to non-members, correct?

24   A    Yes.

25   Q    And that would be the general public?

1    A    Yes.

2    Q    Again, that could be either adults or children or anybody

3    on the web?

4    A    Yes.

5    Q    I'm going to direct your attention to page 1031 of this

6    section.

7         Is this the same photograph, Jodi, that was taken

8    during the punishment session that you described that happened

9    in October 1999?

10   A    Yes.

11   Q    And this is still the non-member section; is that

12   correct?

13   A    Yes.

14   Q    Now, I'm going to refer you to the next tab.  That's --

15   can you tell me what's behind this tab?

16   A    I'm sorry?

17   Q    Under the member tab?

18   A    Oh, under the member tab.

19   Q    Uh-huh.

20   A    This would be the first page you would see after you

21   click on the member entrance.

22   Q    And from this page could you navigate through the rest of

23   the website?

24   A    Yes.

25   Q    How would you do that?

1   A    By clicking upon items in the menu at the top of the

2   page.

3   Q    What you're referring to are the items that say member

4   updates?

5   A    Yes.

6   Q    Slut Pics?

7   A    Yes.

8   Q    The picture that is on the left side of this page, do you

9   know who that is?

10  A    That's me.

11  Q    Can you describe what was happening at that time?

12  A    I was tied down to a board and Glenn Marcus was putting

13  needles in my breasts and through my nipples.

14  Q    Do you recall when this happened?

15  A    This was at Joanna's.

16  Q    Now, touring the website, what was it composed of?

17  A    Pictures and diaries.

18  Q    Similar to the ones we already looked at?

19  A    Yes.

20  Q    Some of the diaries, as indicated in the member page,

21  some of the diaries are called Slut Fests and some of them

22  appear to have dates on them; what's the difference?

23  A    He considered a Slut Fest when there was more than two of

24  his slaves or slave trainees there.

25  Q    And what about the other diaries?

1   A    And the other diaries when if there was just one or two

2   slaves or slave trainees.

3   Q    Did Slavespace have an age verification system?

4   A    No.

5   Q    What was Marcus' attitude on that subject?

6   A    He didn't feel it was necessary.

7   Q    Can you explain very briefly what an age verification

8   system is?

9   A    It is where in order for someone to access a website,

10  they have to go through this -- go to another website and sign

11  up to prove their age, that they're of legal age and then once

12  they do that, then they can access the second or the original

13  website.

14  Q    Did Marcus make any money through Slavespace?

15  A    Yes.

16  Q    How?

17  A    Through people joining the member section and from the

18  advertisers on the website.

19  Q    Who actually managed the website?

20  A    I was instructed to do so.

21  Q    How often did you work on that?

22  A    I worked on it at least eight to nine hours a day.

23  Q    What did you do during that time?

24  A    I updated pictures and photographs but the majority of my

25  time was spent clicking on links to get Slavespace higher on

Jodi - direct - Chen                                149

1  top lists and also to click on things to try to get more money

2  for advertisers.

3  Q    And at the same time did you also have a job outside the

4  apartment?

5  A    Yes, I did.

6  Q    Did you want to work on the website?

7  A    No.

8  Q    Why did you do that?

9  A    Because I was instructed to and I was terrified of what

10  would happen if I didn't.

11  Q    What would happen if you didn't?

12  A    I would have been punished severely.

13  Q    What kind of things did you get punished for with respect

14  to the website?

15  A    For not getting diaries and pictures up fast enough, the

16  website not making enough money or not doing as well as he

17  thought it should or not doing as well as he said Subspace was

18  doing.

19          MS. CHEN:   Your Honor, may I approach the witness?

20          THE COURT:   Yes.

21  Q    I'm going to show you, Joanna (sic), what have been

22  marked Government Exhibit 23.

23          (Pause.)

24          MS. CHEN:   Your Honor, apparently I referred to Jodi

25  as Joanna so I wanted to correct that.

1   Q       Have you ever seen these before?

2   A       Yes.

3   Q       Can you tell us what they are?

4   A       These are statements from the Internet billing company

5   that was used for Slavespace.

6   Q       What was the name of that?

7   A       I-Bill.

8   Q       And what did they send you when you were running -- what

9   did they send Mr. Marcus when you were operating the website?

10  A       They would send checks to pay for people who had joined

11  Slavespace.

12  Q       And was that only for membership or did that include

13  advertisements?

14  A       This was just for membership.

15  Q       Do you remember any particularly severe punishment Marcus

16  imposed on you because of the job you were doing on the

17  website?

18  A       Yes.

19  Q       Can you describe what happened?

20  A       At one point he tied my hands together with rope, this

21  was at Rona's apartment, and I was lying on my back on the

22  coffee table and he told me he was going to put a safety pin

23  through my labia and he started to do it and I was screaming

24  and crying and Rona came out, Rona came out into the room and

25  told him to keep me quiet because she was afraid that the

1    neighbors would hear.  So, he tried to put a wash cloth in my

2    mouth and I was still screaming and terrified so he got a

3    knife from the kitchen and he whipped me with the knife till I

4    stopped crying which I never did and then he proceeded to put

5    the safety pin to close up my vagina and he attached a lock to

6    it as well.

7    Q    Did Marcus photograph this punishment session?

8    A    Yes.

9    Q    Did you have to write a diary about it?

10   A    Yes.

11   Q    I'm going to refer you to the binder again, the tab

12   that's labeled April 2001.

13           Jodi, what's behind this tab?

14   A    This is the diary from the incident I just described.

15   Q    Now, the picture that's on the very first page, number

16   542, is that during this incident?

17   A    Yes.

18   Q    Can I ask you a question now, are you smiling in this

19   photograph?

20   A    No, I was crying.

21   Q    Going to the next page, 543, is that picture from this

22   incident?

23   A    Yes.

24   Q    Can you tell us what's in that picture?

25   A    You can see two of the cut marks and that's also my

1    vagina with a safety pin put through.

2    Q    Going to the next page, can you tell us what that picture

3    is?

4    A    That's afterwards in Rona's bedroom and he told Rona to

5    get on top of me.

6    Q    And this is after he put the safety pin in with the lock?

7    A    Yes.

8    Q    Okay.  I'm going to refer you to page 546.  Are these

9    photos from the same incident?

10   A    Yes.

11   Q    And, again, by clicking on each of these smaller ones

12   would larger ones appear on the website?

13   A    Yes.

14   Q    I'm going to refer the jury right now to the pages

15   that -- the subsequent pages which are pictures from the same

16   incident; is that correct, Jodi?

17   A    Yes.

18   Q    Turning to page 1830, are these the enlarged photographs?

19   A    Yes.

20   Q    Starting from 1829, are these the enlarged photographs?

21   A    Yes.

22   Q    Were these photographs doctored in any way before they

23   were posted on the website?

24   A    No.

25   Q    Do these photographs accurately depict what happened on

1   that occasion?

2   A    Yes.

3   Q    Jodi, I'm going to go back for a moment to the I-Bills

4   that you had mentioned before.  Are those from the period of

5   time that you worked on the website?

6   A    These are -- no, from after I worked on the website.

7   Q    How much money did Marcus make from Slavespace each month

8   on average?

9   A    Probably several hundred for the member section and

10  several hundred for the advertisers, it just depended on how

11  much there was.

12  Q    Did you get to keep any of the money that was made by the

13  website?

14  A    No.

15  Q    Where did it go?

16  A    To Glenn Marcus.

17  Q    Did you work any where else at the time?

18  A    Yes.

19  Q    Where did you  -- what kind of a job did you have?

20  A    I worked in a corporate office.

21  Q    Now, during the time that you lived with Rona, how often

22  did you see Marcus?

23  A    Usually around once a week.

24  Q    During that time were there other instances when Marcus

25  did things to you that you didn't want him to do?

1    A     Yes.

2    Q     Can you describe those?

3    A     At one point he had me lying down flat on the bed in the

4    bedroom and he was whipping me severely with crops and whips

5    and I was screaming and he just kept going on and on and I

6    threw up and he was angry so he told me to pick up the bedding

7    and I had to go downstairs in the apartment building and wash

8    the sheets and the blanket.

9    Q     I'm going to pause for a moment while I'm setting up the

10   computer to show you an image.

11                (Pause.)

12                MS. CHEN:   My apologies, Your Honor.

13                THE COURT:   That's all right.

14                (Pause.)

15   Q     Jodi, does a picture of that incident appear on the

16   website?

17   A     Yes.

18   Q     And what does the picture show?

19   A     It shows me lying on my stomach on the bed and me

20   vomiting on the bed.

21   Q     Now, do you remember any other incident where he made you

22   do something you didn't want to do?

23   A     There was an incident where he had put a plastic bag over

24   my head and he had held it extremely tight, that he had done

25   several times.

Jodi - direct - Chen                              155

1    Q     And what happened to you when he did that?

2    A     I passed out.

3    Q     And did he photograph that and put it on the website as

4    well?

5    A     Yes.

6    Q     I'm going to refer you now to your binder again to the

7    tab that's labeled October 2000.   Do you see the photograph

8    that's on page 487 there?

9    A     Yes.

10   Q     Would you describe when that was taken and what the

11   circumstances were?

12   A     This was another punishment, this was taken in his

13   parents' basement.

14   Q     Do you recall what you were being punished for?

15   A     I don't recall at the time.

16   Q     How did you react while this was going on?

17   A     I was screaming and crying.

18   Q     And how did Marcus react when you began screaming and

19   crying?

20   A     He became angry and told me to shut up.

21   Q     Do you know if Marcus was sexually aroused during this

22   incident?

23   A     Yes.

24   Q     How do you know that?

25   A     Because he had sex with me afterwards.

Jodi - direct - Chen                                    156

1    Q     I'm going to refer you now to the tab that's marked

2    February 2001.   In particular, I'm going to direct you to page

3    1762.   Do you see that photograph?

4    A     Yes.

5    Q     Do you remember when that was taken and what the

6    circumstances were?

7    A     That was at Rona's and he had zipped me up inside of a

8    plastic garment bag and the picture is showing his penis in

9    front of my face.

10   Q     Was he sexually aroused during this incident?

11   A     Yes.

12   Q     And did he do anything else beside zipping you in the

13   plastic garment bag?

14   A     He choked me through the plastic.

15   Q     I'm going to direct you to page 1770.

16         Was this during the same incident, Jodi?

17   A     Yes.

18   Q     And what's being depicted here?

19   A     He's using his hands to choke or strangle me through the

20   plastic.

21   Q     And how did you react during this incident?

22   A     I was hysterical.

23         MS. CHEN:   Your Honor, may I approach the witness?

24         THE COURT:   Yes.

25   Q     Jodi, I'm going to show you what's been marked as

Jodi - direct - Chen                               157

1   Government Exhibit 25 and ask you if you recognize it?

2   A    Yes.

3   Q    What is it?

4   A    It's Glenn Marcus's watch.

5   Q    On how many occasions have you seen the defendant wearing

6   this particular watch?

7   A    Constantly, he never took it off.

8        MS. CHEN:   Your Honor, the government moves the

9   admission of Government Exhibit 25.

10       THE COURT:   Admitted.

11       MS. CHEN:   With the Court's permission, I'm just

12  going to show it to the jury.

13       THE COURT:   Yes.

14       (Pause.)

15  Q    Jodi, is this the same watch that's pictured in the

16  photograph we just saw?

17  A    Yes.

18  Q    Now, Jodi, all these acts you've just talked about, the

19  choking and the incident with the safety pin, did you want

20  Marcus to do any of these things to you?

21  A    No.

22  Q    Were you sexually gratified in any way by these --

23  A    No.

24  Q    How did you react during each of these incidents?

25  A    I cried and screamed.

1  Q    Did Marcus ever tell you why he liked to choke women?

2  A    He had told me once that his ultimate fantasy was to have

3  sex with a dead woman and that by choking a woman and having

4  them pass out, that was as close as you could come or he had

5  come so far.

6  Q    Now, Jodi, at this point why didn't you leave Marcus?

7  A    I was absolutely terrified.  I was so afraid of what he

8  might do and especially of him sending pictures to my family

9  who had no idea what kind of situation I was in and I felt

10  ashamed that I was even there, that I came there in the first

11  place.

12  Q    Now, the whole time you were at Rona's were you there

13  voluntarily?

14  A    No.

15  Q    What kept you there?

16  A    Fear, terror.

17  Q    Was there anything else besides the physical violence

18  that made you fearful of Marcus?

19  A    The threats.

20  Q    Of what?

21  A    Of sending pictures to my family.

22  Q    Did Marcus ever make an overt threat to you about sending

23  pictures to your family?

24  A    Yes, there came a time where I started to talk about how

25  unhappy I was and I was thinking that maybe I couldn't do

1    this, I didn't want to be there and he threatened to send

2    pictures to my family and then he also threatened to send

3    pictures to the media of me.

4    Q    And did this happen while you were at Rona's place?

5    A    Yes.

6    Q    Did there come a time though when you decided again you

7    were going to leave Marcus?

8    A    Yes.

9    Q    When did that happen approximately?

10   A    Approximately March of '91.

11   Q    Do you mean 2001?

12   A    Oh, I'm sorry, 2001, yeah.

13   Q    How did you come to that decision?

14   A    I just had been so depressed and for the longest time

15   before that I was so terrified of this person and of leaving

16   that I thought my only choices were to stay or to commit

17   suicide.  I remember walking over a bridge every day and

18   considering jumping because I didn't think there was any other

19   way out but when I got my job in the corporate office, I

20   started to make a few friends which was really hard for me and

21   started to think maybe there was some way that I could go back

22   to living again.

23   Q    Do you need a break?

24   A    I'm okay.

25   Q    After you made that decision what did you do?

Jodi - direct - Chen                              160

1    A    I told Glenn that I really didn't think I could do this

2    any longer, I wanted to leave.

3    Q    Was he there at the time you told him?

4    A    No, this was on the phone.

5    Q    Why didn't you just leave without telling him?

6    A    I was too afraid because of the threats he had made plus

7    he had all of these pictures of me plus I was afraid

8    physically because he knew where my family lived.

9    Q    And what did you want to do when you told Marcus that you

10   wanted to leave?

11   A    I wanted to stop serving him, I wanted to stop being with

12   him, I wanted to leave.

13   Q    Did you ask to talk to him about that?

14   A    Yes.

15   Q    And what did he say?

16   A    He told me that he would let me leave if I went through

17   one more thing, one more punishment.

18   Q    I want to make sure, did you say he would let you leave

19   if you went through one more punishment?

20   A    Yes.

21   Q    How did you feel about that?

22   A    I was terrified, I was absolutely terrified but I thought

23   it was my only way out.  I was more terrified of just leaving

24   than I was of going through whatever this was.

25   Q    Why were you more terrified of just leaving?

1   A    Because I didn't know what he would do with my pictures

2   and because he had already threatened me and he had threatened

3   to kill some -- one of Joanna's godsons and just from the

4   physical things I had been through I was scared.

5   Q    What happened next?

6   A    He told me that he was going to pick me up on Saturday

7   morning and that I should be ready and come down when he

8   called and he called and I was hysterical on the phone because

9   I was so afraid, I didn't want to have to go through whatever

10  it was but I agreed.  I went downstairs and I got in the car

11  and he slapped me very hard and then he told me to shut up and

12  not to talk for the entire ride.  At this point I didn't know

13  where we were going.  He took me to Sherry's house.  I was

14  hysterical, even in the driveway when I got out of the car I

15  was crying.

16        And we went inside in the foyer of the house.  He

17  told me to take off my clothes.  I did.  And then he told me

18  to walk down the basement stairs and at that point I just

19  couldn't do it.  So, he was pushing me down the basement

20  stairs and I just, I lost it.

21  Q    Did you try to get out of the basement?

22  A    Yeah, he was standing in the way of the stairs and I was

23  screaming so loud and things I don't even remember what I was

24  screaming, I remember screaming for my daddy and I never in my

25  life called my father daddy and he kept telling me to shut up

1   because the neighbors would hear.

2          So, finally, he came over and he banged my head

3   against an old support beam in the basement and I was still

4   crying and screaming and he started to tie rope to my hands,

5   my ankles and he attached it over a beam in the ceiling.  Once

6   my hands were tied and my feet were tied, he started beating

7   me just over and over and whipping me and then every once in a

8   while -- he had me on top of this like chair or box or

9   something and every once in a while he would kick it out so

10  the rope around my ankles and wrists was what was holding all

11  my weight and I was hanging from the ceiling and I was

12  screaming and crying.  At one point he tied something around

13  my tongue and then he attached a large -- put a large surgical

14  needle through my tongue.

15         MS. CHEN:  We should take a break, Your Honor, I

16  think.

17         THE COURT:  Yes.  Should it be a brief break or

18  should we take a lunch break?

19         MS. CHEN:  I think brief, Your Honor.

20         THE COURT:  Okay.

21         MS. CHEN:  I think brief.

22         THE COURT:  We're going to keep this down to under

23  five minutes.

24         (Jury leaves courtroom.)

25

1          THE COURT:  When will you want to break for lunch?

2          MS. CHEN:  Probably very soon, Your Honor, I guess,

3    I just didn't want to interrupt in the middle of an answer.

4    So, I think if I go on for maybe another 15 minutes or so to

5    bring it to a logical point, I think that would make sense.

6          MR. SERCARZ:  Can I find out how much there is after

7    lunch?

8          THE COURT:  Yes.

9          Why don't you go out.

10         (Witness leaves courtroom.)

11         MS. CHEN:  I'm sorry, Your Honor.

12         THE COURT:  That's all right.  Mr. Sercarz wanted to

13   know about how long it would be after lunch.

14         MS. CHEN:  Yeah, let me take a quick look.

15         I think -- I actually think it will be five minutes,

16   you know, obviously depending on how long it takes her to tell

17   the story, it should only be a couple of minutes assuming

18   she's able to get through it.  I'd say ten minutes at most.

19         THE COURT:  No, no, after lunch?

20         MS. CHEN:  I'm sorry, after lunch, I apologize,

21   we're going to play audiotapes which are about almost

22   45 minutes or so in and of themselves, so I would say an hour

23   and a half at the outside.

24         THE COURT:  Okay.  That's fine.

25         MS. CHEN:  I won't be reading any more diaries in

1    case anybody is worried about that.

2             (Recess taken.)

3             THE COURT:   All right.

4             Are we ready?

5             MS. CHEN:   Yes.

6             THE COURT:   Dennis.   Thank you.   We're bringing the

7    jury in.

8             (Pause.)

9             THE COURT:   Just tell me when we can break.

10            MS. CHEN:   Yes.

11            (Jury enters courtroom.)

12            (Time noted:   1:00 p.m.)

13            THE COURT:   Ms. Chen.

14   Q    Jodi, before we broke you were describing what was --

15   what happened to you in the basement at the point where the

16   defendant tied something around your tongue.

17   A    He tied something around the back of my tongue and then

18   he stuck a needle through my tongue.

19   Q    What happened after that?

20   A    He continued beating me and whipping me.   At one point he

21   put a pill in the back of my throat and told me to swallow.   I

22   had no idea what it was.   I was hysterical, I was still trying

23   to scream even though I had the needle in my tongue.   He kept

24   me suspended so that my wrists and ankles were suspending my

25   body weight and while I was suspended like that he continued

1    to beat me.

2    Q    Do you have any idea of how long he beat you?

3    A    For over an hour.

4    Q    Then what happened?

5    A    And then he left me in the basement.

6    Q    Alone?

7    A    Alone.

8    Q    Do you know how long he left you there?

9    A    I would say at least a half hour, 45 minutes, I was

10   suspended still.

11   Q    What happened with your feet and your hands during that

12   period of time?

13   A    They were -- they hurt extremely badly at first and they

14   just became numb, completely numb.

15   Q    Did Marcus say anything to you while he was administering

16   the beatings?

17   A    When I was making noise he would tell me to shut up, you

18   stupid cunt.   Afterwards he told me, see, you do belong to me,

19   you do need to serve me, this is where you belong.

20   Q    What happened after he left you in the basement by

21   yourself?

22   A    He eventually came back and let me down.

23   Q    And then what happened?

24   A    And he had me crawl up the stairs because I couldn't walk

25   because my ankles.   He took more pictures in the bathroom.   He

1  had me stand on the counter in Sherry's bathroom, he took more

2  pictures.

3  Q    Did he make you smile?

4  A    Yes.

5  Q    Did he make you smile at any other times or only that

6  time?

7  A    Other times as well.

8  Q    During that incident?

9  A    Yes.

10 Q    And what else happened after you were upstairs?

11 A    He took me into Sherry's bedroom and he had sex with me.

12 Q    Is that what you wanted to do?

13 A    No.

14 Q    During any of this incident was any of this anything you

15 wanted?

16 A    No.  I wanted to leave.

17 Q    Was any of this sexually gratifying for you?

18 A    No.

19 Q    Did Marcus photograph this entire session?

20 A    Yes.

21 Q    Did you also have to write a diary about it?

22 A    Yes.

23 Q    I'm going to refer you to the tab in the binder that's

24 marked March 2001.

25       Is this the diary that you wrote?

1   A      Yes.

2   Q      In the diary are you thanking him for punishing you?

3   A      Yes.

4   Q      Was that how you felt?

5   A      No.

6   Q      Why did you write it that way?

7   A      Because that's how I was expected to write it.  If I

8   wouldn't have wrote it that way, I would have been punished.

9   Q      Turning to the next page, 532, are these photographs from

10  that incident?

11  A      Yes.

12  Q      Turning further to the next page, 533, is that a

13  photograph of this incident?

14  A      Yes.

15  Q      Was that the part when you described him putting a needle

16  through your tongue?

17  A      Yes.

18  Q      And on page 534?

19  A      Yes.

20  Q      That was the photograph he took while you were in the

21  bathroom?

22  A      Yes.

23  Q      I'm going to refer you to page 536.  Are these the

24  photographs that accompanied the diary on the website?

25  A      Yes.

Jodi - direct - Chen                                        168

1    Q    And with each of those photographs there's an enlarged

2    version that goes with it; is that correct?

3    A    Yes.

4    Q    And they were also available on the website?

5    A    Yes.

6    Q    In paging through, are these the photographs that were on

7    the website?

8    A    Yes.

9             (Pause.)

10            MS. CHEN:  Your Honor, I have just one more question

11   before we break.

12   Q    Jodi, after this incident how did you feel?

13   A    I felt broken.  I felt surrounded by fear and terror.  I

14   felt like there was no way out.

15            MS. CHEN:  Your Honor, perhaps this is a good time

16   to take a break.

17            THE COURT:  Okay, ladies and gentlemen, we will take

18   a lunch break now.  If you could be back in the jury room at

19   five minutes past two, we'll resume in an hour.

20            (Jury leaves courtroom.)

21

22            MS. CHEN:  Your Honor, we're going to speak to

23   Dennis about maybe using one of those rooms so the witness can

24   go there and have lunch instead of having to go outside.

25            THE COURT:  That's fine.

1          MS. CHEN:  I don't know where Dennis went to.

2          THE COURT:  Dennis just went to the jury room.

3          MS. CHEN:  We just want to avoid --

4          THE COURT:  There's an attorney's room.  I think

5    he'll be able to tell us.  He's coming right in.

6          (Pause.)

7          THE COURT:  Ms. Chen had asked, there's a witness

8    room or an attorney room right out there, okay; the witness

9    can have her lunch there, can't she?

10          THE CLERK:  Yes.

11          THE COURT:  Is there another one that's better?

12          THE CLERK:  Yes.

13          THE COURT:  Why don't you just speak with Ms. Chen

14    about it and we'll find a room for lunch.  Okay.

15          (Time noted:  1:10 p.m.)

16          (Luncheon recess taken.)

17          (Continued on next page.)

18

19

20

21

22

23

24

25

Jodi - Direct/Chen                                    170

1                        AFTERNOON SESSION

2                   (Witness takes the witness stand.)

3              COURTROOM DEPUTY:   All rise.

4              (Jury enters courtroom.)

5              THE COURT:   Good afternoon.

6              THE JURY:  (Collectively)   Good afternoon.

7              THE COURT:   Ms. Chen.

8    BY MS. CHEN:

9    Q    Jodi, I want to begin by asking you a few questions just

10   to clarify the timeframe of the events you previously

11   testified to.

12              When did you move to Joanna's in Maryland?

13   A    In January of '99.

14   Q    And, the incident involving the whiffle ball, when did

15   that occur?

16   A    October of '99.

17   Q    And, up until that incident, the whiffle ball incident,

18   were you voluntarily involved with Glenn Marcus?

19   A    Yes.

20   Q    And, after that incident, in your mind, were you still

21   voluntarily involved with Glenn Marcus?

22   A    No.

23   Q    And, what was keeping you involved in that relationship?

24   A    Fear.

25   Q    Now, when did you move to Rona's place?

1    A    In January of 2000.

2    Q    And, why did you move to Rona's?

3    A    Because Joanna was no longer with Glenn.

4    Q    And why Rona's in particular?

5    A    That's where Glenn told me to move to.

6    Q    Now the incidents that you just described just before we

7    broke, the choking in the garment bag, the needles in the

8    breast at Glenn Marcus's parents' place, and the whipping and

9    throwing up, did those occur while you were living with Joanna

10   or with Rona?

11   A    With Rona.

12   Q    So, those would be after January of 2000?

13   A    Yes.

14   Q    Now, returning to the incident that you were just

15   describing, just before we broke in the basement of Sherry's

16   place, the photographs that we looked at what appears to be

17   blood in them?

18   A    Yes.

19   Q    Do you recall that?

20   A    Yes.

21   Q    Were you bleeding during this incident?

22   A    Yes.

23   Q    And, is the blood that's in those photographs real?

24   A    Yes.

25   Q    And, was the blood caused by the piercing of your tongue

Jodi  -  Direct/Chen                                    172

1   with the needle?

2   A    Yes.

3   Q    Now, after that incident, did you think about leaving

4   Marcus again?

5   A    I didn't for a long time.

6   Q    What happened in August of 2001?

7   A    In August of 2001, Rona began to express to Glenn Marcus

8   that she was unhappy with me living there.  I had a lot of my

9   boxes stacked up in her living room, this was a very small

10  apartment, and at the same time, her brother was going out of

11  the country on a trip, so she had asked Glenn Marcus if I

12  could watch his cat while he was gone at his apartment which

13  would be for several weeks.

14  Q    And, did you go and house sit for Rona's brother?

15  A    Yes.

16  Q    And, how did that move affect your interactions with

17  Marcus?

18  A    I still saw him, I met him at Rona's, but it was less

19  frequent.

20  Q    What happened after that?

21  A    After that, Rona continued to express that she didn't

22  want me to live with her any longer to Glenn and Glenn allowed

23  me to look for an apartment of my own.

24  Q    When did you move into your own apartment?

25  A    Around the end of September of 2001.

Jodi  -  Direct/Chen                            173

1   Q     What effect did that move have on your interactions with

2   Marcus?

3   A     They then became less frequent and probably less extreme

4   as well.

5   Q     How did Marcus treat you after you moved out of Rona's

6   apartment?

7   A     Eventually, as time went on, he became less and less

8   extreme with the things that he did to me and it just

9   eventually I began to talk more about how I couldn't serve

10  him; and at the same time I was starting to make friends in my

11  new workplace, and the way he treated me, they reminded me of

12  how he treated me before I first came to him there was more

13  joking around, he became a lot nicer.

14  Q     He treated you like before you moved to Maryland?

15  A     Yes.

16  Q     Now, why did you stay involved with Marcus after you

17  moved out of Rona's apartment?

18  A     I was still afraid.  And also, I just felt like he had so

19  much power over me by having my pictures and having my

20  pictures posted on the website.

21  Q     And, did Marcus say anything about releasing those

22  pictures after you moved out of Rona's apartment?

23  A     He told me that eventually he might decide to take them

24  off the website or phase them off the website.

25  Q     And, did you ever -- go ahead.

Jodi  - Direct/Chen                                    174

1    A     That was also later on.  I just felt like by main contact

2    I had some sort of control, because not only with the pictures

3    being on the website, he began writing diaries as though it

4    were me writing them on the website.  And in those diaries, he

5    was posting personal things about my family.  And then he also

6    had a contest on his website that any person who viewed the

7    website and he gave them information regarding where I lived

8    at the time or where my apartment was, what street, was it

9    nearby, if anyone would photograph me on the street, that he

10   would give them a free membership to Slavespace, so I was

11   afraid what else he might do and I just felt that by

12   maintaining contact I least had some small bit of control.

13   Q     Did Marcus ever say to you anything about what he would

14   do if you went to the police about what had happened?

15   A     Yes.  I asked him numerous times to take my pictures off

16   the website, and then, later on, I had told him that I was

17   thinking about going to a lawyer or the police and he said if

18   I did once again he said he would send the pictures to my

19   family and he would send a box of pictures to the media.

20   Q     And, did Marcus use the pictures in any other way to get

21   you to do other things?

22   A     Yes.  Sometimes he would ask me to do things with both

23   places and say that maybe he'll consider taking the pictures

24   down or maybe this would persuade him to take the pictures off

25   the site.

Jodi  - Direct/Chen                                          175

1    Q    Was this after you moved out of Rona's apartment?

2    A    Yes.

3    Q    Do you recall a couple of instances where he asked you to

4    go out with him upon threat of releasing the pictures?

5    A    One was to go to a bowling alley with him; another was go

6    to a strip club with him.

7    Q    What happened at that strip club?

8    A    At the strip club, he suggested that I dance -- and I was

9    very extremely intoxicated -- and I did get up and dance on

10   the stage and people threw money.   And afterwards, Glenn

11   demanded that I give him the money that the people had thrown.

12   Q    What was your life like after you moved out of Rona's

13   apartment?

14   A    I was very, very confused.  I was a mess.  I was -- I

15   felt very alone.  I didn't know -- I had talked to nobody

16   about what had happened, because I just felt like it was so

17   bizarre and I was so embarrassed by everything that happened.

18   I isolated myself a lot and I began to drink quite a bit.

19   Q    Now, were you still fearful after moving out of Rona's

20   apartment?

21   A    Yes.

22   Q    What were you afraid of?

23   A    I was afraid of what he might do.  I was extremely afraid

24   of what he might do with the pictures or what he might put on

25   the website.

Jodi - Direct/Chen                                    176

1   Q     During this period of time, did you seek any mental

2   health treatment?

3   A     Yes, I did.  Eventually.

4   Q     What did you do?

5   A     I saw -- at first, I spoke with a woman at a counseling

6   center and then I saw a therapist.

