

U.S. Department of Justice

United States Attorney
Eastern District of New York

F.#2004R00772

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address:  147 Pierrepont Street
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 30 2011 ★
BROOKLYN OFFICE

June 16, 2011

Via Facsimile
The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Glenn Marcus
     Criminal Docket No. 05-0457 (ARR)

Dear Judge Ross:

The government respectfully notifies the Court that the government intends to move to dismiss Count One of the Indictment at the time of sentencing in this matter.

Respectfully submitted,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By:  _____
Pamela Chen
Assistant U.S. Attorney
(718) 254-7575

cc: Mildred Whalen, Esq.