# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

January 31, 2012

The Honorable Allyne R. Ross
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>U.S.A. v. Glenn Marcus, 05-CR-457 (ARR)</u>

Your Honor:

This letter is submitted in reply to the Government's December 23, 2011 letter to address the Government's claims concerning Mr. Marcus' health and his care of his mother.

As noted in the letters from Dr. Grossman and Dr. Levine, they both noted a deterioration in Mr. Marcus' health while he was in custody, and improvement in his health since he has left custody. They rebut the Government's claims that Mr. Marcus' deterioration in health while in custody was simply the "normal course of decline."

As noted in the letters from Dr. Levine and Dr. Scuderi, Mrs. Marcus needs assistance at home for her daily living activities. As Dr. Levine has noted, if Mrs. Marcus has to move into a nursing home (which is the likely outcome if Mr. Marcus is incarcerated), her physical and emotional deterioration would become worse and may lead to an early death.

Respectfully submitted,

Mildred M. Whalen
Staff Attorney
(718) 330-1290

enc.

cc: Assistant U.S. Attorney Pamela Chen, Esq.
U.S. Probation Officer Patricia Sullivan
Mr. Glenn Marcus
ECF