# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

February 13, 2012

The Honorable Allyne R. Ross
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>U.S.A. v. Glenn Marcus, 05-CR-457 (ARR)</u>

Your Honor:

Enclosed please find an additional letter from Mr. Marcus' mother that she would like the Court to consider in determining Mr. Marcus' sentence.

Respectfully submitted,

Mildred M. Whalen
Staff Attorney
(718) 330-1290

enc.

cc:   Assistant U.S. Attorney Pamela Chen, Esq.
       U.S. Probation Officer Patricia Sullivan
       Mr. Glenn Marcus
       ECF