7   Q     And, did you ever see a psychiatrist?

8   A     Yes.

9   Q     Did the psychiatrist prescribe any medications for you?

10  A     Yes.

11  Q     Which ones?

12  A     He prescribed Effexor XR and Ativan.

13  Q     And, are you continuing to take those?

14  A     Yes.

15  Q     Did those drugs help you?

16  A     Yes.

17  Q     How long did you and Marcus maintain regular contact

18  after you moved out of Rona's case?

19  A     For several years.

20  Q     Did it extend into 2003?

21  A     Yes.

22  Q     Did you stay in touch with him after that period?

23  A     Very frequently he would call.

24  Q     And, why did you maintain some contact with him?

25  A     I felt like he had so much control by having the pictures

1    up and I desperately wanted the pictures taken off of the

2    website.

3    Q    You had mentioned that you asked him to take them down,

4    correct?

5    A    Yes.

6    Q    What was his response?

7    A    Most of the time it was, well, he will eventually or he

8    will consider phasing them out.

9    Q    Did he tell you why he thought he didn't have to take

10   them down?

11   A    Because he said he told me, at one point during the

12   conversation, he said they belonged to him and that he said

13   that I had signed a model release form which I did not.

14            MS. CHEN:   Your Honor, may I approach the witness.

15            THE COURT:   Yes.

16   Q    I am showing you what has been marked as Government

17   Exhibit 24 and ask you if you recognize it?

18   A    I do not recognize that.

19   Q    Okay.  Does this document purport, though, to have your

20   signature on it?

21   A    Yes.

22   Q    And, did you sign that document?

23   A    No.

24   Q    Before I showed it to you in my office, had you ever seen

25   it?

Jodi - Direct/Chen                                    178

1   A    No, never.

2   Q    Do you have any idea how Mr. Marcus could have gotten a

3   copy of your signature?

4   A    Yes, from the backs of the checks when I was running the

5   website.   This looks like how I would sign the back of a

6   check.

7   Q    And the documents before you, is that an original

8   signature or is that a copy?

9   A    It's a copy.

10  Q    When Marcus originally photographed you for the website,

11  did he make you any promises about whether he would show your

12  face on the website?

13  A    Before I came there, he told me that my face would be

14  covered and in the beginning it was.

15  Q    Then what happened?

16  A    Eventually, he started taking photographs of my face as

17  well.

18  Q    And posted them on the website?

19  A    Yes.

20  Q    Did you eventually take action to get your pictures off

21  of Marcus's website?

22  A    Yes.

23  Q    What did you do?

24  A    I went to speak to a lawyer.

25  Q    Do you remember, approximately, when that was?

1  A     Approximately March of 2005, I believe, or 2004.

2  Q     What happened when you went to the private attorney?

3  A     I sat down and told him my situation and told him that I

4  wanted to have my pictures taken off the website and I

5  explained a little bit about what I had been through.

6  Q     And, what did he ask you to do at that point or what did

7  he suggest you do at that point?

8  A     He strongly suggested that I contact either the police or

9  the FBI and he suggested the FBI because the things I

10 described have been in more than one state.

11 Q     And, did you eventually meet with the FBI?

12 A     Yes.

13 Q     What did you meet at the FBI?

14 A     Austin Berglas.

15 Q     Did Agent Berglas ask you to do anything with respect to

16 the investigation?

17 A     Yes.   He asked me to tape any phone calls that Glenn

18 Marcus made to my home.

19 Q     And, did you agree to do that?

20 A     Yes.

21 Q     How was that arranged?

22 A     Austin Berglas came over to my apartment with another

23 agent and they set up the tape recording device on the phone

24 and he showed me how to work it.

25 Q     Did Agent Berglas give you any instructions regarding

Jodi - Direct/Chen                                180

1   these phone calls?

2   A    Not in the beginning, but as time went on he told me to

3   try to bring up various topics.

4   Q    Did he say whether or not you should initiate any phone

5   calls?

6   A    Yes, he told me not to initiate any phone calls.

7           MS. CHEN:   Your Honor, may I approach the witness?

8           THE COURT:   Yes.

9   Q    Jodi, I'm going to show what has been marked as

10  Government Exhibits 26 through 28 and also T26 through T28.

11  Do you recognize them?

12  A    Yes.

13  Q    What are they?

14  A    These are the taped phone calls and transcripts of the

15  taped phone call.

16  Q    Are these the entire phone calls or only part of them?

17  A    Parts of them.

18  Q    How do you recognize them as the recordings that you

19  made?

20  A    Because I listened to them in your office and then I

21  signed them.

22  Q    And, you initialed the exhibit sticker; is that correct?

23  A    Yes.

24  Q    And, also with respect to T26 and T28 which are written

25  documents what are those?

Jodi - Direct/Chen                                  181

1   A     Those are the transcripts of the phone calls.

2   Q     And, did you initial these as well?

3   A     Yes.

4   Q     And, to the best of your knowledge, are these transcripts

5   fairly and accurately transcriptions of what is on the tapes?

6   A     Yes.

7          MS. CHEN:   Your Honor, with your permission, we

8   would like to play the tapes at this time.  It will require a

9   little bit of logistics here in terms of handing out these

10  headphones.

11         THE COURT:   I gather the transcripts are being used

12  as an aid to the jury?

13         MS. CHEN:   They are.  And the Government asks that

14  they be admitted at this time.

15         MR. SERCARZ:   I am going to request another limiting

16  instruction.

17         May we approach.

18         THE COURT:   Okay.

19         (Continued on next page.)

20

21

22

23

24

25

Jodi - Direct/Chen                                      182

1          (Side-bar conference held out of the hearing of the

2     jury.)

3          MR. SERCARZ:  I wasn't sure whether this is what you

4     had in mind, but I would like the jury instructed that what

5     the complainant says on those tapes is not being offered for

6     its truth only to the extent that it provides context for what

7     the defendant says.

8          THE COURT:  I was going to instruct them that and

9     instruct them that the transcripts are not evidence.

10         MR. SERCARZ:  Thank you.

11         (Sidebar concludes.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              (In open court.)

2              MS. CHEN:  Your Honor, obviously I am moving to

3    admit Government Exhibits 26 through 28 and then T26 through

4    28 as aids to the jury.

5              THE COURT:  Okay.  Admitted.

6              (Government's Exhibits 26 through 28 and T26 through

7    T28 was received in evidence.)

8              THE COURT:  Ladies and gentlemen, in these

9    conversations, I want to you understand that what Jodi says on

10   the tapes is not being admitted for its truth.  It's only

11   being admitted as context for whatever statements are made by

12   the defendant or the other party to the conversation, all

13   right?  That's one thing.

14              The second thing is, as you heard, the evidence in

15   this case is the tape recordings themselves, what you hear.

16   You are being given transcripts of the tape recordings as an

17   aid to help you in listening to the recordings.  But if at any

18   point your hearing differs from what you see on the

19   transcript, what you hear is not the same as what you see what

20   governs is what you hear what you hear is the evidence the

21   transcripts are just to help you.

22              MS. CHEN:  Your Honor, I have to give the jury a

23   quick tutorial on how to use the headsets.  Everyone should

24   turn them on.  One that on/off turn them to some volume, I

25   wouldn't turn it too high initially; and then the other switch

Jodi - Direct/Chen                          184

1    which has hash marks or what look like double zero.   Turn

2    those to two.   Anyone who doesn't hear static or something

3    when I turn this on should let us know and raise their hand.

4              Does anyone hear anything?

5              THE COURT:   Ms. Chen, do you want the witness to

6    have them?

7              MS. CHEN:   Yes, absolutely.   We tested this before

8    lunch is anyone's working?

9              (Pause.)

10             THE COURT:   Let's start the tape again.

11             (Audiotape played in open court.)

12             MS. CHEN:   Your Honor, we seem to have, I guess, one

13   of the jurors's head sets went out again.

14             THE COURT:   It's really all right.

15             MS. CHEN:   This is a serious problem.   It's not on

16   right now, no one's should be working.

17             THE COURT:   Mine is on what you're getting is on.

18             (Tape resumes.)

19             (Continued on next page.)

20

21

22

23

24

25

Jodi - direct - Chen                              185

1          MS. CHEN:   Your Honor, we're going to pause it for a

2    moment.   Apparently Mr. Marcus' headsets went out.   We had

3    another suggestion, maybe we could use the computer's speakers

4    along with the table mikes.

5          THE COURT:   That's fine.

6          What page are you on?

7          A JUROR:   23.

8          (Pause in the proceedings.)

9          (Tape playing.)

10   Q    Jodi, on the phone calls you're asking him to call you

11   again, do you recall hearing that?

12   A    Yes.

13   Q    Why were you doing that?

14   A    To try to get him to call back so that I could discuss

15   other topics that Austin Berglas asked me to discuss.

16   Q    Were you actually interested in just speaking to him or

17   was it only for that purpose?

18   A    It was only for that purpose.

19   Q    Now, during the conversation he makes a reference or you

20   discuss with him some diaries that he supposedly wrote, one

21   including a midget; do you recall that part of the

22   conversation?

23   A    Yes.

24   Q    What were you referring to?

25   A    He was referring to a diary that he wrote pretending that

Jodi - direct - Chen                              186

1    I had written it in and put it up on the website.

2    Q    Are there a number of diaries on the website that you did

3    not write?

4    A    Yes.

5    Q    And who wrote them, according to Mr. Marcus?

6    A    Glenn Marcus wrote them.

7    Q    Do you recall the date of the last diary that was written

8    by you?

9    A    Not off the top of my head, no.

10   Q    But if you actually saw the diary, you would know if you

11   had written it or not?

12   A    Yes.

13   Q    Now, in the very beginning of the conversation there's a

14   discussion about Wiggles, it appeared on the first page of the

15   transcript.

16   A    Yes.

17   Q    What was that conversation about?

18   A    That was discussing the contest that he had put up on the

19   website for people to hunt me down and take a picture of me

20   and Wiggles is the name of a club that's on the same street

21   that I live on.

22   Q    And remind us what was the contest about again?

23   A    If people that visited Slavespace saw me walking on the

24   street and took a picture and submitted it to him of me, they

25   would get a free membership to Slavespace.

1    Q    I'm going to direct your attention to the screen here,

2    see if you recognize this document.

3              Do you recognize this page?

4    A    Yes.

5    Q    I'll move it down so you can see it a little better.

6              MR. SERCARZ:   Can we have the number, Ms. Chen?

7              MS. CHEN:   Page 3907.

8    Q    I'm going to move it down so you can see the bottom part

9    of this text.

10             Jodi, do you recall what's on this particular page?

11   A    Yes, that discusses the contest.

12   Q    What part of it refers to the contest?

13   A    Where it says:   As to the Where is pooch Contest.

14   Q    Is that the middle of the screen?

15   A    Yes.

16   Q    Can you just read a little bit of that.

17   A    I can't really see.

18             What Sir is primarily looking for are creative

19   photos of pooch lookalikes.   However, for those of you that

20   are determined to hunt pooch down and keep asking for clues

21   here are the last clues you will get.

22   Q    And does the rest of it then proceed to describe your

23   whereabouts at different times?

24   A    Yes.

25   Q    Okay.

1          MS. CHEN:   Your Honor, may I approach the witness

2    with this page?

3          THE COURT:   Yes.

4          MS. CHEN:   This is not working very well.

5          (Handing.)

6    Q    I'm just going to ask you to read a little further, what

7    does it say about where you're going to be at different times?

8    A    The best time to get a shot of pooch would be on a Sunday

9    in the morning you can catch pooch going into a or leaving a

10   local church worshipping God of course.   After that pooch goes

11   to Blockbuster to pay off some of the $2,000 in late fees it

12   owes.   Then Sunday evening pooch can be found at the local

13   24-hour peep show peeping and being peeped.   Remember, do not

14   approach, talk to or bother or follow pooch indoors.   Contest

15   rules may be found here.

16   Q    How did that make you feel when you saw that?

17   A    I felt scared because there was also another page that

18   talked about the street that I lived on, that gave the name of

19   the street and then also the name of the club that was halfway

20   down the street from me.

21   Q    Was that the place called Wiggles?

22   A    Yes.

23   Q    I'm going to show you another page, it is 3909 and do you

24   recall seeing this page?

25   A    Yes.

1    Q     What is it?

2    A     The picture, Reward lost pooch.  The arrow is pointing to

3    a mole that I had on my neck and the -- it is hard to read but

4    it says something like distinguishing beauty mark or something

5    like that.

6    Q     And did Marcus post these on the website after you moved

7    out of Rona's place?

8    A     Yes.

9    Q     And after you and he were no longer involved with each

10   other?

11   A     Yes.

12            MS. CHEN:  Your Honor, we're now going to turn to a

13   conversation on January 22nd.  With any luck, it will work.

14            (Tape played.)

15   Q     Jodi, you made reference in that conversation to going to

16   church.  Did you actually have to go to church at that time?

17            MR. SERCARZ:  Objection, relevance given the limited

18   purpose for which these --

19            THE COURT:  Let's talk about it for a minute.

20            (Continued on next page.)

21

22

23

24

25

Jodi - direct - Chen                          190

1           (The following takes place at side-bar.)

2           MS. CHEN:  I'm just trying to have her explain

3     that she wasn't planning on meeting Marcus and that she

4     made up a reason and that she wasn't interested in seeing

5     him again because obviously she's just making conversation.

6           THE COURT:  I think that's fine.

7           MR. SERCARZ:  For that limited purpose.

8           THE COURT:  Yes.

9           MS. CHEN:  Excuse me, Judge, I'm sorry.  I also

10    was going to ask her about whether or not she went to

11    church during the time that she was with Marcus and her

12    answer will be that no, because he forbid her to practice

13    her religion.

14          MR. SERCARZ:  That's not an outgrowth of the

15    conversations.  I can't prevent Ms. Chen from asking that

16    question and receiving that answer if it is a part of the

17    dialogue but it has nothing to do with the conversations it

18    seems to me.

19          MS. CHEN:  I was just addressing it because you seem

20    to have an issue about my raising religion.  I just wanted to

21    say in addition I will ask her that question.

22          THE COURT:  It is a legitimate question.  What is

23    your problem with that question?

24          MR. SERCARZ:  No, I don't have a problem with that

25    question.

1          MS. CHEN:  I was just flagging it to make sure we

2     don't have to come here again.

3          THE COURT:   Okay.

4          (End of side-bar.)

5          (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Q    Jodi, you referenced having to go to church.  Did you

2    actually have to go to church or was that just an excuse?

3    A    That was just an excuse.

4    Q    Did you have any intention of meeting Mr. Marcus or

5    letting him come over?

6    A    No, and the baby-sitting, I didn't have a baby-sitting

7    job either.

8    Q    During the time that you were with Mr. Marcus though,

9    were you -- did you go to church?

10   A    With Mr. -- no.

11   Q    Prior to moving into Joanna's did you used to go to

12   church?

13   A    Yes.

14   Q    And why did you stop?

15   A    Glenn told me that after I moved there that I needed to

16   renounce God because I was now his God.

17   Q    When you say, "I was now his God" --

18   A    I'm sorry, he was now my God.

19        MS. CHEN:  Your Honor, we're now going to play

20   Government Exhibit 28 which is the conversation on the 5th of

21   February.

22        (Tape playing.)

23        MS. CHEN:  We're going to pause it, the CD seems to

24   be playing the excerpts in the wrong order.

25        (Pause.)

1          (Tape playing.)

2   Q    Jodi, at the end of that conversation Marcus asked you

3   did you make a promise to him.  Did you promise that you would

4   endure any punishment he would give you?

5   A    I am sorry, what was the question?

6   Q    Did you promise that you would endure any punishment he

7   gave you?

8   A    No.

9   Q    Did you believe that if you said you wanted to leave, you

10  would be let go?

11  A    Yes.

12  Q    When you were in the basement and you said you wanted to

13  leave, did you believe that your agreement was he should let

14  you go?

15  A    Yes.

16  Q    When you were on the wall and you said you wanted to go,

17  did you believe he should let you go under your agreement?

18  A    Yes.

19  Q    Did you believe that you promised to be with him for the

20  rest of his life as his slave no matter what he did to you?

21  A    No.

22          MS. CHEN:  Your Honor, this might be a good time for

23  a break.

24          THE COURT:  That's fine, I'm sure it is.  We'll take

25  an afternoon break, ten or 15 minutes.

1          (Jury leaves courtroom.)

2          MS. CHEN:  Your Honor, I apologize to the Court, I

3     was obviously off on my time estimate as to how long it will

4     take.

5          I think at this point I probably have about a half

6     an hour's worth of direct examination.  I don't know if you

7     want cross to start today or wait till tomorrow.

8          THE COURT:  What would you like?

9          MR. SERCARZ:  I'd prefer to start today.

10          THE COURT:  That's fine, we will.

11          (Recess taken.)

12          (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:   You can sit down for a minute.

2          We're trying to figure out the scheduling for

3    tomorrow because of the potential storm.   What I'm thinking of

4    doing is starting at 10 o'clock instead of 9:30 and we will

5    order in lunch for the jurors.   So, we will only be taking

6    like a 45-minute lunch so you can be prepared for that.   And,

7    then, I think the end of the day is going to have to depend on

8    the progress of the storm.   If it looks like a problem, we'll

9    break early.

10         MS. CHEN:   That's fine.

11         MR. SERCARZ:   That's fine.

12         THE COURT:   Okay.   Dennis will also have everybody's

13   phone numbers so he can be in touch if the weather is really

14   bad and we need to change things, all right?

15         Is everybody here?   Okay.

16         (Pause.)

17         COURTROOM DEPUTY:   All rise.

18         (Jury enters courtroom.)

19         (Witness takes the witness stand.)

20   BY MS. CHEN:

21   Q    Now Jodi, did you also receive of a call from Marcus

22   after February of 2005 which was the last recorded

23   conversation that we listened to?

24   A    Yes.

25   Q    And why wasn't that one recorded?

1    A     It was placed, it was made to my place of work.

2    Q     And, you didn't have a recording device on your work

3    phone; is that correct?

4    A     Correct.

5    Q     Do you know what prompted Marcus to call you?

6              MR. SERCARZ:   Objection.

7    Q     Did he say --

8              THE COURT:   Did he tell you?

9    Q     Did he tell you why he was calling you?

10   A     Because I had stated on one of the taped conversations

11   that I was worried about Meesekite and how her appearance and

12   how she didn't look well and she had lost so much weight.

13   Q     Who is Meesekite?

14   A     It was a new slave trainee.

15   Q     And how did you know about Meesekite?

16   A     She was -- there were pictures of her on the website.

17   Q     And Meesekite is somebody who was with Glenn after you

18   left him?

19   A     Yes.

20   Q     Or after you separated?

21   A     Yes.

22   Q     I'm going to refer you to the binder again, specifically,

23   to the tab that is labeled February 2005.  Do you see that

24   first page?

25   A     Yes.

1    Q     And, there is the word "Meesekite," is that the person

2    you are referring to?

3    A     Yes.

4    Q     I am going to refer to you Page 3837 within that section.

5    Who is that in the photograph?

6    A     That's Meesekite.

7    Q     And, are there a series of pictures that go along with

8    the picture in 3837?

9    A     Yes.

10   Q     And, had you viewed these pictures on the website before

11   calling or before talking to Mr. Marcus about Meesekite?

12   A     Yes.

13   Q     Do these pictures play any role in your comments to him

14   and your concern about her?

15   A     Yes.

16   Q     What was your concern?

17         MR. SERCARZ:  Your Honor, may we approach?

18         THE COURT:  Yes.

19         (Continued on the next page.)

20

21

22

23

24

25

Side-bar                                    198

1          (Side-bar conversation held outside the hearing of

2     the jury.)

3          MR. SERCARZ:  This is a conversation that she

4     presumably has after she's no longer involved with Marcus, so

5     the impact of those photos cannot have any bearing on any

6     climate of fear or aura of fear.

7          I object to this.

8          MS. CHEN:  Your Honor, they still go to the

9     obscenity charge.  They are photos on the website.

10         THE COURT:  Then we would need a whole new

11    instruction.

12         MS. CHEN:  No problem.

13         THE COURT:  I'm going to tell the jury that from now

14    on until you let me know otherwise, the testimony and the

15    evidence relates not to Counts 1 and 2 but solely to the

16    obscenity count.

17         MR. SERCARZ:  I would prefer if the witness not be

18    questioned on this but at the time the Government offers the

19    rest of their evidence on obscenity when they offer the entire

20    website these photos will come in and they will be able to

21    comment on them in that context if not this jury is going to

22    be confused and I'm going to object to it.

23         THE COURT:  Can it be done that way?

24         MS. CHEN:  I apologize.  What did you say again?

25    What are you proposing?

1              MR. SERCARZ:  I have no objection if at the time

2     that the rest of the website is offered on the issue of

3     obscenity that all these photos come in.  They all will come

4     in together with the accompanying text when you discussed Mary

5     Anne Layden or directly with the jury on arguments the photos

6     that you are about to discussed can be referred to but I

7     object to them being referred to now and by this witness

8     because her state of mind at this juncture is not relevant

9     anymore.

10             MS. CHEN:  It's not being offered solely for that

11    purpose, Your Honor, these are images that were on the website

12    that are we allege are obscene.

13             THE COURT:  Why do you need her to testify about it

14    for purposes of the obscenity count?

15             MS. CHEN:  Well, that's fair, Your Honor.

16             THE COURT:  That's the issue.

17             MS. CHEN:  But, it actually is part of the reason

18    she continues to talk to him about this person or that she was

19    mentioning him during her during the phone call.

20             THE COURT:  I don't know that we need that.

21             MS. CHEN:  That's fine, Your Honor.

22             THE COURT:  I'm going to tell the jury to put aside

23    these images now and that they will be presented with them

24    later.

25             MS. CHEN:  Okay.  I will say one thing, though, Your

Side-bar                                          200

1    Honor, they do have a conversation about Meesekite and her

2    condition.  He doesn't specifically refer to the photos.

3              THE COURT:  It's true, but do you really need this

4    for that?

5              MS. CHEN:  That's fine.

6              (Sidebar concludes.)

1          (In open court.)

2          THE COURT:  Ladies and gentlemen, I want you not to

3    consider at this juncture the images of Meesekite.  Just put

4    them out of your mind at this juncture.  We will be revisiting

5    them in another context so just close your books.

6    BY MS. CHEN:

7    Q    Now, Jodi, referring back to your phone call with

8    Mr. Marcus about Meesekite, what did he tell you about

9    Meesekite during this conversation?

10   A    He said that Meesekite was ready to die for him and that

11   life and death are both the same.

12   Q    What do you mean life and death were both the same?

13          MR. SERCARZ:  Objection, Your Honor, and for the

14   reasons articulated at the bench objection to anything further

15   on this subject.

16          MS. CHEN:  Your Honor, may I approach the bench.

17          THE COURT:  Yes.

18          (Continued on next page.)

19

20

21

22

23

24

25

Jodi  - Direct/Ms. Chen                    202

1           (Side-bar conference held on the record out of the

2    hearing of the jury.)

3           MS. CHEN:  Your Honor, as you know, intent and

4    consent are the two main issues here:  Marcus's intent and the

5    victim's consent.  The statements I've elicited, even though

6    they occurred after she was no longer involved with him,

7    reflect Marcus's beliefs with the slave relationship the

8    agreement what he's entitled to.

9           THE COURT:  I think it's a form of admission that

10   relates to the first two counts.

11          MR. SERCARZ:  I would argue that it's not strictly

12   speaking an admission because it's out of the temporal limits.

13          THE COURT:  Don't the temporal limits of the

14   relationship necessarily make them an admission or not?  I

15   think it's probative.

16          MS. CHEN:  Thank you, Your Honor.

17          (Sidebar concludes.)

18

19

20

21

22

23

24

25

Jodi - Direct/Ms. Chen                          203

1              (In open court.)

2    BY MS. CHEN:

3    Q    Jodi, when you said that Marcus told you that life and

4    death are the same, what did you mean?

5    A    That it's about obedience, and if you wanted Meesekite to

6    live, she would, if you wanted her to die, she would.  It's

7    all the same.

8    Q    Did he make a joke about doing something to Meesekite

9    while you were on the phone with him?

10   A    Yes.  He started choking her and saying he was killing

11   her.

12   Q    Did he say anything else about that while you were on the

13   phone.  Did he say whether or not he was actually going to

14   kill her?

15   A    He said he might.

16   Q    Did he say anything about whether or not he had a right

17   to kill anybody?

18   A    Yes.  He said it was his right.

19              MS. CHEN:  Your Honor, may I approach the witness?

20              THE COURT:  Yes.

21   Q    Jodi, I'm going to show you what has been marked as

22   Government Exhibits 29 through 32.  Do you recognize these

23   documents?

24   A    Yes.

25   Q    What are they?

1   A    They are logs of chat from AOL.

2   Q    Are these logs, these chats that you were involved in?

3   A    Yes.

4   Q    And, who else was involved in these different chats?

5   A    Glenn, Marcus, Celia, Joanna, a woman from online her

6   screen name was ObeySweet.

7   Q    Now, which is the conversation involving ObeySweet?

8   A    Exhibit No. 29.

9   Q    And, that was a conversation that you were involved in;

10  is that correct?

11  A    Yes.

12  Q    And is Government Exhibit 29 a fair and accurate

13  transcription of that conversation?

14  A    Yes.

15          MS. CHEN:   Your Honor, the Government moves the

16  admission of Government Exhibit 29.

17          THE COURT:   Admitted.

18          (Government's Exhibit 29 was received in evidence.)

19  Q    Can you describe, generally, what was going on during

20  that conversation?

21  A    This is when he had ordered me to find a slave online and

22  this is a woman that I had been speaking to and she had showed

23  interest, so we are in his private chatroom, "Found God," and

24  chatting with her.

25  Q    Was that back in October of 1999?

Jodi - Direct/Ms. Chen                                    205

1   A     Yes.

2   Q     And, was this shortly before the whiffle ball incident

3   that you described?

4   A     Yes.

5   Q     And, was this one of the women you failed to recruit?

6   A     Yes.

7   Q     Now, referring you to Government Exhibit 30 and 32.  Were

8   you involved in both of those conversations?

9   A     Yes.

10  Q     And, are those both fair and accurate transcriptions of

11  the conversations?

12  A     Yes.

13        MS. CHEN:   The Government moves the admission of

14  Government Exhibits 30 and 32.

15        THE COURT:   Admitted.

16        (Government's Exhibits 30 and 32 were received in

17  evidence.)

18  Q     Generally, Jodi, what were those conversations about?

19  A     Exhibit 30 is in regards to Joanna leaving.

20  Q     And, in that conversation does Marcus instruct you to do

21  anything?

22  A     Yes, to work on the website.

23  Q     How about Exhibit 32, was he also instructing you to work

24  on the website on that one?

25  A     Yes.   Thirty-two is also him ordering me to work on the

1   website.

2   Q    Which website?

3   A    Slavespace.

4   Q    And, these conversations were about the time that Joanna

5   left the relationship?

6   A    Yes.

7   Q    Now, referring you to Government Exhibit 31.  Were you

8   involved in that chat?

9   A    Yes.

10  Q    Was that a fair and accurate depiction or recording of

11  that conversation?

12  A    Yes.

13        MS. CHEN:   Your Honor, the Government moves the

14  admission of Exhibit No. 31.

15        THE COURT:   Admitted.

16        (Government's Exhibit 31 was received in evidence.)

17  Q    Jodi, do you remember that conversation?

18  A    Yes.

19  Q    What was it about?

20  A    This is in regards to me failing to bring my sister to

21  him and failing to bring a slave to him; and he's discussing

22  the punishment that's going to take place and how I may not be

23  able to work anywhere for a while afterwards.

24  Q    What did you think that meant?

25  A    That he was going to harm me greatly.

1   Q     And, was that conversation in roughly some time in

2   October of 1999?

3   A     Yes.

4   Q     Now, Jodi, did Marcus treat you differently than the

5   other women he was involved with like Joanna or Celia?

6   A     Yes.

7   Q     How?

8   A     The things he did to me were a lot more extreme and the

9   way he spoke to me and treated me in general was a lot

10  different.

11  Q     What do you mean by, "a lot different"?

12  A     I was always being punished for being disobedient and it

13  could be for no reason at all.

14  Q     Now, over the entire time you were with Marcus and also

15  based on having seen his websites, did you ever see or hear of

16  him carving the word "slave" into another woman's belly?

17  A     No.

18  Q     Did you ever hear of him branding any woman with a "G"?

19  A     No.

20  Q     Did you ever hear of him pinning a whiffle ball into

21  another woman's mouth?

22  A     No.

23  Q     Did you ever hear of him attempting to sew another

24  woman's vagina closed?

25  A     No.

Jodi - Direct/Ms. Chen                           208

1   Q    Did you ever hear of him banging another woman's head
2   into a pole?
3   A    No.
4   Q    Did you ever hear of him suspending a woman from a pole
5   and beating her?
6   A    No.
7   Q    Did you ever hear of him putting a needle through another
8   woman's tongue?
9   A    No.
10  Q    Did you ever hear of him carving his initials into
11  another woman's soles of her feet?
12  A    No.
13  Q    Now, what were the most extreme acts that you saw in
14  Marcus's website at the time that you were contemplating
15  moving to Maryland?
16  A    There were photos of woman with a lot of bruises from
17  being whipped and there were photos of him taking the woman
18  outside to urinate.
19  Q    Was there also choking on that website that you recall?
20  A    I don't recall any photos, but he had talked about how he
21  had done that before.
22  Q    Now, during the entire time that you were involved with
23  Marcus, did you ever tell anybody that you were unhappy other
24  than him?
25  A    Other than him?  No.

1    Q    Did you ever tell any of the other women who were

2    involved with you and/or him that you were unhappy?

3    A    No.

4    Q    Why not?

5    A    Because they would have told him and I would have been

6    punished.

7    Q    Now, did you use birth control during the time that you

8    were with Marcus?

9    A    No, that wasn't allowed.

10   Q    What do you mean, it wasn't allowed?

11   A    He didn't permit any of us to use any type of birth

12   control.

13   Q    Did he say why not?

14   A    No.

15   Q    Did you ever get pregnant?

16   A    No.

17   Q    Did Marcus ever suggest that he could or would sell you

18   or any of the other women that he was with?

19   A    Yes.

20   Q    What did he say?

21   A    He had told me, especially after the time where I didn't

22   bring my sister and couldn't find a slave to train, that he

23   might very well give me away to another master -- and I had

24   seen him do this with Celia -- where he gave her to a guy that

25   he had met online and let the guy keep her for, I think, it

1    was three to four days.

2    Q    Now, going back for a moment to when you first met Marcus

3    online in 1998, what, if anything, did you tell him about your

4    family background?

5    A    I told him that I had a hard childhood growing up with my

6    mother and I also told him that I had an eating disorder when

7    I was younger.

8    Q    What did you tell him about your relationship with your

9    mother?

10   A    That she was very unpredictable and very critical and

11   when I would come home or come home from school I never knew

12   what type of mood she would be in.  She also used to hit me

13   with a yardstick.  In one instance, she had me take off all my

14   clothes in the middle of the house, the living room, and hit

15   me with the yardstick.  There was another instance where she

16   had me get in the shower with her and she was making comments

17   about my body.

18   Q    And, did you tell Marcus about those specific incidents?

19   A    Yes.

20   Q    And, when did you tell him that in relation to your move

21   to Maryland?

22   A    Before I went there.

23   Q    Did Marcus respond to what you told him at all?

24   A    He said that my mother sounded like a bitch and sounded

25   evil and I belonged to him.

Jodi - Direct/Ms. Chen                211

1   Q    Did he say anything about whether or not you should have

2   a relationship with your parents?

3   A    He thought it would be better if I didn't.

4   Q    Did Marcus ever use the information that you gave him as

5   a reason for you not maintaining contact with your family?

6   A    Yes.

7   Q    Did that happen after you moved?

8   A    Yes.

9              MS. CHEN:   Your Honor, may I approach the witness --

10             THE COURT:   Yes.

11             MS. CHEN:   -- with what has been marked as

12  Government Exhibit 25 -- 35, rather.

13             It's the August 2002.

14  Q    Jodi, I'm going to show you what has been marked as

15  Government Exhibit 35 and ask you if you recognize it?

16  A    Yes.

17  Q    What is it?

18  A    This is a diary that was up on the website that Glenn

19  Marcus had written pretending as though I had written it.

20  Q    What's the date of that diary?

21  A    August, 2002.

22  Q    And, did you write that?

23  A    No.

24  Q    Does that diary contain any references to the issues with

25  your family that you told Marcus about?

1   A      Yes.

2   Q      What specifically, does it reference?

3   A      My mother having me get naked in front of my family and

4   hitting me and also me in the shower with my mother and my

5   mother making comments about my body.

6   Q      And that was the information that you had given him?

7   A      Yes.

8   Q      Did you, in fact, Jodi, stop writing diaries in about

9   August or September, 2001?

10  A      Yes.

11  Q      And thereafter who wrote the diaries under the name

12  pooch?

13  A      Glenn Marcus.

14  Q      Did Marcus ever have a job during the time that you knew

15  him?

16  A      The only job he had is, I think he had two or three

17  clients that he placed comic book orders for and would deliver

18  or they would come pick up a small stack of comic books once a

19  week.

20  Q      What were his sources of income then?

21  A      The women that he knew and women that were serving him.

22  Q      And did he ever receive any money from his parents?

23  A      Yes.

24          MS. CHEN:   One moment, Your Honor.  I'm sorry.

25          THE COURT:   That's all right.

Jodi - Direct/Ms. Chen                    213

1              (Pause.)

2  Q    Jodi I'm going to show you one last exhibit.

3              MS. CHEN:   Your Honor may I approach?

4              THE COURT:   Yes.

5  Q    This is Government Exhibit 34.   Can you tell me what it

6  is?

7  A    It's a chat discussion between myself, Glenn, Joanna, and

8  P.W.

9  Q    Who is P.W.?

10 A    That's the woman that I stayed with in D.C.

11 Q    Do you know her first name?

12 A    No, I don't.

13 Q    And, is this a fair and accurate transcription of the

14 conversation as you recall it?

15 A    Yes.

16             MS. CHEN:   The Government moves for the admission of

17 this but we will have some discussions with defense in regard

18 to taking out portions it.

19             THE COURT:   That's fine.

20             MS. CHEN:   No further questions, Your Honor.

21             THE COURT:   Did you move to admitted Government

22 Exhibit 35?

23             MS. CHEN:   No.

24             THE COURT:   Okay.

25             MS. CHEN:   I did not, Your Honor.

1            MR. SERCARZ:  Do you want it in.

2            MS. CHEN:  I don't have any problem putting it in.

3            THE COURT:  Okay.  Whatever.

4            MS. CHEN:  Your Honor, you know, let me go ahead as

5    a housekeeping matter.

6            May I ask the witness one more question from here.

7            THE COURT:  Yes.

8    BY MS. CHEN:

9    Q    The August 2002 diary entry that I showed you, is that a

10   fair and accurate representation of what was on the website,

11   the Slavespace website?

12   A    Yes.

13   Q    Even though you didn't write it?

14   A    Yes.

15   Q    But you saw it; is that correct?

16   A    Yes.

17           MS. CHEN:  Your Honor, the Government moves for the

18   admission of Exhibit No. 35.

19           THE COURT:  Okay.

20           (Government's Exhibit 35 was received in evidence.)

21   CROSS-EXAMINATION

22   BY MR. SERCARZ:

23   Q    Jodi, my name is Maurice Sercarz.  I am the lawyer for

24   Glenn Marcus and I'm going to be asking you some questions.

25           In or about March of 2003, you went to a lawyer; is

Jodi - Cross/Mr. Sercarz                    215

1   that correct.

2   A    Yes.

3   Q    And, you went to a lawyer to have a consultation with him

4   about what could be done to get your pictures off of the

5   website, all right?

6   A    Yes.

7   Q    That was your purpose in going to the lawyer, correct?

8   A    Yes.

9   Q    And, after speaking to the lawyer, he recommended to you

10  that you go and have a talk with the Federal Bureau of

11  Investigation; is that correct?

12  A    Yes.

13  Q    And, indeed, you met in or about early April, and we're

14  going to go into the dates in far more detail tomorrow with an

15  agent named Austin Berglas.  Am I right?

16  A    Yes.

17  Q    You spoke with Agent Berglas about your relationship with

18  Mr. Marcus.  Correct?

19  A    Yes.

20  Q    And, you described the length of it and the width of it

21  and the breadth of it.  Am I right?

22  A    Yes.

23  Q    After your conversations with Agent Berglas, he referred

24  you to an organization called Safe Horizon, am I correct?

25  A    Yes.

1    Q    And, it's an advocacy group for women who identify

2    themselves as have been abused, am I correct?

3    A    Yes.

4    Q    You went to a full set of counseling sessions with them;

5    is that right?

6    A    Yes.

7    Q    And, you explained to them the nature of your

8    relationship with Mr. Marcus, am I right?

9    A    Yes.

10   Q    And, they advised you on appropriate mental health

11   treatment given your identification that you had been abused,

12   am I correct?

13   A    Yes.

14   Q    Thereafter, you went to a psychiatrist named Dr. Korte;

15   is that correct?

16   A    Yes.

17   Q    And, when you got there, you spoke to him about what you

18   had previously discussed with an advocacy group and with the

19   Federal Bureau of Investigation and with a Special Agent from

20   the Federal Bureau of Investigation.   Am I right?

21   A    Yes.

22   Q    Thereafter, there were other instances in which you

23   thought, sought, and received therapy.   Am I correct?

24   A    Yes.

25   Q    There is a Dr. Vivek that you also visited, am I correct?

Jodi - Cross/Mr. Sercarz                    217

1    A     Yes.

2    Q     And, indeed, beginning in March of 2003, you have been in

3    the care of, and under the support of, people because of your

4    claim that you have been abused by Mr. Marcus.  Isn't that

5    correct?

6    A     Yes.

7    Q     And, you have been telling them the story over and over

8    and over again.  Am I correct?

9    A     Yes.

10   Q     And, there came a time when you have met an gentleman, an

11   Assistant United States Attorney, by the name of Dan Wenner,

12   am I correct?

13   A     Yes.

14   Q     He was an Assistant United States Attorney here in the

15   Eastern District of New York, am I correct?

16   A     Yes.

17   Q     And, you spent time going over with Mr. Wenner your

18   allegations of abuse at the hands of Mr. Marcus, am I correct?

19   A     Yes.

20   Q     And, there came a time later on when Mr. Wenner left the

21   office and you and Ms. Chen began having conversations about

22   your claims that you had been abused by Mr. Marcus, am I

23   correct?

24   A     Yes.

25   Q     And, there came a time that Ms. Chen, and perhaps

1  Ms. Magnelli, and others in the office began preparing you to

2  testify in this courtroom, am I correct?

3  A    Yes.

4  Q    And, in preparation for your testimony here in this

5  courtroom, you spent countless hours reviewing it, isn't that

6  fair?

7  A    Yes.

8  Q    Indeed, we have a thick, white binder.   Perhaps I should

9  never have asked to have it taken off of the dais next to you,

10 but would it be fair to say that you spent time with them

11 reviewing every entry in this binder?

12 A    Yes.

13 Q    Indeed, when you first begun telling people the story

14 about the abuse that you suffered at the hands of Glenn

15 Marcus, dates were very fuzzy.   Am I correct?

16 A    Some dates I did recall.

17 Q    Incidents may have been commingled.   In other words, some

18 of the incidents you may have mushed together, some of them

19 that you described as one incident may have occurred on

20 multiple occasions and the like?

21 A    No.

22 Q    Did agents of law enforcement use the website in order to

23 help you refresh your recollection as to dates?

24 A    At times.

25 Q    And, did they have use the diaries to help orient you as

Jodi - Cross/Mr. Sercarz                219

1   to the time and place where things occurred?

2   A    No.

3   Q    Were you ever brought into this courtroom just to get a

4   feeling for what it would be like?

5   A    Not before today.

6   Q    Have you ever been brought into any courtroom in this

7   courthouse just to sit in the witness stand and get a feeling

8   for what it would be like?

9   A    No.

10  Q    In any event, you have spent countless hours with agents

11  of law enforcement, people from support groups, and therapists

12  discussing the experience in trying to sort it out.  Is that

13  fair to say?

14  A    Yes.

15  Q    One of the things that you told us at the end of this

16  process is that you never expected Mr. Marcus to be as violent

17  or abusive as he was.  Am I correct?

18  A    Yes.

19  Q    And, that's one of the reasons, if not the best reason,

20  why you feel he departed from your original understanding.  Am

21  I correct?

22  A    No.

23  Q    Well, you had an understanding when you became a part of

24  the relationship.  Am I right?

25  A    Yes.

Jodi - Cross/Mr. Sercarz                    220

1    Q    Okay.   Your experience with BDSM was very limited at that

2    time.   Am I right?

3    A    Yes.

4    Q    Indeed, you were just out of college at the time that you

5    began looking into the chatrooms, am I right?

6    A    Yes.

7    Q    And based on some limited inquiries, you made the

8    connection of some fellow whose BDSM relationship with you was

9    limited to just having you sit at his side while he watched

10   television.   I believe that's what you said, am I right?

11   A    Yes.

12   Q    And, then, how long did that relationship last by the

13   way?

14   A    I saw him, approximately, three times.   It lasted about a

15   month.

16   Q    Okay.   And, you came to the conclusion that that was not

17   for you, am I correct?

18   A    Yes.

19   Q    And then, you met another gentleman you described who

20   actually went through a checklist of things that would feel

21   comfortable for the two of you, am I right?

22   A    Yes.

23   Q    And, how long did that relationship last?

24   A    A few months.

25   Q    And, was that just a relationship limited to some scenes?

1   A    Basically, yes.

2   Q    Where did that relationship take place, by the way?

3   A    In Wisconsin.

4   Q    And, these scenes, were there costumes for these scenes?

5   A    No.

6   Q    All right.  It was just a very limited sort of exposure

7   that you had, am I correct?

8   A    Yes.

9   Q    And, no dressing up and no real serious acting out.  Am I

10  right?

11  A    Yes.

12  Q    And, so, this relationship with Mr. Marcus sort of came

13  from out of the blue, am I correct?

14  A    Yes.

15  Q    And, you really didn't know what to expect when you

16  became involved, am I correct?

17       MS. CHEN:   Objection as to the use of the word

18  "involved" in terms of timeframe.

19       THE COURT:   Yes.  Be a little more specific.

20       MR. SERCARZ:   I'll withdraw it.

21  Q    At the time you first came to visit Mr. Marcus, you had

22  no idea what to expect, am I right?

23  A    Yes.

24  Q    And, your prior experience with BDSM gave you no inkling

25  of what that lifestyle was like at least as practiced by

Jodi - Cross/Mr. Sercarz                    222

1   Mr. Marcus; is that right?

2   A    Correct.

3   Q    Now, do you feel that you've given the ladies and

4   gentlemen of the jury a fair and accurate representation of

5   your exposure to BDSM prior to making the acquaintance of

6   Mr. Marcus?

7   A    Yes.

8   Q    Earlier, you were asked about a series of photos that are

9   contained in a plastic box marked Government Exhibit 17.   Do

10  you recall being shown this box?

11  A    Yes.

12  Q    And, the box contains a series of Polaroid photographs,

13  am I correct?

14  A    Yes.

15  Q    And, I believe you indicated that they were saved by

16  Mr. Marcus; is that right?

17  A    Yes.

18  Q    And, that many of them were kept on Mr. Marcus's website,

19  am I correct?

20  A    Yes.

21  Q    Did you have an opportunity to look carefully at the box

22  before you came in to testify here today?

23  A    I looked through it.

24  Q    And, is it your testimony that all of the photographs in

25  this box were photographs taken by Mr. Marcus?

Jodi - Cross/Mr. Sercarz                    223

1   A    No.

2   Q    I'd like to direct your attention to a note which binds a

3   series of photographs which were contained inside that box and

4   ask you if you recognize the note.

5          The paper is kind of fragile so why don't you take a

6   look?

7          MR. SERCARZ:  Perhaps, Your Honor we can have this

8   separately marked as Defendant's Exhibit A for identification

9   so we know what it is down the road.

10          THE COURT:  That's fine.

11          (Defendant's Exhibit A was marked in evidence.)

12   Q    Take a look at that and see if that refreshes your

13   recollection as to what that piece of paper is?

14   A    Yes.  Glenn Marcus had me send some pictures that I had

15   to him before I came to live there.

16   Q    Since the note is in evidence, I'd like to read it if I

17   may.

18          It says, "UMMM" and then "---- LOL, LOL, LOL," and

19   that stands for laugh out loud?

20   A    Yes.

21   Q    "Here are the pics, Sir!!" with two exclamation points.

22   And then in parenthesis, "Yum!!!" and three exclamation

23   points.  "I kind of progressed up to the last one, Sir.  Ack!

24   !!" and three exclamation points, sorry, two exclamation

25   points.  "LOL, LOL."  "Thank you, Sir" with a series of

Jodi - Cross/Mr. Sercarz                    224

1    exclamation points.

2          Have I read that correctly?

3    A    Yes.

4    Q    All right.  And this is a note that you sent Mr. Marcus

5    before you ever came to see him and became his slave; is that

6    correct?

7    A    Yes.

8    Q    I'd like to have you take a look at the photographs and

9    I'm going to show them to the jury one at a time and ask you

10   whether these are the photographs that you sent together with

11   that letter that you sent to Mr. Marcus?

12   A    No, this one I did not send in that series of

13   photographs.  This was at Joanna's house.

14   Q    How about the remainder?

15   A    Yes.

16   Q    Now, I'd like to put some enlarged versions of these

17   photographs on the Elmo if I may, Your Honor?

18         THE COURT:  Go right ahead.

19         MR. SERCARZ:  Given that, they are in evidence.

20         THE COURT:  Perhaps there's some further way you

21   wish to identify them.

22         MR. SERCARZ:  I'm sorry, Your Honor.

23         THE COURT:  Perhaps there's a further way you wish

24   to identify them.

25         MR. SERCARZ:  May we have them marked as Defendant's

Jodi - Cross/Mr. Sercarz                    225

1    Exhibits A-1, A-1, A-3, A-4, A-5.

2         (Defendant's Exhibits A-1, 2, 3, 4, 5 were marked in

3    evidence.)

4    Q    I would like to show you an enlarged version of what has

5    been marked --

6              MR. SERCARZ:  Is this on?

7              MS. CHEN:  Okay.

8              MR. SERCARZ:  Is there a focus?

9    Q    I'm showing you the enlarged version of what has been

10   marked Exhibit A-1.

11            Was this taken by the gentleman who only had you sit

12   next to him while he was watching television or was it the

13   other gentleman for whom no costumes were involved and no

14   dress-up was involved?

15   A    It was the second gentleman that I was involved with for

16   several months.

17   Q    This implement that you have in your mouth appears to be

18   a leash.  Would that be correct?

19   A    Yes.

20   Q    And, forgive me for the graphic references, I apologize,

21   and there's going to be a lot of it.  I will try not to do it

22   unnecessarily.

23            These appear to be nipple clamps --

24   A    Yes.

25   Q    -- is that correct?

Jodi - Cross/Mr. Sercarz                    226

1            And, the chain that you are wearing appears to go

2    right between your legs and actually appears to be pressing

3    against your genitals; is that correct?

4    A    Yes.

5    Q    And, this was taken by this second gentleman to assist

6    you in entering the service of Mr. Marcus; is that correct, or

7    was it taken by him for your mutual pleasure?

8    A    Yes.

9    Q    I'd like to show you an enlarged version of what has been

10   marked as Exhibit A-3.

11           One of these days I'll learn this and everyone will

12   applaud I'll guarantee it.

13           These items on your wrists, they are restraints, am

14   I correct.

15   A    Yes, handcuffs, yes.

16   Q    Handcuffs.

17           Do you know the name for this item that appears

18   around your neck?

19   A    I'm not sure what that is.

20   Q    Is that something called an O-ring?

21   A    I can't tell from the picture if that's part of my collar

22   that I'm wearing or I'm not sure.

23   Q    Is it a portion of your collar which can be used to

24   fasten you to a wall for purposes of restraint?

25   A    No, I didn't have a collar that anything I could attach

Jodi - Cross/Mr. Sercarz                    227

1   to a wall.

2   Q    Now, you mentioned that your relationship with this

3   second gentleman, this second BDSM relationship, was not a

4   very intense relationship, am I correct?

5   A    Not as intense as the one with Mr. Marcus.

6   Q    And, it did not involve the infliction of any pain; is

7   that correct?

8   A    No, that's not correct.  It did.

9   Q    In fact, I'd like to show you an enlarged version of what

10  has been marked as Defendant's Exhibit A-4 and ask you whether

11  this is either a large beer or wine bottle being used to

12  penetrate your vagina?

13  A    It's a wine bottle.

14  Q    And, was this something that you engaged in during the

15  course of your relationship with this second gentleman?

16  A    Yes.

17  Q    And, by way, what is his name or his e-mail or screen

18  name?

19  A    Irving.

20  Q    What did you call him?  Did you used to call him Master

21  Irving or something along those lines?

22  A    Master.

23  Q    And, finally, I would like to show you an enlarged

24  version of what has been offered into evidence as Exhibit A-5

25  and ask you whether or not you are wearing a collar in this?

1  A     Yes.

2  Q     And, attached to the collar is another one of these

3  rings; is that correct?

4  A     Yes.

5  Q     Is that a ring which is used in the rituals of BDSM to

6  put a leash on someone or to attach them to a wall?

7  A     A leash or to attach your handcuffs to it or to a ball, I

8  suppose.

9  Q     Now, I notice that there are some speckles that appear on

10 your chest and on your stomach in this photograph, am I

11 correct?

12 A     Yes.

13 Q     Was that the result of having wax poured on your chest?

14 A     Wax dripped on my chest, yes.

15 Q     And would the same be true of your thighs?

16 A     Yes.

17 Q     And, all of this, again, was done by the gentleman named

18 Irving; is that correct?

19 A     Yes.

20 Q     Then, it would be fair to say, would it not, that at the

21 time that you went into the chatrooms in 1998 you had an

22 understanding of what BDSM was; is that correct?

23 A     Yes.

24 Q     And, you had an understanding of what it involved; is

25 that correct?

Jodi - Cross/Mr. Sercarz                              229

1    A      Yes.

2    Q      And part of what it involved was the infliction of pain,

3    am I correct?

4    A      Yes.

5    Q      And, the pain was inflicted for the mutual enjoyment of

6    both the person in the position of dominance and the person in

7    the position of submission; is that correct?

8    A      Yes.

9    Q      And, there were certain rituals that took place in the

10   context of BDSM for the infliction of this kind of intense

11   pain; is that correct?

12   A      I'm not sure what you mean by rituals.

13   Q      The collars were a ritualistic sort of garb or clothing

14   that was worn; is that correct?

15   A      I don't know if it was ritualistic, but it was used at

16   times, not all the time.

17   Q      The use of wax was not peculiar just to Master Irving and

18   you knew is that; is that correct?

19   A      Yes.

20   Q      The use of restraints was not unique to Master Irving and

21   you knew that.  Isn't that correct?

22   A      Yes.

23   Q      When the relationship with Master Irving had run its

24   course, what happened?

25   A      I met Glenn Marcus.

1  Q     Did there come a time when you left the relationship with
2  Master Irving?
3  A     Yes.
4  Q     How did you manage to get up the wherewithal and leave
5  that relationship?
6  A     He was moving out of state.
7  Q     So that I understand you, and I don't want to
8  mischaracterize it, the impetus for the ending of that
9  relationship was the fact that he was moving away; is that
10 correct?
11 A     Yes.
12 Q     You would have remained in the relationship otherwise?
13 A     It's hard to predict, but that was the reason that that
14 relationship ended.
15 Q     Was the relationship satisfying to you?
16 A     While I was in it, it was.
17 Q     Would it be fair to say, then, that at the time that you
18 were engaged in the relationship with Master Irving you were
19 drawn to the infliction of pain?
20 A     Yes.
21 Q     You were drawn to the sensation of being in fear?
22 A     Within boundaries, yes.
23 Q     And, you were drawn to the sensation of having someone
24 else be entirely in control?
25 A     Yes.

Colloquy                                    231

1          MR. SERCARZ:   Your Honor, perhaps given the hour,

2    this would be an appropriate place to stop.

3          THE COURT:   That's fine.

4          Ladies and gentlemen, we will break for the evening.

5          A couple of things in terms of tomorrow's schedule,

6    there may be an inch or so of snow in the morning so my plan

7    is to start at 10 o'clock instead of 9:30 to give you extra

8    time to get there.   If there is any more disastrous weather

9    overnight, Dennis will be in touch with you by telephone with

10   a new and different plan.

11         If this goes forward, what we'll do is start at

12   10 o'clock; we will break for lunch, but we will order your

13   lunch for you here in the courthouse so you don't have to go

14   outside.   We'll probably have a 45-minute lunch.

15         And as to when you leave that is going to depend on

16   the weather if the weather is bad we will certainly let you go

17   much earlier.

18         Please don't talk about the case.   Make every effort

19   to prevent being exposed to any possible media be it

20   television, radio, print media and have a lovely evening.

21         (Jury exits courtroom.)

22         THE COURT:   You can step down.

23         (Witness leaves the witness stand.)

24         THE COURT:   Are there any matters that we need to

25   address?

Colloquy                                    232

1          MS. CHEN:  I think not, shockingly, Your Honor.

2          MR. SERCARZ:  I think we're all right for the

3   moment.

4          THE COURT:  Very good.

5          How long do you think the cross will be tomorrow?

6   The whole day?

7          MR. SERCARZ:  I'm never that long.

8          (WHEREUPON, the proceedings were adjourned to

9   February 14, 2007, at 9:30 a.m.)

10

11                            *   *   *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>INDEX</u>

WITNESS:                                                                           <u>PAGE:</u>

 JODI

              DIRECT EXAMINATION BY MS. CHEN              69
              Government's Exhibit 2-C was received        80
              in evidence
              Government's Exhibit 12 was received in     130
              evidence
              government Exhibit 14 received in           138
              evidence
              Government's Exhibit 17 was received in     143
              evidence
              Government Exhibit 25                       157
              Government's Exhibit 29 was received in     204
              evidence
              Government's Exhibits 30 and 32 were        205
              received in evidence
              Government's Exhibit 31 was received in     206
              evidence
              Government's Exhibit 35 was received in     214
              evidence
              CROSS-EXAMINATION BY MR. SERCARZ           214

* * * * *

<u>EXHIBITS</u>                                                   <u>PAGE:</u>

* * * * *

## $

**$2,000** [1] - 188:11
**$30** [1] - 145:14
**$400** [1] - 97:24

## '

**'91** [1] - 159:10
**'98** [1] - 76:13
**'99** [4] - 83:14; 124:23; 170:13, 16

## 0

**05-CR-457(ARR** [1] - 60:3

## 1

**1** [10] - 61:11, 14; 63:14; 66:11; 67:16, 20, 23; 101:3; 198:15
**10** [4] - 116:14; 195:4; 231:7, 12
**10019** [1] - 60:20
**1014** [3] - 80:16; 94:11, 14
**1015** [1] - 94:19
**1031** [1] - 146:5
**1051** [1] - 80:21
**11201** [1] - 60:16
**1125** [1] - 84:22
**1127** [1] - 85:6
**12** [4] - 129:3; 130:6, 8; 233:5
**1217** [1] - 122:2
**1219** [1] - 122:5
**1222** [1] - 122:22
**1223** [1] - 122:2
**1224** [1] - 122:2
**13** [3] - 60:8; 81:25; 134:11
**130** [1] - 233:5
**138** [1] - 233:6
**14** [6] - 135:1; 138:4-6; 232:9; 233:6
**143** [1] - 233:7
**15** [2] - 163:4; 193:25
**152** [1] - 60:19
**157** [1] - 233:8
**17** [6] - 139:16, 22; 143:22, 24; 222:9; 233:7
**1762** [1] - 156:3
**1770** [1] - 156:15
**18** [1] - 70:1
**1829** [1] - 152:20
**1830** [1] - 152:18
**1997** [1] - 69:19
**1998** [5] - 70:7; 72:25; 77:8; 210:3; 228:21
**1999** [7] - 98:18; 100:21; 109:6, 14; 146:9; 204:25; 207:2
**1:00** [1] - 164:12
**1:10** [1] - 169:15

## 2

**2** [11] - 61:12, 14; 63:14; 66:11; 67:16, 20, 24; 101:5; 198:15; 225:2
**2-C** [2] - 80:12; 233:4
**20** [1] - 105:25
**2000** [4] - 134:8; 155:7; 171:1, 12
**2001** [10] - 64:10; 151:12; 156:2; 159:11; 166:24; 172:6, 25; 212:9
**2002** [3] - 211:13, 21; 214:9
**2003** [3] - 176:20; 214:25; 217:2
**2004** [1] - 179:1
**2005** [4] - 80:6; 179:1; 195:22; 196:23
**2007** [2] - 60:8; 232:9
**204** [1] - 233:8
**205** [1] - 233:9
**206** [1] - 233:10
**214** [2] - 233:11
**22nd** [1] - 189:13
**23** [2] - 149:22; 185:7
**24** [2] - 86:2; 177:17
**24-hour** [1] - 188:13
**24th** [1] - 60:19
**25** [3] - 157:1, 9; 211:12; 233:8
**26** [1] - 180:10; 183:3, 6
**28** [5] - 180:10; 183:3, 6; 192:20
**29** [7] - 69:21; 203:22; 204:8, 12, 16, 18; 233:8
**299** [1] - 102:6

## 3

**3** [9] - 61:14; 66:17, 19, 21, 24; 67:4, 16, 21; 225:2
**30** [6] - 131:13; 205:7, 14, 16, 19; 233:9
**307** [1] - 101:17
**31** [4] - 206:7, 14, 16; 233:10
**32** [6] - 203:22; 205:7, 14, 16, 23; 233:9
**34** [1] - 213:5
**35** [6] - 211:12, 15; 213:22; 214:18, 20; 233:11
**374** [1] - 121:20
**3837** [2] - 197:4, 8
**3907** [1] - 187:7
**3909** [1] - 188:23

## 4

**4** [2] - 117:17; 225:2
**45** [2] - 163:22; 165:9
**45-minute** [2] - 195:6; 231:14
**487** [1] - 155:8

## 5

**5** [4] - 111:9; 116:11; 117:17; 225:2

**532** [1] - 167:9
**533** [1] - 167:12
**534** [1] - 167:18
**536** [1] - 167:23
**542** [1] - 151:16
**543** [1] - 151:21
**546** [1] - 152:8
**57th** [1] - 60:19
**5th** [1] - 192:20

## 6

**6** [2] - 111:9; 116:11
**60** [1] - 142:4
**613-2487** [1] - 60:22
**613-2694** [1] - 60:23
**69** [1] - 233:3

## 7

**718** [1] - 60:22

## 8

**8** [1] - 84:21
**80** [1] - 233:4

## 9

**9** [1] - 100:21
**9:30** [4] - 60:8; 195:4; 231:7; 232:9

## A

**A-1** [4] - 225:1, 10
**A-3** [2] - 225:1; 226:10
**A-4** [2] - 225:1; 227:10
**A-5** [2] - 225:1; 227:24
**a.m** [2] - 60:8; 232:9
**able** [13] - 61:13; 87:14; 102:2; 103:24; 104:22; 112:7; 115:7; 116:5; 163:18; 169:5; 198:20; 206:23
**absolutely** [3] - 158:7; 160:22; 184:7
**abstract** [1] - 62:4
**abuse** [2] - 217:18; 218:14
**abused** [4] - 216:2, 11; 217:4, 22
**abusive** [1] - 219:17
**access** [2] - 148:9, 12
**accessed** [1] - 144:12
**accompanied** [1] - 167:24
**accompanying** [1] - 199:4
**according** [3] - 81:23; 134:10; 186:5
**account** [1] - 65:4
**accurate** [8] - 62:16; 121:7; 204:12; 205:10; 206:10; 213:13; 214:10; 222:4
**accurately** [5] - 66:3; 80:3; 123:7; 152:25; 181:5
**Ack** [1] - 223:23

**acquaintance** [1] - 222:5
**acting** [1] - 221:9
**action** [4] - 71:3; 72:19; 132:15; 178:20
**activities** [6] - 72:9; 90:4, 22; 91:2, 5, 7
**acts** [3] - 64:16; 157:18; 208:13
**actual** [4] - 63:25; 83:6; 102:2
**addition** [1] - 190:21
**address** [1] - 231:25
**addressing** [1] - 190:19
**adjourned** [1] - 232:8
**adjust** [1] - 69:5
**administering** [2] - 90:7; 165:15
**admissible** [1] - 140:8
**admission** [15] - 63:21; 80:9; 130:6; 139:22; 140:15; 143:22; 157:9; 202:9, 12, 14; 204:16; 205:13; 206:14; 213:16; 214:18
**admissions** [1] - 62:21
**admit** [1] - 183:3
**admitted** [9] - 63:13; 65:8; 66:11; 101:3; 138:4; 181:14; 183:10; 213:21
**Admitted** [9] - 80:11; 130:7; 139:23; 143:23; 157:10; 183:5; 204:17; 205:15; 206:15
**Adults** [1] - 144:15
**adults** [1] - 146:2
**advertisements** [4] - 93:3, 5, 7; 150:13
**advertisers** [3] - 148:18; 149:2; 153:10
**advised** [1] - 216:10
**advocacy** [2] - 216:1, 18
**affect** [1] - 172:16
**affidavit** [1] - 132:19
**afraid** [18] - 78:21; 98:23; 116:24; 124:15; 125:11, 22; 133:6; 150:25; 158:7; 160:6; 161:9; 173:18; 174:11; 175:22
**Afraid** [1] - 125:12
**AFrisolone@aol.com** [1] - 60:23
**AFTERNOON** [1] - 170:1
**afternoon** [3] - 170:5; 193:25
**afterwards** [5] - 77:21; 152:4; 155:25; 175:10; 206:23
**Afterwards** [1] - 165:18
**age** [4] - 148:3, 7, 11
**Agent** [6] - 66:14; 179:15, 25; 215:17, 23; 216:19
**agent** [4] - 131:3; 140:15; 179:23; 215:15
**agents** [2] - 218:22; 219:10
**agree** [6] - 64:24; 65:14, 16; 78:21; 79:2; 179:19
**agreed** [4] - 63:8; 134:3; 141:12; 161:10
**agreement** [4] - 67:6; 193:13, 17; 202:8
**ahead** [5] - 73:8; 120:8; 173:25; 214:4; 224:18
**aid** [2] - 181:12; 183:17
**aided** [1] - 60:25
**aids** [1] - 183:4

**alert** [1] - 63:20
**alerted** [1] - 71:16
**alive** [1] - 138:20
**allegations** [1] - 217:18
**allege** [2] - 132:22; 199:12
**alleged** [1] - 132:23
**alley** [1] - 175:5
**allow** [11] - 74:20; 81:9; 92:4; 109:16, 18; 111:19; 113:16; 114:13; 135:12; 138:19
**allowed** [28] - 83:25; 84:2; 86:15; 87:9-11; 88:9; 89:12; 91:25; 97:16; 109:20; 111:13; 112:11, 25; 113:5, 9; 115:17; 120:1, 15, 21; 135:5, 11; 138:10, 25; 172:22; 209:9
**allowing** [2] - 102:11; 115:15
**ALLYNE** [1] - 60:11
**almost** [3] - 85:8; 105:5; 163:21
**alone** [1] - 175:15
**Alone** [2] - 165:6
**alongside** [1] - 113:7
**alternate** [1] - 70:4
**amazing** [2] - 75:7; 91:21
**AMERICA** [1] - 60:3
**and..** [1] - 114:16
**and...OMG** [1] - 120:7
**and...water** [1] - 121:3
**anger** [1] - 125:13
**angry** [5] - 86:10; 99:2; 125:22; 154:6; 155:20
**animal** [1] - 78:13
**ankle** [1] - 118:9
**ankles** [5] - 118:11; 162:5, 10; 164:24; 165:25
**Anne** [1] - 199:5
**answer** [4] - 88:23; 163:3; 190:12, 16
**answers** [1] - 88:22
**Anthony** [1] - 60:21
**anus** [1] - 95:19
**AOL** [2] - 73:1; 204:1
**apartment** [24] - 76:11; 77:10; 96:19; 97:5; 127:11, 24; 132:17; 141:18; 143:5; 149:4; 150:21; 154:7; 172:10, 12, 23-24; 173:6, 17, 22; 174:8; 175:1, 13, 20; 179:22
**apologies** [1] - 154:12
**apologize** [5] - 100:11; 163:20; 194:2; 198:24; 225:20
**appear** [6] - 85:10; 147:22; 152:12; 154:15; 225:23; 228:9
**appearance** [2] - 89:6; 196:11
**appeared** [1] - 186:14
**applaud** [1] - 226:12
**appreciate** [1] - 61:17
**approach** [19] - 79:14; 105:21; 128:25; 134:23; 136:4; 139:13, 24; 149:19; 156:23; 177:14; 180:7; 181:17; 188:1, 14; 197:17; 201:16; 203:19; 211:9; 213:3
**appropriate** [5] - 61:10; 62:7; 64:20; 216:10; 231:2

**April** [3] - 80:6; 151:12; 215:13
**argue** [2] - 66:2; 202:11
**argument** [2] - 65:24; 66:5
**arguments** [1] - 199:5
**arm** [2] - 98:21; 102:17
**arms** [5] - 99:23; 114:25; 118:10; 119:25
**aroused** [2] - 155:21; 156:10
**arranged** [2] - 134:2; 179:21
**arrested** [1] - 141:18
**arrive** [1] - 110:17
**arrived** [10] - 83:15; 99:12, 16-17; 103:21; 104:16; 110:15; 112:23; 144:21
**arrow** [1] - 189:2
**article** [1] - 73:4
**articulated** [1] - 201:14
**ashamed** [1] - 158:10
**aside** [2] - 84:9; 199:22
**asleep** [1] - 110:20
**aspects** [1] - 90:14
**aspire** [1] - 75:19
**ass** [1] - 119:25
**assessing** [1] - 136:1
**assist** [2] - 68:25; 226:5
**Assistant** [2] - 60:17; 217:11, 14
**assume** [1] - 141:6
**assumed** [1] - 66:7
**assuming** [2] - 140:2; 163:17
**assured** [1] - 75:7
**Ativan** [1] - 176:12
**attach** [7] - 96:25; 114:23; 118:8; 126:14; 226:25; 228:6
**attached** [12] - 104:18; 106:24; 117:20; 118:9, 11; 122:9; 132:5; 151:5; 162:5, 13; 228:2
**attaching** [1] - 116:6
**attempted** [1] - 67:15
**attempting** [1] - 207:23
**attending** [1] - 69:22
**attention** [4] - 80:14; 98:18; 122:2; 146:5; 187:1; 223:2
**attire** [1] - 113:1
**attitude** [1] - 148:5
**attorney** [2] - 169:8; 179:2
**Attorney** [3] - 60:14; 217:11, 14
**attorney's** [1] - 169:4
**Attorneys** [1] - 60:17
**Audiotape** [1] - 184:11
**audiotapes** [1] - 163:21
**August** [6] - 172:6; 211:13, 21; 212:9; 214:9
**aura** [1] - 198:6
**Austin** [6] - 179:14, 22; 185:15; 215:15
**authenticates** [1] - 61:11
**author** [1] - 62:22
**available** [3] - 144:9; 145:23; 168:4
**average** [1] - 153:8
**avoid** [1] - 169:3
**aware** [3] - 95:22; 128:4; 137:12
**awful** [3] - 103:9; 116:3; 118:19
**awkward** [1] - 97:9

# B

**baby** [3] - 126:25; 192:6
**baby-sitting** [2] - 192:6
**background** [2] - 67:18; 210:4
**backs** [1] - 178:4
**backside** [1] - 84:14
**bad** [2] - 195:14; 231:16
**badly** [1] - 165:13
**bag** [4] - 154:23; 156:8, 13; 171:7
**ball** [17] - 105:15; 106:11; 107:9, 17; 117:5, 14; 118:17; 120:23, 25; 122:11; 123:19; 124:10; 170:14, 17; 205:2; 207:20; 228:7
**ball-gag** [5] - 117:5, 14; 118:17; 120:23, 25
**ballet** [2] - 69:14; 76:21
**banded** [1] - 84:14
**banged** [1] - 162:2
**banging** [1] - 208:1
**banners** [1] - 93:7
**bar** [10] - 63:24; 137:1, 24; 140:1; 142:19; 182:1; 190:1; 191:4; 198:1; 202:1
**bars** [1] - 63:5
**based** [3] - 66:3; 207:15; 220:7
**basement** [10] - 155:13; 161:18, 21; 162:3; 164:15; 165:5, 20; 171:15; 193:12
**basis** [1] - 65:19
**bath** [4] - 99:5, 7; 100:17; 101:25
**bathroom** [6] - 112:13; 120:2; 132:9; 165:25; 166:1; 167:21
**bathtub** [1] - 112:13
**BDSM** [15] - 70:13, 16, 18; 71:4, 17; 74:17; 77:2; 220:1, 8; 221:24; 222:5; 227:3; 228:5, 22; 229:10
**beam** [2] - 162:3, 5
**bearing** [1] - 198:5
**beat** [3] - 106:19; 165:1
**beaten** [2] - 106:22; 108:24
**beating** [5] - 106:21; 113:12; 162:6; 164:20; 208:5
**beatings** [1] - 165:16
**beautiful** [2] - 78:3; 87:20
**beauty** [1] - 189:4
**became** [12] - 70:3; 84:1; 98:17, 20; 155:20; 165:14; 173:3, 7, 13; 219:23; 221:16; 224:5
**becoming** [1] - 98:13
**bed** [12] - 110:19; 111:3, 8, 12; 112:10; 113:20; 114:7; 119:16; 154:3, 19
**bedding** [1] - 154:6
**bedrock** [1] - 71:4
**bedroom** [17] - 96:23; 105:4; 106:23; 110:21, 24; 112:24; 114:22; 116:11, 17, 19; 119:15; 132:24; 152:4; 154:4; 166:11
**beer** [1] - 227:11
**BEFORE** [1] - 60:11

**beforehand** [1] - 103:11
**began** [10] - 97:11; 100:7; 155:18; 172:7; 173:9; 174:3; 175:18; 217:21; 218:1; 220:5
**begged** [1] - 114:12
**begging** [1] - 81:9
**begin** [2] - 113:16; 170:9
**beginning** [10] - 78:2; 92:15; 94:9; 102:1; 122:9; 178:14; 180:2; 186:13; 217:2
**begins** [1] - 61:4
**begs** [1] - 102:22
**begun** [1] - 218:13
**behind** [6] - 110:24; 113:19; 145:1, 22; 146:15; 151:13
**beliefs** [1] - 202:7
**belly** [1] - 207:16
**belong** [4] - 88:21, 25; 165:18
**belonged** [7] - 76:6; 77:22; 82:7; 83:22; 103:14; 177:12; 210:25
**belongs** [1] - 103:1
**belt** [1] - 113:2
**bench** [2] - 201:14, 16
**Berglas** [9] - 66:14; 179:14, 22, 25; 185:15; 215:15, 17, 23
**beside** [1] - 156:12
**best** [7] - 63:23; 78:13; 86:2; 117:25; 181:4; 188:8; 219:19
**better** [6] - 62:3; 103:13; 116:10; 169:11; 187:5; 211:3
**between** [8] - 67:16; 70:20; 93:16; 127:14; 128:8; 213:7; 226:2
**Between** [1] - 96:15
**beyond** [1] - 118:5
**big** [2] - 89:19; 113:3
**Bill** [1] - 150:7
**billing** [1] - 150:4
**billion** [1] - 116:14
**Bills** [1] - 153:3
**bills** [1] - 98:4
**binder** [18] - 79:15, 17; 80:10, 14; 84:20; 94:9; 100:20, 25; 102:25; 109:5; 123:6; 143:25; 151:11; 155:6; 166:23; 196:22; 218:8, 11
**binders** [3] - 79:13; 80:1, 13
**binds** [1] - 223:2
**birth** [2] - 209:7, 11
**bit** [9] - 72:7; 110:1; 113:13; 120:16; 174:12; 175:18; 179:5; 181:9; 187:16
**bitch** [3] - 88:5, 7; 210:24
**bitches** [1] - 111:9
**bizarre** [1] - 175:17
**blanket** [2] - 126:22; 154:8
**bleeding** [1] - 171:21
**Blockbuster** [1] - 188:11
**blood** [5] - 120:22; 122:16; 171:17, 23, 25
**blowing** [1] - 86:4
**blue** [1] - 221:13
**board** [7] - 106:24; 118:8, 10, 12; 119:14; 147:12

**body** [10] - 99:23; 103:1; 118:18; 119:23; 122:20, 24; 164:25; 210:17; 212:5
**bolster** [1] - 63:10
**bondage** [2] - 90:14; 118:8
**Bondage** [1] - 70:17
**book** [2] - 109:7; 212:17
**books** [2] - 201:5; 212:18
**bother** [1] - 188:14
**bottle** [2] - 227:11, 13
**bottom** [11] - 99:24; 101:21; 107:4; 117:18; 120:9; 123:5; 145:5; 187:8
**bought** [1] - 139:2
**bounce** [1] - 111:1
**boundaries** [1] - 230:22
**bowels** [1] - 110:18
**bowl** [1] - 89:19
**bowling** [1] - 175:5
**box** [18] - 127:18; 128:22; 139:19; 140:8, 21; 143:2, 9, 13, 16; 162:8; 174:19; 222:9, 12, 21, 25; 223:3
**boxes** [1] - 172:9
**brand** [4] - 85:3, 9; 86:2, 5
**branded** [2] - 84:11; 85:4
**branding** [1] - 207:18
**breadth** [1] - 215:21
**break** [18] - 105:17, 19, 25; 119:11; 159:23; 162:15, 17-18; 163:1; 164:9; 168:11, 16, 18; 193:23, 25; 195:9; 231:4, 12
**breast** [1] - 171:8
**breasts** [2] - 95:16; 147:13
**breathing** [1] - 107:6
**brick** [1] - 115:5
**bridge** [1] - 159:17
**brief** [3] - 162:17, 19, 21
**briefly** [2] - 126:21; 148:7
**bring** [13] - 76:20; 87:5; 93:8; 99:17; 119:14, 16; 163:5; 180:3; 206:20; 209:22
**bringing** [1] - 112:24; 164:6
**broke** [6] - 86:2; 107:2; 132:23; 164:14; 171:7, 15
**broken** [2] - 119:8; 168:13
**Brooklyn** [2] - 60:6, 16
**brother** [3] - 69:12; 172:10, 14
**brothers** [1] - 69:11
**brought** [5] - 106:23; 111:4; 135:25; 219:3, 6
**bruises** [1] - 208:16
**building** [1] - 154:7
**Bureau** [3] - 215:10; 216:19
**burn** [3] - 86:8; 99:3, 22
**burned** [2] - 98:21; 99:25
**burning** [2] - 100:10; 102:17
**burst** [1] - 86:6
**but....no** [1] - 116:24
**butt** [3] - 95:18, 21; 119:12
**buttocks** [1] - 84:15
**buy** [3] - 98:1; 133:20; 139:4
**BY** [15] - 60:16, 20; 69:2; 79:1; 101:11;

106:7; 143:1; 170:8; 195:20; 201:6; 203:2; 214:8, 22; 233:3, 12

# C

**cabbage** [1] - 89:12
**cage** [14] - 96:17; 125:1, 4-5, 8, 15-16; 126:3, 6-7, 12, 15, 22; 127:7
**caged** [1] - 89:13
**calm** [4] - 114:6; 115:23; 116:1, 21
**calmed** [1] - 114:18
**camera** [10] - 135:4, 6-7; 138:3; 139:2, 5-6, 8, 20; 140:7
**Candidly** [1] - 137:20
**cane** [1] - 111:5
**caned** [2] - 118:3; 122:21
**canes** [1] - 111:4
**caning** [1] - 117:19
**cannot** [6] - 64:24; 65:11; 113:15; 115:25; 116:7; 198:5
**capable** [1] - 124:18
**car** [5] - 98:5; 133:17; 161:10, 14
**care** [2] - 86:14; 217:3
**carefully** [1] - 222:21
**carve** [1] - 77:15
**carved** [5] - 76:23; 107:4; 123:5, 25
**carving** [3] - 118:13; 207:16; 208:10
**case** [5] - 62:14; 164:1; 176:18; 183:15; 231:18
**cat** [1] - 172:12
**catch** [1] - 188:9
**CAUSE** [1] - 60:11
**caused** [1] - 171:25
**caution** [2] - 63:8; 137:3
**CD** [1] - 192:23
**ceiling** [2] - 162:5, 11
**Celia** [16] - 74:6, 8; 76:17; 77:12; 78:14; 91:15; 105:2; 107:11; 108:17; 109:23; 129:19; 132:2; 204:5; 207:5; 209:24
**center** [3] - 61:20; 97:21; 176:6
**certain** [1] - 229:9
**certainly** [1] - 231:16
**chain** [1] - 226:1
**chained** [2] - 104:17; 129:15
**chair** [2] - 69:6; 162:8
**chance** [2] - 79:25; 110:9
**change** [5] - 67:10; 87:20; 102:19; 103:15; 195:14
**changed** [1] - 98:15
**charge** [4] - 67:5; 101:7; 145:12; 198:9
**charges** [1] - 101:7
**charismatic** [1] - 76:4
**chat** [5] - 74:13; 75:22; 204:1; 206:8; 213:7
**chatroom** [14] - 70:14; 73:1, 15, 17-19, 21, 23-25; 74:4, 14; 75:21; 204:23
**chatrooms** [7] - 70:11-13; 104:6; 220:5; 228:21
**chats** [2] - 204:2, 4

**chatted** [1] - 75:20
**chatting** [1] - 204:24
**check** [1] - 178:6
**checked** [1] - 72:11
**checklist** [1] - 220:20
**checks** [2] - 150:10; 178:4
**Chen** [16] - 61:4, 11; 63:20; 65:22; 68:14; 106:6; 135:23; 164:13; 169:7, 13; 170:7; 184:5; 187:6; 190:15; 217:21, 25
**CHEN** [146] - 60:16; 61:16; 62:9; 63:7, 15, 18; 64:1, 6, 21, 24; 65:3, 9, 13, 15; 66:6, 19; 67:5; 68:1, 5, 9, 15; 69:2; 79:1, 12; 80:9, 13, 19; 100:12, 23; 101:8, 11; 105:17, 21; 106:7; 128:25; 129:6; 130:5, 9; 131:1, 5; 134:23; 135:20; 137:5, 15, 19, 23; 138:1, 5; 139:13, 21; 140:10, 13, 20, 24; 141:3, 8, 17; 142:1, 4, 6, 17; 143:1, 21; 144:3; 145:4, 8; 149:19, 24; 154:12; 156:23; 157:8, 11; 162:15, 19, 21; 163:2, 11, 14, 20, 25; 164:5, 10; 168:10, 15, 22; 169:1, 3; 170:8; 177:14; 180:7; 181:7, 13; 183:2, 22; 184:7, 12, 15; 185:1; 187:7; 188:1, 4; 189:12; 190:2, 9, 19; 191:1; 192:19, 23; 193:22; 194:2; 195:10, 20; 198:8, 12, 24; 199:10, 15, 17, 21, 25; 200:5; 201:6, 16; 202:3, 16; 203:2, 19; 204:15; 205:13; 206:13; 211:9, 11; 212:24; 213:3, 16, 20, 23, 25; 214:2, 4, 8, 17; 221:17; 225:7; 232:1; 233:3
**chest** [3] - 228:10, 13
**child** [1] - 75:1
**Childcare** [1] - 97:20
**childhood** [1] - 210:5
**children** [2] - 144:15; 146:2
**chin** [1] - 122:15
**choice** [1] - 117:1
**choices** [1] - 159:16
**choke** [3] - 78:10; 156:19; 158:1
**choked** [3] - 78:8; 90:20; 156:14
**choking** [5] - 157:19; 158:3; 171:7; 203:10; 208:19
**choose** [1] - 74:25
**Christmas** [5] - 135:5, 9, 11, 14; 138:8
**church** [8] - 188:10; 189:16; 190:11; 192:1, 9, 12
**cigarette** [4] - 98:21; 99:3, 21; 102:17
**cigarettes** [3] - 99:23, 25; 133:20
**circles** [2] - 104:17, 19
**circuit** [1] - 142:10
**circular** [1] - 96:22
**circumstances** [4] - 131:21; 143:12; 155:11; 156:6
**claim** [2] - 62:21; 217:4
**claims** [1] - 217:22
**clamps** [2] - 95:16; 225:23
**clarify** [3] - 81:14; 144:25; 170:10
**clean** [1] - 99:7
**clear** [1] - 63:3

**CLERK** [2] - 169:10, 12
**click** [3] - 102:3; 146:21; 149:1
**clicked** [4] - 93:8; 121:25; 145:19
**clicking** [3] - 147:1; 148:25; 152:11
**clients** [1] - 212:17
**climate** [1] - 198:6
**clipped** [1] - 114:24
**clips** [1] - 116:6
**close** [5] - 112:17; 123:6; 151:5; 158:4; 201:5
**closed** [4] - 106:16; 112:19; 119:20; 207:24
**closer** [1] - 82:25
**cloth** [1] - 151:1
**clothes** [2] - 161:17; 210:14
**clothing** [3] - 73:4; 87:9; 229:13
**club** [5] - 175:6-8; 186:20; 188:19
**clues** [2] - 187:20
**coat** [1] - 72:18
**cock** [1] - 112:5
**coffee** [2] - 89:18; 150:22
**cold** [1] - 95:13
**collar** [7] - 99:18; 110:18; 226:21, 23, 25; 227:25; 228:2
**collars** [1] - 229:13
**colleague** [1] - 142:10
**Collectively** [1] - 170:6
**college** [4] - 69:16, 22; 70:8; 220:4
**comfortable** [1] - 220:21
**comic** [2] - 212:17
**coming** [14] - 62:8, 15, 20; 65:21; 66:15; 67:20, 23; 74:16; 96:8; 98:23; 137:2, 4; 169:5
**comment** [1] - 198:21
**comments** [3] - 197:13; 210:16; 212:5
**commingled** [1] - 218:17
**commit** [1] - 159:16
**commitment** [1] - 79:7
**community** [1] - 70:23
**company** [1] - 150:4
**compare** [1] - 123:14
**complainant** [2] - 61:4; 182:5
**Complete** [1] - 114:2
**complete** [1] - 110:10
**completely** [4] - 67:4; 108:24; 116:24; 165:14
**compliment** [1] - 77:24
**Complying** [2] - 80:18; 84:24
**composed** [1] - 147:16
**computer** [5] - 113:10; 115:19; 125:20; 144:9; 154:10
**Computer** [1] - 60:25
**computer's** [1] - 185:3
**Computer-aided** [1] - 60:25
**computerized** [1] - 60:24
**concept** [1] - 71:4
**concern** [4] - 61:17; 63:12; 197:14, 16
**concerned** [2] - 66:8; 138:18
**concerning** [1] - 64:3
**concludes** [3] - 182:11; 200:6; 202:17
**conclusion** [1] - 220:16

**condition** [1] - 200:2
**conduct** [1] - 77:2
**conference** [2] - 182:1; 202:1
**confused** [4] - 65:7; 127:16; 175:14; 198:22
**confusing** [2] - 66:17; 67:12
**connection** [2] - 113:6; 220:8
**consensual** [1] - 70:24
**consent** [3] - 63:8; 202:4
**consider** [9] - 62:1; 65:11; 66:16; 101:2, 6; 104:11; 174:23; 177:8; 201:3
**considered** [5] - 63:10; 64:25; 74:18; 89:4; 147:23
**considering** [1] - 159:18
**considers** [1] - 74:2
**Constantly** [1] - 157:7
**consultation** [1] - 215:3
**contact** [8] - 97:12, 15; 174:1, 12; 176:17, 24; 179:8; 211:5
**contacted** [1] - 125:20
**contain** [1] - 211:24
**contained** [3] - 80:1; 222:9; 223:3
**contains** [3] - 62:21; 100:25; 222:12
**contemplating** [1] - 208:14
**contents** [1] - 129:10
**Contest** [2] - 187:13; 188:14
**contest** [5] - 174:6; 186:18, 22; 187:11
**context** [5] - 182:6; 183:11; 198:21; 201:5; 229:10
**continually** [2] - 87:23; 103:9
**continue** [2] - 127:17; 132:18
**continued** [4] - 99:22; 164:20, 25; 172:21
**Continued** [12] - 130:13; 136:6; 137:25; 142:20; 169:17; 181:19; 184:19; 189:20; 191:5; 194:12; 197:19; 201:18
**continues** [1] - 199:18
**continuing** [1] - 176:13
**control** [6] - 174:2, 12; 176:25; 209:7, 12; 230:24
**conversation** [28] - 128:2, 6, 8; 177:12; 183:12; 185:19, 22; 186:13, 17; 189:13, 15; 190:5; 192:20; 193:2; 195:23; 198:1, 3; 200:1; 201:9; 204:7, 9, 13, 20; 205:20; 206:11, 17; 207:1; 213:14
**conversations** [12] - 75:23; 76:8; 183:9; 190:15, 17; 196:10; 205:8, 11, 18; 206:4; 215:23; 217:21
**convince** [5] - 103:19; 104:7; 116:9; 125:9; 139:4
**copy** [3] - 178:3, 8
**corner** [2] - 80:17; 118:12
**corporate** [2] - 153:20; 159:19
**correct** [65] - 62:9; 68:5; 80:21; 81:19; 95:1; 138:8, 23; 144:13; 145:10, 23; 146:12; 149:25; 152:16; 168:2; 177:4; 180:22; 196:3; 204:10; 214:15; 215:1, 7, 11, 24; 216:2, 12, 15, 23, 25; 217:5, 8, 12, 15, 18, 23; 218:2, 15; 219:17, 21;

220:17; 221:7, 13, 16; 222:13, 19; 224:6; 225:18, 25; 226:3, 6, 14; 227:4, 7-8; 228:3, 11, 18, 22, 25; 229:3, 7, 11, 14, 18, 21; 230:10
**Correct** [2] - 196:4; 215:18; 222:2
**corrected** [1] - 102:23
**correctly** [1] - 224:2
**corroborate** [1] - 62:2
**corroborating** [4] - 64:25; 65:3, 9, 12
**costumes** [2] - 221:4; 225:13
**counsel** [1] - 129:7
**counseling** [2] - 176:5; 216:4
**count** [4] - 61:25; 64:15; 198:16; 199:14
**Count** [11] - 61:14; 66:16, 19, 21, 24; 67:4, 16, 21; 101:3, 5
**counter** [1] - 166:1
**countless** [2] - 218:5; 219:10
**country** [2] - 69:9; 172:11
**counts** [4] - 61:9; 62:4, 17; 202:10
**Counts** [5] - 61:11, 14; 63:13; 66:11; 67:16, 20, 23; 198:15
**couple** [6] - 64:11; 72:22; 87:14; 163:17; 175:3; 231:5
**course** [6] - 113:1, 15; 117:25; 188:10; 227:15; 229:24
**Court** [7] - 60:21; 61:18, 22; 66:5; 67:11; 194:2
**COURT** [151] - 60:1; 61:15; 62:7, 13, 24; 63:2, 13, 16, 19; 64:3, 19, 22; 65:1, 7, 11, 17; 66:9, 12, 17, 23; 67:1, 13, 22; 68:3, 8, 14, 23, 25; 73:8; 78:25; 80:11; 100:22, 24; 105:18, 24; 106:6; 129:1, 8; 130:7, 11; 134:24; 135:19, 22; 136:5; 137:4, 14, 17, 20; 138:4; 139:14, 23, 25; 140:2, 9, 12, 22; 141:2, 11, 16, 22; 142:3, 5, 11, 16; 143:23; 145:7; 149:20; 154:13; 156:24; 157:10, 13; 162:17, 20, 22; 163:1, 8, 12, 19, 24; 164:3, 6, 9, 13; 168:17, 25; 169:2, 4, 7, 11, 13; 170:5, 7; 177:15; 180:8; 181:11, 18; 182:8; 183:5, 8; 184:5, 10, 14, 17; 185:5; 188:3; 189:19; 190:6, 8, 22; 191:3; 193:24; 194:8, 10; 195:1, 12; 196:8; 197:18; 198:10, 13, 23; 199:13, 16, 20, 22; 200:3; 201:2, 17; 202:9, 13; 203:20; 204:17; 205:15; 206:15; 211:10; 212:25; 213:4, 19, 21, 24; 214:3, 7, 19; 221:19; 223:10; 224:18, 20, 23; 231:3, 22, 24; 232:4
**court** [8] - 61:1; 130:12; 135:24; 183:1; 184:11; 201:1; 203:1
**Court's** [2] - 130:9; 157:11
**courthouse** [2] - 219:7; 231:13
**Courthouse** [1] - 60:5
**COURTROOM** [7] - 68:7, 12, 17, 22; 106:4; 170:3; 195:17
**courtroom** [16] - 68:13; 73:2; 105:20; 106:5; 162:24; 163:10; 164:11; 168:20; 170:4; 194:1; 195:18; 218:2, 5; 219:3, 6; 231:21

**covered** [1] - 178:14
**covers** [1] - 110:23
**crawl** [3] - 99:18; 111:12; 165:24
**crawling** [1] - 110:24
**create** [2] - 93:12; 143:14
**created** [1] - 92:21
**creative** [1] - 187:18
**credits** [1] - 70:1
**crept** [1] - 114:1
**CRI** [1] - 60:21
**cried** [1] - 157:25
**CRIMINAL** [1] - 60:11
**critical** [1] - 210:10
**crops** [1] - 154:4
**CROSS** [2] - 214:21; 233:12
**cross** [3] - 65:23; 194:7; 232:5
**CROSS-EXAMINATION** [2] - 214:21; 233:12
**cross-examination** [1] - 65:23
**crying** [12] - 83:19; 100:6; 107:19; 150:24; 151:4, 20; 155:17, 19; 161:15; 162:4, 12
**CSR** [1] - 60:21
**CSR-R** [1] - 60:21
**cuff** [1] - 113:19
**cuffs** [2] - 114:23; 118:9
**cum** [1] - 111:19
**Cunt** [1] - 88:5
**cunt** [3] - 120:5; 165:18
**curious** [1] - 70:3
**cut** [6] - 74:25; 89:19; 118:18, 20; 120:9; 151:25
**cutting** [1] - 118:24

## D

**D.C** [2] - 133:22; 213:10
**daddy** [2] - 161:24
**dais** [1] - 218:9
**Dan** [1] - 217:11
**dance** [3] - 76:22; 175:8
**dancing** [1] - 132:8
**date** [2] - 186:7; 211:20
**dates** [11] - 147:22; 215:14; 218:15, 23
**days** [7] - 76:15; 87:7; 98:24; 102:12; 109:18; 210:1; 226:11
**dead** [1] - 158:3
**dealing** [3] - 62:16; 121:18
**death** [3] - 201:11; 203:4
**decide** [6] - 76:8; 77:5; 78:16; 93:17; 102:20; 173:23
**decided** [6] - 78:19; 102:16; 108:19; 124:21; 138:18; 159:6
**decides** [2] - 103:2; 108:15
**deciding** [2] - 132:13
**decision** [2] - 159:13, 25
**deep** [1] - 112:8
**defeated** [1] - 124:14
**defecate** [2] - 99:7; 102:1
**defendant** [10] - 73:15; 74:13, 22;

75:4, 20; 86:23; 157:5; 164:16; 182:7; 183:12

**DEFENDANT** [1] - 106:2

**Defendant** [3] - 60:9, 18; 61:2

**Defendant's** [5] - 223:8, 11; 224:25; 225:2; 227:10

**defendant's** [1] - 73:9

**defense** [3] - 66:7; 129:7; 213:17

**definitely** [1] - 111:6

**deliver** [1] - 212:17

**demanded** [1] - 175:11

**Dennis** [6] - 164:6; 168:23; 169:1; 195:12; 231:9

**departed** [1] - 219:20

**depended** [4] - 87:2; 90:9; 96:18; 153:10

**depict** [3] - 122:11; 123:7; 152:25

**depicted** [1] - 156:18

**depiction** [1] - 206:10

**depressed** [4] - 98:11, 20; 103:10; 159:14

**DEPUTY** [7] - 68:7, 12, 17, 22; 106:4; 170:3; 195:17

**describe** [17] - 61:19; 62:3; 71:22; 75:16; 78:14; 86:3; 98:9; 101:24; 111:17; 113:16; 143:12; 147:11; 150:19; 154:2; 155:10; 187:22; 204:19

**described** [11] - 75:17; 121:23; 146:8; 151:14; 167:15; 171:6; 179:10; 205:3; 215:20; 218:19; 220:19

**describing** [3] - 73:4; 164:14; 171:15

**deserve** [1] - 87:24

**deserved** [1] - 104:14

**design** [1] - 141:10

**desperately** [1] - 177:1

**detail** [1] - 215:14

**detective** [1] - 138:17

**determined** [1] - 187:20

**device** [2] - 179:23; 196:2

**dialogue** [1] - 190:17

**diaries** [29] - 61:19; 62:8; 63:10, 13; 64:11; 65:1; 66:12; 68:4; 91:10, 18; 92:2, 11; 100:25; 121:15; 147:17, 20-21, 25; 148:1; 149:15; 163:25; 174:3; 185:20; 186:2; 212:8, 11; 218:25

**diary** [24] - 63:22; 64:9; 91:9; 100:18; 101:14; 102:9; 109:3, 9, 14; 121:5; 151:9, 14; 166:21, 25; 167:2, 24; 185:25; 186:7, 10; 211:18, 20, 24; 214:9

**die** [2] - 201:10; 203:6

**diet** [4] - 89:11; 96:12

**difference** [1] - 147:22

**different** [15] - 64:4; 67:5; 75:25; 80:4; 82:4; 89:2; 90:6; 97:11; 187:23; 188:7; 204:4; 207:10; 231:10

**Different** [1] - 74:15

**differently** [1] - 207:4

**differs** [1] - 183:18

**difficult** [2] - 62:23; 111:17

**digital** [3] - 135:6; 139:20

**direct** [9] - 78:23; 101:17; 143:25; 146:5; 156:2, 15; 187:1; 194:6; 223:2

**DIRECT** [2] - 69:1; 233:3

**directing** [3] - 98:18; 122:2, 5

**Directing** [1] - 80:14

**directly** [2] - 128:8; 199:5

**disappointing** [1] - 103:10

**disastrous** [1] - 231:8

**discipline** [1] - 70:17

**discovered** [1] - 127:9

**discuss** [6] - 63:24; 138:12, 15; 185:14, 20

**discussed** [3] - 199:4, 6; 216:18

**discusses** [1] - 187:11

**discussing** [3] - 186:18; 206:21; 219:12

**discussion** [2] - 186:14; 213:7

**discussions** [1] - 213:17

**disobedient** [11] - 86:10; 87:24; 110:5, 14; 114:3, 9, 11; 115:10, 12; 120:5; 207:12

**disorder** [1] - 210:6

**distinction** [1] - 67:15

**distinguish** [3] - 61:8, 13; 67:20

**distinguishing** [1] - 189:4

**DISTRICT** [3] - 60:1, 12

**District** [2] - 60:15; 217:15

**divided** [1] - 93:16

**DMS** [2] - 70:13

**doctor** [3] - 86:12, 15

**doctored** [2] - 123:10; 141:9; 152:22

**document** [12] - 80:23, 25; 81:3, 8, 14; 82:1; 94:14; 101:12; 102:7; 177:19, 22; 187:2

**documents** [3] - 178:7; 180:25; 203:23

**dog** [4] - 86:3; 99:18; 125:5

**Dog** [1] - 74:8

**Dogg** [3] - 88:7; 111:3; 117:4

**dogg** [8] - 113:19, 21; 116:19; 117:5; 118:12; 119:1, 14, 16

**doggie** [18] - 74:9; 75:6; 91:11; 112:13, 24; 113:19; 114:22, 24; 115:2, 18, 23; 118:7, 24; 119:8, 12, 18, 20; 120:17

**Doggie** [3] - 88:7; 112:14; 116:3; 118:9; 119:9

**dogs** [1] - 83:5

**Dominance** [1] - 70:15

**dominance** [1] - 229:6

**dominant** [3] - 70:21; 71:5, 11

**done** [14] - 75:8; 99:4; 103:2; 107:7; 116:15, 18, 20; 120:1; 132:22; 154:24; 198:23; 208:21; 215:4; 228:17

**door** [3] - 105:5; 106:23; 137:8

**double** [1] - 184:1

**down** [37] - 61:7; 72:8; 78:15; 89:18; 105:4; 106:23; 108:24; 110:19; 111:2, 12; 113:20; 114:7, 19; 115:23; 118:3; 126:1, 11; 134:14; 147:12; 154:3; 161:7, 18-19; 162:22; 165:22; 174:24; 177:3, 10; 179:3; 186:19; 187:5, 8, 20; 188:20; 195:1; 223:9; 231:22

**downstairs** [2] - 154:7; 161:10

**Dr** [2] - 216:14, 25

**drawing** [1] - 119:24

**drawn** [3] - 230:19, 21, 23

**dress** [1] - 225:14

**dress-up** [1] - 225:14

**dressed** [3] - 87:17; 89:25; 113:1

**dressing** [1] - 221:9

**drink** [2] - 87:10; 175:18

**dripped** [1] - 228:14

**drive** [1] - 87:4

**driveway** [1] - 161:14

**drove** [1] - 86:13

**drug** [1] - 103:21

**drugs** [1] - 176:15

**DS** [1] - 71:17

**duct** [1] - 126:15

**duly** [1] - 68:19

**during** [45] - 72:14; 76:18; 77:13, 17; 78:10; 87:17; 89:22, 25; 90:6; 98:16; 100:5; 106:20; 107:18; 108:5; 118:16, 20; 120:23; 123:4, 8, 13; 128:2, 6; 140:25; 146:8; 148:23; 151:16; 153:21; 155:21; 156:10, 16, 21; 157:24; 165:11; 171:21; 177:11; 185:19; 190:11; 199:19; 201:9; 204:19; 208:22; 209:7; 212:14; 227:14

**During** [8] - 91:8; 107:6; 122:8; 153:24; 166:8, 14; 176:1; 192:8

## E

**E-mail** [1] - 60:23

**e-mail** [2] - 82:19; 227:17

**earlier...even** [1] - 117:8

**early** [2] - 195:9; 215:13

**earn** [1] - 97:23

**earnings** [1] - 97:25

**easiest** [2] - 67:19; 112:1

**EASTERN** [1] - 60:1

**Eastern** [2] - 60:15; 217:15

**easy** [1] - 102:9

**eat** [3] - 87:10; 89:12, 20

**eating** [1] - 210:6

**ed** [1] - 132:6

**edit** [3] - 64:18; 81:6; 91:12

**editor** [1] - 62:22

**effect** [2] - 128:10; 173:1

**Effexor** [1] - 176:12

**effort** [1] - 231:18

**eight** [1] - 148:22

**Eighty** [1] - 95:4

**Eighty-two** [1] - 95:4

**Either** [2] - 87:4; 96:16

**either** [12] - 61:22; 63:24; 69:6; 91:11; 96:2, 8, 10; 110:10; 146:2; 179:8; 192:7; 227:11

**elderly** [1] - 127:19

**element** [1] - 65:21

**elicited** [1] - 202:5

**eliciting** [1] - 135:23
**Elmo** [1] - 224:17
**embarrassed** [1] - 175:17
**emptied** [1] - 110:18
**encounter** [1] - 71:14
**End** [3] - 137:24; 142:19; 191:4
**end** [6] - 116:2; 131:11; 172:25; 193:2; 195:7; 219:15
**ended** [3] - 109:22; 120:24; 230:14
**ending** [1] - 230:8
**endure** [2] - 193:4, 6
**enema** [2] - 99:6; 126:13
**enforcement** [2] - 218:22; 219:11
**engaged** [3] - 77:2; 227:14; 230:18
**engaging** [1] - 67:8
**enjoyment** [1] - 229:5
**enlarged** [11] - 102:3; 122:3; 152:18, 20; 168:1; 224:16; 225:4, 9; 226:9; 227:9, 23
**enter** [2] - 144:22, 24
**Enter** [1] - 145:19
**entering** [1] - 226:6
**enters** [5] - 68:13; 106:5; 164:11; 170:4; 195:18
**entire** [8] - 87:17; 99:23; 161:12; 166:19; 180:16; 198:19; 207:14; 208:22
**entirely** [1] - 230:24
**entitled** [2] - 101:23; 202:8
**Entrance** [1] - 144:1
**entrance** [2] - 144:3; 146:21
**entry** [4] - 63:22; 109:7; 214:9; 218:11
**ephemeral** [1] - 62:14
**equipped** [1] - 96:19
**erroneously** [1] - 94:11
**escaped** [3] - 125:2, 15, 17
**especially** [4] - 66:22; 133:5; 158:8; 209:21
**ESQ** [4] - 60:14, 16-17, 20
**estimate** [1] - 194:3
**evening** [3] - 188:12; 231:4, 20
**event** [4] - 64:8; 71:3; 100:5; 219:10
**events** [3] - 62:3; 65:13; 170:10
**eventually** [8] - 78:15; 125:15; 165:22; 173:9, 23; 177:7; 178:20; 179:11
**Eventually** [3] - 173:7; 176:3; 178:16
**everywhere** [3] - 99:23; 119:25; 120:7
**Everywhere** [1] - 100:1
**evicted** [2] - 132:17; 133:21
**evidence** [36] - 61:12; 63:4; 65:18; 66:24; 67:23; 80:12; 101:3; 130:8; 138:6; 141:12, 15; 143:24; 182:9; 183:7, 14, 20; 198:15, 19; 204:18; 205:17; 206:16; 214:20; 223:11, 16; 224:19; 225:3; 227:24; 233:4-7, 9
**evil** [1] - 210:25
**exact** [1] - 99:4
**exactly** [3] - 63:5; 67:18; 112:22
**EXAMINATION** [4] - 69:1; 214:21; 233:3, 12
**examination** [3] - 65:23; 78:23; 194:6
**examined** [1] - 68:20

**example** [2] - 62:15; 74:25
**examples** [2] - 74:22, 24
**except** [5] - 79:9; 83:17; 87:14; 98:8; 120:4
**excerpts** [1] - 192:24
**exchanged** [1] - 113:4
**excited** [3] - 91:24; 109:15, 17
**excitement** [2] - 110:3; 113:12
**exclamation** [2] - 223:21, 24; 224:1
**Excuse** [1] - 190:9
**excuse** [3] - 101:23; 192:2
**exercise** [1] - 137:3
**exhibit** [2] - 180:22; 213:2
**Exhibit** [47] - 80:12; 129:3; 130:6, 8; 135:1; 138:3, 6; 139:16, 22; 143:22, 24; 149:22; 157:1, 9; 177:17; 192:20; 204:8, 12, 16, 18; 205:7, 19, 23; 206:7, 14, 16; 211:12, 15; 213:5, 22; 214:18, 20; 222:9; 223:8, 11; 225:10; 226:10; 227:10, 24; 233:4-8, 10
**EXHIBITS** [1] - 233:14
**Exhibits** [9] - 180:10; 183:3, 6; 203:22; 205:14, 16; 225:1; 233:9
**exist** [2] - 82:8; 92:19
**existed** [1] - 124:6
**exits** [2] - 105:20; 231:21
**expect** [2] - 221:15, 22
**expectations** [5] - 94:20, 24-25; 95:5; 96:13
**Expectations** [2] - 94:6, 17
**expected** [2] - 167:7; 219:16
**experience** [5] - 72:10; 219:12; 220:1; 221:24
**experienced** [1] - 72:9
**experiences** [2] - 74:15; 76:6
**explain** [9] - 61:23; 70:18; 85:6, 13; 93:6; 94:18; 145:16; 148:7; 190:2
**explained** [2] - 179:5; 216:7
**exposed** [2] - 117:13; 231:19
**exposure** [2] - 221:6; 222:5
**express** [2] - 172:7, 21
**extend** [1] - 176:20
**extension** [1] - 128:1
**extent** [2] - 135:23; 182:6
**extra** [1] - 231:7
**extreme** [8] - 71:24; 74:24; 77:2; 83:8; 91:22; 117:7; 123:17; 173:3, 8; 207:8; 208:13
**extremely** [8] - 99:2; 109:17; 135:15; 138:18; 154:24; 165:13; 175:9, 23

### F

**face** [10] - 62:18; 99:7, 20; 102:1; 111:2; 113:20; 156:9; 178:12, 16
**Facsimile** [1] - 60:23
**fact** [5] - 78:20; 140:6; 212:8; 227:9; 230:9
**failed** [2] - 110:8; 205:5
**failing** [3] - 98:14; 206:20

**fair** [13] - 62:16; 199:15; 204:12; 205:10; 206:10; 213:13; 214:10; 218:6, 10; 219:13; 222:4; 228:20; 230:17
**fairly** [2] - 80:3; 181:5
**fairness** [1] - 66:7
**faith** [1] - 142:18
**fall** [2] - 72:25; 110:20
**family** [21] - 83:23; 84:1; 97:21; 104:25; 124:16; 128:17, 19; 135:5; 158:8, 21, 23; 159:2; 160:8; 174:5, 19; 210:4; 211:5, 25; 212:3
**fantasies** [6] - 82:11, 14, 20; 83:6
**fantasy** [3] - 82:22; 83:3; 158:2
**far** [4] - 67:17; 137:9; 158:5; 215:14
**fast** [3] - 89:21; 140:6; 149:15
**fasten** [1] - 226:24
**fat** [1] - 89:9
**father** [3] - 127:19; 130:3; 161:25
**FBI** [4] - 179:9, 11, 13
**fear** [14] - 77:5; 78:8; 114:2, 4; 115:5; 116:14; 117:7; 124:13, 20; 168:13; 198:6; 230:21
**Fear** [2] - 158:16; 170:24
**fearful** [2] - 158:18; 175:19
**fears** [1] - 78:5
**February** [6] - 60:8; 156:2; 192:21; 195:22; 196:23; 232:9
**Federal** [3] - 210:17; 216:19
**fees** [1] - 188:11
**feet** [11] - 99:24; 107:4; 111:14; 118:13; 123:5; 124:1; 140:6; 162:6; 165:11; 208:11
**fellow** [1] - 220:8
**felt** [38] - 76:4; 81:12; 88:14; 97:9; 98:14; 100:3; 103:9-11, 13; 104:14, 25; 108:24; 110:4; 111:1; 113:23; 117:8; 118:18; 119:19; 120:20; 124:14; 137:7; 158:9; 167:4; 168:13; 173:18; 174:1, 11; 175:15; 176:25; 188:17
**Fest** [1] - 147:23
**Fests** [1] - 147:21
**few** [8] - 89:24; 95:5; 98:10, 24; 112:15; 159:20; 170:9; 220:24
**figure** [4] - 131:3; 135:16; 143:15; 195:2
**filed** [2] - 132:16
**final** [1] - 62:22
**finally** [4] - 107:13; 114:12; 162:2; 227:23
**fine** [15] - 73:8; 105:18; 163:24; 168:25; 185:5; 190:6; 193:24; 194:10; 195:10; 199:21; 200:5; 213:19; 223:10; 231:3
**fingers** [1] - 114:19
**finished** [1] - 70:8
**fire** [1] - 100:4
**First** [1] - 137:10
**first** [45] - 68:19; 71:12, 14, 22-23; 72:7; 73:14; 75:3; 76:13; 77:14, 17; 78:10; 81:8, 19; 99:19; 101:7, 20; 102:8; 109:21; 111:5, 7; 112:2, 14;

113:4; 115:16; 120:23; 124:24; 129:16; 144:1, 7, 17; 146:20; 151:15; 158:10; 165:13; 173:12; 176:5; 186:14; 196:24; 202:10; 210:2; 213:11; 218:13; 221:21

**five** [7] - 105:19, 25; 106:17; 129:14; 162:23; 163:15; 168:19

**five-minute** [2] - 105:19, 25

**flagging** [1] - 191:1

**flash** [1] - 102:18

**flat** [2] - 106:24; 154:3

**flesh** [1] - 89:20

**floor** [5] - 72:1; 110:24; 112:25; 113:8; 115:18

**Floor** [1] - 60:19

**flute** [1] - 69:15

**focus** [1] - 225:8

**focused** [3] - 113:24; 115:3, 13

**focusing** [2] - 110:5, 13

**follow** [1] - 188:14

**following** [4] - 96:3; 137:1; 140:1; 190:1

**follows** [1] - 68:20

**Food** [1] - 133:20

**food** [1] - 96:12

**foot** [2] - 107:5; 118:21

**FOR** [1] - 60:11

**forbid** [1] - 190:12

**forced** [2] - 65:20

**forehead** [3] - 99:22; 119:25; 120:7

**forgive** [1] - 225:20

**form** [5] - 78:22; 82:16; 91:12; 177:13; 202:9

**formed** [1] - 84:13

**former** [1] - 109:19

**formulation** [2] - 61:10; 66:10

**forth** [1] - 127:16

**forward** [2] - 110:2; 231:11

**fought** [1] - 78:13

**foundation** [3] - 141:6, 20, 22

**four** [8] - 76:15; 87:7; 129:14; 144:25; 145:1, 6; 210:1

**fours** [1] - 99:19

**foyer** [1] - 161:16

**fragile** [1] - 223:5

**frame** [1] - 66:3

**free** [4] - 126:16; 144:23; 174:10; 186:25

**frenzy** [1] - 114:2

**frequent** [2] - 172:19; 173:3

**frequently** [3] - 89:3; 127:25; 176:23

**Friday** [1] - 67:11

**friend** [3] - 71:14; 83:24; 97:15

**friends** [4] - 109:20; 124:17; 159:20; 173:10

**friendship** [1] - 113:6

**friendships** [1] - 83:25

**frightened** [1] - 75:3

**Frisolone** [1] - 60:21

**front** [4] - 61:20; 117:19; 156:9; 212:3

**frustrated** [2] - 102:14, 21

**fuck** [1] - 111:25

**fucked** [6] - 111:16, 18; 112:2, 9

**full** [5] - 70:2; 86:20; 108:25; 139:19; 216:4

**fund** [3] - 108:15, 20

**future** [1] - 105:24

**fuzzy** [1] - 218:15

## G

**G-M-Y-O-U-R-G-O-D** [1] - 73:13

**G.M.'s** [1] - 120:5

**gag** [5] - 117:5, 14; 118:17; 120:23, 25

**garb** [1] - 229:13

**garment** [3] - 156:8, 13; 171:7

**gather** [1] - 181:11

**gathered** [1] - 131:24

**general** [4] - 64:7; 144:10; 145:25; 207:9

**generally** [3] - 77:17; 79:19; 204:19

**Generally** [1] - 205:18

**generically** [1] - 64:6

**genitals** [1] - 226:3

**gentleman** [9] - 217:10; 220:19; 225:11, 13, 15; 226:5; 227:3, 15; 228:17

**gentlemen** [8] - 100:24; 105:19; 135:22; 168:17; 183:8; 201:2; 222:4; 231:4

**Given** [1] - 224:19

**given** [10] - 87:11; 102:10; 145:9; 183:16; 189:17; 212:6; 216:11; 222:3; 231:1

**GLENN** [1] - 60:8

**Glenn** [67] - 71:21; 73:1; 74:12; 75:22; 76:17; 77:12; 79:8; 82:3; 83:16; 84:3; 85:15; 86:4; 88:15; 96:4, 8; 97:16; 98:13; 103:10; 104:8; 105:6-8; 125:2, 18; 127:10, 14-15, 25; 129:14, 19; 131:20; 132:17; 133:6, 17; 134:3, 5, 10; 135:4; 138:10, 18; 147:12; 153:16; 157:4; 160:1; 170:18, 21; 171:3, 5, 8; 172:7, 11, 22; 175:10; 179:17; 186:6; 192:15; 196:17; 204:5; 211:18; 212:13; 213:7; 214:24; 218:14; 223:14; 229:25

**Glenn's** [1] - 125:13

**GM's** [1] - 74:8

**GMYourGod** [1] - 73:11

**God** [11] - 73:18; 74:1, 4; 109:13; 188:10; 192:16-18; 204:23

**God's** [1] - 120:4

**godson** [1] - 127:20

**godsons** [1] - 161:3

**gorilla** [1] - 83:1

**gorillas** [1] - 82:23

**Government** [39] - 60:14; 61:5; 68:15, 19; 80:9; 129:3; 130:5; 134:25; 138:3, 6; 139:16, 22; 143:22; 149:22; 157:1, 9; 177:16; 180:10; 181:13; 183:3; 192:20; 198:18; 203:22; 204:12, 15-16; 205:7, 13-14; 206:7, 13; 211:12, 15; 213:5, 16,

21; 214:17; 222:9; 233:8

**government** [4] - 139:21; 143:21; 157:8; 233:6

**Government's** [15] - 80:12; 130:8; 143:24; 183:6; 204:18; 205:16; 206:16; 214:20; 233:4, 7

**government's** [1] - 142:13

**governs** [1] - 183:20

**gracious** [1] - 91:23

**graduate** [1] - 69:18

**graduated** [1] - 69:20

**graffiti** [2] - 120:3

**graphic** [1] - 225:20

**grateful** [17] - 64:13; 102:10; 110:11, 25; 111:15; 112:18, 21; 115:14; 117:22; 118:5, 14, 20; 120:12; 121:10

**gratification** [1] - 107:22

**gratified** [1] - 157:22

**gratifying** [3] - 90:23, 25; 166:17

**gratitude** [5] - 85:16; 110:13; 114:5; 115:13; 117:9

**great** [1] - 85:24

**greatly** [1] - 206:25

**group** [2] - 216:1, 18

**groups** [1] - 219:11

**grow** [1] - 69:9

**growing** [2] - 69:13; 210:5

**guarantee** [1] - 226:12

**guards** [1] - 93:21

**guess** [4] - 78:13; 142:1; 163:2; 184:12

**guidelines** [1] - 70:22

**gulped** [2] - 121:3

**gun** [1] - 65:25

**guy** [2] - 209:24

**gymnastics** [1] - 67:9

## H

**hair** [2] - 79:9; 87:16

**half** [5] - 80:25; 107:10; 163:23; 165:9; 194:5

**halfway** [1] - 188:19

**hand** [3] - 68:17; 80:16; 184:3

**handcuffs** [6] - 96:25; 104:18; 106:24; 126:14; 226:15; 228:7

**Handcuffs** [1] - 226:16

**Handing** [1] - 188:5

**handing** [1] - 181:9

**hands** [10] - 113:19; 116:6; 126:16; 150:20; 156:19; 162:4, 6; 165:11; 217:18; 218:14

**hanger** [2] - 72:18; 84:13

**hanging** [1] - 162:11

**happy** [8] - 91:23; 109:15; 110:25; 112:23; 113:16; 120:12; 121:12

**hard** [14] - 99:20; 106:20; 107:6; 112:4, 6, 10; 117:21; 118:1, 15; 159:20; 161:11; 189:3; 210:5; 230:13

**harm** [3] - 99:4; 128:17; 206:25

**hash** [1] - 184:1

**head** [18] - 65:25; 79:8; 83:16; 84:9; 97:9; 106:13; 111:23; 114:18, 25; 115:6; 118:1, 3; 154:24; 162:2; 184:13; 186:9; 208:1
**headphones** [1] - 181:10
**headsets** [2] - 183:23; 185:2
**health** [2] - 176:2; 216:10
**hear** [24] - 82:24; 116:19; 117:6; 127:21, 23; 131:17, 19; 140:3; 151:1; 162:1; 183:15, 19-20; 184:2, 4; 207:15, 18, 20, 23; 208:1, 4, 7, 10
**heard** [10] - 71:8; 118:11, 24; 119:7; 123:18, 22, 25; 132:3; 183:14
**hearing** [5] - 182:1; 183:18; 185:11; 198:1; 202:2
**hearsay** [1] - 61:20
**heart** [1] - 113:12
**heated** [1] - 84:14
**Heather** [2] - 91:15; 129:19
**heels** [1] - 113:2
**held** [4] - 154:24; 182:1; 198:1; 202:1
**hell** [1] - 100:3
**help** [9] - 81:5; 115:23; 119:20; 131:3; 176:15; 183:17, 21; 218:23, 25
**helped** [3] - 81:6; 91:12; 105:4
**helping** [1] - 61:7
**helps** [1] - 73:7
**herself** [2] - 99:4, 6
**hesitation** [1] - 87:13
**high** [2] - 113:2; 183:25
**higher** [1] - 148:25
**himself** [7] - 74:2, 18; 91:11; 92:4; 96:8; 128:8
**hiring** [1] - 138:16
**hit** [4] - 115:5; 132:23; 210:12, 14
**hitting** [2] - 117:21; 212:4
**Ho** [1] - 120:6
**hold** [3] - 78:14; 118:12; 126:21
**holding** [2] - 65:25; 162:10
**hole** [2] - 102:25; 120:6
**holes** [2] - 112:16, 20
**home** [19] - 117:24; 135:4, 9, 11-12, 14; 137:7, 11, 18; 138:8, 12, 19, 22, 25; 139:3; 179:18; 210:11
**Honor** [81] - 61:3, 16; 63:7, 18; 64:21; 66:6; 68:1; 78:22; 79:12; 80:19; 100:23; 101:8; 105:17, 21; 106:2; 128:25; 129:6; 130:5; 131:1, 5; 134:3; 135:20; 136:4; 138:2; 139:13, 21; 140:11, 20; 142:11, 17; 143:21; 145:4; 149:19, 24; 154:12; 156:23; 157:8; 162:15, 19; 163:2, 11; 168:10, 15, 22; 177:14; 180:7; 181:7; 183:2, 22; 184:12; 185:1; 188:1; 189:12; 192:19; 193:22; 194:2; 197:17; 198:8; 199:11, 15, 21; 200:1; 201:13, 16; 202:3, 16; 203:19; 204:15; 206:13; 211:9; 212:24; 213:3, 20, 25; 214:4, 17; 223:7; 224:17, 22; 231:1; 232:1
**HONORABLE** [1] - 60:11
**hood** [8] - 107:16; 113:20; 115:1;
117:5, 12; 119:9, 18; 126:13
**hooded** [1] - 107:16
**Hopefully** [1] - 67:10
**Horizon** [1] - 215:24
**hot** [1] - 86:3
**hotel** [2] - 129:15; 131:23
**hour** [7] - 107:10; 115:2; 163:22; 165:3, 9; 168:19; 231:1
**hour's** [1] - 194:6
**hours** [5] - 86:2; 87:15; 148:22; 218:5; 219:10
**house** [8] - 89:23; 129:21; 140:14, 17; 161:13, 16; 172:14; 210:14; 224:13
**housekeeping** [1] - 214:5
**hug** [1] - 113:3
**huge** [1] - 113:3
**hugged** [1] - 115:22
**humungeous** [1] - 112:5
**hundred** [2] - 153:9
**hundreds** [1] - 65:24
**hunt** [2] - 186:19; 187:20
**hurt** [3] - 75:4; 165:13
**hysterical** [5] - 116:1; 156:22; 161:8, 14; 164:22

# I

**I-Bill** [1] - 150:7
**I-Bills** [1] - 153:3
**idea** [8] - 63:9; 110:20; 119:21; 158:9; 164:22; 165:2; 178:2; 221:22
**identification** [3] - 73:6; 216:11; 223:8
**identify** [4] - 73:4; 216:1; 224:21, 24
**idiot** [1] - 117:1
**image** [3] - 102:3; 122:1; 154:10
**images** [6] - 65:2; 102:3; 139:8; 199:11, 23; 201:3
**immediately** [4] - 85:8; 111:19; 116:17; 124:12
**impact** [1] - 198:5
**impetus** [1] - 230:8
**implement** [2] - 95:18; 225:17
**important** [3] - 63:4; 70:24
**impose** [1] - 96:14
**imposed** [2] - 123:14; 150:16
**impression** [1] - 76:3
**IN** [1] - 67:16
**inch** [1] - 231:6
**incident** [41] - 101:15, 19; 103:8; 108:23; 109:9; 121:22; 122:3, 8, 23; 123:4, 8, 14; 124:9, 17; 151:14, 16, 22; 152:9, 16; 154:15, 21, 23; 155:22; 156:10, 16, 21; 157:19; 166:8, 14; 167:10, 13; 168:12; 170:14, 17, 20; 171:14, 21; 172:3; 205:2; 218:19
**incidents** [5] - 61:19; 157:24; 171:6; 210:18; 218:18
**Incidents** [1] - 218:17
**include** [2] - 80:6; 150:12
**included** [1] - 81:6
**including** [3] - 102:11; 103:1; 185:21
**income** [2] - 93:16; 212:20
**incomparable** [1] - 123:16
**increased** [1] - 124:19
**incredible** [1] - 112:7
**Indeed** [3] - 218:8, 13; 220:4
**indeed** [2] - 215:13; 217:2
**INDEX** [1] - 233:1
**indicate** [1] - 145:8
**indicated** [2] - 147:20; 222:15
**indoors** [1] - 188:14
**inflicted** [1] - 229:5
**infliction** [4] - 227:6; 229:2, 10; 230:19
**information** [3] - 174:7; 211:4; 212:6
**initial** [2] - 76:3; 108:5; 181:2
**initialed** [2] - 129:23; 180:22
**initials** [4] - 107:4; 123:5, 25; 208:10
**initiate** [2] - 180:4, 6
**injured** [1] - 75:12
**inkling** [1] - 221:24
**input** [1] - 93:12
**inquiries** [1] - 220:7
**inserted** [1] - 95:19
**inside** [8] - 99:25; 105:16; 106:12; 111:18; 112:8; 156:7; 161:16; 223:3
**insides** [1] - 111:1
**insofar** [1] - 100:24
**instance** [3] - 65:25; 210:13, 15
**instances** [3] - 153:24; 175:3; 216:22
**instant** [1] - 73:16
**instead** [3] - 168:24; 195:4; 231:7
**instruct** [3] - 182:8; 205:20
**instructed** [5] - 110:7; 126:22; 148:20; 149:9; 182:4
**instructing** [1] - 205:23
**instruction** [11] - 62:7; 63:3, 6; 64:19, 23; 66:5; 67:9; 94:21; 181:16; 198:11
**instructions** [3] - 63:17; 64:5; 179:25
**insurance** [2] - 98:6; 133:17
**intend** [1] - 61:18
**intends** [1] - 66:13
**intense** [8] - 72:7; 111:6; 117:7; 118:17; 227:4; 229:10
**intent** [2] - 202:3
**intention** [1] - 192:4
**interactions** [2] - 172:16; 173:1
**intercourse** [1] - 90:10
**interest** [1] - 204:23
**interested** [2] - 185:16; 190:4
**interesting** [1] - 65:15
**interests** [1] - 69:13
**interject** [1] - 62:6
**Internet** [2] - 144:12; 150:4
**interrupt** [1] - 163:3
**intoxicated** [1] - 175:9
**investigate** [1] - 138:21
**Investigation** [3] - 215:11; 216:19
**investigation** [1] - 179:16
**investigator** [2] - 137:6, 13
**invited** [1] - 73:18

**involve** [3] - 72:23; 90:14; 227:6
**involved** [26] - 70:25; 71:17; 72:4, 12; 170:18, 21, 23; 173:16; 189:9; 198:4; 202:6; 204:2, 4, 9; 205:8; 206:8; 207:5; 208:22; 209:2; 221:16, 18; 225:13-15; 228:24; 229:2
**involving** [3] - 124:9; 170:14; 204:7
**irrelevant** [1] - 67:4
**Irving** [8] - 227:19, 21; 228:18; 229:17, 20, 23; 230:2, 18
**Island** [1] - 75:15
**isolated** [1] - 175:18
**issue** [6] - 61:8, 20; 89:5, 15; 135:21; 190:20; 199:2, 16
**issues** [2] - 202:4; 211:24
**item** [1] - 226:17
**items** [3] - 147:1, 3; 226:13
**itself** [12] - 102:14, 16, 21; 113:22; 114:1, 3, 6; 115:7; 116:9, 20; 118:22
**Itself** [1] - 102:24

## J

**January** [6] - 83:14; 134:8; 170:13; 171:1, 12; 189:13
**Joanna** [62] - 74:6, 8-9; 75:9; 76:16; 77:12; 78:14; 81:6; 87:4; 88:6; 89:1, 22; 90:5, 7; 91:15; 92:22, 24; 93:12, 16-18; 95:9, 23; 96:12; 97:14, 17; 98:7; 99:2, 9, 17; 100:13; 105:5, 8; 106:8; 124:21, 24; 126:7; 127:3, 11; 128:9, 13, 24; 129:19; 131:14; 132:2, 10, 15; 133:2, 4, 8, 21; 134:12, 14; 149:21, 25; 171:3, 9; 204:5; 205:19; 206:4; 207:5; 213:7
**Joanna's** [2] - 76:11; 77:10; 78:17, 19; 86:20; 92:19; 93:20; 96:19; 98:10; 101:25; 128:19; 129:17, 21, 25; 130:3; 132:19; 144:21; 147:15; 161:3; 170:12; 192:11; 224:13
**job** [13] - 77:22; 93:18; 97:23; 118:23; 126:25; 133:13; 149:3; 150:16; 153:19; 159:19; 192:7; 212:14, 16
**Jodi** [52] - 68:15; 69:3, 7; 70:3; 79:17; 101:12; 103:4; 106:8; 107:14, 20; 109:23; 121:5; 129:2, 10; 131:6; 138:7; 139:15; 143:2; 144:4; 145:10; 146:7; 149:24; 151:13; 152:16; 153:3; 154:15; 156:16, 25; 157:15, 18; 158:6; 164:14; 168:12; 170:9; 180:9; 183:9; 185:10; 187:10; 189:15; 192:1; 193:2; 195:21; 201:7; 203:3, 21; 205:18; 206:17; 207:4; 211:14; 212:8; 213:2; 214:23
**JODI** [2] - 68:18; 233:3
**JOHNSON** [1] - 67:14
**joined** [2] - 93:10; 150:10
**joining** [1] - 148:17
**joke** [1] - 203:8
**jokes** [1] - 73:17
**joking** [1] - 173:13
**joy** [1] - 85:16
**joyous** [1] - 91:23

**JUDGE** [1] - 60:12
**Judge** [1] - 190:9
**judgment** [1] - 62:23
**jumping** [2] - 118:19; 159:18
**juncture** [3] - 199:8; 201:3
**June** [2] - 98:18; 100:21
**JUROR** [1] - 185:7
**jurors** [2] - 68:7; 195:5
**jurors's** [1] - 184:13
**jury** [30] - 61:3, 7, 13, 23; 62:18; 63:10; 66:2; 67:8; 79:13, 16; 80:13; 94:8; 152:14; 157:12; 164:7; 168:18; 169:2; 181:12; 182:2, 4; 183:4, 22; 198:2, 13, 21; 199:5, 22; 202:2; 222:4; 224:9
**JURY** [2] - 60:11; 170:6
**Jury** [11] - 60:12; 68:13; 105:20; 106:5; 162:24; 164:11; 168:20; 170:4; 194:1; 195:18; 231:21
**jury's** [1] - 65:5

## K

**keep** [13] - 83:25; 93:17; 95:19; 106:16; 118:22; 120:23; 123:20; 133:16; 150:25; 153:12; 162:22; 187:20; 209:25
**keeping** [2] - 87:25; 170:23
**kept** [11] - 89:12; 98:1; 114:2; 116:4; 117:15; 118:22; 154:5; 158:15; 161:25; 164:23; 222:18
**keyboard** [1] - 76:20
**kick** [1] - 162:9
**kicking** [1] - 87:16
**kill** [5] - 75:1; 127:19; 161:3; 203:14, 17
**killing** [1] - 203:10
**kind** [15] - 70:12; 91:12; 114:1, 18; 119:11; 125:4; 127:15; 128:23; 133:19; 149:13; 153:19; 158:9; 223:5, 23; 229:10
**kinda** [4] - 112:14; 113:25; 114:17; 120:3
**kinds** [5] - 77:13; 90:4; 94:5; 96:10, 14
**kitchen** [1] - 151:3
**Kleenex** [1] - 105:22
**kneel** [5] - 111:2; 112:9, 13; 113:8, 14
**knees** [1] - 111:23
**knife** [6] - 76:23; 89:14, 19; 107:3; 151:3
**knives** [2] - 77:1; 78:8
**knowledge** [1] - 181:4
**known** [1] - 75:18
**knows** [10] - 110:4; 113:14; 115:9; 117:21; 118:19; 119:6; 140:21
**Korte** [1] - 216:14

## L

**labeled** [4] - 80:15; 151:12; 155:7; 196:23

**labia** [1] - 150:23
**labor** [3] - 65:20; 101:5
**Ladies** [4] - 100:24; 183:8; 201:2; 231:4
**ladies** [4] - 105:19; 135:22; 168:17; 222:3
**laid** [4] - 110:19; 111:12; 141:7, 21
**language** [1] - 101:24
**large** [6] - 66:1; 84:13; 125:5; 162:13; 227:11
**larger** [2] - 122:1; 152:12
**last** [7] - 186:7; 187:21; 195:22; 213:2; 220:12, 23; 223:23
**lasted** [2] - 72:22; 220:14
**lastly** [1] - 123:2
**late** [1] - 188:11
**laugh** [1] - 223:19
**laughing** [1] - 114:17
**law** [2] - 218:22; 219:11
**lawyer** [7] - 174:17; 178:24; 214:23, 25; 215:3, 7, 9
**Layden** [1] - 199:5
**laying** [1] - 101:25
**leading** [1] - 78:24
**learn** [3] - 70:10; 124:24; 226:11
**learned** [1] - 91:12
**leased** [1] - 98:5
**leash** [6] - 99:19; 110:18, 23; 225:18; 228:6
**least** [6] - 62:16; 113:10; 148:22; 165:9; 174:12; 221:25
**leave** [36] - 105:1, 3, 14; 106:10; 108:1, 9, 17; 109:24; 124:9, 12, 24; 125:6; 127:3; 128:14; 131:5; 132:13; 133:3, 6, 8; 158:6; 159:7; 160:2, 5, 10, 12, 16, 18; 166:16; 193:9, 13; 230:4; 231:15
**leaves** [5] - 162:24; 163:10; 168:20; 194:1; 231:23
**leaving** [8] - 104:11; 133:2; 159:15; 160:23, 25; 172:3; 188:9; 205:19
**left** [12] - 107:9; 125:13; 134:12; 144:17; 147:8; 165:5, 8, 20; 196:18; 206:5; 217:20; 230:1
**legal** [2] - 132:15; 148:11
**legible** [1] - 111:11
**legitimate** [1] - 190:22
**legs** [5] - 111:22; 118:11; 119:19, 25; 226:2
**length** [2] - 145:10; 215:20
**less** [5] - 172:18; 173:3, 7
**letter** [2] - 67:12; 224:11
**letting** [1] - 192:5
**lie** [2] - 111:22; 113:20
**life** [9] - 69:24; 77:23; 108:17; 161:25; 175:12; 193:20; 201:11; 203:3
**lifestyle** [4] - 70:4, 10; 74:19; 221:25
**lifetime** [1] - 142:7
**lifted** [1] - 117:12
**light** [1] - 137:21
**likelihood** [1] - 137:10
**limb** [1] - 74:25

**limit** [2] - 63:22; 67:22
**limited** [7] - 189:17; 190:7; 220:1, 7, 9, 25; 221:6
**limiting** [6] - 63:6; 64:19, 22; 67:9; 181:15
**limits** - 63:3; 70:22; 74:20, 23; 202:12
**line** [1] - 81:8
**lines** [2] - 77:21; 227:21
**linked** [1] - 65:4
**links** [1] - 148:25
**lip** [2] - 106:16; 117:17
**lips** [8] - 106:16; 107:10; 117:14, 18; 120:18, 22; 122:13; 123:20
**list** [3] - 72:9; 82:14; 94:17
**listen** [1] - 102:8
**listened** [2] - 180:20; 195:23
**listening** [1] - 183:17
**lists** [1] - 149:1
**literally** [3] - 65:24; 100:3; 121:3
**live** [10] - 78:19; 86:20, 23; 132:18; 133:22; 134:5; 172:22; 186:21; 203:6; 223:15
**lived** [8] - 69:23; 75:14; 124:17; 153:21; 160:8; 174:7; 188:18
**living** [9] - 98:9; 107:8; 120:14; 129:17; 159:22; 171:9; 172:8; 210:14
**local** [2] - 188:10, 12
**lock** [3] - 126:6; 151:5; 152:6
**locked** - 126:22
**logical** [1] - 163:5
**logistics** [1] - 181:9
**logs** [2] - 204:1
**LOL** [5] - 223:18, 25
**longest** [1] - 159:14
**look** [14] - 62:18; 79:16; 80:13; 100:20; 101:18; 120:2; 163:14; 172:23; 184:1; 196:12; 222:21; 223:6, 12; 224:8
**lookalikes** [1] - 187:19
**looked** [5] - 120:3; 131:6; 147:18; 171:16; 222:23
**looking** [5] - 80:25; 110:2; 144:5; 187:18; 220:5
**Looking** [1] - 115:9
**looks** [3] - 120:11; 178:5; 195:8
**lose** [2] - 89:9
**losing** [1] - 89:21
**lost** [3] - 161:20; 189:2; 196:12
**loud** [2] - 161:23; 223:19
**lovely** [1] - 231:20
**lower** [3] - 80:16, 25; 106:16
**luck** [1] - 189:13
**lucky** [5] - 87:25; 112:12; 118:14
**lunch** [16] - 162:18; 163:1, 7, 13, 19-20; 168:18, 24; 169:9, 14; 184:8; 195:5; 231:12
**Luncheon** [1] - 169:16
**lying** [5] - 112:3; 118:10; 150:21; 154:3, 19

**M**

**Magnelli** [1] - 218:1
**MAGNELLI** [1] - 60:17
**mail** [3] - 60:23; 82:19; 227:17
**main** [3] - 145:19; 174:1; 202:4
**maintain** [2] - 176:17, 24
**maintaining** [2] - 174:12; 211:5
**majority** [1] - 148:24
**man** [2] - 71:23; 75:8
**man's** [1] - 131:17
**manage** [1] - 230:4
**managed** [5] - 92:23; 110:20; 112:15; 148:19
**March** [5] - 159:10; 166:24; 179:1; 214:25; 217:2
**MARCUS** [1] - 60:8
**Marcus** [169] - 62:21; 71:21; 73:1; 74:12; 75:14, 22; 76:3, 8, 17; 77:17; 78:4; 79:8; 81:21, 23; 82:3, 11; 83:16, 20; 84:3, 9; 85:15; 86:18; 87:19; 88:2, 15-16; 89:1, 22, 25; 90:4, 25; 91:16, 20; 92:4, 11; 93:11, 20; 94:2; 95:11; 96:10, 14; 97:1; 98:16, 22; 99:11; 100:7, 9; 104:16; 105:24; 107:25; 108:9, 20; 109:1; 122:25; 123:14; 124:9, 20, 25; 125:4, 18; 127:10, 25; 128:4, 18; 130:2; 131:20, 22; 132:14; 133:2, 18; 134:5, 10, 13, 15; 135:5, 10; 137:11; 138:10; 139:11; 145:12; 147:12; 148:14; 150:9, 15; 151:7; 153:7, 16, 22, 24; 155:18, 21; 157:20; 158:1, 6, 18, 22; 159:7; 160:9; 165:15; 166:19; 170:18, 21; 172:4, 7, 11, 17; 173:2, 5, 16, 21; 174:13, 20; 176:17; 178:2, 10; 179:18; 186:5; 189:6; 190:3, 11; 192:4, 8; 193:2; 195:21; 196:5; 197:11; 198:4; 201:8; 203:3; 204:5; 205:20; 207:4, 14; 208:23; 209:8, 17; 210:2, 18, 23; 211:4, 19, 25; 212:13; 214:24; 215:18; 216:8; 217:4, 18, 22; 218:15; 219:16; 221:12, 21; 222:1, 6, 16, 25; 223:14; 224:4, 11; 226:6; 227:5; 229:25
**Marcus'** [2] - 148:5; 185:2
**Marcus's** [12] - 79:21; 87:6; 89:22; 129:14; 143:19; 157:4; 171:8; 178:21; 202:4, 7; 208:14; 222:18
**mark** [1] - 189:4
**marked** [23] - 84:21; 100:21; 129:2; 134:25; 139:15; 149:22; 156:1, 25; 166:24; 177:16; 180:9; 203:21; 211:11, 14; 222:9; 223:8, 11; 224:25; 225:2, 5, 10; 226:10; 227:10
**marks** [3] - 122:20; 151:25; 184:1
**Mary** [1] - 199:4
**Maryland** [15] - 76:11; 77:10; 79:10; 82:10; 83:11, 15, 24; 84:5, 7; 87:19; 103:19; 170:12; 173:14; 208:15; 210:21
**Master** [12] - 110:23; 112:24; 114:22; 116:11; 119:15; 227:20, 22; 229:17, 20, 23; 230:2, 18

**master** [3] - 74:18; 91:22; 209:23
**Master's** [2] - 94:6, 17
**Mastercock** [3] - 111:13, 21, 24
**material** [1] - 100:25
**materials** [2] - 80:10; 128:18
**matter** [4] - 67:17; 98:11; 193:20; 214:5
**matters** [1] - 231:24
**MAURICE** [1] - 60:20
**Maurice** [1] - 214:23
**MAUSKOPF** [1] - 60:14
**mean** [11] - 93:22; 103:25; 109:12; 141:11, 19; 159:11; 201:12; 203:4; 207:11; 209:10; 229:12
**meant** [2] - 74:22; 206:24
**media** [4] - 159:3; 174:19; 231:19
**medications** [1] - 176:9
**Meesekite** [14] - 196:11, 13, 15, 17; 197:1, 6, 11; 200:1; 201:3, 8-10; 203:5, 8
**meet** [6] - 71:11; 74:16; 76:8; 108:12; 179:11, 13
**meeting** [3] - 78:4; 190:3; 192:4
**member** [11] - 93:3; 144:24; 145:20; 146:11, 17-18, 21; 147:3, 20; 148:17; 153:9
**members** [2] - 128:17; 145:23
**membership** [7] - 144:24; 145:12, 15; 150:12, 14; 174:10; 186:25
**memorialize** [1] - 79:6
**memorize** [1] - 76:19
**mental** [3] - 67:8; 176:1; 216:10
**mentioned** [6] - 135:9; 138:8; 139:2; 153:4; 177:3; 227:2
**mentioning** [1] - 199:19
**menu** [1] - 147:1
**mere** [1] - 140:6
**mess** [2] - 114:9; 175:14
**messages** [1] - 73:16
**met** [13] - 71:21, 23; 73:1, 9; 132:3; 133:22; 172:18; 209:25; 210:2; 215:13; 217:10; 220:19; 229:25
**metal** [3] - 96:22; 104:17; 125:5
**mic** [1] - 85:19
**microphone** [3] - 68:23; 69:6; 82:25
**microwave** [1] - 86:4
**middle** [4] - 101:22; 163:3; 187:14; 210:14
**midget** [1] - 185:21
**Midwest** [1] - 69:10
**might** [16] - 72:10; 74:25; 75:1, 4; 115:8; 124:16; 128:15; 158:8; 173:23; 174:11; 175:23; 193:22; 203:15; 209:23
**mikes** [1] - 185:4
**million** [1] - 102:16
**mind** [9] - 63:5; 65:6; 66:3; 116:23; 136:2; 170:20; 182:4; 199:8; 201:4
**Mine** [1] - 184:17
**minute** [6] - 95:14; 101:9; 105:19, 25; 189:19; 195:1
**minutes** [11] - 112:15; 131:13; 162:23;

163:4, 15, 17-18, 22; 165:9; 168:19;
193:25
  **mirror** [1] - 120:2
  **mischaracterize** [1] - 230:8
  **miserable** [1] - 103:11
  **model** [1] - 177:13
  **mole** [1] - 189:3
  **mom** [1] - 135:17
  **moment** [19] - 61:23; 80:19; 94:7;
101:8; 102:6, 18; 104:25; 116:2; 122:5;
129:7; 131:2; 142:9; 153:3; 154:9;
185:2; 210:2; 212:24; 232:3
  **moments** [1] - 117:8
  **money** [22] - 92:25; 93:2, 5, 8-9, 14;
97:23; 98:3; 108:16; 133:11, 15-16,
18-19; 148:14; 149:1, 16; 153:7, 12;
175:10; 212:22
  **month** [4] - 133:25; 145:14; 153:7;
220:15
  **months** [6] - 72:22; 98:10; 108:2, 6;
220:24; 225:16
  **mood** [1] - 210:12
  **morning** [6] - 68:14; 69:3; 161:7;
188:9; 231:6
  **Most** [1] - 177:7
  **most** [13] - 70:23; 75:17; 77:2, 19;
83:8; 93:17; 95:25; 116:21; 123:17;
135:8; 163:18; 208:13
  **mostly** [2] - 70:1; 128:8
  **mother** [7] - 135:24; 210:6, 9, 24;
212:3
  **mouth** [13] - 105:16; 106:11, 17;
107:9, 17; 111:14; 117:5, 14; 122:11;
123:19; 151:2; 207:21; 225:17
  **move** [20] - 83:10; 84:5; 85:18; 111:23;
112:4; 117:18; 134:7; 138:2; 140:14;
170:12, 25; 171:2, 5; 172:16, 24; 173:1;
187:5, 8; 210:20; 213:21
  **moved** [14] - 87:20; 92:19; 97:10;
134:5; 173:5, 14, 17, 22; 175:1, 12;
176:18; 189:6; 192:15; 211:7
  **moves** [10] - 80:9; 130:5; 139:21;
143:21; 157:8; 204:15; 205:13; 206:13;
213:16; 214:17
  **movie** [6] - 107:11; 120:15-17, 23
  **movies** [1] - 107:8
  **moving** [9] - 82:10; 86:20; 117:22;
175:19; 183:2; 192:11; 208:15; 230:6, 9
  **MR** [67] - 61:3; 62:11, 14, 25; 65:14,
16, 18; 66:10, 13, 21, 25; 67:2, 6, 15,
25; 68:2, 10; 73:6; 78:22; 82:5, 24;
92:8; 135:18; 136:4; 137:2, 9; 139:24;
140:5, 16; 141:5, 14, 19, 24; 142:9, 13;
144:2; 163:6; 181:15; 182:3, 10; 187:6;
189:17; 190:7, 14, 24; 194:9; 195:11;
196:6; 197:17; 198:3, 17; 199:1;
201:13; 202:11; 214:1, 22; 221:20;
223:7; 224:19, 22, 25; 225:6, 8; 231:1;
232:2, 7; 233:12
  **MS** [146] - 61:16; 62:9; 63:7, 15, 18;
64:1, 6, 21, 24; 65:3, 9, 13, 15; 66:6,

19; 67:5, 14; 68:1, 5, 9, 15; 69:2; 79:1,
12; 80:9, 13, 19; 100:12, 23; 101:8, 11;
105:17, 21; 106:7; 128:25; 129:6;
130:5, 9; 131:1, 5; 134:23; 135:20;
137:5, 15, 19, 23; 138:1, 5; 139:13, 21;
140:10, 13, 20, 24; 141:3, 8, 17; 142:1,
4, 6, 17; 143:1, 21; 144:3; 145:4, 8;
149:19, 24; 154:12; 156:23; 157:8, 11;
162:15, 19, 21; 163:2, 11, 14, 20, 25;
164:5, 10; 168:10, 15, 22; 169:1, 3;
170:8; 177:14; 180:7; 181:7, 13; 183:2,
22; 184:7, 12, 15; 185:1; 187:7; 188:1,
4; 189:12; 190:2, 9, 19; 191:1; 192:19,
23; 193:22; 194:2; 195:10, 20; 198:8,
12, 24; 199:10, 15, 17, 21, 25; 200:5;
201:6, 16; 202:3, 16; 203:2, 19; 204:15;
205:13; 206:13; 211:9, 11; 212:24;
213:3, 16, 20, 23, 25; 214:2, 4, 8, 17;
221:17; 225:7; 232:1; 233:3
  **multiple** [1] - 218:20
  **mushed** [1] - 218:18
  **mutual** [2] - 226:7; 229:5
  **mutually** [1] - 71:5

**N**

  **naked** [6] - 87:18; 103:22; 104:19;
128:24; 132:9; 212:3
  **name** [23] - 73:9, 25; 79:23; 81:19;
82:1, 4, 6; 92:13; 134:20; 150:6;
186:20; 188:18; 204:6; 212:11; 213:11;
214:23; 217:11; 226:17; 227:17
  **named** [4] - 82:3; 215:15; 216:14;
228:17
  **Nameless** [8] - 74:8; 109:19; 110:1;
112:25; 113:3; 115:22
  **nameless** [10] - 75:6; 109:18; 112:23;
113:8, 13-14, 21; 115:16, 20; 121:1
  **nameless's** [1] - 113:11
  **nameless...that** [1] - 115:25
  **Namely** [1] - 128:16
  **names** [3] - 74:7, 11
  **nap** [3] - 104:20; 115:1
  **nature** [2] - 100:25; 216:7
  **navigate** [1] - 146:22
  **nearby** [1] - 174:9
  **necessarily** [1] - 202:14
  **necessary** [1] - 148:6
  **neck** [3] - 99:25; 189:3; 226:18
  **need** [13] - 71:3; 94:12; 101:9; 134:17;
138:12; 159:23; 165:19; 195:14;
198:10; 199:13, 20; 200:3; 231:24
  **needed** [12] - 76:1; 77:23; 93:18; 98:2,
5; 133:18; 135:6; 137:7; 139:4; 140:5;
192:15
  **needle** [13] - 106:25; 107:1; 118:25;
119:2, 4, 8, 10; 162:14; 164:18, 23;
167:15; 172:1; 208:7
  **needles** [20] - 78:9; 105:16; 106:15;
107:9, 12; 117:13, 17; 118:17; 119:1,
11, 22, 24; 120:18, 20-21; 122:13;

123:19; 147:13; 171:7
  **needs** [1] - 117:2
  **neighbors** [2] - 151:1; 162:1
  **never** [16] - 72:10; 75:8, 11; 108:13;
114:10; 115:7; 121:3; 132:2; 151:4;
157:7; 161:24; 178:1; 210:11; 218:9;
219:16; 232:7
  **new** [9] - 82:6; 108:17; 134:17; 143:14,
17; 173:11; 196:14; 198:10; 231:10
  **NEW** [1] - 60:1
  **New** [11] - 60:6, 15-16, 20; 86:14, 17;
87:5; 134:5; 138:17; 217:15
  **next** [35] - 79:13; 85:6; 94:18, 23; 95:5;
104:8; 105:5; 106:14, 23; 107:3; 111:3;
120:8; 122:17; 130:13; 136:6; 137:25;
142:20; 145:16, 18; 146:14; 151:21;
152:2; 161:5; 167:9, 12; 169:17;
181:19; 184:19; 189:20; 191:5; 194:12;
197:19; 201:18; 218:9; 225:12
  **nicer** [1] - 173:13
  **night** [1] - 110:17
  **nine** [2] - 69:8; 148:22
  **nipple** [1] - 225:23
  **nipples** [1] - 147:13
  **nobody** [2] - 65:25; 175:15
  **noise** [2] - 118:16; 165:17
  **non** [3] - 145:20, 23; 146:11
  **non-member** [2] - 145:20; 146:11
  **non-members** [1] - 145:23
  **None** [1] - 117:6
  **Nonmember** [1] - 94:8
  **Nonmembers** [1] - 80:15
  **note** [5] - 145:4; 223:2, 4, 16; 224:4
  **noted** [2] - 164:12; 169:15
  **notes** [3] - 141:1; 143:9, 14
  **nothing** [4] - 88:14; 102:25; 141:20;
190:17
  **notice** [1] - 228:9
  **noticed** [2] - 73:14; 125:25
  **notified** [1] - 83:24
  **notion** [2] - 62:11; 140:16
  **notwithstanding** [1] - 78:20
  **Notwithstanding** [2] - 77:5; 78:23
  **November** [2] - 77:8; 124:23
  **numb** [2] - 165:14
  **number** [5] - 63:23; 80:22; 151:15;
186:2; 187:6
  **numbered** [1] - 80:16
  **numbering** [1] - 145:5
  **numbers** [2] - 80:16; 195:13
  **numerous** [1] - 174:15

**O**

  **o'clock** [3] - 195:4; 231:7, 12
  **O-ring** [1] - 226:20
  **O-rings** [1] - 114:24
  **obedience** [1] - 203:5
  **obedient** [1] - 75:18
  **ObeySweet** [2] - 204:6

**Object** [1] - 78:22
**object** [6] - 62:25; 78:23; 114:21; 198:7, 22; 199:7
**Objection** [7] - 82:5; 92:8; 135:18; 189:17; 196:6; 201:13; 221:17
**objection** [6] - 63:2; 140:3; 141:19; 142:15; 199:1; 201:14
**obscene** [1] - 199:12
**obscenity** [8] - 61:8, 25; 64:15; 198:9, 16, 19; 199:3, 14
**obvious** [1] - 86:7
**obviously** [6] - 61:20; 65:5; 163:16; 183:2; 190:5; 194:3
**occasion** [2] - 72:14; 153:1
**occasions** [2] - 157:5; 218:20
**occur** [4] - 70:22; 170:15; 171:9
**occurred** [3] - 202:6; 218:19; 219:1
**October** [9] - 64:10; 76:13; 109:6, 14; 146:9; 155:7; 170:16; 204:25; 207:2
**OF** [3] - 60:1, 3, 11
**offer** [3] - 61:11; 198:19
**offered** [10] - 61:24; 62:10; 119:9; 135:20; 182:5; 199:2, 10; 227:24
**offering** [1] - 65:19
**offers** [2] - 65:18; 198:18
**office** [3] - 153:20; 159:19; 177:24; 180:20; 217:21; 218:1
**officers** [1] - 129:22
**Official** [1] - 60:22
**often** [6] - 86:25; 92:2; 95:7; 97:1; 148:21; 153:21
**old** [4] - 69:7, 20; 134:11; 162:3
**OMG** [7] - 109:12; 111:6, 16; 112:4; 117:21
**on)** [1] - 119:9
**on/off** [1] - 183:24
**once** [12] - 87:1, 15; 115:4; 138:12, 19; 148:11; 153:23; 158:2; 162:7, 9; 174:18; 212:18
**Once** [4] - 83:21; 86:17; 95:8; 162:5
**one** [82] - 62:14; 63:22; 64:19; 66:15; 69:12; 70:20; 71:23; 75:1, 18; 80:19; 82:22; 83:5; 93:25; 95:14; 96:9; 97:15; 98:20; 101:22; 102:9, 22; 103:1; 106:20; 107:5; 109:23; 118:12, 25; 119:4; 120:9; 127:25; 131:1; 132:5, 8; 135:4, 17; 137:7; 138:1; 139:3; 140:18, 22, 24; 141:3; 142:2, 8; 145:2, 6; 148:1; 150:20; 154:3; 160:17, 19; 161:3; 162:12; 164:20; 168:10, 23; 169:11; 177:11; 179:10; 183:13; 184:12; 185:20; 195:25; 196:10; 199:25; 205:5, 24; 210:13; 213:2; 214:6; 218:19; 219:19; 223:23; 224:9, 12; 227:5; 228:2
**One** [10] - 60:15; 74:24; 76:19; 89:11; 94:6; 175:5; 183:24; 212:24; 219:15; 226:11
**one's** [1] - 184:16
**ones** [4] - 147:18; 152:11; 176:11
**onGL** [1] - 73:10
**Online** [1] - 70:11

**online** [8] - 104:6; 110:1; 127:10; 133:23; 204:5, 21; 209:25; 210:3
**open** [10] - 61:1; 86:2, 6; 117:19; 130:12; 183:1; 184:11; 201:1; 203:1
**operating** [2] - 140:25; 150:9
**opportunity** [1] - 222:21
**oral** [2] - 90:12; 132:7
**order** [8] - 132:16, 20; 143:15; 148:9; 192:24; 195:5; 218:22; 231:12
**ordered** [1] - 204:21
**ordering** [1] - 205:25
**orders** [1] - 212:17
**organization** [1] - 215:24
**organized** [1] - 140:21
**orient** [1] - 218:25
**original** [3] - 148:12; 178:7; 219:20
**originally** [1] - 178:10
**otherwise** [2] - 198:14; 230:12
**ought** [2] - 63:6, 19
**ourselves** [1] - 88:9
**outfits** [1] - 76:21
**outgrowth** [1] - 190:14
**outside** [9] - 89:23; 97:5; 149:3; 163:23; 168:24; 198:1; 208:18; 231:14
**outweighed** [1] - 137:10
**overly** [1] - 91:24
**overnight** [1] - 231:9
**overt** [1] - 158:22
**overwhelmed** [1] - 116:14
**overwhelming** [1] - 120:19
**owes** [1] - 188:12
**own** [3] - 110:7; 172:23
**owned** [1] - 95:22
**ownership** [1] - 141:10
**owns** [3] - 102:22, 25; 103:2

## P

**p.m** [2] - 164:12; 169:15
**P.W** [2] - 213:8
**PAGE** [2] - 233:2, 14
**page** [56] - 80:15, 22; 81:15; 94:18, 23; 101:18; 120:8; 122:17; 130:13; 136:6; 137:25; 142:20; 144:4, 7, 9, 18; 145:18; 146:5, 20, 22; 147:2, 8, 20; 151:15, 21; 152:2, 8, 18; 155:8; 156:2, 15; 167:9, 12, 18, 23; 169:17; 181:19; 184:19; 185:6; 186:14; 187:3, 10; 188:2, 17, 23-24; 189:20; 191:5; 194:12; 196:24; 197:19; 201:18
**Page** [10] - 84:22; 85:6; 94:11, 14; 101:17; 121:20; 122:22; 123:2; 187:7; 197:4
**Pages** [2] - 79:20; 122:2
**pages** [8] - 80:1; 95:5; 102:6; 144:25; 145:1, 5; 152:14
**paging** [1] - 168:6
**paid** [1] - 139:6
**pain** [6] - 85:24; 227:6; 229:2, 5, 11; 230:19

**painted** [1] - 132:8
**PAMELA** [1] - 60:16
**paper** [2] - 223:5, 13
**paragraphs** [1] - 102:8
**parenthesis** [1] - 223:22
**parents** [1] - 69:23; 84:4; 135:15; 137:5, 12; 138:16, 23; 139:4, 6; 211:2; 212:22
**parents'** [1] - 155:13; 171:8
**part** [24] - 65:20; 69:9; 89:20; 100:13, 16-17; 110:8; 111:11; 112:17; 122:8; 132:5, 8; 137:13; 167:15; 180:16; 185:21; 187:8, 12; 190:16; 199:17; 219:23; 226:21; 229:2
**Part** [1] - 86:24
**particular** [9] - 62:22; 64:7; 69:13; 89:5; 101:19; 156:2; 157:6; 171:4; 187:10
**particularly** [1] - 150:15
**parts** [1] - 100:11
**Parts** [1] - 180:17
**party** [1] - 183:12
**pass** [2] - 107:13; 158:4
**passage** [1] - 62:22
**passed** [3] - 113:11; 114:11; 155:2
**password** [1] - 70:25
**past** [2] - 75:8; 168:19
**patch** [1] - 79:9
**patrolling** [1] - 95:25
**Pause** [18] - 68:6, 11; 106:3; 129:9; 131:4; 142:12; 149:23; 154:11, 14; 157:14; 164:8; 168:9; 169:6; 184:9; 185:8; 192:25; 195:16; 213:1
**pause** [5] - 101:8; 129:6; 154:9; 185:1; 192:23
**Pause)** [1] - 105:12
**pay** [4] - 98:4; 150:10; 188:11
**payments** [2] - 98:5; 133:17
**peaceful** [1] - 113:23
**peculiar** [1] - 229:17
**pee** [1] - 112:13
**peep** [1] - 188:13
**peeped** [1] - 188:13
**peeping** [1] - 188:13
**penetrate** [1] - 227:12
**penis** [2] - 95:19; 156:8
**people** [14] - 70:20; 73:24; 97:12; 141:3; 148:17; 150:10; 175:10; 186:19, 23; 217:3; 218:13; 219:11
**Perhaps** [5] - 100:22; 218:8; 223:7; 224:20, 23
**perhaps** [7] - 61:3; 63:14, 23; 105:17; 168:15; 217:25; 231:1
**period** [7] - 98:16; 106:20; 140:25; 153:4; 165:12; 176:1, 22
**periods** [3] - 89:13; 95:17, 20
**permanent** [2] - 86:6
**permanently** [1] - 75:11
**permission** [7] - 84:3; 87:11; 113:15; 130:9; 157:11; 181:7
**permit** [1] - 209:11

**permitted** [1] - 97:16
**person** [14] - 70:21; 71:12; 78:4;
88:10; 93:10; 96:2; 133:22; 159:15;
174:6; 197:1; 199:18; 229:6
**personal** [1] - 174:5
**personally** [1] - 140:21
**persuade** [1] - 174:24
**Pet** [1] - 71:25
**petition** [6] - 79:11; 81:1, 15-16; 83:10
**phase** [1] - 173:24
**phasing** [1] - 177:8
**philosophy** [1] - 74:17
**phone** [29] - 71:15; 75:22, 24; 99:3;
125:24; 126:20; 127:14; 128:4; 135:17;
160:4; 161:8; 179:17, 23; 180:1, 4, 6,
14-16; 181:1; 185:10; 195:13; 196:3;
199:19; 201:7; 203:9, 13
**phones** [1] - 127:24
**photo** [1] - 122:6
**photograph** [21] - 64:9; 84:25; 85:7;
100:9, 11, 13; 109:1; 139:8; 146:7;
151:7, 19; 155:3, 7; 156:3; 157:16;
166:19; 167:13, 20; 174:9; 197:5;
228:10
**photographed** [3] - 92:4; 101:24;
178:10
**Photographs** [1] - 62:15
**photographs** [32] - 64:10; 92:11;
101:18, 20; 140:13; 141:7, 24; 142:14;
143:2, 6, 16; 145:22; 148:24; 152:18,
20, 22, 25; 167:9, 24; 168:1, 6; 171:16,
23; 178:16; 222:12, 24-25; 223:3;
224:8, 10, 13, 17
**photos** [23] - 122:3; 123:7, 9; 140:7,
10, 12, 21, 23; 141:12; 143:13; 152:9;
187:19; 198:5, 9, 20; 199:3, 5; 200:2;
208:16, 20; 222:8
**physical** [2] - 158:17; 161:4
**physically** [3] - 120:20; 124:16; 160:8
**piano** [2] - 69:15; 76:20
**pick** [4] - 87:5; 154:6; 161:6; 212:18
**Pics** [1] - 147:6
**pics** [1] - 223:21
**picture** [16] - 85:8, 10; 144:17; 147:8;
151:15, 21, 24; 152:2; 154:15, 18;
156:8; 186:19, 24; 189:2; 197:8; 226:21
**pictured** [1] - 157:15
**Pictures** [2] - 128:24; 147:17
**pictures** [47] - 85:14; 91:5; 121:22, 24;
126:2; 127:18; 128:17, 22-23; 135:8;
139:11, 19; 143:15; 148:24; 149:15;
152:15; 158:8, 21, 23; 159:2; 160:7;
161:1; 165:25; 166:2; 173:19, 22;
174:2, 15, 18-20, 23-24; 175:4, 24;
176:25; 177:1; 178:20; 179:4; 196:16;
197:7, 10, 13; 215:4; 223:14
**piece** [2] - 83:17; 223:13
**pieces** [5] - 64:4; 66:23; 96:22; 126:1
**piercing** [1] - 171:25
**Pierrepont** [1] - 60:15
**piling** [1] - 98:4

**pill** [1] - 164:21
**pin** [5] - 150:22; 151:5; 152:1, 6;
157:19
**pinning** [1] - 207:20
**place** [22] - 90:4, 6; 117:22; 123:20;
129:25; 133:24; 137:1; 140:1; 158:11;
159:4; 170:25; 171:8, 16; 188:21;
189:7; 190:1; 196:1; 206:22; 219:1;
221:2; 229:9; 231:2
**placed** [4] - 140:23; 141:2, 4, 13;
196:1; 212:17
**places** [1] - 174:23
**plainly** [1] - 140:11
**plan** [2] - 231:6, 10
**planning** [1] - 190:3
**plastic** [6] - 154:23; 156:8, 13-14, 20;
222:9
**play** [7] - 69:14; 76:20; 130:10; 163:21;
181:8; 192:19; 197:13
**played** [3] - 130:12; 184:11; 189:14
**playing** [4] - 185:9; 192:22, 24; 193:1
**Plaza** [1] - 60:15
**pleased** [1] - 119:12
**pleases** [1] - 114:21
**pleasing** [3] - 102:15; 110:11; 115:14
**pleasure** [1] - 226:7
**plug** [2] - 95:18; 119:12
**plugs** [1] - 95:21
**plus** [2] - 160:6
**point** [36] - 64:14; 67:23; 69:5; 77:3;
98:20; 101:2; 103:12; 106:20; 108:14;
115:17; 116:9, 24; 119:5, 18; 123:15,
18; 126:8; 127:11; 132:6; 135:17;
141:7; 145:9; 150:20; 154:3; 158:6;
161:12, 18; 162:12; 163:5; 164:15, 20;
177:11; 179:6; 183:18; 194:5
**point....but** [1] - 112:22
**pointing** [1] - 189:2
**points** [6] - 80:4; 223:21, 23-25; 224:1
**Polaroid** [4] - 139:12, 19; 140:7;
222:12
**pole** [2] - 208:2, 4
**police** [3] - 174:14, 17; 179:8
**Pooch** [35] - 109:16; 110:7, 10, 13-14;
112:4, 23; 113:15, 20, 23; 114:2, 6, 9,
11, 23; 115:3, 6, 12, 16, 18-19; 116:1,
10, 16, 23; 117:3, 15; 118:15, 19, 21;
119:8, 20
**pooch** [79] - 88:5; 101:23; 110:3, 9,
12-13, 16-17, 20, 22, 24; 111:3, 12, 15,
23; 112:3, 12, 16, 18, 25; 113:7, 9, 20,
22; 114:1, 10, 18, 23, 25; 115:7, 9,
24-25; 116:1, 4-5, 19-20, 25; 117:1, 4,
6-7, 18, 21; 118:1, 7-9, 12, 24; 119:5,
14, 16, 18, 20, 23; 120:6, 17-18, 20, 22;
187:13, 19-20; 188:8-10, 12, 14; 189:2;
212:12
**pooch's** [7] - 112:19; 113:18; 116:23;
117:5, 14; 118:14, 21
**Pooch's** [3] - 110:8; 118:18; 119:19
**poochass** [6] - 111:25; 112:2, 6, 9;

119:13
**poochfeet** [1] - 120:10
**poochfoot** [1] - 118:18
**poochie** [33] - 82:1; 102:9, 12, 18;
109:15; 110:25; 111:2, 5, 7; 112:1, 9,
12; 113:3, 5; 114:17; 115:11, 21-22;
117:9, 12, 19, 24; 118:3, 6, 15; 119:7,
24; 120:1, 5, 23-24; 121:1
**Poochie** [25] - 102:10, 14, 16; 110:1,
18; 111:19; 112:6, 20, 22-23; 113:10,
13; 114:14, 16; 115:21, 25; 116:7;
117:16, 24; 118:2; 120:12, 25; 121:2
**Poochie's** [1] - 111:1
**poochmouth** [2] - 112:11; 117:13
**poochmouthpussy** [1] - 112:10
**poochpussy** [5] - 111:16, 21; 114:20;
119:3; 120:6
**portion** [3] - 109:11; 130:10; 226:23
**portions** [3] - 61:6; 66:1; 213:18
**portray** [2] - 91:20
**portrays** [1] - 64:16
**position** [2] - 229:6
**possibility** [2] - 74:15; 128:14
**possible** [2] - 67:8; 231:19
**Possibly** [1] - 129:19
**post** [1] - 189:6
**posted** [4] - 92:12; 152:23; 173:20;
178:18
**posting** [1] - 174:5
**potential** [1] - 195:3
**poured** [1] - 228:13
**power** [1] - 173:19
**practice** [1] - 190:12
**practiced** [1] - 221:25
**precluded** [1] - 66:4
**predict** [1] - 230:13
**prefer** [2] - 194:9; 198:17
**pregnant** [1] - 209:15
**prejudice** [1] - 137:10
**prejudicial** [1] - 137:22
**preparation** [1] - 218:4
**prepared** [1] - 195:6
**preparing** [1] - 218:1
**prescribe** [1] - 176:9
**prescribed** [1] - 176:12
**presence** [3] - 109:16, 21; 110:25
**presence...stockings** [1] - 113:2
**present** [1] - 61:2
**presentation** [1] - 65:5
**presented** [1] - 199:23
**pressing** [1] - 226:2
**presumably** [2] - 62:15; 198:4
**Presumably** [1] - 62:18
**pretending** [3] - 74:19; 185:25; 211:19
**Pretty** [1] - 77:14
**pretty** [4] - 74:20; 78:2; 86:7; 140:6
**prevent** [3] - 138:22; 190:15; 231:19
**previously** [2] - 170:10; 216:18
**primarily** [2] - 133:16; 187:18
**print** [1] - 231:20
**private** [8] - 73:18, 21; 74:4; 75:23;

138:16; 179:2; 204:23
 **probative** [3] - 137:9, 20; 202:15
 **problem** [13] - 61:7, 22; 62:5; 63:7, 18;
66:6; 68:1; 184:15; 190:23; 195:8;
198:12; 214:2
 **proceed** [1] - 187:22
 **proceeded** [1] - 151:4
 **Proceedings** [1] - 60:24
 **proceedings** [3] - 142:12; 185:8; 232:8
 **process** [1] - 219:16
 **produced** [1] - 60:25
 **progress** [1] - 195:8
 **progressed** [1] - 223:23
 **promise** [3] - 193:3, 6
 **promised** [1] - 193:19
 **promises** [1] - 178:11
 **prompted** [1] - 196:5
 **proper** [1] - 113:1
 **property** [5] - 82:7; 83:21; 84:10;
88:23; 120:5
 **proposal** [1] - 67:10
 **proposing** [1] - 198:25
 **prove** [1] - 148:11
 **provides** [1] - 182:6
 **psychiatrist** [3] - 176:7, 9; 216:14
 **public** [2] - 144:10; 145:25
 **pulled** [3] - 110:22; 111:22
 **pulling** [1] - 87:16
 **punish** [8] - 96:9; 97:1; 99:11; 102:16,
24; 110:6, 11
 **punished** [16] - 85:17; 94:1; 96:6;
97:3; 102:23; 104:9, 21; 115:15;
121:19; 126:5; 149:12; 155:14; 167:8;
207:12; 209:6
 **punishing** [1] - 167:2
 **punishment** [18] - 96:14; 100:14;
104:14; 109:1; 112:17; 113:18; 123:13,
16; 146:8; 150:15; 151:7; 155:12;
160:17, 19; 193:4, 6; 206:22
 **punishments** [2] - 90:6; 98:15
 **purport** [1] - 177:19
 **purpose** [9] - 61:13; 135:25; 138:22;
185:17; 189:18; 190:7; 199:11; 215:7
 **purposes** [3] - 91:18; 199:14; 226:24
 **pushed** [2] - 112:5; 119:4
 **pushing** [1] - 161:19
 **pussylips** [1] - 119:4
 **put** [51] - 86:3; 89:11; 91:9; 96:17;
99:5, 21, 25; 100:4; 105:8, 15; 106:8,
11, 15-16; 110:18; 111:24; 113:19;
114:19; 116:21; 117:5, 13, 16; 118:9;
119:13; 123:10; 125:1; 126:7, 12-15,
22; 128:22; 143:14, 19; 150:22; 151:1,
4; 152:1, 6; 154:23; 155:3; 162:13;
164:21; 175:24; 186:1, 18; 199:22;
201:3; 224:16; 228:6
 **putting** [6] - 115:1; 123:19; 147:12;
167:15; 208:7; 214:2
 **PW** [1] - 133:23
 **PW's** [2] - 133:24; 134:1

## Q

 **quantity** [1] - 66:4
 **quarrel** [2] - 140:16; 141:5
 **questioned** [1] - 198:18
 **questions** [6] - 88:16, 19; 138:21;
170:9; 213:20; 214:24
 **quick** [2] - 163:14; 183:23
 **quickly** [1] - 63:24
 **quiet** [3] - 117:16; 118:22; 150:25
 **quite** [2] - 110:1; 175:18

## R

 **radio** [1] - 231:20
 **raise** [2] - 68:17; 184:3
 **raising** [1] - 190:20
 **rape** [1] - 82:22
 **rather** [3] - 62:4; 65:8; 211:12
 **Rather** [1] - 62:25
 **rationalize** [1] - 115:6
 **react** [5] - 78:12; 155:16, 18; 156:21;
157:24
 **reaction** [1] - 75:2
 **read** [13] - 64:12; 94:6, 17, 20; 102:7;
109:11; 110:22; 121:5; 187:16; 188:6;
189:3; 223:16; 224:2
 **reading** [3] - 101:1; 109:14; 163:25
 **reads** [1] - 67:12
 **ready** [5] - 68:8; 111:19; 161:7; 164:4;
201:10
 **real** [2] - 171:23; 221:9
 **really** [11] - 62:22; 63:4; 76:25; 110:2;
159:20; 160:1; 184:14; 187:17; 195:13;
200:3; 221:15
 **reason** [9] - 63:14, 22; 108:18; 190:4;
199:17; 207:13; 211:5; 219:19; 230:13
 **reasons** [3] - 102:16; 201:14; 219:19
 **reassure** [1] - 77:21
 **reassured** [1] - 77:22
 **reattached** [1] - 117:4
 **receive** [2] - 195:21; 212:22
 **received** [9] - 80:12; 123:13; 130:8;
138:6; 143:24; 183:7; 204:18; 205:16;
206:16; 214:20; 216:23; 233:4-8, 10
 **receiving** [2] - 98:16; 190:16
 **recess** [1] - 169:16
 **Recess** [3] - 105:23; 164:2; 194:11
 **recite** [1] - 94:25
 **recognize** [16] - 79:17; 80:23; 84:25;
94:14; 101:12; 135:1; 157:1; 177:17;
180:11, 18; 187:2; 203:22; 211:15;
223:4
 **recollection** [2] - 218:23; 223:13
 **recommended** [1] - 215:9
 **record** [2] - 145:4; 202:1
 **recorded** [5] - 60:24; 91:2, 4; 195:22,
25
 **recording** [3] - 179:23; 196:2; 206:10

 **recordings** [4] - 180:18; 183:15
 **recruit** [1] - 205:5
 **refer** [25] - 61:6, 19; 79:13; 80:21;
84:22; 88:8, 11; 92:17; 94:10; 100:20;
102:6; 109:5; 121:20; 143:25; 146:14;
151:11; 152:8, 14; 155:6; 156:1;
166:23; 167:23; 196:22; 197:4; 200:2
 **reference** [6] - 74:1, 3; 185:19; 189:15;
212:2
 **referenced** [1] - 192:1
 **references** [2] - 211:24; 225:20
 **referencing** [1] - 64:2
 **referred** [6] - 133:23; 134:13; 149:24;
199:6; 215:23
 **referring** [9] - 84:20; 91:14; 147:3;
185:24; 197:2; 201:7; 205:7; 206:7
 **refers** [3] - 74:2; 115:16; 187:12
 **reflect** [1] - 202:7
 **refresh** [1] - 218:23
 **refreshes** [1] - 223:12
 **regard** [1] - 213:17
 **regarding** [3] - 142:14; 174:7; 179:25
 **regards** [2] - 205:19; 206:20
 **regretted** [2] - 116:17
 **regular** [1] - 176:17
 **related** [2] - 89:14; 91:6
 **relates** [2] - 198:15; 202:10
 **relation** [3] - 101:6; 131:9; 210:20
 **relationship** [40] - 70:20; 71:22, 24;
72:4, 6, 8, 13, 15, 21; 84:1; 95:23;
133:4; 170:23; 202:7, 14; 206:5; 210:8;
211:2; 215:17; 216:8; 219:24; 220:8,
12, 23, 25; 221:2, 12; 227:2-4, 15;
229:23; 230:1, 5, 9, 12, 14-15, 18
 **relationships** [2] - 71:17; 83:23
 **relax** [1] - 112:7
 **release** [1] - 177:13
 **releasing** [2] - 173:21; 175:4
 **relevance** [2] - 141:7; 189:17
 **relevant** [5] - 64:15; 137:13; 140:8, 19;
199:8
 **religion** [2] - 190:13, 20
 **relocate** [1] - 78:18
 **remain** [1] - 109:20
 **remainder** [1] - 224:14
 **remained** [1] - 230:12
 **remember** [13] - 67:13; 82:20; 83:3;
88:19; 120:25; 150:15; 154:21; 156:5;
159:17; 161:23; 178:25; 206:17
 **Remember** [1] - 188:13
 **remembers** [5] - 112:24; 113:23;
114:12, 17; 115:19
 **remind** [1] - 186:22
 **reminded** [2] - 114:20; 173:11
 **render** [2] - 140:7, 18
 **renounce** [1] - 192:16
 **repeatedly** [1] - 88:16
 **rephrase** [1] - 78:25
 **report** [1] - 94:1
 **Reporter** [1] - 60:21
 **represent** [1] - 80:3

**representation** [3] - 142:14; 214:10; 222:4
**represented** [1] - 66:3
**request** [3] - 132:19; 143:19; 181:15
**requesting** [1] - 138:2
**require** [2] - 64:4; 181:8
**required** [8] - 85:14; 91:8; 94:2; 95:7, 10-11, 13, 15
**reside** [1] - 69:22
**respect** [6] - 61:21; 101:3; 134:15; 149:13; 179:15; 180:24
**respond** [4] - 86:18; 99:1; 100:5; 210:23
**responded** [1] - 67:12
**response** [3] - 72:17; 103:23; 177:6
**rest** [10] - 112:25; 113:9; 115:17; 131:9; 132:4; 146:22; 187:22; 193:20; 198:19; 199:2
**restraining** [2] - 132:16, 20
**restraint** [1] - 226:24
**restraints** [2] - 226:13; 229:20
**result** [1] - 228:13
**resume** [1] - 168:19
**resumes** [1] - 184:18
**return** [3] - 94:8; 127:11; 135:6
**returned** [1] - 127:13
**returning** [1] - 171:14
**review** [1] - 79:25
**reviewing** [2] - 218:5, 11
**revisiting** [1] - 201:4
**Reward** [1] - 189:2
**ride** [1] - 161:12
**right-hand** [1] - 80:16
**ring** [2] - 226:20; 228:5
**rings** [2] - 114:24; 228:3
**RIOPELLE** [1] - 60:18
**rise** [4] - 68:12; 106:4; 170:3; 195:17
**ritualistic** [2] - 229:13, 15
**rituals** [3] - 228:5; 229:9, 12
**RMR** [1] - 60:21
**road** [2] - 61:7; 223:9
**Robot** [1] - 81:17
**Robot's** [1] - 81:16
**role** [3] - 89:2; 93:11; 197:13
**Rona** [14] - 81:18; 86:17; 134:6, 9; 150:24; 152:4; 153:21; 171:10; 172:7, 21
**Rona's** [20] - 86:14; 143:5; 150:21; 152:4; 156:7; 158:12; 159:4; 170:25; 171:2, 4; 172:14, 18; 173:5, 17, 22; 175:1, 12, 19; 176:18; 189:7
**Roofies** [2] - 103:20
**room** [22] - 99:17; 107:8; 113:8, 12; 114:13; 115:17, 19, 24; 120:14; 129:15; 131:23; 150:24; 168:18; 169:2, 4, 8, 14; 172:9; 210:14
**rooms** [2] - 113:22; 168:23
**rope** [2] - 150:20; 162:4, 10
**ROSLYNN** [1] - 60:14
**ROSS** [1] - 60:11
**roughly** [1] - 207:1

**row** [3] - 101:20
**rubber** [1] - 119:19
**rules** [2] - 96:3; 188:15
**run** [3] - 95:13; 106:11; 229:23
**running** [2] - 150:8; 178:4

## S

**sadomasochism** [1] - 70:17
**Safe** [1] - 215:24
**safe** [8] - 70:24; 71:1, 8; 72:12, 14; 74:20
**safety** [5] - 150:22; 151:5; 152:1, 6; 157:19
**sane** [1] - 70:24
**Saran** [1] - 132:6
**sat** [2] - 72:8; 179:3
**satisfying** [2] - 71:5; 230:15
**Saturday** [1] - 161:6
**save** [1] - 126:1
**saved** [1] - 222:15
**saw** [16] - 97:3; 98:24; 104:25; 105:6; 129:21; 143:12; 157:16; 172:18; 176:5; 186:10, 23; 188:16; 208:13; 214:15; 220:14
**scared** [9] - 76:25; 110:14; 114:15; 115:20; 161:4; 188:17
**scenes** [3] - 220:25; 221:4
**schedule** [1] - 231:5
**scheduling** [1] - 195:2
**school** [2] - 69:25; 210:11
**schtuck** [1] - 112:15
**scraped** [1] - 119:23
**scream** [1] - 164:23
**screamed** [1] - 157:25
**screaming** [13] - 100:6; 107:19; 150:23; 151:2; 154:5; 155:17; 161:23; 162:4, 12
**screen** [10] - 73:9; 74:7; 144:9, 22; 145:2, 9; 187:1, 14; 204:6; 227:17
**search** [1] - 140:15
**seat** [1] - 86:13
**seated** [1] - 68:22
**second** [2] - 72:6, 15; 78:16; 80:14; 94:10; 114:11; 148:12; 183:14; 225:15; 226:5; 227:3, 15
**secretary** [1] - 89:4
**section** [10] - 84:23; 93:4; 144:23; 145:20; 146:6, 11; 148:17; 153:9; 197:4
**see** [35] - 73:2; 81:10; 85:11; 97:16; 107:14; 109:7; 112:23; 119:9; 124:18; 129:16; 131:6, 14; 132:19; 137:21; 138:20; 143:4; 145:9, 18; 146:20; 151:25; 153:22; 155:7; 156:3; 165:18; 176:7; 183:18; 187:2, 5, 8, 17; 196:23; 207:15; 223:12; 224:5
**seeing** [6] - 99:20; 101:1; 108:17; 110:2; 188:24; 190:4
**seek** [1] - 176:1
**seem** [3] - 137:20; 184:12; 190:19

**segment** [1] - 131:6
**sell** [1] - 209:17
**semester** [1] - 70:1
**Send** [1] - 128:17
**send** [15] - 82:16, 18; 127:18; 130:3; 137:12; 138:21; 150:8-10; 159:1; 174:18; 223:14; 224:12
**sending** [7] - 128:19; 137:6; 138:17, 23; 158:8, 21
**sensation** [2] - 230:21, 23
**sense** [2] - 62:5; 163:5
**sent** [5] - 67:9, 11; 224:4, 10
**separated** [1] - 196:20
**separately** [1] - 223:8
**September** [2] - 172:25; 212:9
**SERCARZ** [69] - 60:18, 20; 61:3; 62:11, 14, 25; 65:14, 16, 18; 66:10, 13, 21, 25; 67:2, 6, 15, 25; 68:2, 10; 73:6; 78:22; 82:5, 24; 92:8; 135:18; 136:4; 137:2, 9; 139:24; 140:5, 16; 141:5, 14, 19, 24; 142:9, 13; 144:2; 163:6; 181:15; 182:3, 10; 187:6; 189:17; 190:7, 14, 24; 194:9; 195:11; 196:6; 197:17; 198:3, 17; 199:1; 201:13; 202:11; 214:1, 22; 221:20; 223:7; 224:19, 22, 25; 225:6, 8; 231:1; 232:2, 7; 233:12
**Sercarz** [6] - 61:18; 63:21; 66:9; 140:2; 163:12; 214:23
**Sercarz's** [1] - 61:17
**series** [8] - 88:16; 197:7; 222:8, 12; 223:3, 25; 224:12
**serious** [2] - 184:15; 221:9
**serve** [9] - 76:1; 85:16; 108:15; 117:2; 124:21; 125:3; 127:18; 165:19; 173:9
**service** [1] - 226:6
**serving** [4] - 81:23; 113:7; 160:11; 212:21
**SESSION** [1] - 170:1
**session** [4] - 109:1; 146:8; 151:7; 166:19
**sessions** [1] - 216:4
**set** [9] - 70:21; 73:23; 93:13, 23; 108:16, 20; 179:23; 216:4
**sets** [1] - 184:13
**setting** [2] - 108:14; 154:9
**Several** [1] - 102:11
**several** [15] - 69:14; 102:17; 109:18; 111:4, 20; 113:4; 114:19; 117:13; 128:21; 153:9; 154:25; 172:13; 176:19; 225:16
**severe** [5] - 86:8; 89:3; 98:17; 123:17; 150:15
**severely** [4] - 104:9, 21-22; 110:6; 149:12; 154:4
**sew** [3] - 106:25; 119:2; 207:23
**sewed** [1] - 123:23
**sewing** [1] - 119:1
**Sex** [1] - 90:6
**sex** [15] - 72:4, 23; 83:1, 5; 90:8, 12, 14, 17; 101:5; 106:21; 129:15; 132:7; 155:25; 158:3; 166:11

**sexual** [3] - 70:4; 90:4; 107:22
**sexually** [6] - 90:23, 25; 155:21; 156:10; 157:22; 166:17
**shackles** [1] - 96:19
**shaking** [4] - 114:6, 18; 119:5, 19
**shape** [1] - 84:13
**shaped** [1] - 95:18
**shaved** [3] - 79:8; 83:16; 97:10
**shaving** [1] - 84:9
**sheets** [1] - 154:8
**Sherry** [3] - 75:15
**Sherry's** [4] - 161:13; 166:1, 11; 171:15
**shit** [2] - 101:23; 119:7
**shockingly** [1] - 232:1
**shook** [2] - 118:1, 3
**short** [1] - 142:10
**short-circuit** [1] - 142:10
**Shortly** [3] - 83:15; 84:11
**shortly** [3] - 70:8; 96:8; 205:2
**shot** [1] - 188:8
**show** [28] - 83:21; 122:1; 123:4; 129:2, 7; 134:25; 137:8; 139:15; 141:8; 149:21; 154:10, 18; 156:25; 157:12; 178:11; 180:9; 188:13, 23; 203:21; 211:14; 213:2; 224:9; 225:4; 226:9; 227:9, 23
**showed** [4] - 177:24; 179:24; 204:22; 214:9
**shower** [2] - 210:16; 212:4
**showered** [1] - 95:13
**showing** [5] - 115:14; 118:20; 156:8; 177:16; 225:9
**shown** [1] - 222:10
**shows** [1] - 154:19
**shut** [8] - 100:8; 105:15; 106:10; 123:23; 155:20; 161:11, 25; 165:17
**sic** [2] - 112:5; 149:21
**Side** [3] - 182:1; 198:1; 202:1
**side** [13] - 63:5, 24; 112:10; 119:17; 137:1, 24; 140:1; 142:19; 144:17; 147:8; 190:1; 191:4; 220:9
**Side-bar** [3] - 182:1; 198:1; 202:1
**side-bar** [7] - 63:24; 137:1, 24; 140:1; 142:19; 190:1; 191:4
**side-bars** [1] - 63:5
**Sidebar** [3] - 182:11; 200:6; 202:17
**sides** [1] - 126:14
**sign** [3] - 148:10; 177:22; 178:5
**signature** [1] - 177:20; 178:3, 8
**signed** [2] - 177:13; 180:21
**signify** [1] - 84:10
**Similar** [1] - 147:18
**similarly** [1] - 62:3
**simple** [1] - 66:11
**simply** [3] - 63:10; 66:3; 101:1
**single** [6] - 115:10; 140:22, 24; 142:2, 8; 145:2
**Sir's** [4] - 110:25; 113:1; 114:20; 115:9
**Sir......Poochie** [1] - 111:15
**sister** [3] - 103:19; 206:20; 209:22

**sisters** [2] - 69:11
**sit** [6] - 72:1; 172:14; 195:1; 219:7; 220:9; 225:11
**site** [3] - 93:10; 126:1; 174:25
**sitting** [3] - 126:25; 192:6
**situation** [2] - 158:9; 179:3
**skin** [2] - 111:2; 118:19
**skip** [1] - 120:8
**slap** [1] - 99:20
**slapped** [2] - 132:23; 161:11
**slave** [33] - 75:17; 76:23; 81:9, 21; 86:5; 87:24; 88:24; 101:4; 102:15, 20-21, 23, 25; 104:6; 108:13, 15; 109:19; 110:7; 131:23; 134:11; 147:24; 148:2; 193:20; 196:14; 202:7; 204:21; 206:21; 207:16; 209:22; 224:5
**slave's** [1] - 103:1
**slave-in-training** [2] - 86:5; 88:24
**slaves** [4] - 91:16, 23; 129:14; 147:24; 148:2
**slaves-in-training** [1] - 91:16
**Slavespace** [18] - 79:24; 80:4; 92:14; 134:21; 143:17; 144:6; 148:3, 14, 25; 150:5, 11; 153:7; 174:10; 186:23, 25; 206:3; 214:11
**sleep** [2] - 87:14; 110:16
**sleeping** [1] - 110:22
**slept** [1] - 115:18
**slippery** [1] - 62:23
**slowly** [1] - 113:25
**Slut** [3] - 147:6, 21, 23
**slut** [4] - 88:5, 7; 89:4; 101:23
**slut-secretary** [1] - 89:4
**Slutfest** [1] - 84:21
**sluts** [1] - 120:14
**small** [6] - 75:1; 79:9; 83:17; 172:9; 174:12; 212:18
**smaller** [1] - 152:11
**smelling** [1] - 111:14
**smile** [3] - 85:15; 166:3, 5
**smiles** [1] - 113:3
**smiling** [2] - 85:10; 151:18
**smoking** [1] - 99:21
**sneaking** [1] - 96:12
**snow** [1] - 231:6
**snuck** [1] - 114:1
**social** [3] - 69:24; 70:4; 71:24
**socialize** [1] - 97:5, 13
**sole** [4] - 118:13, 18, 21; 135:25
**solely** [3] - 101:3; 198:15; 199:10
**soles** [1] - 208:11
**SOLETTE** [1] - 60:17
**someone** [7] - 75:5; 104:7; 138:23; 145:18; 148:9; 228:6; 230:23
**Sometimes** [4] - 87:1; 93:8; 95:16; 174:22
**sometimes** [5] - 72:1; 87:1; 90:7; 96:17
**song** [2] - 76:19, 21
**Soon** [1] - 79:8
**soon** [3] - 73:17; 91:12; 163:2

**sorry** [16] - 80:20; 82:24; 101:4; 132:14; 139:23; 144:2; 146:16; 159:12; 163:11, 20; 190:9; 192:18; 193:5; 212:24; 223:24; 224:22
**sort** [5] - 174:2; 219:12; 221:6, 12; 229:13
**sorts** [1] - 141:9
**sought** [1] - 216:23
**sound** [8] - 64:13; 111:24; 112:5; 117:6, 25; 118:2; 131:2
**sounded** [2] - 210:24
**sounds** [1] - 107:18
**soup** [1] - 89:12
**sources** [1] - 212:20
**space** [1] - 92:18
**speakers** [1] - 185:3
**speaking** [7] - 65:1; 76:2; 133:5; 185:16; 202:12; 204:22; 215:9
**special** [1] - 77:19
**Special** [1] - 216:19
**specific** [3] - 63:16; 210:18; 221:19
**specifically** [3] - 196:22; 200:2; 212:2
**speckles** [1] - 228:9
**spell** [1] - 73:12
**spent** [5] - 148:25; 217:17; 218:5, 10; 219:10
**spill** [1] - 105:25
**spread** [1] - 118:11
**Sr** [1] - 117:6
**stack** [1] - 212:18
**stacked** [1] - 172:9
**stage** [1] - 175:10
**stairs** [4] - 161:18, 20, 22; 165:24
**stand** [11] - 62:25; 63:11; 64:17; 68:16; 119:17, 20; 166:1; 170:2; 195:19; 219:7; 231:23
**standing** [2] - 114:25; 161:22
**stands** [1] - 223:19
**stars** [1] - 99:20
**start** [7] - 108:16; 113:18; 184:10; 194:7, 9; 231:7, 11
**started** [22] - 73:16; 89:19; 106:19; 107:1; 111:25; 112:6; 113:24; 115:4; 117:19; 118:13; 120:16; 124:17; 126:11; 128:21; 150:23; 158:24; 159:20; 162:4, 6; 178:16; 203:10
**starting** [5] - 98:11; 115:9; 134:16; 173:10; 195:4
**Starting** [1] - 152:20
**starts** [1] - 61:22
**state** [4] - 136:2; 179:10; 199:8; 230:6
**statement** [2] - 135:24; 138:2
**statements** [3] - 150:4; 183:11; 202:5
**STATES** [3] - 60:1, 3, 12
**States** [5] - 60:5, 14, 17; 217:11, 14
**static** [1] - 184:2
**stay** [8] - 103:12; 115:3; 125:9; 126:24; 133:24; 159:16; 173:16; 176:22
**stayed** [1] - 213:10
**stenography** [1] - 60:24
**step** [1] - 231:22

**steps** [1] - 116:11
**sticker** [1] - 180:22
**Still** [1] - 141:6
**still** [26] - 87:25; 103:13; 112:1; 114:6; 115:1; 117:14, 16, 20, 22; 118:16, 22; 119:9, 19-20; 145:20; 146:11; 151:2; 162:3; 164:22; 165:10; 170:20; 172:18; 173:18; 175:19; 198:8
**still....does** [1] - 116:8
**stipulate** [1] - 73:6
**stomach** [6] - 76:23; 86:13; 89:18; 119:25; 154:19; 228:10
**stop** [12] - 71:3; 72:19; 94:7; 100:7; 114:3; 120:17; 131:1; 160:11; 192:14; 212:8; 231:2
**stopped** [4] - 78:15; 107:2; 117:23; 151:4
**storm** [2] - 195:3, 8
**story** [3] - 163:17; 217:7; 218:13
**stove** [1] - 84:14
**strained** [1] - 84:1
**strangle** [1] - 156:19
**street** [7] - 174:8; 186:20, 24; 188:18
**Street** [1] - 60:19
**stress** [1] - 63:9
**strictly** [1] - 202:11
**strike** [1] - 111:7
**string** [2] - 105:15; 106:11
**strip** [4] - 103:21; 175:6
**strives** [1] - 102:22
**strongly** [1] - 179:8
**struck** [1] - 111:8
**structure** [1] - 64:7
**stuck** [1] - 164:18
**stuff** [1] - 67:19
**stupid** [4] - 87:23; 88:1; 102:12; 165:18
**subject** [2] - 148:5; 201:15
**submission** [2] - 70:15; 229:7
**submissive** [3] - 71:2, 6, 12
**Submissive** [1] - 92:18
**submissives** [1] - 92:18
**submitted** [1] - 186:24
**submitting** [1] - 83:10
**subscriber** [1] - 62:19
**subsequent** [1] - 152:15
**Subspace** [7] - 92:16, 25; 126:1; 134:12; 149:17
**successfully** [1] - 108:18
**suck** [1] - 111:13
**suffered** [1] - 218:14
**suggest** [4] - 61:16; 86:16; 179:7; 209:17
**suggested** [5] - 86:17; 123:22; 175:8; 179:8
**suggestion** [2] - 137:11; 185:3
**suicide** [1] - 159:17
**Sunday** [2] - 188:8, 12
**support** [4] - 132:19; 162:3; 217:3; 219:11
**suppose** [1] - 228:8

**supposed** [12] - 66:16; 71:4; 81:7; 91:20; 93:25; 103:20; 104:5; 128:20; 131:2
**supposedly** [2] - 61:19; 185:20
**surgical** [3] - 106:15; 118:25; 162:13
**surrounded** [2] - 124:13; 168:13
**suspended** [3] - 164:24; 165:10
**suspending** [2] - 164:24; 208:4
**Sustained** [1] - 135:19
**sustained** [1] - 135:19
**swallow** [2] - 112:12; 164:21
**swallowing** [1] - 107:7
**sweating** [1] - 119:5
**switch** [1] - 183:25
**sworn** [1] - 68:20
**system** [3] - 145:6; 148:3, 8

# T

**T26** [4] - 180:10, 24; 183:3, 6
**T28** [3] - 180:10, 24; 183:7
**tab** [22] - 80:14; 84:21; 94:8, 10; 100:21; 109:5; 121:20; 144:1, 3; 145:1, 16, 22; 146:14, 17-18; 151:11, 13; 155:7; 156:1; 166:23; 196:23
**table** [3] - 89:18; 150:22; 185:4
**talks** [1] - 110:1
**tame** [1] - 72:2
**Tape** [5] - 184:18; 185:9; 189:14; 192:22; 193:1
**tape** [6] - 126:15; 179:17, 23; 183:15; 184:10
**taped** [3] - 180:14; 196:10
**tapes** [4] - 181:5, 8; 182:5; 183:10
**tasted** [1] - 121:3
**teaching** [1] - 84:6
**Telephone** [1] - 60:22
**telephone** [1] - 231:9
**television** [3] - 220:10; 225:12; 231:20
**temporal** [2] - 202:12
**temporally** [1] - 67:22
**temporary** [1] - 86:11
**ten** [3] - 105:25; 163:18; 193:25
**terms** [8] - 64:25; 65:3, 5, 9; 133:5; 181:9; 221:18; 231:5
**terrible** [1] - 116:3
**terrified** [14] - 77:1; 104:24; 114:9; 115:11; 124:13; 128:11; 149:9; 151:2; 158:7; 159:15; 160:22, 25
**terror** [3] - 108:25; 158:16; 168:13
**tested** [1] - 184:7
**testified** [2] - 68:20; 170:11
**testify** [10] - 61:5, 23; 64:7; 66:14; 137:14; 140:22; 199:13; 218:2; 222:22
**testimony** [5] - 65:12; 67:2; 198:14; 218:4; 222:24
**text** [2] - 187:9; 199:4
**Text** [1] - 62:20
**thankful** [1] - 91:23
**thankfulness** [1] - 85:16

**thanking** [1] - 167:2
**THE** [158] - 60:11; 61:15; 62:7, 13, 24; 63:2, 13, 16, 19; 64:3, 19, 22; 65:1, 7, 11, 17; 66:9, 12, 17, 23; 67:1, 13, 22; 68:3, 8, 14, 21, 23-25; 73:8; 78:25; 80:11; 100:22, 24; 101:10; 105:18, 24; 106:2, 6; 129:1, 8; 130:7, 11; 134:24; 135:19, 22; 136:5; 137:4, 14, 17, 20; 138:4; 139:14, 23, 25; 140:2, 9, 12, 22; 141:2, 11, 16, 22; 142:3, 5, 11, 16; 143:23; 145:7; 149:20; 154:13; 156:24; 157:10, 13; 162:17, 20, 22; 163:1, 8, 12, 19, 24; 164:3, 6, 9, 13; 168:17, 25; 169:2, 4, 7, 10-13; 170:5-7; 177:15; 180:8; 181:11, 18; 182:8; 183:5, 8; 184:5, 10, 14, 17; 185:5; 188:3; 189:19; 190:6, 8, 22; 191:3; 193:24; 194:8, 10; 195:1, 12; 196:8; 197:18; 198:10, 13, 23; 199:13, 16, 20, 22; 200:3; 201:2, 17; 202:9, 13; 203:20; 204:17; 205:15; 206:15; 211:10; 212:25; 213:4, 19, 21, 24; 214:3, 7, 19; 221:19; 223:10; 224:18, 20, 23; 231:3, 22, 24; 232:4
**themselves** [4] - 65:13; 163:22; 183:15; 216:2
**then......pooch** [1] - 113:24
**theoretically** [1] - 62:9
**therapist** [1] - 176:6
**therapists** [1] - 219:11
**therapy** [1] - 216:23
**thereabouts** [1] - 80:7
**thereafter** [1] - 212:11
**Thereafter** [2] - 216:14, 22
**thick** [1] - 218:8
**thighs** [1] - 228:15
**thinking** [8] - 113:25; 115:4; 117:1; 128:18; 136:2; 158:25; 174:17; 195:3
**thinks** [4] - 111:8; 113:10, 13; 117:16
**third** [2] - 88:10; 101:7
**thirst** [1] - 120:21
**Thirty** [2] - 69:8; 205:25
**Thirty-nine** [1] - 69:8
**Thirty-two** [1] - 205:25
**thoughts** [1] - 114:11
**thread** [2] - 106:25; 119:2
**threat** [3] - 127:17; 158:22; 175:4
**threatened** [6] - 67:3; 127:19; 159:1; 161:2
**threats** [5] - 127:21; 128:10; 133:8; 158:19; 160:6
**three** [11] - 66:16; 70:23; 71:23; 76:15; 87:7; 90:8; 210:1; 212:16; 220:14; 223:22, 24
**threw** [2] - 154:6; 175:10
**throat** [1] - 164:21
**throughout** [1] - 132:10
**throwing** [1] - 171:9
**thrown** [2] - 115:5; 175:11
**tie** [1] - 162:4
**tied** [11] - 89:18; 90:17; 106:12; 147:12; 150:20; 162:6, 12; 164:16

**tight** [1] - 154:24
**timeframe** [2] - 170:10; 221:18
**today** [9] - 73:2; 79:25; 98:5; 128:22; 143:7; 194:7, 9; 219:5; 222:22
**together** [8] - 65:4; 72:1; 90:8; 132:7; 150:20; 199:4; 218:18; 224:10
**tomorrow** [4] - 194:7; 195:3; 215:14; 232:5
**tomorrow's** [1] - 231:5
**tongue** [10] - 99:8; 162:13; 164:16-18, 23; 167:16; 171:25; 208:8
**took** [26] - 69:14; 84:13; 89:19; 90:4, 6; 91:5; 105:15; 106:15, 23, 25; 107:3, 13; 111:21; 116:11; 120:18, 21; 134:14; 157:7; 161:13; 165:25; 166:1, 11; 167:20; 186:24; 229:9
**top** [10] - 101:20, 22; 111:18; 117:17; 120:8; 147:1; 149:1; 152:5; 162:8; 186:9
**topics** [2] - 180:3; 185:15
**touch** [3] - 176:22; 195:13; 231:9
**touring** [1] - 147:16
**Towards** [1] - 131:11
**towards** [1] - 122:9
**towel** [2] - 90:1; 120:22
**trafficking** [2] - 101:4
**train** [4] - 102:15; 104:6; 110:7; 209:22
**trainee** [2] - 109:19; 196:14
**trainees** [3] - 131:24; 147:24; 148:2
**training** [5] - 86:5; 88:24; 91:16; 109:22; 110:8
**TRANSCRIPT** [1] - 60:11
**Transcript** [1] - 60:24
**transcript** [2] - 183:19; 186:15
**transcription** [2] - 204:13; 213:13
**Transcription** [1] - 60:25
**transcriptions** [2] - 181:5; 205:10
**transcripts** [7] - 180:14; 181:1, 4, 11; 182:9; 183:16, 21
**trapped** [1] - 108:24
**treat** [4] - 77:17; 89:1; 173:5; 207:4
**treated** [4] - 173:11, 14; 207:9
**treatment** [2] - 176:2; 216:11
**trepidation...** [1] - 110:4
**TRIAL** [1] - 60:11
**tried** [5] - 112:4; 115:22; 118:2; 125:9; 151:1
**trillion** [1] - 116:14
**trip** [5] - 76:14, 18; 77:13; 172:11
**trips** [4] - 77:18; 78:10; 135:4; 139:3
**trouble** [1] - 112:14
**true** [5] - 74:18; 132:25; 141:6; 200:3; 228:15
**trust** [1] - 71:13
**truth** [12] - 61:24; 62:2, 10-11; 64:25; 65:8, 22; 67:1; 135:21, 25; 182:6; 183:10
**truthful** [1] - 66:2
**try** [11] - 78:14; 86:14; 104:2, 7; 133:16; 138:19; 149:1; 161:21; 180:3; 185:14; 225:21

**trying** [18] - 67:7; 114:2, 6; 115:3, 6; 117:15; 118:15, 22; 119:5; 126:1; 143:14; 164:22; 190:2; 195:2; 219:12
**tub** [4] - 99:6; 100:17; 101:25
**Turn** [2] - 64:9; 184:1
**turn** [7] - 80:15; 84:21; 183:24; 184:3; 189:12
**turned** [2] - 111:15; 116:16
**turning** [4] - 85:6; 94:18; 123:2; 145:16
**Turning** [6] - 94:23; 122:17, 22; 152:18; 167:9, 12
**tutorial** [1] - 183:23
**TV** [1] - 71:25
**twice** [1] - 98:21
**Two** [1] - 71:21
**two** [30] - 62:17; 69:12; 70:20; 77:18; 78:10; 95:4; 96:15, 22; 99:25; 101:7, 20; 102:8; 104:17; 113:10; 127:24; 132:6; 138:15; 145:6; 147:23; 148:1; 151:25; 168:19; 184:2; 202:4, 10; 205:25; 212:16; 220:21; 223:21, 24
**type** [4] - 77:14; 128:15; 209:11; 210:12
**types** [1] - 111:4
**typically** [1] - 87:6

## U

**ugly** [2] - 87:23; 88:1
**ultimate** [2] - 75:17; 158:2
**UMMM** [1] - 223:18
**unclip** [1] - 116:5
**Under** [1] - 146:17
**under** [8] - 117:5; 131:21; 143:12; 146:18; 162:22; 193:17; 212:11; 217:3
**underneath** [1] - 99:24
**unfortunately** [1] - 102:24
**unhappy** [6] - 85:21; 91:25; 158:25; 172:8; 208:23; 209:2
**unique** [1] - 229:20
**UNITED** [3] - 60:1, 3, 12
**United** [5] - 60:5, 14, 17; 217:11, 14
**unless** [3] - 87:10; 98:1
**unnecessarily** [1] - 225:22
**unpredictable** [1] - 210:10
**unslave** [1] - 102:13
**unslave-like** [1] - 102:13
**unsuccessful** [2] - 78:15; 104:8
**up** [78] - 62:25; 69:9, 13; 70:21; 73:23; 77:2; 80:6; 82:14; 86:4, 13; 87:5, 15-16; 90:17; 91:9; 93:13, 23; 98:4; 100:8; 104:20; 105:6, 15; 106:8, 11; 107:1; 108:14, 16, 20; 111:12, 22; 112:18; 114:1, 25; 115:2; 116:4; 117:12; 118:3; 119:2; 120:22; 122:1; 123:15; 126:21; 133:16; 137:8; 143:19; 148:11; 149:15; 151:5; 154:6, 9; 155:20; 156:7; 161:6, 11, 25; 165:17, 24; 170:17; 171:9; 172:9; 175:9; 177:1; 179:23; 180:3; 186:1, 18; 190:4; 210:5; 211:18;

212:18; 221:9; 223:23; 225:14; 230:4
**Up** [1] - 123:18
**updated** [1] - 148:24
**updates** [1] - 147:4
**upper** [1] - 106:16
**upset** [2] - 83:19; 98:13
**upstairs** [1] - 166:10
**urinate** [1] - 208:18
**uses** [1] - 71:2
**utter** [1] - 114:2

## V

**vagina** [7] - 100:1; 107:1; 123:23; 151:5; 152:1; 207:24; 227:12
**value** [2] - 62:19; 136:1; 137:9
**various** [1] - 180:3
**vary** [1] - 145:10
**verification** [2] - 148:3, 7
**version** [7] - 102:4; 168:2; 225:4, 9; 226:9; 227:9, 24
**versions** [1] - 224:16
**victim's** [1] - 202:5
**video** [14] - 129:11, 14, 16, 20; 130:2, 10; 131:10, 12, 14, 17; 132:1, 4, 10; 138:2
**videotape** [4] - 127:18; 128:20; 129:24
**Videotape** [1] - 130:12
**viewable** [1] - 145:1
**viewed** [3] - 129:10; 174:6; 197:10
**viewer** [1] - 102:2
**violence** [1] - 158:17
**violent** [1] - 219:16
**violin** [1] - 69:14
**visible** [1] - 132:10
**visit** [9] - 78:16; 87:6; 91:8; 92:3; 103:19; 109:17; 110:6; 135:5; 221:21
**visited** [3] - 90:5; 186:23; 216:25
**visiting** [1] - 70:11
**visits** [3] - 86:24; 89:23, 25
**Vivek** [1] - 216:25
**voice** [5] - 114:17; 116:1, 21; 131:17, 19
**volume** [1] - 183:24
**voluntarily** [5] - 79:4; 108:3; 158:13; 170:18, 21
**vomiting** [1] - 154:20

## W

**Wait** [1] - 65:7
**wait** [2] - 65:7; 194:7
**waited** [2] - 113:24; 114:7
**waiting** [2] - 113:22; 116:25
**wake** [3] - 87:16; 115:2; 116:4
**walk** [3] - 140:5; 161:18; 165:24
**walked** [3] - 116:11, 16, 19
**walking** [2] - 159:17; 186:23
**wall** [29] - 90:17; 96:22; 104:18, 24;

105:4, 8; 106:9, 21; 107:14; 114:23;
115:3; 116:3, 6, 13, 21-22, 25; 117:4,
11, 20; 118:7; 122:10; 129:15; 132:6;
193:16; 226:24; 227:1; 228:6
**wants** [1] - 61:6; 108:13
**wash** [2] - 151:1; 154:7
**wasn't)** [1] - 114:8
**waste** [1] - 115:8
**watch** [7] - 107:8; 120:15; 129:18;
157:4, 6, 15; 172:12
**watched** [5] - 129:22, 25; 131:16;
220:9
**watching** [4] - 71:25; 93:23; 225:12
**water** [4] - 87:10; 94:12; 95:13; 121:2
**wax** [2] - 228:13; 229:17
**Wax** [1] - 228:14
**ways** [2] - 63:23; 77:24
**wear** [4] - 87:9; 95:16, 21
**wearing** [7] - 73:5; 99:18; 157:5;
226:1, 22; 227:25
**weather** [4] - 195:13; 231:8, 16
**web** [1] - 146:3
**website** [110] - 61:6; 62:17, 19; 64:14,
16; 66:23; 79:20; 80:4; 91:9, 19; 92:5,
12-13, 19; 93:5, 7, 11; 98:8; 102:2;
121:16, 24; 123:11; 124:6; 126:11;
134:12, 14, 16-17, 20; 135:8; 139:9;
140:11, 13, 18, 23, 25; 141:2, 4, 8,
12-14, 25; 142:8; 143:14, 17; 144:22;
145:2; 146:23; 147:16; 148:9, 13,
18-19; 149:6, 14, 16; 150:9, 17; 152:12,
23; 153:5, 13; 154:16; 155:3; 167:24;
168:4, 7; 173:20, 24; 174:3, 6-7, 16;
175:25; 177:2; 178:5, 10, 12, 18, 21;
179:4; 186:1, 19; 189:6; 196:16;
197:10; 198:9, 20; 199:2, 11; 205:22,
24; 206:1; 208:14, 19; 211:18; 214:10;
215:5; 218:22; 222:18
**Website** [2] - 144:1, 3
**websites** [1] - 207:15
**week** [6] - 84:18; 87:1; 97:24; 153:23;
212:19
**weeks** [1] - 172:13
**weight** [7] - 89:9, 15, 21; 162:11;
164:25; 196:12
**welcome** [1] - 145:19
**Wenner** [3] - 217:11, 17, 20
**West** [1] - 60:19
**whereabouts** [1] - 187:23
**whereas** [1] - 62:17
**WHEREUPON** [1] - 232:8
**wherewithal** [1] - 230:4
**whiffle** [11] - 105:15; 106:11; 107:9,
17; 122:11; 123:19; 124:10; 170:14, 17;
205:2; 207:20
**whimpering** [2] - 118:16; 119:6
**whip** [3] - 99:5; 106:19; 126:13
**whipped** [8] - 76:22; 90:18; 100:17;
106:22; 111:5; 122:21; 151:3; 208:17
**whipping** [7] - 72:18; 77:20; 96:17;
154:4; 162:7; 164:20; 171:8

**whips** [1] - 154:4
**whispering** [1] - 115:16
**whispers** [1] - 115:23
**white** [1] - 218:8
**whole** [5] - 62:18; 64:13; 158:12;
198:10; 232:6
**whore** [1] - 88:5
**width** [1] - 215:20
**Wiggles** [3] - 186:14, 20; 188:21
**wine** [2] - 227:11, 13
**wipe** [1] - 120:22
**wire** [1] - 84:13
**Wisconsin** [1] - 221:3
**wish** [2] - 224:21, 23
**wishes** [1] - 102:18
**withdraw** [2] - 142:15; 221:20
**Withdrawn** [1] - 100:12
**within's** [1] - 65:12
**Witness** [5] - 68:16; 163:10; 170:2;
195:19; 231:23
**witness** [31] - 61:18; 62:8; 63:11;
68:16; 79:14; 82:25; 105:22; 128:25;
134:23; 135:23; 139:13; 140:20;
149:19; 156:23; 168:23; 169:7; 170:2;
177:14; 180:7; 184:5; 188:1; 195:19;
198:17; 199:7; 203:19; 211:9; 214:6;
219:7; 231:23
**WITNESS** [4] - 68:21, 24; 101:10;
233:2
**witness'** [1] - 136:2
**woke** [3] - 104:20; 105:6
**woken** [1] - 87:15
**woman** [14] - 88:8; 132:5, 8; 134:10;
158:3; 176:5; 204:5, 22; 207:18; 208:4,
16-17; 213:10
**woman's** [8] - 123:23; 124:1; 207:16,
21, 24; 208:1, 8, 11
**women** [16] - 75:21; 88:17; 97:2;
108:21; 131:25; 132:2, 6-7; 158:1;
205:5; 207:5; 209:1, 18; 212:21; 216:1
**wonderful** [2] - 75:7; 91:22
**wondering** [1] - 62:24
**word** [11] - 71:1; 72:12, 14, 19; 76:23;
120:12; 197:1; 207:16; 221:17
**words** [8] - 62:1; 63:9; 70:25; 74:20;
111:11; 120:4; 122:24; 218:17
**wore** [1] - 90:1
**workplace** [1] - 173:11
**world** [2] - 89:2; 116:8
**worn** [1] - 229:14
**worried** [3] - 135:15; 164:1; 196:11
**worse** [4] - 115:4; 116:12, 14
**worshipping** [1] - 188:10
**worth** [1] - 194:6
**Wrap** [1] - 132:6
**Wrap-ed** [1] - 132:6
**wrist** [1] - 114:23
**wrists** [4] - 118:11; 162:10; 164:24;
226:13
**write** [28] - 64:8, 18; 65:20; 66:1; 67:2;
79:10; 81:3; 83:8; 91:8, 25; 92:2;

100:18; 101:14; 102:9, 11; 103:4;
109:3; 121:5, 14; 151:9; 166:21; 167:6;
186:3; 211:22; 214:13
**Writing** [1] - 120:7
**writing** [6] - 81:5; 91:6; 116:7; 174:3;
212:8
**written** [13] - 82:16; 91:13; 100:25;
120:4; 121:15, 17; 122:24; 180:24;
186:1, 7, 11; 211:19
**wrote** [15] - 65:19; 83:3, 8; 91:10;
109:9; 121:7; 143:10; 166:25; 167:8;
185:20, 25; 186:5; 212:11

## X

**XR** [1] - 176:12

## Y

**yardstick** [2] - 210:13, 15
**year** [2] - 138:13, 19
**years** [3] - 69:14; 134:11; 176:19
**YORK** [1] - 60:1
**York** [11] - 60:6, 15-16, 20; 86:14, 17;
87:5; 134:5; 138:17; 217:15
**younger** [2] - 103:19; 210:7
**yourself** [2] - 88:11; 165:21
**Yum** [1] - 223:22

## Z

**zero** [1] - 184:1
**zipped** [1] - 156:7
**zipping** [1] - 156:12